Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Tom.matthews@matthewszahare.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv _____ <br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No. 3AN-06-7840 CI <br><br><br><br><br><br> **NOTICE OF REMOVAL** |

**TO:**     The United States District Court, District of Alaska

**ALSO TO:**  J. H. Bachmann GmbH and UTC Bachmann, Inc.
           c/o Frank A. Pfiffner, Esq.
           Gorski & Seedorf, LLC
           3900 C Street, Suite 1001
           Anchorage, AK 99503

Notice to State Court of Removal of Action
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlwk/1440-1/NoticeRemovalFederal                                     1 of 4

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §§ 1331, 1337, 1441, and 1446, Defendants Bragg Investment Company, Inc., successor-in-interest by merger to Heavy Transport, Inc., Northstar Trucking, Inc., and North Star Terminal and Stevedore Company, LLC. of Delaware, dba North Star Terminal and Stevedore Company, LLC, through their respective counsel, have this date filed in the United States District Court for the District of Alaska, this Notice of Removal to the District Court of the action brought by J. H. Bachmann GmbH and UTC Bachmann, Inc., in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-7840 Civil.

YOU ARE ALSO NOTIFIED that Defendants have filed a copy of this notice with the Clerk of the Superior Court, Third Judicial District at Anchorage, and said action has thereby been removed from the superior court to the United States District Court.

The grounds for removal are federal question and commerce statutes. 28 U.S.C. §§ 1331, 1337, and 1441. Plaintiffs have asserted a claim under the Carmack Amendment, 49 U.S.C. § 14706. (Pls.' Compl., dated 10 May 2006, First Claim for Relief). The amount in controversy is in excess of $10,000, exclusive of interest and costs.

Plaintiffs' Complaint, dated May 10, 2006, was filed on that date, in the Superior Court for the State of Alaska Third Judicial District at Anchorage. According to Plaintiffs' June 5, 2006 Affidavit of Service, the Summons and Complaint were received by Defendant Northstar Trucking, Inc. on May 16, 2006, by

Notice to State Court of Removal of Action
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlwk/1440-1/NoticeRemovalFederal                                                                 2 of 4

Defendant North Star Terminal and Stevedore Company in Delaware on May 16, 2006, and by Defendant Bragg Companies on May 15, 16, and 19, 2006. Named Defendant North Star Terminal and Stevedore Company, LLC, is merely a dba of North Star Terminal and Stevedore Company, LLC of Delaware. Defendant Shane D. Crowson dba Alaska Heavy Haul Transport has not been served.

Based on the above, this Court has original jurisdiction over this action, and Defendants are entitled to remove this action to this Court from the Superior Court for the State of Alaska Third Judicial District at Anchorage. 28 U.S.C. §§ 1331, 1337, 1441, and 1446. Appended hereto are copies of all process, pleadings, and orders received by Defendants relating to this matter.

LONGACRE LAW OFFICES, LTD.
Counsel for Bragg Investment Co.

Dated: 6/13/06        By: s/Roy L. Longacre  (consent)
                             Roy L. Longacre, ABA 8211124
                             425 G. Street, Suite 910
                             Anchorage, AK 99501
                             Email: Longacre@alaska.com

MATTHEWS & ZAHARE, P.C.
Co-Counsel for Northstar Trucking, Inc.

Dated:  6/13/06       By: Thomas A. Matthews
                             Thomas A. Matthews ABA 8511179
                             Matthews & Zahare, P.C.
                             431 W. 7th Ave., Suite 207
                             Anchorage, AK 99501
                             Tom.matthews@matthewszahare.com

Notice to State Court of Removal of Action
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlwk/1440-1/NoticeRemovalFederal                                         3 of 4

                                        BOYD CHANDLER & FALCONER, LLP
                                        Co-Counsel for Northstar Trucking, Inc.

Dated: 6/13/06                     By s/Bruce E. Falconer (Consent)_____
                                        Bruce E. Falconer, ABA 8707062
                                        Boyd Chandler & Falconer, LLP
                                        911 W. 8th Ave., Suite 302
                                        Anchorage, AK 99501
                                        Email: bfalconer@bcf.us.com

                                        BAUER MOYNIHAN & JOHNSON, LLP
                                        Counsel for North Star Terminal & Stevedore LLC. of Delaware

Dated: 6/13/06                     By s/Thomas G. Johnson (Consent)_____
                                          Thomas G. Johnson
                                        Bauer Moynihan & Johnson, LLP
                                        2101 Fourth Ave., 24th Floor
                                        Seattle, WA 98121
                                        Email: bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 13th day of June, 2006
I caused to be served by mail to:

| | |
|---|---|
| Frank A. Pfiffner, Esq.<br>Hughes Bauman Pfiffner<br>Gorski & Seedorf, LLC<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503<br>*Counsel for Plaintiffs* | Bruce E. Falconer, Esq.<br>Boyd, Chandler & Falconer, LLP<br>911 W. 8th Ave., Suite 302<br>Anchorage, AK 99501<br>*Co-Counsel for Northstar Trucking, Inc.* |
| Thomas G. Johnson, Esq.<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Ave., 24th Floor<br>Seattle, WA 98121<br>*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware* | Roy L. Longacre, Esq.<br>Longacre Law Offices, Ltd<br>425 G. Street, Suite 910<br>Anchorage, AK 99501<br>*Counsel for Def. Bragg Investment Co* |

s/Thomas A. Matthews_____

Notice to State Court of Removal of Action
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlwk/1440-1/NoticeRemovalFederal                                                           4 of 4