

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

J.H. BACHMANN GmbH and UTS )
BACHMANN, INC. )
)
_____ )
              Plaintiff(s), )
VS. )
BRAGG INVESTMENT COMPANY, INC. )
successor-in-interest by merger to )
HEAVY TRANSPORT, INC., NORTHSTAR )
TRUCKING, INC., NORTH STAR TERMINAL )   CASE NO. 3AN- 06-7840 CI
AND STEVEDORE COMPANY, Defendant(s). )
LLC, NORTH STAR TERMINAL AND )
STEVEDORE COMPANY, LLC OF DELAWARE )   SUMMONS
AND SHANE D. CROWSON dba ALASKA HEAVY )   AND
HAUL TRANSPORT )   NOTICE TO BOTH PARTIES
    OF JUDICIAL ASSIGNMENT

To Defendant: North Star Terminal and Stevedore Company, LLC of Delaware

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Frank A. Pfiffner                ,
whose address is: Hughes Bauman Pfiffner Gorski & Seedorf, LLC, 3900 C Street,
Suite 1001, Anchorage, AK 99503
If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge _Michalski_
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

_5/10/06_                     By: _A. Stanley_
Date                              Deputy Clerk

I certify that on _5/10/06_ a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _AO_

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS