Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Tom.matthews@matthewszahare.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv _____ <br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No. 3AN-06-7840 CI <br><br> **SERVICE LIST** |

Defendants submit the following service list in the above-referenced action as follows:

> Frank A. Pfiffner, Esq.
> Hughes Bauman Pfiffner
> Gorski & Seedorf, LLC
> 3900 C Street, Suite 1001
> Anchorage, AK 99503
> Phone:  (907) 263-8241

Service List
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlw/1440-1/ServiceList                                          1 of 3

Fax: (907) 263-8320
Email: ____
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Phone: (206) 443-3400
Fax: (206) 448-9076
Email: tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware
dba North Star Terminal & Stevedore, LLC*

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Email: tom.matthews@matthewszahare.com
*Co-Counsel for Def. Northstar Trucking, Inc.*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
Email: bfalconer@bcf.us.com
*Co-Counsel for Def. Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
Phone: (907) 276-6354
Fax: (907) 279-4685
Email: longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Service List
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlw/1440-1/ServiceList                                2 of 3

Dated this 13th day of June 2006, at Anchorage Alaska.

                    MATTHEWS & ZAHARE, P.C.
                    Co-Counsel for Northstar Trucking, Inc.

                    By: s/Thomas A. Matthews
                        Thomas A. Matthews ABA 8511179
                        Matthews & Zahare, P.C.
                        431 W. 7th Ave., Suite 207
                        Anchorage, AK 99501
                        Phone: (907) 276-1516
                        Fax:  (907) 276-8955
                        Tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on 13th day of June, 2006
I caused to be served by mail to:

| | |
|---|---|
| Frank A. Pfiffner, Esq.<br>Hughes Bauman Pfiffner<br>Gorski & Seedorf, LLC<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503<br>*Counsel for Plaintiffs* | Bruce E. Falconer, Esq.<br>Boyd, Chandler & Falconer, LLP<br>911 W. 8th Ave., Suite 302<br>Anchorage, AK  99501<br>*Co-Counsel for Northstar Trucking, Inc.* |
| Thomas G. Johnson, Esq.<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Ave., 24th Floor<br>Seattle, WA 98121<br>*Counsel for Def. North Star Terminal &*<br>*Stevedore LLC of Delaware* | Roy L. Longacre, Esq.<br>Longacre Law Offices, Ltd<br>425 G. Street, Suite 910<br>Anchorage, AK 99501<br>*Counsel for Def. Bragg Investment Co.* |

s/ Thomas A. Matthews

Service List
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlw/1440-1/ServiceList                         3 of 3