Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv _____ <br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No. 3AN-06-7840 CI <br><br> **ENTRY OF APPEARANCE** |

     Matthews & Zahare, P.C., enters its appearance on behalf of Defendant Northstar Trucking, Inc., and requests that copies of all correspondence and pleadings, excluding service of process, be directed to it at 431 West 7th Ave., Suite 207, Anchorage, Alaska 99501.

Entry of Appearance (USDC)
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlw/1440-1/EntryAppearanceUSDC                                    1 of 2

Dated this 13th day of June 2006, at Anchorage Alaska.

        MATTHEWS & ZAHARE, P.C.
        Co-Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    Tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on 13th day of June, 2006
I caused to be served by mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
*Co-Counsel for Northstar Trucking, Inc.*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

s/Thomas A. Matthews

Entry of Appearance (USDC)
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:jlw/1440-1/EntryAppearanceUSDC      2 of 2