UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

J.H. BACHMANN GMBH AND UTC BACHMANN, INC.
v.
BRAGG INVESTMENT COMPANY INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., AND NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC.dba NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC. OF DELAWARE, AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT

THE HONORABLE Timothy M. Burgess

DEPUTY CLERK                                    CASE NO.  3:06-cv-00145 TMB

 Pisa Suon

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 15, 2006

**ORDER TO PETITIONER SUBSEQUENT TO REMOVAL**

This cause was removed to the United States District Court for the District of Alaska by **BRAGG INVESTMENT COMPANY INC., NORTHSTAR TRUCKING, INC., AND NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC.** , petitioners. This cause was file number **3AN-06-7840 CI** in the Superior Court for the State of Alaska, **Third** Judicial District.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that within ten days of the date of this order petitioners shall file with the clerk of this court copies of all records and proceedings in such State court, if this was not already done pursuant to 28 U.S.C. § 1446(a), and shall file a notice in this court that all such copies have been filed herein, and a list of each document filed in the Superior Court, with date of filings.

Any motions and related documents which were filed in State court and undecided at the time this case was removed to federal court, must be renewed and refiled in the above case. Motions filed herein may differ because of the local rules of

[]{REMOVAL.WPD*Rev.1/97}