Bruce E. Falconer (AK Bar No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| J. H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. A06-00145 CV (TMB) |

## ENTRY OF APPEARANCE

COMES NOW Bruce E. Falconer of the law firm of Boyd, Chandler & Falconer, LLP, 911 West Eighth Avenue, Suite 302, Anchorage, Alaska 99501, and enters his appearance for defendant Northstar Trucking, Inc.  All future pleadings,

documents and correspondence, except service of process, in the above-captioned case should be served upon the law firm of Boyd, Chandler & Falconer, LLP.

Dated this 15th day of June, 2006.

                                        BOYD, CHANDLER & FALCONER, LLP
                                      Co-Counsel for Northstar Trucking, Inc.

By:   s/Bruce E. Falconer_____
       Bruce E. Falconer ABA 8707062
       Boyd, Chandler & Falconer, LLP
       911 W. 8th Avenue, Suite 302
       Anchorage, AK 99501
       Telephone (907) 272-8401
       Facsimile  (907) 274-3698
       bfalconer@bcf.us.com

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of June, 2006,
I caused to be served by email to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
fap@hbplaw.com

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
tgjohnson@bmilaw.com

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
longacre@alaska.com