Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>    Defendants. | CASE NO. 3:06: CV00145(TMB) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT; and

TO: All parties and their counsel of record.

   PLEASE TAKE NOTICE that the defendants North Star Terminal and Stevedore Company, LLC and North Star Terminal and Stevedore Company, LLC of Delaware(collectively referred to as "North Star"), hereby enter an appearance in the above-entitled action by the undersigned attorneys. You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

NOTICE OF APPEARANCE
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 1 of 2 -
- 1 -

DATED this 15th day of June, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson

_____
Thomas G. Johnson, Alaska Bar No. 8011090
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: tgjohnson@bmjlaw.com

I declare under penalty of perjury of the laws of the state of Washington that on June 15, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
fap@hbplaw.net

Thomas A. Matthews
Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com

Bruce E. Falconer
Boyd, chandler & Falconer, LLP
bflaconer@bcf.us.com

Roy L. Longacre
Longacre Law Offices, Ltd
longacre@alaska.com

BAUER MOYNIHAN & JOHNSON LLP

/s/ Suya Edwards
_____
By: Suya Edwards

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

NOTICE OF APPEARANCE
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 2 of 2 -

- 2 -