Oct 06 04 09:55a                                                                          p.2

Justin Gilmet - Bragg Hvy lft agree 9-27-04.doc

# NORTH STAR TERMINAL & STEVEDORE COMPANY LLC
# HEAVY LIFT AGREEMENT

North Star Terminal & Stevedore Company LLC ("North Star") and BRAGG HEAVY TRANSPORT ("Purchaser") agrees as follow:

1. Description of project
   a) Handling Chugach Electric Association Transformers
   b) We will be supporting BRAGG HEAVY TRANSPORT's movement of two 234,000lbs transformers for Chugach Electric's new South Anchorage Substation. This will include receiving the transformers on railcars at our Anchorage terminal, lifting the transformers off of the railcar directly to trucks, mobilizing our cranes to the South Anchorage jobsite (trucking of the cranes and transformers by others), setting the transformers on in-place foundations and finally de-mobing the cranes back to our terminal.
   c) Commence on or about November 15, 2004
   d) Estimated completion date is November 20, 2004

2. North Star intends to use the following equipment:
   a) Manitowoc 4000, serial #40419, estimated value $425,000
   b) Manitowoc 3900T, serial #39916, estimated value $250,000

3. In addition to the equipment identified above, North Star agrees to provide the following personnel to work with said equipment.
   a) (2) crane operators and (2) signalman/back-up operators
   b) Terminal superintendents, mechanics as needed

4. The price for the above work is $57,800. This does not include trucking of the transformers, crane components or forklift needed for jobsite assembly and teardown of the cranes.

5. Identification of Purchaser:
   a) Name of company:        BRAGG HEAVY TRANSPORT INC.
   b) Mailing address:        6251 Paramount Blvd  Long Beach, CA 90805-3713
   c) Representative:         Justin Gilmet
   d) Telephone & Fax #s      (909) 674-5018 cell; (909) 347-2331 fax:

Standard North Star labor rates are applicable to additional personnel beyond those identified in paragraph 3. Any specialized gear or equipment provided to Purchaser by North Star, or damaged / consumed by Purchaser during the rental period shall be charged at cost to Purchaser.

6. ~~Purchaser shall be responsible for inspecting any equipment provided to determine whether it is suitable for the intended use. Such inspections shall apply to the condition of equipment as well as its application.~~ [DELETE ALL] Purchaser agrees that North Star makes no warranty, express or implied, regarding any such equipment, including any warranty relating to a fitness for a particular purpose. Further, As North Star has not been involved previously in the planning or engineering of the contemplated project and has only the limited role of supplying equipment and personnel to work solely under the direction of Purchaser and Purchaser's representatives, and as the contemplated project has the risks inherent in such projects, it is agreed North Star shall have no liability for the success or failure of the project or for injury or damage to the ~~stevedore~~ transformer units or to other property or personnel which occurs during the operation.

7. Applicable law, forum and legal fees. The parties of any suit or legal action regarding this agreement, including the Standard Lift Condition, shall be filed in the state or federal courts located in (Anchorage, Alaska). The prevailing party in any such suit shall be entitled to recover its reasonable legal cost and fees. This Agreement is subject to the term and conditions herein.

Initial ___  Date 10-20-04

NSTS Heavy Lift Agrmt
Page 1 of 3

EXHIBIT  A   PG 1-3

Oct 06 04 09:55a                                                                           p.3

Justin Gilmet - Bragg Hvy lft agree 9-27-04.doc

8. **Payment.** If Bragg Heavy Transport elects to make payment in full by October 15th North Star will reduce the price 10% or $5,780 to a new total price of $52,020. Otherwise payment shall be due and payable within 30 days of invoice date. Interest on overdue but unpaid charges shall run at the rate of one percent (1%) per month until such charges have been fully paid. Purchaser shall be required to reimburse North Star for any legal costs and fees incurred to collect overdue charges or interest.

9. **Liability and indemnity.** North Star and Purchaser agree that North Star shall be liable only for the following:

    a) For loss or damage to its own equipment utilized in lifting and/or handling the items or property being lifted, including all associated gear and equipment owned or provided by North Star for the project; and"
    b) For injury to or death of any of North Star employees and/or employees of any of its subcontractors involved in the project to the extent such injuries and/or deaths are covered by standard worker's compensation and employer's liability and public liability insurance maintained by North Star."

    "North Star Terminal & Stevedore Co., LLC is responsible to the extent damage is caused solely by the negligence of North Star operators.

    Other than the foregoing, North Star shall not be liable to Purchaser for any other loss or damage, and Purchaser agrees to indemnify and hold harmless (including costs and legal fees) North Star of and from any loss, damage, claim or suit arising out of or relating to this agreement, other than as set forth in (a) and (b) immediately above. This agreement to indemnify specifically includes indemnification from any claims by or from employees of Purchaser, and of Purchaser's subcontractors, and Purchaser agrees to waive all immunity and limitation of liability available to it for such claims as a result of worker's compensation, disability of similar employment related laws.

    Purchaser further understands and agrees that it shall be responsible for independently determining the appropriateness of any vessels, gear or equipment provided by North Star pursuant to this agreement, and shall also be responsible for determining the appropriateness of any method or procedures utilized in accomplishing the project. Purchaser shall also be responsible for identifying balances, centers of gravity and other problems related to the lifting of the items or property.

10. **Insurance.** It is an express condition of this agreement and a direct factor in the rates being charged, that the following insurances be maintained to cover the allocation of liability set forth above and to otherwise protect the parties:
    a) Purchaser agrees to provide, at its own expense, the following insurances and/or endorsements:
       i) First party direct property/cargo or similar insurance(s) on the items or property being lifted and/or handled, to the full market value of the items or property being lifted, with a waiver of subrogation endorsed upon such insurance(s) in favor of North Star.
       ii) General public liability insurances insuring against personal injury and property damage, including contractual liability coverage for this agreement, with limits of $5,000,000, waiver or subrogation in favor of North Star.
       iii) Standard workers compensation and employers liability insurance covering the employees of purchasers and purchasers subcontractors with waiver of subrogation in favor of North Star.
       iv) All deductibles under the foregoing policies shall be solely for Purchaser's account, and Purchaser agrees to indemnify and hold harmless North Star (including costs and legal

Initial CB  Date 10-20-04                                                    NSTS Heavy Lift Agrmt
                                                                                    Page 2 of 3

EXHIBIT A PG 2-3

Oct 06 04 08:55a                                                                                      p.4

Justin Gilmet - Bragg Hvy lft agree 9-27-04.doc

fees) of and from failure to procure and/or the failure of any of the insurance which it has agreed to provide.

b) North Star agrees to provide, at its own expense, the following insurances and/or endorsements upon insurances:
  i) First party direct property/general liability/P&I/hull Insurance(s) on all of the equipment it owns and/or provides for the project lift to the full market value of such equipment, with waiver of subrogation in favor of Purchaser.
  ii) Standard workers' compensation and employers liability insurance for injury to or death of its employees; and
  iii) All deductibles under the foregoing policies shall be solely for North Star's account, and North Star agrees to indemnify and hold harmless Purchaser, (including costs and legal fees) of and from the failure to procure and/or the failure of any of the insurances which it has agreed to provide.

11. <u>Force majeure</u>. Neither party shall be liable to the other for any delay caused by act of God, mechanical break down, peril of the sea, adverse weather conditions, strikes or labor troubles, hostilities, war or any type of government action, riot or civil commotion; fire or explosion, deviation resulting from saving or attempting to save life or property at sea, or any other circumstance not within the control of the party affected. However, this provision shall not relieve Purchaser of its duty to pay, nor shall it relieve either party from duties it may have to the other to indemnify.

12. <u>Hazardous material</u>. Customer assumes responsibility for knowledge of the items/property being lifted or handled, and warrants that if they are not, and do not contain, hazardous, noxious or dangerous substances or material of any type. North Star will not undertake any life involving hazardous, noxious or dangerous substances or materials of any type.

13. <u>Consequential damages</u>. Neither party shall be responsible to the other for special or consequential damages or losses of any type arising under any circumstance.

14. <u>Limitation of liability</u>. This agreement shall not be deemed a personal contract of a kind which would deprive North Star of the benefit of any statute of law entitling it to limitations or, or exoneration from, liability.

15. Please initial and date each page prior to sending signed agreement back to North Star Terminal & Stevedore Co. LLC, fax number is 907-272-8927.

Dated this 20th day of October, 2004.

North Star Terminal & Stevedore Co. LLC          BRAGG HEAVY TRANSPORT, Inc.:
By: _____                              By: _____
Its: V.P.                                        Its: G.M.

NSTS Heavy-Lift Agrmt
Page 3 of 3

Initial CB   Date 10-20-04

EXHIBIT A PG 3-3