Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv:00145 TMB <br><br> State of Alaska Superior Court <br> Third Judicial District <br> Case No. 3AN-06-7840 CI |

**CERTIFICATION AND NOTICE OF FILING COPIES
OF ALL RECORDS AND PROCEEDINGS**

Certification and Notice of Filing Copies of All Records
*Bachmann v. Bragg Inv., et al.* / 3:06:cv:00145 TMB
TAM:jlw/1440-1/CertNoticeRecords                                              1 of 2

Defendant Northstar Trucking, Inc., through counsel Matthews & Zahare, P.C., hereby gives notice to the United States District Court for the District of Alaska, and all parties, that copies of all records and proceedings filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-7840 Civil, are appended hereto and are filed with this Court.  A list of each document filed in the superior court action is appended, together with the date of all such filings.

Dated this 20th day of June 2006, at Anchorage Alaska.

    MATTHEWS & ZAHARE, P.C.
    Co-Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    Tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on 20th day of June, 2006
I caused to be served by electronic filing to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK  99501
*Co-Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

s/ Thomas A. Matthews

Certification and Notice of Filing Copies of All Records
*Bachmann v. Bragg Inv., et al.* / 3:06:cv:00145 TMB
TAM:jlw/1440-1/CertNoticeRecords    2 of 2