## ATTACHMENT

## List of All Records and Proceedings Filed in the
## Superior Court for the State of Alaska
## Third Judicial District at Anchorage
## Case No.:  3AN-06-7840 Civil

1. Complaint, dated May 10, 2006

2. Entry of Appearance of Thomas G. Johnson for Defendant North Star Terminal and Stevedore Company, LLC of Delaware, dated May 19, 2006

3. Entry of Appearance of Thomas A. Matthews for Defendant Northstar Trucking, Inc., dated June 6, 2006.

4. Entry of Appearance of Bruce E. Falconer for Defendant Northstar Trucking, Inc., dated June 1, 2006.

5. Counsel of Record.

6. Summons (Issued for Bragg Investment Company), dated May 10, 2006

7. Summons (Issued for Shane D. Crowson dba Alaska Haul Transport), dated May 10, 2006.

8. Summons (Issued for Northstar Trucking, Inc.) dated May 10, 2006.

9. Summons (Issued for North Star Terminal and Stevedore Company, LLC, dated May 10, 2006.

10. Summons (Issued for North Star Terminal and Stevedore Company, LLC, of Delaware, dated May 10, 2006.

11. Demand for Jury Trial, dated May 10, 2006.

12. Affidavit of Service, dated June 5, 2006

13. Notice to the Superior Court for the State of Alaska Third Judicial District at Anchorage of Removal of Action, dated June 13, 2006.