
COPY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3AN-06-7840 Civil |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ALASKA <br> THIRD JUDICIAL DISTRICT | ss. |

Frank A. Pfiffner, being duly sworn, states that he is the attorney for plaintiff J.H. Bachmann GmbH and UTC Bachmann, Inc., and is competent to testify in the matters hereinafter stated.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Service
*J. H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.: 3AN-06-7840 CI
(9010-1/247571)

Page 1 of 3

1. That the *Summons and Notice to Both Parties of Judicial Assignment*, and *Complaint* were served via certified mail, return receipt requested on May 11, 2006, on defendant Northstar Trucking, Inc., and received on May 16, 2006 as evidenced by certified mail receipt attached hereto as Exhibit A.

2. That the *Summons and Notice to Both Parties of Judicial Assignment*, and *Complaint* were served via certified mail, return receipt requested on May 11, 2006, on defendant North Star Terminal and Stevedore Company, and received on May 16, 2006 as evidenced by certified mail receipt attached hereto as Exhibit B.

3. That the *Summons and Notice to Both Parties of Judicial Assignment*, and *Complaint* were served via certified mail, return receipt requested on May 11, 2006, on defendant Bragg Companies, and received and received on May 15, 16 and 19, 2006. as evidenced by certified mail receipt attached hereto as Exhibits C, D and E.

Dated: 6-5-6

Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 5 day of June, 2006.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 4-28-07

HES BAUMAN PFIFFNER
RSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORACE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Service
*J. H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.: 3AN-06-7840 CI
(9010-1/247571)

Page 2 of 3

Certificate of Service

On the 5th day of June, 2006,
a true and correct copy of the foregoing was
☒ mailed ☐ hand-delivered ☐ faxed to:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Cheryl Hannon

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Service
*J. H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.: 3AN-06-7840 CI
(9010-1/247571)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — ANCHORAGE AK MIDTOWN — MAY 11 2006 — 99503

Sent To: Northstar Trucking
Street, Apt. No.; or PO Box No. 2756 Commercial Dr
City, State, ZIP+4 Anchorage AK 99501

PS Form 3800, June 2002     See Reverse for Instructions

7003 1680 0004 2835 8380

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Northstar Trucking Inc
   2756 Commercial Dr.
   Anchorage, AK
   99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )  Shelaine R. Scott
C. Date of Delivery  5/16/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0004 2835 8380

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit A Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — MAY 11 2006

Sent To: North Star Terminal
Street, Apt. No.; or PO Box No.: 1209 Orange St.
City, State, ZIP+4: Wilmington DE 19801

PS Form 3800, June 2002     See Reverse for Instructions

7003 1680 0004 2835 8403

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North Star Terminal and
Stevedore Company
Corporation Trust C...
1209 Orange St.
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Scott _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): | C. Date of Delivery: 16 MAY 2006
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8403

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

Exhibit B  Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here — ANCHORAGE AK MIDTOWN, MAY 11, 90101

Sent To: Bragg Companies
Street, Apt. No.; or PO Box No.: PO Box 727
City, State, ZIP+4: Long Beach CA 90801

7003 1680 0004 2835 8410

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bragg Companies
PO Box 727
Long Beach, CA
90801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: MAY 15 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8410

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

Exhibit C Page 1 of 1
Case No 3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .87 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here — MAY 11 2006

Article number: 7003 1680 0004 2835 8427

Sent To: Brass Companies
Street, Apt. No.; or PO Box No.: 6251 N. Paramount Blvd
City, State, ZIP+4: Long Beach CA 90805

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brittany Pelew_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Brass Companies
6251 N. Paramount Blvd
Long Beach, CA
90805

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8427

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit D Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — ANCHORAGE MIDTOWN, MAY 12, 99503

Sent To: Brass Companies
Street, Apt. No.; or PO Box No.: 6188 W. Paramount Blvd
City, State, ZIP+4: Long Beach CA 90805

Article number: 7003 1680 0004 2835 8434

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brass Companies
6188 W. Paramount Blvd
Long Beach, CA
90805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 5/19/2006
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8434

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Exhibit E Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — ANCHORAGE AK, MAY 11 2006

Sent To: Northstar Trucking
Street, Apt. No.; or PO Box No.: 2756 Commercial Dr
City, State, ZIP+4: Anchorage AK 99501

7003 1680 0004 2835 8380

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Northstar Trucking Inc
2756 Commercial Dr.
Anchorage, AK
99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): Shelaine R. Scott
C. Date of Delivery: 5/16/06
D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8380

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit A  Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.11 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.36 |

Postmark Here

Sent To: North Star Terminal
Street, Apt. No.; or PO Box No.: 1209 Orange St.
City, State, ZIP+4: Wilmington DE 19801

PS Form 3800, June 2002      See Reverse for Instructions

7003 1680 0004 2835 8403

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

North Star Terminal and
Stevedore Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
                               | 16 MAY 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 2835 8403

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit B Page 1 of 1
Case No. 3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.34 |

Postmark Here — ANCHORAGE AK MIDTOWN, MAY [?], FAP 9010-1

Sent To: Bragg Companies
Street, Apt. No.; or PO Box No.: PO Box 727
City, State, ZIP+4: Long Beach, CA 90801

PS Form 3800, June 2002 — See Reverse for Instructions

7003 1680 0004 2835 8410

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bragg Companies
PO Box 727
Long Beach, CA
90801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    MAY 15 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0004 2835 8410

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

Exhibit C Page 1 of 1
Case 3AU-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .87 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.12 |

Postmark Here

Sent To: Brass Companies
Street, Apt. No.; or PO Box No.: 6251 N. Paramount Blvd
City, State, ZIP+4: Long Beach, CA 90805

PS Form 3800, June 2002       See Reverse for Instructions

7003 1680 0004 2835 8427

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brass Companies
   6251 N. Paramount Blvd
   Long Beach, CA
   90805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1680 0004 2835 8427

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

3AN-06-7840 CI

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here

Sent To: Brass Companies
Street, Apt. No.; or PO Box No. 6188 W. Paramount Blvd
City, State, ZIP+4 Long Beach CA 90805

PS Form 3800, June 2002    See Reverse for Instructions

7003 1680 0004 2835 8434

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brass Companies
6188 W. Paramount Blvd
Long Beach, CA
90805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 5/19/2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0004 2835 8434

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

3AN-06-7840 CI