IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>　　　　　Defendants. | |

Case No. 3AN-06-_____ Civil

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiff J.H. BACHMANN GmbH and UTC BACHMANN, INC., by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC, and hereby demands a jury trial of all issues so triable.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Demand for Jury Trial
*J. H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.:
(9010-1/243150)

Page 1 of 2

DATED at Anchorage, Alaska, this 10th day of May, 2006.

        HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
J. H. Bachmann GmbH and UTC
Bachmann, Inc.

By: *Frank A. Pfiffner*
Frank A. Pfiffner
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Demand for Jury Trial
*J. H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.:
(9010-1/243150)