IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.<br><br>_____ Plaintiff(s),<br>vs.<br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, Defendant(s). LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT | CASE NO. 3AN- 06-7840 CI<br><br>SUMMONS<br>AND<br>NOTICE TO BOTH PARTIES<br>OF JUDICIAL ASSIGNMENT |

To Defendant: __North Star Terminal and Stevedore Company__, LLC of Delaware

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Frank A. Pfiffner _____, whose address is: Hughes Bauman Pfiffner Gorski & Seedorf, LLC, 3900 C Street, Suite 1001, Anchorage, AK  99503
If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge __Michalski__
and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

Date: 5/10/06

By: _A. Stanley_
Deputy Clerk

I certify that on __5/10/06__ a copy of this Summons was ☐ mailed ☑ given to
☐ plaintiff ☑ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order   ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55