IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.<br><br>                    Plaintiff(s),<br>vs.<br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY,  Defendant(s).<br>LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT | CASE NO. 3AN- 06-7840 CI<br><br>SUMMONS<br>AND<br>NOTICE TO BOTH PARTIES<br>OF JUDICIAL ASSIGNMENT |

To Defendant: __Northstar Trucking, Inc.__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __Frank A. Pfiffner__, whose address is: __Hughes Bauman Pfiffner Gorski & Seedorf, LLC, 3900 C Street__. Suite 1001, Anchorage, AK  99503

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge __Michalski__
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__5/10/06__                        By: __A. Harley__
Date                                   Deputy Clerk

I certify that on __5/10/06__ a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk __AS__

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS