## COUNSEL OF RECORD

CASE NO. 3AN-06-7840 C'                                    KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| Hughes, Bauman | 3900 CSt ste 1001<br>Anchorage, AK 99503 (907)274-7522 | Plaintiff |
| Thomas Johnson<br>Bauer Moynihan & Johnson | 2101 4th Ave 24th Floor<br>Seattle, WA 98121<br>(206) 443-3400 | Def's Atty<br>North Star Term,<br>& Stevedore Co. LLC et al. |
| Thomas Matthews | 431 W. 7th Ave. Ste. 207 AA 99501 | Dft |

TF-900 (3/00)(5 ½ X 8 ½)(canary cdsk)

- ☐ Property Damage Other (CIDPDO)
- ☐ Personal Injury Auto (CIDPIA)
- ☐ Personal Injury Other (CIDPIO)

Forcible Entry and Detainer – District Court

- ☐ District Court FED with Damages (CIDFED)
- ☐ District Court FED - No Damages (CIDFEDND)

Foreign Judgment – District Court

- ☐ Foreign Judgment – District Court (CIDFOJ)

- ☐ Other Malpractice (CISOMP)
- ☐ Property Damage - Auto (CISPDA)
- ☑ Property Damage - Other (CISPDO)
- ☐ Personal Injury - Auto (CISPIA)
- ☐ Personal Injury Other (CISPIO)
- ☐ Quiet Title (CISQIT)
- ☐ Real Estate Matter (CISREM)
- ☐ Wrongful Death (CISPID)

Divorce Without Children

- ☐ Divorce Without Children CISDIV)

Divorce or Custody With Children

- ☐ Petition for Custody (CISCUS)
- ☐ Divorce With Children (CISDVC)

Divorce Without Children

- ☐ Divorce Without Children (CISDIV)

Continued On Back

TV-125 CiView (2-sided) (10/03)