1   Thomas G. Johnson
    BAUER MOYNIHAN & JOHNSON LLP
2   2101 4TH Avenue - 24th Floor
    Seattle, WA 98121
3   Telephone: (206) 443-3400
    Facsimile: (206) 448-9076
4

5   Attorneys for Defendant North Star Terminal
    and Stevedore Company, LLL, North Star
6   Terminal and Stevedore Company, LLC of Delaware

7

                IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
8                   THIRD JUDICIAL DISTRICT AT ANCHORAGE

9   J.H. BACHMANN GmbH and UTC
    BACHMANN, INC.,
10
                                    Plaintiffs,
11
12              v.

    BRAGG INVESTMENT COMPANY, INC.          CASE NO. 3AN-06-7840 CI
13  successor-in-interest by merger to HEAVY
    TRANSPORT, INC., NORTHSTAR TRUCKING,
14  INC., NORTH STAR TERMINAL AND
    STEVEDORE COMPANY, LLC, NORTH STAR
15  TERMINAL AND STEVEDORE COMPANY,
    LLC OF DELAWARE and SHANE D.
16  CROWSON dba ALASKA HEAVY HAUL
    TRANSPORT,
17
18                               Defendants.

19                        ENTRY OF APPEARANCE
20
    TO:   Clerk of Court; and
21  TO:   Plaintiff, above-named; and Frank A. Pfiffner, Hughes Bauman Pfiffner Gorski
              & Seedorf, LLC, their attorneys
22
23        YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE that defendants North Star

24  Terminal and Stevedore Company, LLC and North Star Terminal and Stevedore Company, LLC

25  of Delaware hereby enters an appearance in the above-entitled action by the undersigned attorneys.

26  You are hereby requested to serve all further papers and proceedings in said cause, except original

    process, upon said attorneys at their address below stated.

ENTRY OF APPEARANCE
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3AN-06-7840CI
- 1 of 3 -

ATTORNEYS AT LAW
BAUER
MOYNIHAN &
JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT
MAY 23 2006
By_____ Clerk of the Trial Courts
                              Deputy

DATED this ___19th___ day of May, 2006.

BAUER MOYNIHAN & JOHNSON LLP

Thomas G. Johnson, Alaska Bar No. 8011090
Attorneys for Defendants North Star Terminal and
Stevedore Company, LLC, and North Star Terminal
and Stevedore Company, LLC of Delaware

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

ENTRY OF APPEARANCE
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3AN-06-7840CI
- 2 of 3 -

1   I declare under penalty of perjury of the laws of the state of Washington that on May
    __19__, 2006, I caused to be served in the manner indicated below a true and accurate
2   copy of the foregoing document upon the following:

3       Frank A. Pfiffner                    [X] By Mail
        Hughes Bauman Pfiffner Gorski &      [ ] By Hand Delivery
4       Seedorf, LLC                         [X] By Facsimile
        3900 C Street, Suite 1001            [ ] By Air Courier
        Anchorage, Alaska  99503
5       Ph:  (907) 274-7522
        Fax: (907) 263-8320
6
        BAUER MOYNIHAN & JOHNSON LLP
7

8       _____
9       By:  Suya Edwards

10

11

12

13

14

15

16

17

18

19

20

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

21

22

23

24

25

26

ENTRY OF APPEARANCE
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3AN-06-7840CI
- 3 of 3 -