IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTEMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3AN-06-7840 CI |

## ENTRY OF APPEARANCE

Matthews & Zahare, P.C., enters its appearance on behalf of Defendant Northstar Trucking, Inc., and requests that copies of all correspondence and pleadings, excluding service of process be directed to it at 431 West Seventh Avenue, Suite 207, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska, this 6th day of June 2006.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.

By: _____
Thomas A. Matthews
Alaska Bar No. 8511179

Entry of Appearance
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:sk/1440-1/EOA.doc

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on June 6 2006 a copy of the foregoing was ☒mailed/☐hand-delivered to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
3900 C Street, Suite 1001
Anchorage, AK 99503-5931
*Counsel for Plaintiffs*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
825 W. 8th Avenue, Suite 200
Anchorage, AK 99501
*Co-Counsel for Northstar Trucking, Inc.*

*Courtesy Copy mailed to:*
Roy L. Longacre, Esq.
425 G Street, Suite 910
Anchorage, AK 99501
*Counsel for Bragg Investment*

Thomas Johnson, Esq.
Bauer, Moynihan & Johnson
2101 4th Avenue, Suite 2400
Seattle, WA 98121-2320
*Counsel for North Star Terminal & Stevedoring Co., LLC*

_____
Shirley Kelly, Certified PLS

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Entry of Appearance
Bachmann v. Bragg Inv., et al. / 3AN-06-7840 CI
TAM:sk/1440-1/EOA.doc