Bruce E. Falconer (AK Bar No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorney for Northstar Trucking, Inc.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| J. H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. Successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3AN-06-07840 CI |

### ENTRY OF APPEARANCE

COMES NOW Bruce E. Falconer of the law firm of Boyd, Chandler & Falconer, LLP, 911 West Eighth Avenue, Suite 302, Anchorage, Alaska 99501, and enters his appearance for the defendant Northstar Trucking, Inc. All future pleadings, documents and correspondence, except service of process, in the above-captioned case

ENTRY OF APPEARANCE
Page 1 of 2
lr.bf.foster.northstar.CEAtransformer.entry.of.appearance.060106

should be served upon the law firm of Boyd, Chandler & Falconer, LLP.

DATED this /5t day of June, 2006.

          BOYD, CHANDLER & FALCONER, LLP

          By: _____
            Bruce E. Falconer
            AK Bar No. 8707062

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006,
a true and accurate copy of the
foregoing was mailed to:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503

By _____

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

ENTRY OF APPEARANCE
Page 2 of 2
lr.bf.foster.northstar.CEAtransformer.entry.of.appearance.060106