Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

**AFFIDAVIT OF SERVICE**

*Bachmann v. Bragg Inv., et al.*
Affidavit of Service
Case No.: 3:06:cv:00145 TMB
(9010-1/248806)

| STATE OF ALASKA | |
|---|---|
| THIRD JUDICIAL DISTRICT | ss. |

Frank A. Pfiffner, being duly sworn, states that he is the attorney for plaintiff J.H. Bachmann GmbH and UTC Bachmann, Inc., and is competent to testify in the matters hereinafter stated.

That the *Summons and Notice to Both Parties of Judicial Assignment*, and *Complaint* were served via process server on July 3, 2006, on defendant Shane D. Crowson as evidenced by Return of Service attached hereto as Exhibit A.

Dated: 7·7·6

Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 7 day of July, 2006.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 4-28-07

*Bachmann v. Bragg Inv., et al.*
Affidavit of Service
Case No.: 3:06:cv:00145 TMB
(9010-1/248806)

<u>Certificate of Service</u>

  I hereby certify that on the 7th day of July, 2006, a copy of the foregoing Affidavit of Service was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501


<u>s/Frank A. Pfiffner</u>




*Bachmann v. Bragg Inv., et al.*
Affidavit of Service
Case No.: 3:06:cv:00145 TMB
(9010-1/248806)

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

J.H. BACHMANN Gmbh and UTC BACHMANN, INC., )
)
)
-VS- )   Plaintiff(s)
)
)
BRAGG INVESTMENT COMPANY, INC. )         RETURN OF SERVICE
successor-in-interest by merger to HEAVY TRANSPORT )
INC., et al., )
)
Defendant(s) )

Case No: 3:06-CV-00145-TMD

I certify that on   Monday, July 3, 2006 at 4:52 PM I served the following documents
SUMMONS IN A CIVIL ACTION; NOTICE OF REMOVAL; COMPLAINT

on the therein named   SHANE D. CROWSON

at 1900 McKINLEY AVENUE in Anchorage, Alaska by leaving a true and correct copy with
ALAN CROWSON, FATHER OF SHANE D. CROWSON, A PERSON OF SUITABLE AGE & DISCRETION, RESIDING AT
DEFENDANT'S USUAL PLACE OF ABODE

Process Server   GENA COLEMAN

SUBSCRIBED AND SWORN to me this day of   Wednesday, July 5, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 3-5-09

| Attorney: | MCHENRY DETECTIVE AGENCY |
| | PO BOX 92851 |
| | ANCHORAGE, AK 99509 |
| Attention: | BILL |
| File No: | 345-9100 |
| Service Fee: | $35.00 |
| Mileage: | $10.00 |
| Endeavor: | |
| Endeavor: | |
| Total: | $45.00   (A.P.S.) NO:   63883 |

(SEAL)

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK 99501
Phone (907) 276-2237

Ex. A, p. 1 of 1