*Shane Crowson*

Name
_____

Prison Number
_____

Place of Confinement
_____

RECEIVED
JUL 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

*1900 McKinley Anch AK*

Address
*868-1027 or 770-1032*

Telephone

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*H. H. Bachmann Gmbh*
*UTC Bachmann Inc*

Plaintiff,

vs.

*Shane D Crowson DBA*
*Alaska Heavy Haul Transport*

Defendant(s).

Case No. *3HN D6-7846*
*3:06 CV 00145-TMB*

*45 Days* **MOTION**

to/for *More time to answer*

I, *Shane Crowson*, proceeding without a lawyer, move

to/for *More time to get attorney to assist with*
*answer.*

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): *Due to lack of funds, I*
*need time to apply with Alaska Bar to*
*get legal assistance.*

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _Shane D Crowson_, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _7-20-06_____, at _Anchorage AK_.

_____
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____

(Opposing Party or Counsel)

at _____.

(Address)

_____
Signature

PS 15 (effective 8/05)                    2                    MOTION