# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:    Shane Crowson                    Case Number:    3:06-cv-00145-TMB
       1900 McKinley                    Case Title:     J. H. Bachmann GmBH, et al.  v Bragg, et al.
       Anchorage, Alaska   99517        Docket No:      #14

Document Title:   Motion for 45 day extension of time to file answer

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing                           LR 10.1 Form of Pleading
___(a) Cover Sheet missing                                  ___ (a) General - see Comments Below
                                                            ___ (b) No Chamber copy(s)-copy charge
 XX  OTHER (see comments)
                                                            Amount Due: $_____
********************************************************************************************************

**Part II. This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed             ___ Pursuant to Court Order

___ Depositions are not routinely filed                     ___ OTHER (see comments)

28:1914(a) Filing Fee
___ Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed
********************************************************************************************************

**Part III. This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:**

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                               ___ OTHER (see comments)

LR 5.1 Proof of Service
 XX  No proof of service on the document filed.
********************************************************************************************************

**Comments:**   You must always serve all documents on the other party(s) and include a certificate of service on your document.

Name:    Patricia Demeter                   Date:    **7/24/06**

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004