Shane Crowson
Name

Prison Number

Place of Confinement

1900 Mckinley Anch Ak 99517
Address
868-1027 or 770-1082
Telephone

RECEIVED
JUL 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

H. H. Bachmann Gmbh
& UTC Bachmann Inc
Plaintiff,

vs.

Shane D Crowson DBA
Alaska Heavy Haul Transport
Defendant(s).

Case No. 3AN 06-7846
3:06 CV 00145-TMB
(Amended)
45 Days MOTION
to/for More time to answer

I, Shane Crowson, proceeding without a lawyer, move to/for More time to get attorney to assist with answer.

under the following statute(s)/rule(s) (if known) ______

for the following reason(s): Due to lack of funds, I Need time to apply with Alaska Bar to get legal assistance.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Declaration Under Penalty of Perjury

I, Shane D Crowson, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 7-24-06, at Anchorage, AK.

[signature]
Signature

Certificate of Service

I certify that, on ______________________ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on ______________________
(Opposing Party or Counsel)

at ______________________________________________.
(Address)

______________________
Signature



next page

# Certificate of Service

I hereby certify on July 24-06 a copy of Amended motion for 45 days of Extention of time. to answer was Served by mail on.

1. Frank A. Pfiffer Hughes Bauman Pfiffer Gorski & Seedorf, LLC 3900 c Street, Suite 1001 Anchorage Ak 99503
2. Roy L. Longacre, Longacre Law offices Ltd. 425 G Street, Suite 910 Anchorage Ak 99501
3. Bruce E. Falconer Boyd chandler, LLP 825 W. 8th Avenue Suite 200 Anchorage Ak 99501
4. Thomas A. Matthews Matthews & Zahare, P.C. 431 West 7th Avenue, Suite 207 Anchorage Ak 99501
5. Thomas Griffith Johnson Bauer Moynihan & Johnson LLP 2101 fourth Avenue Suite 2400 Seattle, Wa 98121

[signature]