Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and<br>UTC BACHMANN, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC.<br>successor-in-interest by<br>merger to HEAVY TRANSPORT,<br>INC., NORTHSTAR TRUCKING, INC.<br>NORTH STAR TERMINAL AND<br>STEVEDORE COMPANY, LLC, NORTH<br>STAR TERMINAL AND STEVEDORE<br>COMPANY, LLC OF DELAWARE and<br>SHANE D. CROWSON dba ALASKA<br>HEAVY HAUL TRANSPORT<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)Case No. 3:06:cv:00145TMB<br>)<br>) |

**ENTRY OF APPEARANCE**

COMES NOW, Longacre Law Office, Ltd., and enters its appearance as attorney of record for Bragg Investment Company, Inc. successor-in-interest by merger to defendant in the above-entitled case, and requests that copies of all pleadings filed in this action be provided to this

office at 425 G Street, Suite 910, Anchorage, Alaska 99501.

     DATED July 25, 2006.    Longacre Law Offices, Ltd.
Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC.

Roy Longacre
Roy Longacre, ABA # 8211124

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I served a true copy of the foregoing by mail on:

Frank A. Pfiffner, Esq.          Thomas G. Johnson, Esq.
Hughes Thorsness Powell       Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC       tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.         Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP   Matthews & Zahare, P.C.
bflaconer@bcf.us.com         Tom.matthews@matthewszahare.com

and by mail on:

Shane Crowson
1900 McKinley
Anchorage, Alaska 99517-2659

Roy Longacre
Roy Longacre

*Appearance for Bragg*                 Page 2 of 2
Bachmann v. Bragg et. al.        Case No. 3:06:cv:00145 TMB

[/]