Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC. NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06:cv:00145TMB ) ) |

**ANSWER of BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. TO CROSS-CLAIM OF DEFENDANT NORTHSTAR TRUCKING, INC.**

COMES NOW, Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), and for its answer to Defendant

*Answer to NTI's Cross-claim*                                                        Page 1 of 3
Bachmann v. Bragg et. al.                                              Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NTI's XClaim]

Northstar Trucking, Inc.'s (hereinafter NTI) cross-claim states and alleges as follows:

1. BRAGG admits the allegations in Paragraphs 1, 2, and 3 of NTI's cross-claim.

2. BRAGG denies the allegations in Paragraphs 5, and 6 of NTI's cross-claim.

3. The allegations in Paragraph 4 alleges what the Complaint alleges to which no response is required. To the extent any response is required, any and all allegations are denied.

4. BRAGG denies that NTI is entitled to be indemnified by, or obtain contribution from it. BRAGG is without knowledge as to the truth or falsity of the remaining allegations in Paragraph 7 of NTI's cross-claim and therefore denies any and all allegations.

### **AFFIRMATIVE DEFENSES**

1. Defendant NTI fails to state a cause of action upon which relief can be granted.

2. BRAGG reserves the right to add additional affirmative defenses as they become known through investigation and trial.

*Answer to NTI's Cross-claim* Page 2 of 3
Bachmann v. Bragg et. al. Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NTI's XClaim]

### **PRAYER**

Defendant BRAGG prays for the following relief:

1. Northstar Trucking, Inc.'s cross-claim against BRAGG be dismissed with prejudice;

2. Defendant BRAGG be awarded its costs and attorney fees; and

3. Defendant BRAGG be awarded such other and further relief as the court deems just under the circumstances.

DATED July 25, 2006.   Longacre Law Offices, Ltd.
Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC.

Roy Longacre_____
Roy Longacre, ABA # 8211124

CERTIFICATE OF SERVICE
I hereby certify that on
July 25, 2006, I served a true
copy of the foregoing by mail on:

Frank A. Pfiffner, Esq.                Thomas G. Johnson, Esq.
Hughes Thorsness Powell                Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC                tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.                Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP          Matthews & Zahare, P.C.
bflaconer@bcf.us.com                   Tom.matthews@matthewszahare.com

and by mail on:

Shane Crowson
1900 McKinley
Anchorage, Alaska 99517-2659

Roy Longacre_____
Roy Longacre

*Answer to NTI's Cross-claim*                                    Page 3 of 3
Bachmann v. Bragg et. al.                              Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NTI's XClaim]