Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>     Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>     Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

## REPLY TO COUNTERCLAIM

*Bachmann v. Bragg Inv., et al.*
Reply to Counterclaim
Case No.: 3:06:cv:00145 TMB
 (9010-1/249775)

COME NOW the Plaintiffs J. H. BACHMANN GmbH and UTC BACHMANN, INC. ("Bachmann"), by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and reply to the counterclaim of Bragg Investment Company, Inc. ("Bragg") against UTC BACHMANN, INC. as follows:

1. Bachmann admits the allegations contained in paragraph 11 of the first counterclaim.

2. With regard to paragraph 12 of the first counterclaim, Bachmann admits that Bragg has made demands for payment but denies the remaining allegations contained therein.

3. Bachmann denies the allegations contained in paragraph 13 of the first counterclaim.

4. Paragraph 14 of the second counterclaim is irrelevant to the allegations alleged against Bachmann and thus no reply is required. To the extent a reply is required, the allegations contained in paragraph 14 of the second counterclaim are denied.

5. Bachmann denies the allegations contained in paragraphs 15 and 16 of the second counterclaim.

6. All allegations of the counterclaims not previously responded to herein are denied.

## AFFIRMATIVE DEFENSES

1. The counterclaims against UTC Bachmann fail to state a claim upon which relief may be granted.

2. The counterclaims against UTC Bachmann are barred by language of the contract between the parties.

3. The counterclaims against UTC Bachmann are barred by the negligence or other culpable conduct of Bragg.

4. The damages contained in the counterclaims against UTC Bachmann must be reduced in proportion to any negligence or other culpable conduct of Bragg.

5. Bachmann is entitled to set off any amount due any owing to Bragg, which liability is denied, against the damages for which is Bragg is liable.

6. Bachmann reserves the rights to set forth any other affirmative defenses that might become known through discovery.

WHEREFORE, Bachmann prays that the counterclaims be dismissed with prejudice, that the court award costs and attorneys' fees to Bachmann, and that the court award such other and further relief as it may deem just and proper.

DATED at Anchorage, Alaska, this 14th day of August, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff J.H.
Bachmann GmbH and UTC
Bachmann, Inc.


By:   s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032


Certificate of Service

I hereby certify that on the 14th day of August, 2006, a copy of the foregoing Reply to Counterclaim was served electronically on:


Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501


*Bachmann v. Bragg Inv., et al.*
Reply to Counterclaim
Case No.: 3:06:cv:00145 TMB
 (9010-1/249775)

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501


<u>s/Frank A. Pfiffner</u>

*Bachmann v. Bragg Inv., et al.*
Reply to Counterclaim
Case No.: 3:06:cv:00145 TMB
 (9010-1/249775)