Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 263-8241
Facsimile Number: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06:cv:00145 TMB |

**AFFIDAVIT OF SERVICE**

*Bachmann v. Bragg Inv., et al.*
Affidavit of Service
Case No.: 3:06:cv:00145 TMB
(9010-1/249779)

| STATE OF ALASKA | |
|---|---|
| THIRD JUDICIAL DISTRICT | ss. |

Frank A. Pfiffner, being duly sworn, states that he is the attorney for plaintiff J.H. Bachmann GmbH and UTC Bachmann, Inc., and is competent to testify in the matters hereinafter stated.

That the *Summons and Notice to Both Parties of Judicial Assignment*, and *Complaint* were also served via process server on July 16, 2006, on defendant Shane D. Crowson as evidenced by Return of Service attached hereto as Exhibit A.

Dated: 8·15·6

Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 15 day of August, 2006.

NOTARY PUBLIC in and for Alaska
Commission Expires: 4-28-07

Certificate of Service

      I hereby certify that on the 15th day of August, 2006, a copy of the foregoing Affidavit of Service was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501


s/Frank A. Pfiffner

*Bachmann v. Bragg Inv., et al.*
Affidavit of Service
Case No.: 3:06:cv:00145 TMB
(9010-1/249779)

# RETURN OF SERVICE

Case Number: 3AN-06-7840 CI

H.H. BACHMANN, ET. AL.
    Plaintiff(s),
vs.
BRAGG INVESTMENT COMPANY, INC., ET. AL.
    Defendant(s).
_____)

I certify that on 7/16/2006, at 12:21 PM, I served the following documents:

SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, COMPLAINT, EXHIBITS upon the therein named SHANE D. CROWSON D/B/A ALASKA HEAVY HAUL TRANSPORT at 3500 MOUNTAIN VIEW DR. #9, ANCHORAGE, ALASKA, by handing and leaving a true and correct copy with SHANE D. CROWSON.

CHARGES INCLUDE FOUR ATTEMPTS OF THREE ADDRESSES AND FULL RESEARCH FEES.

_____
BRADLEY M. PETERSON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this July 17, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 3/5/2009

Client: HUGHES BAUMAN, ET AL.
Client Contact: CHERYL HANNON
File Number: 9010-1

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

| | |
|---|---|
| Service Fee: | $35.00 |
| Mileage Fee: | $20.00 |
| Endeavor Fee: | $10.00 |
| Research Fee: | $45.00 |
| TOTAL: | $110.00 |

Return No.: 53914