**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>J.H. BACHMAN GmbH, et al.</u>  v.  <u>Bragg Investment Company, et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                                            CASE NO.  <u>3:06-cv-00145-TMB</u>

<u>Patty Demeter</u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: August 16, 2006

    On July 21, 2006, Shawn Crowson, moved this Court for a 45 day extension of time in which to file his answer.[1]  However, even after receiving notice from the Court of the requirement of service,[2] Mr. Crowson did not serve the parties with a copy of his motion, as shown at the bottom of his motion, page 2.

    Mr. Crowson's motion for extension of time must, therefore, be STRICKEN.

    IT IS SO ORDERED.

---

    [1]  *See* Docket No. 14.

    [2]  *See* Docket No. 15, Notice of Non-Compliance.

[~9864513.wpd]{IA.WPD*Rev.12/96}