**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

J.H. BACHMAN GmbH, et al.   v.   Bragg Investment Company, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                         CASE NO.   3:06-cv-00145-TMB

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 21, 2006

    Shawn Crowson has filed an amended motion for a 45 day extension of time in which to file his answer, and has served the parties with his motion.[1] No objections have been made.

    Mr. Crowson's amended motion for extension of time at docket number 16, will therefore be GRANTED.

    IT IS SO ORDERED.

---

[1] *See* Docket No. 16.

[bachman extension2.wpd]{IA.WPD*Rev.12/96}