Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorney for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE ON ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELEWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) |

NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

    Defendant Shane D. Crowson, by and through counsel, hereby requests a two week extension of time until October 16, 2006, to file his Answer herein. Defendant Crowson's insurer has raised, by letter of reservation of rights, policy issues affecting Defendant's potential liability herein. Consequently, the

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

undersigned firm was just appointed to defend Defendant Crowson on Friday, September 29, 2006 we have not yet received the investigatory file from the insurer. The additional time will be necessary to properly prepare an Answer on Defendant Crowson's behalf.

Consent has been requested of all other parties hereto to this request. All the parties have advised that they will not oppose this request for extension of time for filing Answer.

Dated at Anchorage, Alaska this 2nd day of October, 2006.

        LIBBEY LAW OFFICES, LLC

        Counsel for Shane Crowsen dba
        Alaska Heavy Hall Transport

By:  s/Robert M. Libbey
     Robert M. Libbey ABA 6404014
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     boblibbey@alaska.net

This is to certify that the foregoing
is being served by mail or electronically to:

Frank Pfiffner (via mail)
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503-5931
Attorney for Defendant Plaintiffs

Thomas A. Matthews, Esq. (electronically)
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq. (electronically)
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson (electronically)

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 2 of  3

PDF created with pdfFactory trial version www.pdffactory.com

tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware


Roy L. Longacre, Esq. (electronically)
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: October 2, 2006, By: s/Robert M.Libbey

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 3 of  3

PDF created with pdfFactory trial version www.pdffactory.com