Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorney for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE ON ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELEWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) |

APPEARANCE OF LIBBEY LAW OFFICES, LLC, ON BEHALF OF DEFENDANT
SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT

Libbey Law Offices, LLC, by Robert M. Libbey, hereby enters an appearance herein for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport in the above referenced case, and requests that all pleadings and other documents filed in this action be sent to Libbey Law Offices, LLC, 604 West Second Avenue,

Entry of Appearance
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 2nd day of October, 2006.

    LIBBEY LAW OFFICES, LLC

    Counsel for Shane Crowsen dba Alaska Heavy Hall Transport

By: s/Robert M. Libbey
    Robert M. Libbey ABA 6404014
    604 West 2nd Ave.
    Anchorage, AK 99501
    Phone: (907) 258-1815
    Fax: (907) 258-1822
    boblibbey@alaska.net

This is to certify that the foregoing is being served by mail or electronically to:

Frank Pfiffner (via mail)
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503-5931
Attorney for Defendant Plaintiffs

Thomas A. Matthews, Esq. (electronically)
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq. (electronically)
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson (electronically)
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Deleware


Roy L. Longacre, Esq. (electronically)
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

On: October 2, 2006, By: s/Robert M.Libbey


Entry of Appearance
Bachmann v. Bragg et al.
3:06-cv-00145-TMB    Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com