Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorney for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

```
              UNITED STATES DISTRICT COURT
          FOR THE STATE ON ALASKA AT ANCHORAGE
```

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELEWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) No. 3:06:CV 00145(TMB) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME

Defendant Shane D. Crowson dba Alaska Heavy Haul Transport having requested a non-opposed motion of extension of time to file an answer, and the court having reviewed the non-opposed motion, it is hereby ordered, the motion is GRANTED. Defendant Crowson's answer is due October 16, 2006.

Proposed Order Re Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                         Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

Dated at Anchorage, Alaska this____day of October, 2006.

_____
U.S. District Court Judge

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner (electronically)
fap@hbplaw.net
Attorney for Defendant Plaintiffs

Thomas A. Matthews, Esq. (electronically)
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq. (electronically)
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson (electronically)
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware

Roy L. Longacre, Esq. (electronically)
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: October 2, 2006 By: s/Robert M.Libbey

Proposed Order Re Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com