LIBBEY LAW OFFICES, LLC  
Colleen A. Libbey  
604 W. Second Avenue  
Anchorage, AK 99501  
(907) 258-1815  
(907) 258-1822 Fax  
clibbey@alaska.net  

Attorneys for Defendant  
Shane D. Crowson dba Alaska  
Heavy Haul Transport  

UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA AT ANCHORAGE  

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) No. 3-06-CV 00145(TMB) ) ) ) ) ) ) ) ) |

ENTRY OF APPEARANCE

    Libbey Law Offices, LLC, by Colleen A. Libbey, hereby enters an appearance herein for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport in the above referenced case, and requests that all pleadings and other documents filed in this action be sent to Libbey Law Offices, LLC, 604 West Second Avenue,

Entry of Appearance  
Bachmann v. Bragg et al.  
3:06-cv-00145-TMB                                                    Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 16th day of October, 2006.

        LIBBEY LAW OFFICES, LLC

        Counsel for Shane Crowson dba Alaska Heavy Haul Transport

By:  s/Colleen A. Libbey
     Colleen A. Libbey ABA 0012104
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     clibbey@alaska.net

This is to certify that this entry of appearance is being served electronically to:

Frank Pfiffner
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

On: October 16, 2006 By: s/Colleen A. Libbey

Entry of Appearance
Bachmann v. Bragg et al.
3:06-cv-00145-TMB        Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com