LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>             Plaintiffs, <br><br>      v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) No. 3:06:CV 00145(TMB) ) ) ) ) ) ) ) ) |

**ANSWER TO CROSS CLAIM OF BRAGG INVESTMENT COMPANY, INC.**

Defendant Shane D. Crowson answers the Cross Claim of Bragg Investment Company, Inc. (Bragg) as follows:

1.   Defendant admits paragraph 17.

Answer to Cross Claim of Bragg
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                            Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

2.  Defendant admits paragraph 18.

3.  Defendant admits paragraph 19.

4.  Defendant admits NTI was negligent in handling of the transformers, in failing to deliver materials from which the proper placement of the transformers could be determined, and in failing to warn of the high degree of instability of the transformers, and Defendant denies that NTI was otherwise negligent "in its use of Crowson."

5.  Paragraph 21 asserts a legal conclusion, and thus requires no answer.

6.  Paragraph 22 asserts a legal conclusion, and thus requires no answer.

7.  Defendant incorporates its foregoing responses to Paragraph 23.

8.  Defendant denies paragraph 24.

7.  Paragraph 25 asserts a legal conclusion, and thus requires no answer.  To the extent an answer is required, Defendant denies that Bragg is entitled to any judgment or indemnity or contribution from Crowson under the facts of this case.

## FIRST AFFIRMATIVE DEFENSE

Bragg breached its agreement with Northstar Trucking, Inc. and Shane D. Crowson by failing to deliver to persons charged with loading the transformers the transformer balance and center of gravity data, by failing to use what data it may have had to

Answer to Cross Claim of Bragg
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                            Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

competently supervise loading of the transformers, by failing to warn of the high degree of instability of the transformers, by failing to arrange for adequate insurance, and by failure to take prompt action to defend and indemnify Crowson from the claims herein.

## SECOND AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, he is entitled to indemnity from Bragg.

## THIRD AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, all parties, including Bragg, and parties not presently named herein, are liable in contribution to Shane D. Crowson.

WHEREFORE, Defendant Shane D. Crowson requests judgment as follows:

1. That Bragg Investment Company, Inc.'s Cross Claim be dismissed with prejudice;

2. That Shane D. Crowson be awarded his costs and attorneys' fees with respect thereto;

3. That Bragg be held liable to Shane D. Crowson in full indemnity for any liability incurred by Crowson herein, including all costs and attorney fees.

4. That all the parties be held liable to Shane D. Crowson in contribution, including Bragg, and parties not presently named herein.

Answer to Cross Claim of Bragg
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

5.  For such further relief as may be just.


Dated at Anchorage, Alaska this 16th day of October, 2006.

                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                       By:  s/Robert M. Libbey
                              Robert M. Libbey ABA 6404014
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              boblibbey@alaska.net

This is to certify that the foregoing Answer to Cross-Claim Bragg
is being served by electronically to:

Frank Pfiffner
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.


On: October 16, 2006 By: s/Robert M.Libbey




Answer to Cross Claim of Bragg
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com