LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>　　　　Defendants. | No. 3:06:CV 00145(TMB) |

## ANSWER TO CROSS CLAIM OF NORTHSTAR TRUCKING, INC.

Defendant Shane D. Crowson answers the Cross Claim of Northstar Trucking, Inc. as follows:

1.　Defendant admits paragraph 1.

Answer to Cross-Claim of Northstar Trucking
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant admits paragraph 2.

3. Defendant admits paragraph 3.

4. Defendant admits NTI summarizes in paragraph 4 what the Complaint alleges.

5. Defendant denies each and every allegation of paragraph 5.

6. Defendant admits paragraph 6.

7. Paragraph 7 asserts a legal conclusion, and thus requires no answer. To the extent an answer is required, Defendant denies that NTI is entitled to either indemnity or contribution from Crowson under the facts of this case.

## FIRST AFFIRMATIVE DEFENSE

NTI breached its agreement with Shane D. Crowson by failing to deliver transformer balance and center of gravity data, by failing to warn of the high degree of instability of the transformers, by failing to adequately insure, and by failure to take prompt action to defend and indemnify Crowson from the claims herein.

## SECOND AFFIRMATIVE DEFENSE

If NTI lacked legal authority to contract with Shane D. Crowson over movement of the transformers by land, NTI falsely asserted such authority, Crowson reasonably relied on such assertions to his detriment, and NTI is barred from denying such authority.

## THIRD AFFIRMATIVE DEFENSE

Answer to Cross-Claim of Northstar Trucking
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

In the event Shane D. Crowson is held liable herein, he is entitled to indemnity from NTI.

### FOURTH AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, all parties, including NTI, and parties not presently named herein, are liable in contribution to Shane D. Crowson.

WHEREFORE, Defendant Shane D. Crowson requests judgment as follows:

1. That Northstar Trucking, Inc.'s Cross Claim be dismissed with prejudice;

2. That Shane D. Crowson be awarded his costs and attorneys' fees with respect thereto;

3. That Northstar Trucking, Inc. be held liable to Shane D. Crowson in full indemnity for any liability incurred by Crowson herein, including all costs and attorney fees.

4. That all the parties be held liable to Shane D. Crowson in contribution, including NTI, and parties not presently named herein.

5. For such further relief as may be just.

Dated at Anchorage, Alaska this 16th day of October, 2006.

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                         By:  s/Robert M. Libbey
                              Robert M. Libbey ABA 6404014
                              604 West 2nd Ave.
```

Answer to Cross-Claim of Northstar Trucking
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
boblibbey@alaska.net

This is to certify that the foregoing Answer to Cross-Claim of Northstar Trucking is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.


On: October 16, 2006 By: s/Robert M.Libbey
\\BOB\C_Bob\Bob_Data\Civil Cases\Shane Crowson\Pleadings\c.c answer.trucking.wpd

Answer to Cross-Claim of Northstar Trucking
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                                  Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com