LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>         Plaintiffs, <br><br>     v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>         Defendants. | No. 3:06:CV 00145(TMB) |

**ANSWER TO CROSS CLAIM OF**
**NORTH STAR TERMINAL & STEVEDORE COMPANY, LLC**

Defendant Shane D. Crowson answers the Cross Claim of North Star Terminal & Stevedore, LLC as follows:

1. Defendant admits paragraph 1.

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                                                    Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant admits paragraph 2.

3. Defendant admits paragraph 3.

4. Defendant admits paragraph 4.

5. Defendant admits paragraph 5.

6. Defendant admits paragraph 6.

7. Defendant admits paragraph 7.

8. Defendant denies that Shane D. Crowson was satisfied with the position of the transformers on the trucks, and lacks information sufficient to know whether Kurt Nielsen was satisfied. Defendant admits the balance of the allegations.

9. Defendant admits that while traveling 2-3 miles per hour, one of the trucks entered 94th Avenue from Old Seward Highway and the trailer tipped severely to the left, the tie down chains broke, and the transformer fell off the left side of the truck. Defendant denies the balance of the allegations.

10. Paragraph 10 asserts a legal conclusion, and thus requires no answer.

11. Defendant denies paragraph 11, for lack of information sufficient to form a belief.

12. Defendant denies that legally actionable conduct of Shane D. Crowson caused damage to the transformer. Defendant admits the balance of the allegations.

13. Paragraph 13 asserts a legal conclusion, and thus requires no answer.

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                           Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

14. Paragraph 14 asserts a legal conclusion, and thus requires no answer. To the extent an answer is required, Defendant denies that legally actionable conduct of Shane D. Crowson caused damage to the transformer.

<u>FIRST AFFIRMATIVE DEFENSE</u>

In the event Shane D. Crowson is held liable herein, all parties, including North Star Terminal & Stevedore, LLC, and parties not presently named herein, are liable in contribution to Shane D. Crowson.

WHEREFORE, Defendant Shane D. Crowson requests judgment as follows:

1. That North Star Terminal & Stevedore, LLC's Cross Claim be dismissed with prejudice;

2. That Shane D. Crowson be awarded his costs and attorneys' fees with respect thereto;

3. That North Star Terminal & Stevedore, LLC be held liable to Shane D. Crowson in full indemnity for any liability incurred by Crowson herein, including all costs and attorney fees.

4. That all the parties be held liable to Shane D. Crowson in contribution, including North Star Terminal & Stevedore, LLC, and parties not presently named herein.

5. For such further relief as may be just.

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

Dated at Anchorage, Alaska this 16th day of October, 2006.

                          LIBBEY LAW OFFICES, LLC
                          Counsel for Shane Crowson dba
                          Alaska Heavy Haul Transport

By:  s/Robert M. Libbey
     Robert M. Libbey ABA 6404014
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     boblibbey@alaska.net

This is to certify that the foregoing Answer to Cross-Claim of North Star Terminal is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: October 16, 2006 By: s/Robert M.Libbey

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                                 Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com