Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC. NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) Case No. 3:06:cv:00145TMB ) ) |

**ANSWER of BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. TO CROSS-CLAIM OF DEFENDANT NORTH STAR TERMINAL & STEVEDORE COMPANY, LLC**

COMES NOW, Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), and for its answer to Defendant North

*Answer to NSTS's Cross-claim*                                                Page 1 of 4
Bachmann v. Bragg et. al.                                    Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NSTS's XClaim]

Star Terminal & Stevedore Company, LLC's (hereinafter NSTS) cross-claim states and alleges as follows:

    1. BRAGG admits the allegations in Paragraphs 1, 2, and 3 of NSTS's cross-claim.

    2. The Heavy Lift Agreement referenced in Paragraphs 4, 5, 6, 7, 10, and 11 speaks for itself and therefore no additional response is required. To the extent an additional response is required BRAGG denies the allegations in Paragraphs 4, 5, 6, 7, 10, and 11 of NSTS's cross-claim.

    3. By way of further answer to the allegations in Paragraph 4, BRAGG admits that in entered into a Heavy Haul Agreement with defendant NSTS, but denies that it hired defendant Crowson to provide the trucks for hauling the transformers from NSTS's terminal to the construction site.

    4. BRAGG is without sufficient information to know whether Shane D. Crowson was satisfied with the position of the transformers on the truck. BRAGG denies the remaining allegations in Paragraph 8.

    5. BRAGG is without personal knowledge as to what caused the accident referenced in Paragraph 9 and therefore denies any and all allegations in Paragraph 9.

*Answer to NSTS's Cross-claim*     Page 2 of 4
Bachmann v. Bragg et. al.     Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NSTS's XClaim]

    6.    BRAGG denies that its actions caused the damage to the transformer. BRAGG admits the balance of the allegations in Paragraph 12.

    7.    Paragraphs 13 and 14 assert a legal conclusion, and thus require no answer. To the extent an answer is required BRAGG denies the allegations in Paragraphs 13 and 14 of NSTS's cross-claim.

## **AFFIRMATIVE DEFENSES**

    1. Defendant NSTS fails to state a cause of action upon which relief can be granted.

    2. BRAGG reserves the right to add additional affirmative defenses as they become known through investigation and trial.

## **PRAYER**

   Defendant BRAGG prays for the following relief:

    1. Northstar Terminal & Stevedore Company, LLC's cross-claim against BRAGG be dismissed with prejudice;

    2. Defendant BRAGG be awarded its costs and attorney fees; and

    3. Defendant BRAGG be awarded such other and further relief as the court deems just under the circumstances.

*Answer to NSTS's Cross-claim*                                    Page 3 of 4
Bachmann v. Bragg et. al.                                      Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NSTS's XClaim]

DATED October 20, 2006.    By:   /s/ Roy Longacre
    Roy Longacre
    Longacre Law Offices, Ltd.
    425 G Street, Suite 910
    Anchorage, AK 99501
    longacre@alaska.com

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006,
I electronically filed the foregoing document
with the Clerk of the Court using the CM/ECF
system which will send notification to the following:

Frank A. Pfiffner, Esq.          Thomas G. Johnson, Esq.
Hughes Thorsness Powell          Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC          tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.          Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP    Matthews & Zahare, P.C.
bflaconer@bcf.us.com             Tom.matthews@matthewszahare.com

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
boblibbey@alaska.net

LONGACRE LAW OFFICES, LTD.

/s/ Roy Longacre
BY: Roy Longacre

*Answer to NSTS's Cross-claim*    Page 4 of 4
Bachmann v. Bragg et. al.    Case No. 3:06:cv:00145 TMB
[/Answer (lined) to NSTS's XClaim]