Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv 00145 TMB <br><br> **NORTHSTAR TRUCKING INC.'S ANSWER TO CROSS-CLAIM OF BRAGG INVESTMENT CO., INC., SUCCESSOR-IN-INTEREST BY MERGER TO HEAVY TRANSPORT, INC.** |

Answer to Bragg's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimBragg                                                                                   1 of 4

Defendant Northstar Trucking, Inc. ("NTI"), through counsel, answers and alleges as follows in response to Bragg Investment Company, Inc.'s ("Bragg") Cross-Claim against Northstar Trucking, Inc.

1. Answering paragraph 17, NTI admits that Bragg is the successor-in-interest by merger to Heavy Transport, Inc. NTI is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 17, and therefore denies same.

2. Answering paragraph 18, the allegations contained therein are denied.

3. Answering paragraph 19, the allegations contained therein are denied.

4. Answering paragraph 20, the allegations contained therein are denied.

5. Answering paragraph 21, the allegations contained therein are denied.

6. Answering paragraph 22, the allegations contained therein are denied.

## AFFIRMATIVE DEFENSES

1. Bragg's Cross-Claim fails to state a claim or claims upon which relief may be granted against NTI.

2. Plaintiff's and/or Bragg's damages, if any, were caused by the negligence of Bragg or of independent third parties over whom NTI had no control.

3. NTI may is not vicariously liable for the actions of other independent contractors, including the other defendants, on any legal theory.

4. Bragg has failed to mitigate its damages, if any.

5. Some or all of Bragg's claims may be barred and/or limited by terms or provisions expressly or impliedly included in the contract(s) of carriage entered into

Answer to Bragg's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimBragg                                                                 2 of 4

by Plaintiff and Bragg and/or between Bragg and the owners of the cargo (or their agents), and as an alleged subcontractor to Bragg, NTI is entitled to all of the benefits, protections and/or limitations of same.

6.  NTI reserves the right to plead such additional affirmative defenses as may be revealed in discovery.

Dated this 23rd day of October 2006, at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Co-Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews_____
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    Tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Co-Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer_____
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Answer to Bragg's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimBragg                                                              3 of 4

CERTIFICATE OF SERVICE

I certify that on 23rd day of October, 2006
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
*Co-Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
   Haul Transport*

s/Thomas A. Matthews_____

Answer to Bragg's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimBragg                                          4 of 4