LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>           Plaintiffs, <br><br>     v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>           Defendants. | No. 3:06:CV 00145(TMB) |

**<u>ERRATA TO DOCKET 36</u>**

Defendant Shane D. Crowson hereby files this errata to Docket No. 36, his Answer to Cross Claim of North Star Terminal & Stevedore Company, LLC.  In paragraph 9, the word "left" was inadvertently typed instead of "right."  Paragraph nine should read

Errata to Docket 36
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                   Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

as follows:

    9.  Defendant admits that while traveling 2-3 miles per hour, one of the trucks entered 94th Avenue from Old Seward Highway and the trailer tipped severely to the right, the tie down chains broke, and the transformer fell off the right side of the truck.  Defendant denies the balance of the allegations.

    Dated at Anchorage, Alaska this 24th day of October, 2006.

                                  LIBBEY LAW OFFICES, LLC
                                  Counsel for Shane Crowson dba
                                  Alaska Heavy Haul Transport

                        By:  s/Robert M. Libbey
                                  Robert M. Libbey ABA 6404014
                                  604 West 2nd Ave.
                                  Anchorage, AK 99501
                                  Phone: (907) 258-1815
                                  Fax: (907) 258-1822
                                  boblibbey@alaska.net

This is to certify that the foregoing Answer to Cross-Claim of North Star Terminal is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And

Errata to Docket 36
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                             Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Colleen Libbey
clibbey@alaska.net
Attorney for Defendant Crowson

On: October 24, 2006 By: s/Robert M.Libbey

Errata to Docket 36
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com