Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA  98121
Telephone:  (206) 443-3400
Facsimile:  (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>Defendants. | CASE NO. 3:06: CV 00145 (TMB) |

### NORTH STAR TERMINAL AND STEVEDORE COMPANY'S ANSWER TO CROWSON'S CROSS CLAIMS

Defendant North Star Terminal and Stevedore Company, LLC, (North Star) answers to defendant Shane D. Crowson, dba Alaska Heavy Haul Transport's ("Crowson") cross claims as follows:

1. Answering paragraph 56 of Crowson's Cross Claim Against All Parties – Contribution, to the extent an answer is required, North Star denies the allegations contained therein.

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 1 of 4 -

- 1 -

2. Answering paragraph 57, North Star is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore, denies the allegations contained therein.

3. Answering paragraph 58, North Star denies the allegations contained therein.

4. Answering paragraph 59, North Star denies the allegations contained therein.

5. Answering paragraph 60, North Star denies the allegations contained therein.

6. Answering paragraph 61, North Star denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. Defendant Crowson fails to state a cause of action upon which relief can be granted.

### Second Affirmative Defense

2. The damage to the transformer was caused by the sole negligence of defendant Crowson.

### Third Affirmative Defense

3. North Star reserves the right to plead additional affirmative defenses as they become known through discovery and trial.

Wherefore, having fully answered the defendant Crowson's cross claim against all parties – contribution, defendant North Star Terminal and Stevedore Company, LLC requests the following relief:

1. That defendant Crowson's cross claim against all parties for contribution be dismissed with prejudice, and defendant Crowson take nothing in this matter;

2. That defendant North Star be awarded its costs and attorneys' fees as allowed by law against defendant Crowson.

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 2 of 4 -

- 2 -

DATED this 31st day of October, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson

_____
Thomas G. Johnson, Alaska Bar No. 8011090
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: tgjohnson@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 3 of 4 -

- 3 -

I declare under penalty of perjury of the laws of the state of Washington that on October 31, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
fap@hbplaw.net

Thomas A. Matthews
Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
bflaconer@bcf.us.com

Roy L. Longacre
Longacre Law Offices, Ltd
longacre@alaska.com

Robert M. Libbey
Libbey Law Offices, LLC
boblibbey@alaska.net

BAUER MOYNIHAN & JOHNSON LLP

/s/ Suya Edwards
_____
By:  Suya Edwards

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 4 of 4 -