Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>    Plaintiffs,<br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>    Defendants. | Case No. 3:06:cv 00145 TMB<br><br>**DEFENDANT NORTHSTAR TRUCKING INC.'S ANSWER TO CROSS-CLAIMS OF SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT** |

Defendant Northstar Trucking, Inc. ("NTI"), through counsel, answers and alleges as follows in response to Shane D. Crowson's Cross-Claims against Northstar Trucking, Inc.

1. Answering paragraph 51, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

2. Answering paragraph 52, NTI denies the allegations contained therein.

3. Answering paragraph 53, NTI denies the allegations contained therein.

4. Answering paragraph 54, NTI denies the allegations contained therein.

5. Answering paragraph 55, NTI denies the allegations contained therein.

6. Answering paragraph 56, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

7. Answering paragraph 57, NTI denies it had any responsibility or involvement in developing a trucking plan for the transformer Crowson dropped, and denies the remaining allegations in paragraph 57 for lack of information sufficient to form a belief as to the truth of same.

8. Answering paragraph 58, NTI denies it had any responsibility or involvement in preparing for safe shipping the transformer Crowson dropped, and denies the remaining allegations in paragraph 58 for lack of information sufficient to form a belief as to the truth of same.

9. Answering paragraph 59, NTI denies it had any responsibility or involvement in loading the transformer Crowson dropped, and denies the remaining

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Northstar Trucking's Answer to Crowson's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimCrowson                                    2 of 5

allegations in paragraph 59 for lack of information sufficient to form a belief as to the truth of same.

10. Answering paragraph 60, NTI denies it had any responsibility or involvement in loading the transformer Crowson dropped, and denies the remaining allegations in paragraph 60 for lack of information sufficient to form a belief as to the truth of same.

11. Answering paragraph 61, NTI denies the allegations contained therein.

12. Answering paragraph 62, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

13. Answering paragraph 63, NTI denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. Crowson's Cross-Claims fail to state a claim or claims upon which relief may be granted against NTI.

2. Plaintiffs' and/or Crowson's damages, if any, were caused by the negligence of Crowson alone or of other independent third parties over whom NTI had no control.

3. NTI is not vicariously liable for the actions of Crowson or for any other independent contractors, including the other defendants, on any legal theory.

4. NTI reserves the right to plead such additional affirmative defenses as may be disclosed in discovery.

WHEREFORE, having fully answered Defendant Shane D. Crowson's Cross-Claim, NTI prays for the following relief:

Northstar Trucking's Answer to Crowson's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimCrowson                                           3 of 5

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

1. That Defendant Shane D. Crowson take nothing by way of his Cross-claim.

2. That NTI be awarded costs, interest, and attorney's fees for the defense of this action;

3. That this action be dismissed with prejudice; and for such other and further relief as this Court may deem just and appropriate.

Dated this 9th day of November 2006, at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Co-Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    Tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Co-Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer (consent)
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska 99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Northstar Trucking's Answer to Crowson's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimCrowson                                4 of 5

CERTIFICATE OF SERVICE

I certify that on 9th day of November, 2006
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
*Co-Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
   Haul Transport*


s/Thomas A. Matthews

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Northstar Trucking's Answer to Crowson's Cross-Claim
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/AnsCrossClaimCrowson