Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

### AFFIDAVIT OF FRANK A. PFIFFNER

*Bachmann v. Bragg Inv., et al.*
Affidavit of Frank A. Pfiffner
Case No.: 3:06:cv:00145 TMB
(9010-1/255853)

| STATE OF ALASKA | |
|---|---|
| THIRD JUDICIAL DISTRICT | ss. |

1. I am the attorney for J.H. Bachmann GmbH and UTC Bachmann, Inc. ("Bachmann"), plaintiffs in this litigation.

2. This Affidavit is based on my personal knowledge except as otherwise noted herein.

3. On or about January 23, 2007, counsel for the parties had a scheduling conference in this matter. At this conference, I advised counsel for the other parties that Bachmann would be seeking consolidation of the Delta litigation with the Bachmann litigation. The parties agreed to consider whether they would stipulated to the consolidation. I have agreed to prepare a proposed stipulation, which will be completed shortly after this opposition memorandum is filed. If the parties cannot agree on consolidation, I will file a motion to consolidate.

4. Attached hereto as Exhibit A is a true and accurate copy of the Delta complaint filed by Delta Floyd Schadeverzekering N.V. ("Delta') in the United States District Court for the District of Alaska.

5. Attached hereto as Exhibit C is a copy of the Hamburg judgment in German as I received it from Bachmann's German counsel.

*Bachmann v. Bragg Inv., et al.*
Affidavit of Frank A. Pfiffner
Case No.: 3:06:cv:00145 TMB
(9010-1/255853)

6. Attached as Exhibit D is an English translation of the Hamburg judgment as received from Bachmann's German counsel, who has advised me that the translation is accurate.

7. Bachmann's German counsel has advised me that the Hamburg judgment has not been paid and is on appeal.

Dated: _1·29.7_     _____
Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 29 day of January, 2007.

_____
NOTARY PUBLIC in and for Alaska
Commission Expires: 4-28-07

*Bachmann v. Bragg Inv., et al.*
Affidavit of Frank A. Pfiffner
Case No.: 3:06:cv:00145 TMB
(9010-1/255853)

Page 3 of 4

Ex. B, p. 3 of 4

Certificate of Service

I hereby certify that on the 29th day of January, 2007, a copy of the foregoing Affidavit of Service was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK 99501


s/Frank A. Pfiffner




*Bachmann v. Bragg Inv., et al.*
Affidavit of Frank A. Pfiffner
Case No.: 3:06:cv:00145 TMB
(9010-1/255853)