Ex. E, p. 1 of 1