Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv 00145 TMB |

**DEFENDANT NORTHSTAR TRUCKING, INC.'s
JOINDER IN CROWSON'S MOTION TO DISMISS**

Defendant Northstar Trucking, Inc., through counsel, Matthews & Zahare, P.C., submit its joinder to Defendant Shane D. Crowson's Motion to Dismiss For Failure To Join Indispensable Parties and For Lack of Dispute In Controversy, dated January 12, 2007.

Dated this ___ day of January 2007, at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Co-Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews_____
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    Tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Co-Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer_____
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Northstar's Joinder in Crowson's Mtn to Dismiss
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/JoindCrowsonMtnDismiss                                Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on _____ day of January 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK  99501
*Co-Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
   Haul Transport*


s/Thomas A. Matthews_____

Northstar's Joinder in Crowson's Mtn to Dismiss
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1440-1/JoindCrowsonMtnDismiss                                      Page 3 of 3