LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>       Plaintiffs, <br><br>   v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) No. 3:06:CV 00145(TMB) ) ) ) ) ) ) ) ) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION
TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES**

Defendant Shane D. Crowson by and through counsel, pursuant to

Local Rule 7.1(e) and Federal Rules of Civil Procedure 6(b), hereby

moves for an extension of time of two weeks, until February 19,

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

2007, to file a reply to the plaintiffs' response to Crowson's motion to dismiss for failure to join. The motion is non-opposed and is supported by the accompanying declaration of counsel.

Dated at Anchorage, Alaska this 5th day of February, 2007.

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                       By:    s/Colleen A. Libbey
                              Colleen A. Libbey ABA 0012104
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              clibbey@alaska.net
```

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: Feb. 5, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\mtn ext reply.wpd

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com