LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>    Plaintiffs, <br><br>  v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>    Defendants. | No. 3:06:CV 00145(TMB) |

**<u>PROPOSED ORDER GRANTING NON-OPPOSED
MOTION FOR EXTENSION OF TIME TO FILE REPLY</u>**

    Defendant Shane D. Crowson dba Alaska Heavy Haul Transport having requested a non-opposed motion of extension of time to file a reply to Plaintiffs' opposition to Crowson's motion to

Proposed Order Granting Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                                           Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

dismiss, and the court having reviewed the non-opposed motion, it is hereby ordered, the motion is GRANTED. Defendant Crowson's reply is due February 19, 2007 .

Dated at Anchorage, Alaska this _____ day of _____, 2007.

_____
U.S. District Court Judge

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: February 5, 2007 By: s/Colleen A. Libbey

Proposed Order Granting Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com