LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) <br><br> **Declaration of Counsel** |

I, Colleen A. Libbey, declare as follows:

1. I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2. I am making this declaration in support of the Non-opposed

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                         Page 1 of   4

PDF created with pdfFactory trial version www.pdffactory.com

    Request for Extension of Time to File Reply Re Motion to Dismiss for Failure to Join Indispensable Parties accompanying this declaration.

3. I was responsible for drafting and filing Crowson's motion to dismiss for failure to join, and I am responsible for finalizing the reply pleading.

4. I received a response from plaintiff on January 29, 2007, making any reply pleading due February 5, 2007.

5. The Plaintiff's response includes a significant amount of new factual evidence.

6. I am requesting a two week extension because, among other things, I am under significant deadlines in two murder PCR cases that required I commit the bulk of last week and this week to pleadings and preparation in those cases; I also have an appellate brief due on February 7, 2007, in a case on remand from the United States Supreme Court to the Alaska Court of Appeals.

7. My co-counsel, Robert Libbey, corresponded with counsel for Plaintiff, who indicated Plaintiff does not oppose this request for a two week extension, until February 19, 2007.

8. The requested extension will not prevent this case from proceeding forward with respect to finalization of the FRCP 26(f) planning report of the parties, consolidation of this case with Case No. 3:06-cv-00274-TMB, and the parties

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 2 of   4

PDF created with pdfFactory trial version www.pdffactory.com

      exchange of Initial Disclosures pursuant to FRCP 26(a)(1), due February 9, 2007.

9. The factual assertions in the Non-opposed Request for Extension of Time are true and accurate to the best of my knowledge.

10. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

      Dated at Anchorage, Alaska this 5th day of February, 2007.

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                       By:    s/Colleen A. Libbey
                              Colleen A. Libbey ABA 0012104
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              clibbey@alaska.net
```

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                           Page 3 of   4

PDF created with pdfFactory trial version www.pdffactory.com

Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.


On: Feb. 5, 2007  By: s/Colleen A. Libbey


N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\dec ext reply.wpd

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 4 of  4