LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>          Plaintiffs, <br><br>     v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>          Defendants. | No. 3:06:CV 00145(TMB) |

## MOTION TO STAY MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES

Defendant Shane D. Crowson, by and through counsel, requests a stay of its motion to dismiss this action for failure to join a party needed for just adjudication. The motion for stay is

Motion to Stay
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

supported by the accompanying declaration of counsel and records herein.

Crowson has argued that the case must be dismissed for Plaintiff J.H. Bachmann GmbH and UTC Bachman (collectively referred to as "Bachman"), Inc.'s failure to join the following indispensable parties: Starkstrom Gerätebau GmbH ("SGB") and Gericke & Co. GmbH ("Gericke"). In Crowson's opening motion, he argued that the original bill of lading between the manufacturer of the transformer, SGB, and the shipper, Gericke is critical to the defense of Crowson and any other defendants involved in the shipment of the transformers, for the original bill of lading could completely absolve defendants in this case of liability. [*See* Crowson's Motion to Dismiss at 4-5]

In Bachman's initial disclosures, received on February 12, 2007, it produced a way bill, but the way bill produced is difficult to read and the back side of the way bill is missing. Crowson has requested a complete and legible copy of the way bill. [Exhibit A] The way bill is a critical issue regarding the motion to dismiss.  To that end, Crowson requests a stay of the motion to dismiss until the requested document is provided.

Furthermore, there is no undue prejudice in granting the stay, for failure to join a party indispensable under Rule 19 can be raised at any time; indeed, the joinder question can be deferred

Motion to Stay
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

until appropriate discovery is complete or even until trial itself. *See* Fed. Div. R. 12(b)(7), (h); Wright & Miller, *Federal Practice & Procedure* §1609 (noting that the joinder question can be deferred to await discovery).

If the request for stay is denied, Crowson requests a one week extension of time to file a reply. The reasons for the extension are explained in the accompanying declaration of counsel.

**CONCLUSION**

For the foregoing, the motion to dismiss should be stayed and any reply pleading of Crowson should be due within ten days of production of the way bill.

Dated at Anchorage, Alaska this 20th day of February, 2007.

        LIBBEY LAW OFFICES, LLC
        Counsel for Shane Crowson dba
        Alaska Heavy Haul Transport

By: s/Colleen A. Libbey
    Colleen A. Libbey ABA 0012104
    604 West 2nd Ave.
    Anchorage, AK 99501
    Phone: (907) 258-1815
    Fax: (907) 258-1822
    clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:
Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com

Motion to Stay
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                      Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

```
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: February 20, 2007 By: s/Colleen A. Libbey
```

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\motion stay dismiss.wpd

Motion to Stay
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com