## Bob Libbey

**From:** "Frank Pfiffner" <FAP@hbplaw.net>
**To:** "Bob Libbey" <boblibbey@alaska.net>
**Sent:** Tuesday, February 13, 2007 10:10 AM
**Subject:** RE: Sea Waybill

Bob,

You have received what I have available at this time. I will check the front of the sea waybill to see whether I have a clearer copy although I doubt it. I will attempt to obtain any terms and conditions if there are any. I don't know how long this process will take but I will let you know as soon as I have more information.

**Frank A. Pfiffner, Esq.**
**Hughes Bauman Pfiffner Gorski & Seedorf, LLC**
3900 C Street, Suite 1001
Anchorage, Alaska  99503

Telephone (907) 263-8216
Facsimile (907) 263-8320
E-mail FAP@hbplaw.net
ABA No. 7505032

-----Original Message-----
**From:** Bob Libbey [mailto:boblibbey@alaska.net]
**Sent:** Tuesday, February 13, 2007 9:40 AM
**To:** Thomas A. Matthews; Frank Pfiffner
**Subject:** Sea Waybill

Frank,

We believe the way bill produced by your client yesterday, as BMN000373, is relevant to our pending motion to dismiss or to add parties. The text of the terms stated on the front is in small print and is somewhat blurred, making it difficult to read. It also appears to incorporate "terms and conditions on the reverse hereof," yet no reverse side is produced with the disclosures.

Would you please furnish the clearest possible copy of this waybill, including the front and reverse of all pages thereof. Since it is needed for our reply memorandum, please expedite production. If time will be a problem, please advise us of this as promptly as possible.

Thanks for your continued cooperation.

Bob Libbey

Exhibit A
Page 1 of 1 Pages

2/20/2007