LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>              Plaintiffs,<br><br>     v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)No. 3:06:CV 00145(TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PROPOSED ORDER GRANTING MOTION TO STAY MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES</u>**

Defendant Shane D. Crowson dba Alaska Heavy Haul Transport

having requested a motion to stay his motion to dismiss for

failure to join, it is hereby ordered that the motion to stay is

Proposed Order Granting Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                    Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

granted.  Any reply pleading of Crowson is due within ten days of production of a legible copy of the complete way bill referenced in the motion for stay.  Therefore, the motion to dismiss shall be held in abeyance until Crowson's reply has been filed or the time for filing a reply has expired.

In the alternative, the motion for stay is denied; Crowson's request for an extension of time to file the reply is granted. The reply is due no later than February 27, 2007.

Dated at Anchorage, Alaska this _____ day of _____, 2007.

_____
U.S. District Court Judge

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: February 20, 2007 By: s/Colleen A. Libbey

Proposed Order Granting Extension
Bachmann v. Bragg et al.

PDF created with pdfFactory trial version www.pdffactory.com