LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>　　　　Defendants. | No. 3:06:CV 00145(TMB) <br><br><br><br><br><br><br>**Declaration of Counsel** |

　　　I, Colleen A. Libbey, declare as follows:

1.　I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2.　I am making this declaration in support of the Motion to

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                    Page 1 of  3

PDF created with pdfFactory trial version www.pdffactory.com

       Stay Motion to Dismiss for Failure to Join Indispensable Parties accompanying this declaration.

3. I am responsible for drafting and filing Crowson's motion to dismiss for failure to join, and I am responsible for finalizing the reply pleading.

4. In preparing the reply pleading, it came to my attention that Plaintiffs initial disclosures included a way bill relevant to whether or not the additional parties SGB and Gericke need to be joined.

5. As explained in the opening motion to dismiss, the way bill could be critical to liability issues in the case. To that end, we need to review a complete copy of the way bill to determine whether or not failure to join warrants dismissal.

6. The initial disclosures were only just received February 12, 2007; a complete and legible copy of the way bill was requested of Plaintiff counsel the following day. [Exhibit A to motion to stay]

7. If I do not receive a stay of the motion to dismiss, I would ask for a one week extension of time to file the reply pleading.

8. I was working on finalizing the reply today, but because I realized I should file a motion to stay, and because of the receipt of the filing of numerous expedited pleadings in another case, I was not able to sufficiently finalize it.

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 2 of  3

PDF created with pdfFactory trial version www.pdffactory.com

9.  This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 20th day of February, 2007.

                                      LIBBEY LAW OFFICES, LLC
                                      Counsel for Shane Crowson dba
                                      Alaska Heavy Haul Transport

                         By:  s/Colleen A. Libbey
                                      Colleen A. Libbey ABA 0012104
                                      604 West 2nd Ave.
                                      Anchorage, AK 99501
                                      Phone: (907) 258-1815
                                      Fax: (907) 258-1822
                                      clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:
Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: Feb. 20, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\dec stay.wpd

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                           Page 3 of  3

PDF created with pdfFactory trial version www.pdffactory.com