Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv 00145 TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULING AND PLANNING REPORT**

On January 31, 2007, this Court issued its Pretrial Order directing the parties to meet and confer and submit a planning report. (*See* Docket No. 47). In anticipation of the Court's Order, counsel for the parties actually met on January 23, 2007. A draft planning report is currently in circulation. However, due to scheduling difficulties, counsel have not been able to confer recently to finalize the planning report. A conference call of all counsel is now scheduled for Friday, March 2, 2007 for the purpose of finalizing the Rule 26 planning report. Counsel anticipates that a final report may be submitted to the Court by Monday, March 5, 2007.

For the foregoing reasons, Defendant Northstar Trucking requests the Court extend the deadline for submission of a Rule 26 planning report until Monday, March 5, 2007.

Dated this 28th day of February 2007, at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    Tom.matthews@matthewszahare.com

Unopposed Motion for Extension of Time
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/UnOppMtnExt    2 of 3

                                CHANDLER & FALCONER, LLP
                                Counsel for Northstar Trucking, Inc.

                                By: s/Bruce E. Falconer_(consent)_____
                                    Bruce E. Falconer, ABA 8707062
                                    Boyd, Chandler & Falconer, LLP
                                    911 W. 8th Ave., Suite 302
                                    Anchorage, Alaska 99501
                                    Phone: (907) 272-8401
                                    Fax: (907) 274-3698
                                    bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 28th day of February 2007,
I caused to be served by electronic mail to:

| | |
|---|---|
| Frank A. Pfiffner, Esq.<br>Hughes Bauman Pfiffner<br>Gorski & Seedorf, LLC<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503<br>*Counsel for Plaintiffs* | Roy L. Longacre, Esq.<br>Longacre Law Offices, Ltd<br>425 G. Street, Suite 910<br>Anchorage, AK 99501<br>*Counsel for Def. Bragg Investment Co.* |
| Thomas G. Johnson, Esq.<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Ave., 24th Floor<br>Seattle, WA 98121<br>*Counsel for Def. North Star Terminal &*<br>  *Stevedore LLC of Delaware* | Robert M. Libbey, Esq.<br>Colleen A. Libbey, Esq.<br>Libbey Law Offices, LLC<br>604 West 2nd Ave.<br>Anchorage, AK 99501<br>*Counsel for Shane Crowson d/b/a Alaska Heavy*<br>  *Haul Transport* |
| Bruce E. Falconer, Esq.<br>Boyd, Chandler & Falconer, LLP<br>911 W. 8th Ave., Suite 302<br>Anchorage, AK 99501<br>*Counsel for Northstar Trucking, Inc.* | Courtesy Copy by email to:<br>Marc Wilhelm, Esq.<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501<br>Counsel for Delta Lloyd |

                                      s/Thomas A. Matthews_____

Unopposed Motion for Extension of Time
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/UnOppMtnExt                                                                         3 of 3