Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06:cv 00145 TMB ) ) ) ) ) ) ) ) ) ) |

**PROPOSED ORDER GRANTING
MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULING AND PLANNING REPORT**

On February 28, 2007, counsel for Defendant Northstar Trucking, Inc. filed an Unopposed Motion for Extension of Time to File Scheduling and Planning Report.

IT IS HEREBY ORDERED, that the parties may have until Monday March 5, 2007 in which to file the Rule 26 Scheduling and Planning Report.

Dated this _____ day of March 2007.

_____
TIMOTHY M. BURGESS
United States District Court Judge

Proposed Order Granting Unopposed Motion for Extension of Time
*Bachmann et al vs. Bragg et al.* 3:06:cv-00145 TMB
TAM:jlw\1442-1\OrdUnOppMtnExt                                    Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on 28th day of February 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal &
  Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK  99501
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
  Haul Transport*

   Courtesy Copy by email to:
    Marc Wilhelm, Esq.
    Richmond & Quinn
    360 K Street, Suite 200
    Anchorage, AK 99501
    Counsel for Delta Lloyd


s/Thomas A. Matthews_____

Proposed Order Granting Unopposed Motion for Extension of Time
*Bachmann et al vs. Bragg et al.* 3:06:cv-00145 TMB
TAM:jlw\1442-1\OrdUnOppMtnExt   Page 3 of 3