Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>                Defendants. | Case No. 3:06:cv:00145 TMB |

### STIPULATION TO CONSOLIDATE

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

1.      The parties to this action, all of whom with the exception of J.H. Bachmann GmbH, are defendants in Case No. 3:06-cv-00274 TMB pending in the United States District Court for the District of Alaska, and Delta Lloyd Schadeverzekering N.V. ("Delta"), plaintiff in Case No. 3:06-cv-00274 TMB, stipulate and agree that Case No. 3:06-cv-00274 TMB shall be consolidated into the present action for all purposes.

2.      The parties to the present action with the exception of UTC Bachmann, Inc., North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware stipulate and agree that Delta will not have to serve a summons and complaint on the defendants and that the defendants waive service of process and agree to answer the Delta claims for relief within 20 days of the date of the order approving this stipulation. All defendants in the Delta case shall answer the Delta complaint within 20 days of the consolidation order or the later of 20 days from service of the summons and complaint on UTC Bachmann, Inc. North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware.

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

DATED at Anchorage, Alaska, this 5th day of March, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff J.H.
> Bachmann GmbH and UTC
> Bachmann, Inc.

> By:  s/ Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone: 907-274-7522
>       Facsimile: 907-263-8320
>       FAP@hbplaw.net
>       ABA No. 7505032

DATED at Anchorage, Alaska, this 5th day of March, 2007.

> MATTHEWS & ZAHARE, P.C.

> Co-Counsel for Northstar Trucking,
> Inc.

> By:  s/ Thomas A. Matthews
>       (consent)
>       Thomas A. Matthews
>       431 W. 7th Avenue, Suite 207
>       Anchorage, AK  99501
>       Telephone: (907) 276-1516
>       Facsimile: (907) 276-8955
>       Tom.matthews@matthewszah
>       are.com
>       ABA No. 8511179

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

DATED at Anchorage, Alaska, this 5th day of March, 2007.

> BOYD, CHANDLER &
> FALCONER, LLP
> Co-Counsel for Northstar Trucking,
> Inc.
>
>
> By:   s/ Bruce E. Falconer (consent)
> Bruce E. Falconer
> 911 W.8th Avenue, Suite 302
> Anchorage, AK 99501
> Telephone: (907) 272-8401
> Facsimile (907) 274-3698
> bfalconer@bcf.us.com
> ABA No. 8707062

DATED at Anchorage, Alaska, this 5th day of March, 2007.

> BAUER MOYNIHAN &
> JOHNSON LLP
> Attorneys for Defendants North Star
> Terminal and Stevedore Company,
> LLC, and North Star Terminal and
> Stevedore Company, LLC of
> Delaware
>
>
> By:   s/ Thomas G. Johnson
> (consent)
> Thomas G. Johnson
> 2101 Fourth Avenue
> Suite 2400
> Seattle, WA 98121
> Telephone: (206)443-3400
> Facsimile (206) 448-9076
> tgjohnson@bmjlaw.com
> ABA No. 8011090

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

DATED at Anchorage, Alaska, this 5th day of March, 2007.

LIBBEY LAW OFFICES, LLC

Attorneys for Defendant Shane
Crowson dba Alaska Heavy Haul
Transport

By:    s/ Robert M. Libbey (consent)
       Robert M. Libbey
       604 West 2nd Avenue
       Anchorage, AK  99501
       Telephone: (907) 258-1815
       Facsimile (907) 258-1822
       boblibbey@alaska.net
       ABA No. 6404014

DATED at Anchorage, Alaska, this 5th day of March, 2007.

LONGACRE LAW OFFICES, LTD.

Attorneys for Defendant Bragg
Investment Company, Inc.

By:    s/ Roy Longacre (consent)
       Roy Longacre
       425 G Street
       Suite 910
       Anchorage, AK  99501
       Telephone: (907) 276-6354
       Facsimile: (907) 279-4685
       Longacre@alaska.com
       ABA No. 8211124

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

DATED at Anchorage, Alaska, this 5th day of March, 2007.

RICHMOND & QUINN

Attorneys for Plaintiff Delta Lloyd
Schadeverzekering N.V.


By:     s/ Marc G. Wilhelm (consent)
        Marc G. Wilhelm
        360 K Street, Suite 200
        Anchorage, AK  99501
        Telephone: (907) 276-5727
        Facsimile: (907) 276-2953
        mwilhelm@richmondquinn.com
        ABA No. 8406054


Certificate of Service

I hereby certify that on the 5th day of March, 2007, a copy of the foregoing
Stipulation to Consolidate was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*Bachmann v. Bragg Inv., et al.*
Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256024)