Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06:cv:00145 TMB |

## PROPOSED ORDER APPROVING STIPULATION TO CONSOLIDATE

*Bachmann v. Bragg Inv., et al.*
Proposed Order Approving Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256060)

Having reviewed the March 5, 2007, Stipulation to Consolidate, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the motion to consolidate is granted. Case No. 3:06-cv-00274 TMB is consolidated into this action for all purposes.

IT IS FURTHER ORDERED that the parties sued by Delta shall answer the Delta complaint within 20 days of the date of this order or the later of 20 days from service of the summons and complaint on UTC Bachmann, Inc. North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware.

_____                    _____
Date                                 Timothy M. Burgess
                                     Judge of the U.S. District Court

*Bachmann v. Bragg Inv., et al.*
Proposed Order Approving Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256060)

Certificate of Service

I hereby certify that on the 5th day of March, 2007, a copy of the foregoing Proposed Order Approving Stipulation to Consolidate was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

*Bachmann v. Bragg Inv., et al.*
Proposed Order Approving Stipulation to Consolidate
Case No.: 3:06:cv:00145 TMB
 (9010-1/256060)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner
_____