Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>                Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>                Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06:cv:00145 TMB |

## BACHMANN'S UNOPPOSED MOTION FOR EXTENSION OF TIME

*Bachmann v. Bragg Inv., et al.*
Bachmann's Unopposed Motion for Extension of Time
Case No.: 3:06:cv:00145 TMB
 (9010-1/257253)

COME NOW Plaintiffs, by and through their attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC, and move this Court for an order granting Plaintiffs an extension of time until March 14, 2007, in which to file their response to Defendant Shane Crowson's Motion to Stay Motion to Dismiss for Failure to Join Indispensable Parties. Counsel for Plaintiffs has discussed this motion with Colleen Libbey, counsel for Defendant Shane Crowson, who has stated that she does not oppose this extension.

DATED at Anchorage, Alaska, this 7th day of March, 2007.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Plaintiff J.H.
        Bachmann GmbH and UTC
        Bachmann, Inc.

By:   s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

*Bachmann v. Bragg Inv., et al.*
Bachmann's Unopposed Motion for Extension of Time
Case No.: 3:06:cv:00145 TMB
(9010-1/257253)
Page 2 of 3

Certificate of Service

I hereby certify that on the 7th day of March, 2007, a copy of the foregoing Bachmann's Unopposed Motion for Extension of Time was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*Bachmann v. Bragg Inv., et al.*
Bachmann's Unopposed Motion for Extension of Time
Case No.: 3:06:cv:00145 TMB
 (9010-1/257253)

Page 3 of 3