SGB Starkstrom-Geraetebau GmbH

Ohmstr. 36

93055 Regensburg

Chugach Electric Association Inc.
5601 Minnesota Drive
Anchorage, AK 99516
USA

UTC - Bachmann, Inc.   INT 1.10.
International Logistics
2125 N.W. 86th Avenue
Miami, FL 33122
USA

# J.H.B.

## J. H. Bachmann

P.O. Box 10 75 09
**28075 Bremen**
UST-ID-Nr./V.A.T. NO.: DE812072180

Rudlof@hb.jhbachmann.com
Tel. 0421/1768-363
Fax 0421/1768-407

### Shipping Advice Copy

Please quote in your reply
Date

| Shipped on | Ocean vessel | Port of discharge | eta | Our Ref |
|---|---|---|---|---|
| 25.09.04 | ELEKTRA | TACOMA | 26.10.04 | 1240/4100232 |

| Port of loading | Final destination | Insurance | Terms of delivery |
|---|---|---|---|
| BREMERHAVEN | ANCHORAGE, AK | DURCH SMIT USA GEO | DDP ANCHORAGE, AK |

| Marks and numbers | Number and kind of packages | Description of goods | gross weight kg |
|---|---|---|---|
| 1430683 AND 684<br>101851 AND 101852<br>SOUTH ANCHORANGE<br>SUBSTATION<br>ANCHORANGE<br>ALASKA<br>USA | 2 UNPACKED | 2 POWER-TRANSFORMERS<br>WITHOUT DISMANTLED<br>TRANSFORMER PARTS<br>.<br>RATED POWER 100 MVA<br>SERIAL NUMBER: 1430683<br>AND 0684<br>HS-CODE: 8504 2300 | 212.000,0 |

Remarks:

Business is undertaken subject to the German Forwarders Standard Terms and Conditions (ADSp.) latest edition. A copy of these terms is available upon request and as download from www.jhbachmann.com. According to article 23 ADSp, the freight forwarders liability for loss of or damage to the goods is limited to € 5,00 per kg of the consignments gross weight. On multi-modal transport contracts or in the event of major damages liability is for 1 SDR per kg.

| Distribution of documents | Registered mail | Express | Air-mail | Original B/L 1.mail | 2.mail | Copy B/L | Ins. Police | Cons. Inv. | Cust. Inv. | Comm. Inv. | Invoice | Licence | Movem Cert. | Packing list | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gericke & Co. | Pos t | + | eM | Ail | | X* | | | | | X | X | | * | |
| UTC New Jersey | TNT | + | eMa | il | | X* | | | | X | | | | * | + |

* ONLY EXPRESS B/L ISSUED - NO ORIGINALS

+ DANGEROUS GOODS DECLARATION FOR GAS BOTTLE ON TRANSFORMER

Very truly yours

J.H.Bachmann GmbH

Exhibit A, Page 1 of 1