NON-NEGOTIABLE SEA WAYBILL
for Combined Transport or Port to Port Shipment

W&W

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

Port of loading: BREMERHAVEN

Marks and Nos / Container no: SOUTH ANCHORAGE SUBSTATION ANCHORAGE ALASKA

Description of goods:
PIECE (S)
2 POWER-TRANSFORMERS WITHOUT DISMANTLED TRANSFORMER PARTS RATED POWER 100 MVA SERIAL NUMBER:
HAZARD CLASS: 9 UN NUMBER
PROPER SHIPPING NAME: DANGEROUS GOODS IN APPARATUS COMPRESSED AIR GROSS WEIGHT: 56.00 NET WEIGHT: PACKAGE DESCRIPTION: 2 STEEL BOTTLES EMS: F-A, S-9 EMERGENCY PHONE: MARINE POLLUTANT: NO LIMITED QUANTITY: N

NON-NEGOTIABLE WAYBILL - SIMPLIFIED DELIVERY
SHIPPED ON BOARD - FREIGHT PREPAID
CONDITIONS AS PER SURVEY REPORT

Declared value: NONE

TOTAL

Place of issue: BREMEN

Wallenius Wilhelmsen Lines AS

Exhibit B, Page 1 of 1

BMN000373