Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

**BACHMANN'S MOTION TO TAKE
JUDICIAL NOTICE OF FOREIGN JUDGMENT**

*Bachmann v. Bragg Inv., et al.*
Bachmann's Motion to Take Judicial Notice of Foreign Judgment
Case No.: 3:06:cv:00145 TMB
 (9010-1/257209)

COMES NOW the plaintiffs, by and through their counsel of record, and pursuant to Federal Rules of Evidence 201, 604, and 902(3) move this court for an order taking judicial notice of the judgment entered by the German Court of Hamburg on September 27, 2006, in the matter of *Delta Lloyd Schadeverzekering N.V. v. Gericke GmbH Internationale Spedition and J.H. Bachmann GmbH*, File No. 417 O 230/05, and determining that it is admissible as evidence in this proceeding. A certified copy of the foreign judgment is attached hereto as Exhibit A, and a sworn translation of that document is attached as Exhibit B.

Evidence Rule 201 allows the court to take judicial notice of the German court decision that underlies this dispute. ER 201 relates to adjudicative facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. ER 201(b). The rule is mandatory where the notice "is requested a by a party" and where the court is "supplied with the necessary information. ER 201(d). Plaintiffs have presented herewith both a copy of the German decision, and a sworn translation of that decision. This motion provides notice to the defendants who may be heard to the extent they may have objections to the requested notice.

ER 902(3) allows for admission into evidence of foreign public documents which are "executed or attested to in an official capacity by a person authorized by the laws of a foreign country to make the execution or attestation." Exhibit A hereto is an original of

*Bachmann v. Bragg Inv., et al.*
Bachmann's Motion to Take Judicial Notice of Foreign Judgment
Case No.: 3:06:cv:00145 TMB
(9010-1/257209)
Page 2 of 5

the German judgment accompanied by a notarial certificate that states that the document "is a true and complete photostat copy of the certified original copy of the judgment issued by the Regional Court [Landgericht] Hamburg under date of 27th September 2006." The notarial seal is signed by Dr. Friedrich Strube, a Notary Public with office in Bremen, Germany. It meets the criteria for a self-authenticated document under ER 902, and is therefore admissible into evidence.

Exhibit B is a translation of the German judgment presented as Exhibit A. It has been translated under the direction of Dr. Joachim F. Bartels, a German lawyer representing Bachmann in the German litigation out of which that judgment was generated. The translation is accompanied by a confirmation from Dr. Bartels confirming "that this translation is correct." Evidence Rule 604 allows for translators with respect to foreign documents, and requires that they affirm that they have provided "a true translation" of the foreign document.

Accordingly, plaintiffs request the court enter an order taking judicial notice of the German judgment attached as Ex. A, and the translation thereof attached as Ex. B, and order that the two exhibits be admitted into evidence in this proceeding.

*Bachmann v. Bragg Inv., et al.*
Bachmann's Motion to Take Judicial Notice of Foreign Judgment
Case No.: 3:06:cv:00145 TMB
(9010-1/257209)
Page 3 of 5

DATED at Anchorage, Alaska, this 16th day of March, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff J.H.
> Bachmann GmbH and UTC
> Bachmann, Inc.
>
> By:   s/ Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone: 907-274-7522
>       Facsimile: 907-263-8320
>       FAP@hbplaw.net
>       ABA No. 7505032

*Bachmann v. Bragg Inv., et al.*
Bachmann's Motion to Take Judicial Notice of Foreign Judgment
Case No.: 3:06:cv:00145 TMB
(9010-1/257209)

Page 4 of 5

Certificate of Service

I hereby certify that on the 16th day of March, 2007, a copy of the foregoing Bachmann's Motion to Take Judicial Notice of Foreign Judgment was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc E. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner


*Bachmann v. Bragg Inv., et al.*
Bachmann's Motion to Take Judicial Notice of Foreign Judgment
Case No.: 3:06:cv:00145 TMB
 (9010-1/257209)