LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) No. 3:06:CV 00145(TMB) ) ) ) ) ) ) ) ) |

**PROPOSED ORDER GRANTING NON-OPPOSED**
**MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION TO STAY**

　　Defendant Shane D. Crowson dba Alaska Heavy Haul Transport having requested a non-opposed motion of extension of time to file a reply to Plaintiffs' response to motion to stay, and the

Proposed Order Granting Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

Court having reviewed the non-opposed motion, it is hereby ordered, the motion is GRANTED.  Defendant Crowson's reply is due April 2, 2007 .

    Dated at Anchorage, Alaska this _____ day  of _____, 2007.

                                        _____
                                        U.S. District Court Judge

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: March 19, 2007 By: s/Colleen A. Libbey

Proposed Order Granting Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com