LIBBEY LAW OFFICES, LLC  
Robert M. Libbey  
Colleen A. Libbey  
604 W. Second Avenue  
Anchorage, AK 99501  
(907) 258-1815  
(907) 258-1822 Fax  
boblibbey@alaska.net  
clibbey@alaska.net  

Attorneys for Defendant  
Shane D. Crowson dba Alaska  
Heavy Haul Transport  

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>            Plaintiffs, <br><br>     v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>            Defendants. | No. 3:06:CV 00145(TMB) <br><br>**Declaration of Counsel** |

   I, Colleen A. Libbey, declare as follows:

1.  I am co-counsel for Defendant Shane Crowson in the above

    captioned matter.

2.  I am making this declaration in support of the Non-opposed

Dec. of Counsel  
Bachmann v. Bragg et al.  
3:06-cv-00145-TMB                                                Page 1 of  3

PDF created with pdfFactory trial version www.pdffactory.com

      Motion for Extension of Time to File Reply Re Motion to Stay accompanying this declaration.

3. I was responsible for drafting and filing Crowson's motion to stay, and I am responsible for finalizing the reply pleading.

4. A reply is due today, March 19, 2007.

5. I am requesting a two week extension because, I was out of town part of last week and the week prior to; I also need additional time because since receipt of the Plaintiff's response to motion to stay we have received more than 1,000 pages of supplemental disclosure which need to be reviewed prior to filing our reply.

6. I spoke with Frank Pfiffner, counsel for Plaintiff, via phone today and he kindly indicated that he non-opposes this request for extension.

7. The factual assertions in the Non-opposed Request for Extension of Time are true and accurate to the best of my knowledge.

8. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

      Dated at Anchorage, Alaska this 19th day of March, 2007.

                        LIBBEY LAW OFFICES, LLC
                        Counsel for Shane Crowson dba
                        Alaska Heavy Haul Transport

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 2 of  3

PDF created with pdfFactory trial version www.pdffactory.com

By: <u>s/Colleen A. Libbey</u>
Colleen A. Libbey ABA 0012104
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: March 19, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\dex ext 19mar2007.wpd

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of  3

PDF created with pdfFactory trial version www.pdffactory.com