Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>           Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>           Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

**BACHMANN'S NOTICE OF FILING**

*Bachmann v. Bragg Inv., et al.*
Bachmann's Notice of Filing
Case No.: 3:06:cv:00145 TMB
 (9010-1/257653)

COMES NOW Plaintiff J.H. Bachmann GmbH and UTC Bachmann, Inc., by and through its attorneys of record, and hereby gives notice of filing a legible copy of Exhibit B and D to Bachmann's Response to Crowson's Motion to Stay.

DATED at Anchorage, Alaska, this 20th day of March, 2007.

>   HUGHES BAUMAN PFIFFNER
>   GORSKI & SEEDORF, LLC
>   Attorneys for Plaintiff J.H.
>   Bachmann GmbH and UTC
>   Bachmann, Inc.
>
>   By:   s/ Frank A. Pfiffner
>         Frank A. Pfiffner
>         3900 C Street, Suite 1001
>         Anchorage, Alaska  99503
>         Telephone: 907-274-7522
>         Facsimile: 907-263-8320
>         FAP@hbplaw.net
>         ABA No. 7505032

Certificate of Service

I hereby certify that on the 20th day of March, 2007, a copy of the foregoing Bachmann's Notice of Filing was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

*Bachmann v. Bragg Inv., et al.*
Bachmann's Notice of Filing
Case No.: 3:06:cv:00145 TMB
 (9010-1/257653)

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501


s/Frank A. Pfiffner

*Bachmann v. Bragg Inv., et al.*
Bachmann's Notice of Filing
Case No.: 3:06:cv:00145 TMB
 (9010-1/257653)
Page 3 of 3