| Shipper | | **NON-NEGOTIABLE SEA WAYBILL** for Combined Transport or Port to Port Shipment | W:B No. DE235973 |
|---|---|---|---|
| SGB STARKSTROM-GERÄTEBAU GMBH OHMSTRASSE 10 REGENSBURG 93055 GERMANY | | | Reference No. 1240/4100232 |

Page 1/1

**WALLENIUS WILHELMSEN LINES AS**
www.2wglobal.com

| Consignee |
|---|
| CHUGACH ELECTRIC ASSOCIATION INC. 5601 MINNESOTA DRIVE ANCHORAGE, AK 99516 USA |

| Notify Party/Address |
|---|
| UTC BACHMANN, INC. INTERNATIONAL LOGISTICS 2125 NW 86TH AVENUE MIAMI, FL 33122 U.S.A |

Received by the Carrier from the Shipper in apparent external good order and condition (unless otherwise noted herein) the total number of quantity of containers or other packages or units indicated in the below box entitled "Total no. of Containers/Packages" for carriage subject to all the terms and conditions hereof (including the terms and conditions on the reverse hereof and the terms and conditions of the Carrier's applicable tariff) from the Place of Receipt or the Port of Loading, whichever is applicable to the Port of Discharge or the Place of Delivery, whichever is applicable. In accepting this Sea Waybill the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written or otherwise incorporated.

| Pre-carriage by | Place of receipt* |
|---|---|
| | |

| Vessel/Voyage | Port of loading |
|---|---|
| ELEKTRA ED427 | BREMERHAVEN |

| Port of discharge | Place of delivery* | Type of move | On-carriage by |
|---|---|---|---|
| TACOMA, WA | | | |

| Marks and Nos. Container no. | No. of units or packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| 1430683 AND 684 101851 AND 101852 SOUTH ANCHORAGE SUBSTATION ANCHORAGE ALASKA USA | 2 | PIECE (S) 2 POWER-TRANSFORMERS WITHOUT DISMANTLED TRANSFORMER PARTS RATED POWER 100 MVA SERIAL NUMBER: 1430683 AND 0684 HS-CODE: 8504 2300 HAZARD CLASS: 9 UN NUMBER: 3363 PROPER SHIPPING NAME: DANGEROUS GOODS IN APPARATUS COMPRESSED AIR GROSS WEIGHT: 58.00 NET WEIGHT: 20.00 PACKAGE DESCRIPTION: 2 STEEL BOTTLES EMS: F-A,S-P EMERGENCY PHONE: 01149-911 423 8113 MARINE POLLUTANT: NO LIMITED QUANTITY: N | 212000 KGS | |

NON NEGOTIABLE WAYBILL-- SIMPLIFIED DELIVERY.
SHIPPED ON BOARD - FREIGHT PREPAID
EXCEPTIONS/CONDITIONS AS PER SURVEY REPORT.
NOA TO BE SENT TO NOTIFY - BILL CONSIGNEED TO NOTIFY

— Carrier's Receipt — ← Above particulars as declared by Merchant but not acknowledged by the Carrier →

Total no. of containers or packages received by the Carrier in words (See clause 10) Two Unit(s)

| Freight & Charges | Revenue Tons | Rate | Curr. | Per | Prepaid | Collect |
|---|---|---|---|---|---|---|
| | | | | | | |

| Declared value (See clause 10) | Extra charge | Exchange rate | TOTAL | | |
|---|---|---|---|---|---|
| NONE | NONE | | | | |

In witness whereof this Sea Waybill has been signed

Freight payable at BREMEN

Place and date of issue (Year Month Date) BREMEN 2004 09 25

for the Carrier Wallenius Wilhelmsen Lines AS

**Wallenius Wilhelmsen Lines AS**

As Carrier

* Applicable only when document used as Combined Transport Sea Waybill (See clause 1)

Continued on reverse side

W/B EUCC 06/02

Exhibit B, Page 1 of 1

**BMN001513**