LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) |

**REPLY RE MOTION TO STAY AND
NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY RE MOTION
TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES**

Defendant Shane D. Crowson by and through counsel, pursuant to Local Rule 7.1 and Federal Rules of Civil Procedure 6, hereby

Reply Re Stay and Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                    Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

notifies the court that it will not file a substantive reply pleading to the motion to stay, but instead moves for an extension of time of 10 days from today, until April 12, 2007, to file a reply to the plaintiffs' response to Crowson's motion to dismiss for failure to join.

Previously, Defendant Crowson filed a motion to stay in order to receive a legible copy of a way bill that Crowson believed was a critical piece of discovery. *See* Docket 51. Since the filing of the motion to stay, Plaintiffs have produced a legible copy, alleviating the need to stay the motion to dismiss. However, Crowson does ask for additional time to file a reply to the motion to dismiss for failure to join indispensable parties. *See* Docket 43. The motion for additional time to reply is non-opposed and is supported by the accompanying declaration of counsel.

Dated at Anchorage, Alaska this 2nd day of April, 2007.

> LIBBEY LAW OFFICES, LLC
> Counsel for Shane Crowson dba
> Alaska Heavy Haul Transport
>
> By: s/Colleen A. Libbey
> Colleen A. Libbey ABA 0012104
> 604 West 2nd Ave.
> Anchorage, AK 99501
> Phone: (907) 258-1815
> Fax: (907) 258-1822
> clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.

Reply Re Stay and Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.


On: April 2, 2007   By: s/Colleen A. Libbey

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\mtn ext reply 02apr2007.wpd

Reply Re Stay and Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                          Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com