LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) <br><br> **Declaration of Counsel** |

I, Colleen A. Libbey, declare as follows:

1. I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2. I am making this declaration in support of the Reply Re

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                              Page 1 of  4

PDF created with pdfFactory trial version www.pdffactory.com

      Motion to Stay and Non-opposed Motion for Extension of Time to File Reply Re Motion to Dismiss for Failure to Join Indispensable Parties accompanying this declaration.

3. I was responsible for drafting and filing Crowson's motion to stay and his motion to dismiss for failure to join indispensable parties, and I am responsible for finalizing the reply pleadings related to both of the above.

4. A reply to the motion to stay is due today, April 2, 2007.

5. The reason for requesting a stay was to review a legible document of discovery; we have since received the request for discovery. To that end, a stay is not necessary.

6. However, I am requesting an extension of 10 days to file the reply on the related motion to dismiss for failure to join.

7. A ten day period of time to file the reply to the motion to dismiss for failure to join is necessary because the voluminous additional discovery, more than 1,000 pages, needs to be further reviewed to finalize the motion to dismiss.

8. In addition, Crowson recently sent interrogatories to Plaintiff regarding issues relevant to the motion to dismiss; Crowson needs to review the responses to those requests before filing the reply to the motion to dismiss; counsel for Plaintiff, Frank Pfiffner, indicated today that he sent the final responses to our office. To that end, once

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                           Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

those responses are reviewed/analyzed the reply to the motion to dismiss can be filed.

9. I spoke with Frank Pfiffner, counsel for Plaintiff, via phone today, April 2, 2007 and he kindly indicated that he non-opposes this request for extension of 10 days to file the reply to the motion to dismiss for failure to join.

10. The factual assertions in the Reply Re Stay and Non-opposed Request for Extension of Time are true and accurate to the best of my knowledge.

11. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 2nd day of April, 2007.

        LIBBEY LAW OFFICES, LLC
        Counsel for Shane Crowson dba
        Alaska Heavy Haul Transport

By: s/Colleen A. Libbey
    Colleen A. Libbey ABA 0012104
    604 West 2nd Ave.
    Anchorage, AK 99501
    Phone: (907) 258-1815
    Fax: (907) 258-1822
    clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com

Dec. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                      Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

On: April 2, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\Civil Cases\Crowson, Bachman v\pldg\dec ext02arp2007.wpd

Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                    Page 4 of   4

PDF created with pdfFactory trial version www.pdffactory.com