Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>         Plaintiffs, <br>    vs. <br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 3:06:cv 00145 TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Unopposed Mtn for Extension of Time
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/UnOppMtnExtTime                                                                                       1 of 3

Defendant Northstar Trucking, Inc., moves this court for extension of time until Friday, April 6, 2007 to respond to Plaintiffs' Motion to Take Judicial Notice of Foreign Judgment (Docket No. 60).  This motion is made because counsel for the parties are attempting to work out a stipulation which will resolve the underlying motion.  This motion is unopposed and is supported by the attached Affidavit of Counsel.

Dated this 3rd day of April 2007, at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    Tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer_(consent)
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Unopposed Mtn for Extension of Time
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/UnOppMtnExtTime                          2 of 3

CERTIFICATE OF SERVICE

I certify that on 3rd day of April, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK  99501
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
    Haul Transport*


s/Thomas A. Matthews_____


Unopposed Mtn for Extension of Time
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/UnOppMtnExtTime                                                3 of 3