Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>　　　　　Plaintiffs,<br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>　　　　　Defendants. | Case No. 3:06:cv 00145 TMB<br><br>**AFFIDAVIT OF THOMAS A. MATTHEWS** |

Affidavit of Counsel (Unopposed Mtn for Extension of Time)
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/AffTAMMtnExtTime

STATE OF ALASKA      )
                     ) ss
THIRD JUDICIAL DISTRICT  )

I, Thomas A. Matthews, being first duly sworn, deposes and states:

1. I am a lawyer with Matthews & Zahare, P.C., co-counsel for Defendant Northstar Trucking, Inc. in this matter. I make this affidavit based on my personal knowledge.

2. After Plaintiffs filed their motion to take judicial notice of the German judgment, counsel have exchanged several different e-mails in an effort to clarify the motion, and potentially reach a negotiated solution.

3. On April 2, 2007, I prepared an initial draft stipulation which was forwarded to all parties. While the draft has been approved by some counsel, there are differences of opinion among other counsel. Counsel for Plaintiffs proposed a revised draft today.

4. In order to give the parties additional time to work out a proposed stipulation, counsel for Plaintiffs has agreed to extend the deadline for Defendants' response to the Motion to Take Judicial Notice until Friday, April 6, 2007. Accordingly, this motion is unopposed.

Dated this 3rd day of April, 2007 at Anchorage, Alaska.

_____
Thomas A. Matthews

SUBSCRIBED and sworn to before me this 3rd day of April, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-2010

Affidavit of Counsel (Unopposed Mtn for Extension of Time)
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/AffTAMMtnExtTime

proceeding

## CERTIFICATE OF SERVICE

I certify that on 3rd day of April, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*


s/Thomas A. Matthews

---

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Affidavit of Counsel (Unopposed Mtn for Extension of Time)
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/AffTAMMtnExtTime