Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv 00145 TMB |

**STIPULATION AND ORDER RE: JUDICIAL NOTICE OF FOREIGN JUDGMENT**

The parties, through their respective counsel, stipulate and agree and request the Court to enter an order as follows:

1. Plaintiffs' March 16, 2007, Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60, is granted to the extent that the Court shall take judicial notice, pursuant to Fed. R. Civ. P. 44(a)(2) and Fed. R. Evid. 201, of the existence of the judgment attached as Exhibit A to the Motion and, in the German language, entered by the German Court of Hamburg on September 27, 2006, in the matter of *Delta Lloyd Schaderverzekering N.V. v. Gerick GmbH Internationale Spedition and J.H. Bachmann GmbH*, File No. 417 230/05. Neither Plaintiffs' Motion nor this Stipulation address the effect, if any, that the German judgment may be given in this action.

2. Except to the extent granted herein, Plaintiffs' Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60 is hereby withdrawn.

                                      HUGHES BAUMAN PFIFFNER
                                       GORSKI & SEEDORF
                                      Counsel for Plaintiffs

Date: 4/6/07                   By: s/Frank A. Pfiffner (consent)
                                    Frank A. Pfiffner, ABA #7505032
                                    3900 C Street, Suite 1001
                                    Anchorage, AK 99503
                                    Phone: (907) 274-7522
                                    Fax: (907) 263-8320
                                    fap@hbplaw.net

Stip & Order Re: Judicial Ntc of Foreign Judgment
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw:sk/1442-1/StipOrdJudicialNtc        2 of 5

|  |  |
|---|---|
|  | MATTHEWS & ZAHARE, P.C.<br>Counsel for Northstar Trucking, Inc. |
| Date: 4/6/07 | By: s/Thomas A. Matthews<br>Thomas A. Matthews ABA 8511179<br>431 W. 7th Ave., Suite 207<br>Anchorage, AK 99501<br>Phone: (907) 276-1516<br>Fax: (907) 276-8955<br>tom.matthews@matthewszahare.com |
|  | BOYD, CHANDLER & FALCONER, LLP<br>Counsel for Northstar Trucking, Inc. |
| Date: 4/6/07 | By: s/Bruce E. Falconer (consent)<br>Bruce E. Falconer, ABA 8707062<br>911 W. 8th Ave., Suite 302<br>Anchorage, Alaska 99501<br>Phone: (907) 272-8401<br>Fax: (907) 274-3698<br>bfalconer@bcf.us.com |
|  | BAUER MOYNIHAN & JOHNSON LLP<br>Counsel for North Star Terminal & Stevedore LLC |
| Date: 4/6/07 | By: s/Thomas G. Johnson (consent)<br>Thomas G. Johnson<br>2101 Fourth Ave., 24th Floor<br>Seattle, WA 98121<br>Phone: (206) 443-3400<br>Fax: (206) 448-0976<br>tgjohnson@bmjlaw.com |

Stip & Order Re: Judicial Ntc of Foreign Judgment
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw:sk/1442-1/StipOrdJudicialNtc                                              3 of 5

                    LONGACRE LAW OFFICES, LTD.
                    Counsel for Bragg Investment Co.

Date: 4/6/07               By: s/Roy L. Longacre (consent)
                                 Roy L. Longacre, ABA #8211124
                                 426 G Street, Suite 910
                                 Anchorage, AK 99501
                                 Phone: (907) 276-6354
                                 Fax: (907) 279-4685
                                 longacre@alaska.com

                    LIBBEY LAW OFFICES, LLC
                    Counsel for Shane Crowson dba Alaska Heavy
                       Haul Transport

Date: 4/6/07               By s/Robert M. Libbey (consent)
                                 Robert M. Libbey, ABA #6404014
                                 604 West 2nd Ave.
                                 Anchorage, AK 99501
                                 Phone: (907) 258-1815
                                 Fax: (907) 258-1822
                                 boblibbey@alaska.net

Stip & Order Re: Judicial Ntc of Foreign Judgment
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw:sk/1442-1/StipOrdJudicialNtc                    4 of 5

CERTIFICATE OF SERVICE
I certify that on 6nd day of April 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal & Stevedore LLC*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*


s/ Thomas A. Matthews

Stip & Order Re: Judicial Ntc of Foreign Judgment
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw:sk/1442-1/StipOrdJudicialNtc                                                                 5 of 5