Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06:cv 00145 TMB |

**(PROPOSED) ORDER GRANTING
STIPULATION AND ORDER RE: JUDICIAL NOTICE OF
FOREIGN JUDGMENT**

The parties, having entered into a stipulation resolving Plaintiffs' March 16, 2007, Motion to Take Judicial Notice of Foreign Judgment at Docket No. 60,

IT IS HEREBY ORDERED, Plaintiffs' March 16, 2007, Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60, is granted to the extent that the Court shall take judicial notice, pursuant to Fed. R. Civ. P. 44(a)(2) and Fed. R. Evid. 201, of the existence of the judgment attached as Exhibit A to the Motion and, in the German language, entered by the German Court of Hamburg on September 27, 2006, in the matter of *Delta Lloyd Schaderverzekering N.V. v. Gerick GmbH Internationale Spedition and J.H. Bachmann GmbH*, File No. 417 230/05. This Order does not address the effect, if any, that the German judgment may be given in this action.

Except to the extent granted herein, Plaintiffs' Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60 is hereby withdrawn.

Dated this _____ day of April, 2007

_____
TIMOTHY M. BURGESS
United States District Court Judge

(Proposed) Order Granting Stip Re: Jud. Not. Foreign Judg.
*Bachmann et al vs. Bragg et al.* 3:06:cv-00145 TMB
TAM:jlw\1442-1\OrdStipOrdJudicialNtc                                                            Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on 6th day of April, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
*Counsel for Plaintiffs*

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
*Counsel for Def. North Star Terminal &
   Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK  99501
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd
425 G. Street, Suite 910
Anchorage, AK 99501
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
*Counsel for Shane Crowson d/b/a Alaska Heavy
   Haul Transport*


s/Thomas A. Matthews_____

(Proposed) Order Granting Stip Re: Jud. Not. Foreign Judg.
*Bachmann et al vs. Bragg et al.* 3:06:cv-00145 TMB
TAM:jlw\1442-1\OrdStipOrdJudicialNtc                                                                Page 3 of 3