IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) Case No. 3:06:cv 00145 TMB ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING**
**STIPULATION AND ORDER RE: JUDICIAL NOTICE OF**
**FOREIGN JUDGMENT**

The parties, having entered into a stipulation resolving Plaintiffs' March 16, 2007, Motion to Take Judicial Notice of Foreign Judgment at Docket No. 60,

IT IS HEREBY ORDERED, Plaintiffs' March 16, 2007, Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60, is granted to the extent that the Court shall take judicial notice, pursuant to Fed. R. Civ. P. 44(a)(2) and Fed. R. Evid. 201, of the existence of the judgment attached as Exhibit A to the Motion and, in the German language, entered by the German Court of Hamburg on September 27, 2006, in the matter of *Delta Lloyd Schaderverzekering N.V. v. Gerick GmbH Internationale Spedition and J.H. Bachmann*

*GmbH*, File No. 417 230/05.  This Order does not address the effect, if any, that the German judgment may be given in this action.

Except to the extent granted herein, Plaintiffs' Motion to Take Judicial Notice of Foreign Judgment, Docket No. 60 is hereby withdrawn.

Dated this 9th day of April, 2007

          /s/ Timothy M. Burgess_____
         TIMOTHY M. BURGESS
         United States District Court Judge