IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06:cv:00145 TMB |

## ORDER APPROVING STIPULATION TO CONSOLIDATE

Having reviewed the March 5, 2007, Stipulation to Consolidate, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the motion to consolidate is granted. Case No. 3:06-cv-00274 TMB is consolidated into this action for all purposes.

IT IS FURTHER ORDERED that the parties sued by Delta shall answer the Delta complaint within 20 days of the date of this order or the later of 20 days from service of the summons and complaint on UTC Bachmann, Inc. North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware.

| | |
|---|---|
|  April 10, 2007<br>Date | /s/ Timothy M. Burgess<br>Timothy M. Burgess<br>U.S. District Court Judge |