H. Stinnes Linien GmbH via Peter W. Lampke GmbH & Co. KG as broker. (BMN 000536-547); and

Forest Lines via Messrs. Herfurt & Co. Shipping GmbH as broker (BMN 000533-535).

For the Tacoma to Anchorage leg of the transport, Bachmann only dealt with Heavy Transport Inc. (now Bragg Investment Company, Inc.). Please see: BMN 000079-000082, BMN 000695-696, BMN 001033-34, BMN001381-00082, BMN 001424-25, BMN 001429-30, BMN 001459-60, BMN 001495-96, BMN 001538-39, BMN 001543-44, BMN 001552-53, BMN 001555, BMN 001578-79 and BMN 001599-1600.

**REQUEST FOR PRODUCTION NO. 3**: Please produce clear copies of all photographs in your possession or control depicting the configuration of placement and lashing of the transformers of the "road trailers" which transported them from the factory in Antwerp, and the "roll trailers" to which they were transferred for ocean shipment.

**RESPONSE:** Bachmann does not have information concerning the road transport from Regensburg to Bremerhaven, Germany, as that transport was arranged by Gericke. Please refer to supplemental disclosure documents BMN000513-522 and BMN000568-575.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Bachmann v. Bragg Inv., et al.*
Responses to Defendant Crowson's First Interrogatories and requests for Production to J.H. Bachmann GmbH and UTC Bachmann, Inc.
Case No.: 3:06:cv:00145 TMB
(9010-1/256816)

Exhibit A
Page 1 of 1 Pages