

U.S. Department
of Transportation

1325 J. Street, Suite 1540
Sacramento, CA 95814

**Federal Motor Carrier
Safety Administration**

Phone: (916) 930-2760
Fax:   (916) 930-2778

California Division Office

Complaint# AK-2005-0012-US1073 &
         AK-2005-0013-US1073

An alleged complaint indicates that Northstar Trucking Inc. was the motor carrier that sub-contracted two transformer loads to Shane Crowson dba Alaska Heavy Haul to be moved on 12/02/2004. One transformer load fell off of Alaska Heavy Haul's trailer while enroute from the Port of Anchorage to Chugach Electric at the corner of 94th Street and Old Seward Highway.

**INVESTIGATION:** A compliance review was conducted on North Star Trucking initially by S/I Steve Sanders on 12/29/05. Upon reviewing the compliance review there was nothing in the Part C addressing the alleged complaint. After consulting with David Martin, Field Administrator, I conducted a follow-up review on 01/11/06. Northstar Trucking Inc. could not produce any documentation indicating that they were the motor carrier for the transformers that were transported. Mitch Hatfield, Operations Manager of Northstar Trucking Inc. stated that he was contacted by Justin Gilmet of Heavy Transport Inc. in Long Beach, CA to transport two cranes and two transformers from the Port of Anchorage, AK to Chugach Electric in Anchorage, AK. Mitch Hatfield stated that Heavy Transport Inc. wanted them to transport the transformers both at the same time. He stated that Northstar Trucking Inc. did not have the equipment to transport everything, so they verbally agreed to transport the cranes only. Mitch Hatfield stated that he called Shane Crowson dba Alaska Heavy Haul to see if he wanted to transport the transformers for Heavy Transport Inc. Shane Crowson agreed to transport the transformers. Mitch Hatfield stated that Shane Crowson had verbally asked if Northstar Trucking Inc. could get the permits for Alaska Heavy Haul to transport the transformers. Northstar Trucking Inc. did purchase the permits for the transformer with movement dates of 12/02/04. There was no written contract between Northstar Trucking Inc. and Alaska Heavy Haul to transport the transformers. Northstar Trucking Inc. provided copies of documents for the transportation they provided for the cranes. (See Exhibit C)

On 01/09/06, Heavy Haul Transport Inc. was contacted by phone and I spoke with Connie Rains regarding the transformer incident on 12/02/04. I faxed a request to Heavy Haul Transport Inc. for a bill of lading or manifest for the transformers to be faxed to the Alaska FMCSA Division Office.

On 01/10/06, I received a fax from Heavy Haul Transport Inc. which included a Northstar Trucking Inc. Customer Quotation to move two cranes and two transformers. There is no signature from Northstar Trucking Inc. and no signature for the customer acceptance of the rate. Also included in the fax was a copy of a permit for Northstar Trucking to move a transformer from the Ocean dock to Old Seward and 9th. The permit indicated the move was for 08/26/04 to 08/28/04. (See Exhibit D)

On 01/13/06, a compliance review was started on Shane Crowson dba Alaska Heavy Haul with Alan Crowson, office manager. This review was conducted at the Alaska Division FMCSA Office. The owner of the company Shane Crowson was not present for the compliance review, he was working in Maui, HI. Alan Crowson, father of the owner and office manager, advised that Northstar Trucking Inc. had verbally hired Alaska Heavy Haul to perform the transportation of the transformers. I asked for a written contract for the move of the transformers between Northstar Trucking Inc. and Alaska Heavy Haul. Mr. Crowson advised that there was no contract only a verbal agreement. He was very adamant that Northstar Trucking Inc. was the motor carrier but he could not provide any documentation to that fact. Alan Crowson provided names and phone numbers of the different companies involved in the move of the transformers. (See Exhibit E)

Exhibit B
Page 1 of 3 Pages

NTI 00125

On 01/17/06, I contacted Heavy Transport Inc. to see if they could produce any documentation as to who the motor carrier was for the transformer load on 12/02/04. I left several message with the president of the company Chris Bragg, but he never returned my call. I also asked Connie Rains for more documentation and she told me that all documents involving the transformer incident was in the company attorney's office. I asked Connie Rains to have Chris Bragg contact me regarding this matter. No return call was received on this day.

At 0700 hrs. a call was made to a Tom Young for UTC Bachman International Logistics at (832) 566-2413, regarding the transformer incident. A message was left to have him return my call. He never returned my call.

At 1310 hrs., contact was made with Bradford Kistler, an attorney hired by the German transformer manufacturer and UTC Bachman to determine who was liable for the damages incurred out of the transformer incident. (See Telephone Statement Exhibit B)

On 01/18/06, contact was made with David Kautz, an investigator for the Marine Insurance Underwriters at (716) 631-3856, regarding the transformer incident on 12/02/04. David Kautz explained that his investigation revealed that the manufacturer hired UTC Bachman Inc. a freight forwarder to provide transportation for two transformers from Tacoma, WA to Chugach Electric Association Inc. in Anchorage, AK. UTC Bachman Inc. contracted Heavy Transport Inc. out of Fontana, CA to ensure that the transformers were transported from Tacoma, WA to Chugach Electric in Anchorage, AK. David Kautz advised that the paper trail ends with Heavy Transport Inc. He stated that there was a fax from Justin Gilmet of Heavy Transport Inc. to Martin Stitz of UTC Bachman with a quote for the transportation of the transformers from Tacoma, WA to Anchorage, AK. Included in the price was the loading, unloading, cleaning of the rail car, transportation to the substation and the setting of the transformers on the foundation would be the responsibility of Heavy Transport Inc. This quotation was not signed or dated by either party. (See Exhibit G) He spoke to several people that indicated when Shane Crowson was attempting to load the transformer on his trailer; Kirk Martin from Heavy Transport Inc. stepped forward and directed the loading of the transformer. He also was on scene obtaining statements from witnesses to the incident and was at the location when the first transformer was placed at Chugach Electric. This also coincides with Shane Crowson's statement. David Kautz has indicated that his investigation concludes that Heavy Transport Inc. is the "carrier of record". (See Exhibit B)

Contact was made with Don Carr, Field Office Supervisor of the Ontario, CA office to see if he could make contact with Heavy Transport Inc. either by phone or physically to obtain information that I had previously requested. I received a copy of the fax that Don Carr sent to Chris Bragg requesting a copy of the bill of lading for the transportation of the transformers and any other related documents, i.e.; a copy of statements taken by Kirk Martin from witnesses at the scene of the accident on 12/02/04.

The closing of Alaska Heavy Haul's compliance review was conducted after obtaining a statement from Alan Crowson and Shane Crowson regarding the transformer incident. (See Exhibit B) A copy of the compliance review is included in this investigation. (See Exhibit A)

On 01/19/06, I received a copy of the fax that Chris Bragg had sent to Don Carr with sixteen pages of requested documents. (See Exhibit F) None of the documents from Heavy Transport Inc. included any contract or bill of lading for the transformer involved in the incident. Justin Gilmet does however indicate that Northstar Trucking Inc. and Alaska Heavy Haul are "subcontractors".

**CONCLUSION:** After carefully reviewing all available documentation and interviewing several parties involved with the transformer incident, there is insufficient documentation to determine the motor carrier responsible for transporting the load of transformers. The paper trail ends with Heavy Transport Inc. of Fontana, CA, but there was no signed contract between UTC Bachman and Heavy Transport Inc. ever provided to me. This complaint should be considered closed due to lack of available documentation.

*Barbara C. Caripides* (signature)

Barbara C. Caripides
Safety Investigator
FMCSA