the same certification as listed above for any oil supplied by subcontractor. The Contractor will pay demurrage incurred due to lack of this certification.

## 13.0 SHIPPING AND RECEIVING OF MATERIAL

A. Shipment is to be FOB to Chugach's South Anchorage substation located at 800 East 94th Avenue, Anchorage, Alaska. Contractor shall notify Chugach at least five (5) working days in advance of the date Equipment is ready for shipment

B. Contractor shall provide all labor and equipment and dunnage material necessary to off-load material and place on concrete pads furnished by Chugach.

C. All shipments shall be clearly marked with the Contract number, the item number or numbers, and Work Order number. Bills of Material shall be identified with corresponding numbers. Gross, tare and net weight in pounds shall be indicated on each shipping container.

D. All Equipment furnished under the Contract is to be shipped simultaneously. Each container or loose item is to be clearly marked as follows:
   Chugach Electric Association
   South Anchorage Substation Project
   W.O. E9320086
   Contract No. _____
   Item number or numbers

E. The transformer may be shipped with or without oil. Transformers shipped oil-filled shall employ an adequate method of oil preservation during transit. Transformers shipped without oil shall be shipped with tanks pressurized with dry air or nitrogen to insure exclusion of moisture and external atmosphere until filling.

F. Separately shipped oil shall be scheduled for delivery at the point of installation during the time that the Contractor's engineer is supervising the installation. Oil shall be shipped F.O.B. destination. If shipped separately, Chugach shall be allowed ten working days per transformer to unload the oil from the tanker. The Contractor shall be responsible for all costs associated with the tanker during this period. Shipment of oil by barrels is not acceptable.

G. An impact recorder furnished by the Contractor shall be properly packaged, oriented, and attached to the transformer proper. The recorder shall indicate impacts separately on two axes, and the chart shall be stamped adequately to determine the date, time and place of severe impacts. An impact recorder furnished by the transportation company is not acceptable. The recorders shall be placed in operation before the transformers begin shipment and shall remain attached and in operation until the transformer has been offloaded at Chugach.

One reproduced copy of the recorder charts and a written evaluation by the Contractor shall be sent to Chugach. The written evaluation shall include the field report of the Contractors internal and external inspection of the transformer after arrival and unloading.

If the impact recorder records an impact greater than 3g or if impact recorder ceases to work before the transformer is offloaded at Chugach, the Contractor shall, at its expense, perform a sweep frequency response analysis test (SFRA) to ensure that the transformer has not been damaged.

## 14.0  FIELD ENGINEERING SERVICE

A.  The Contractor shall provide a field service engineer to be present during installation and field testing of each transformer furnished under this Contract for a minimum of five (5) days on-site for each transformer. The purpose of the field engineering is to satisfy the conditions of the warranty, to ascertain the extent of in-transit damages, if any, make necessary minor repairs, and advise Chugach's representative and construction Contractor of proper installation procedures.

Chugach will notify the Contractor three (3) weeks in advance of transformer assembly so the Contractor can make arrangements for its field service engineer to be on site. The Contractor should assume all transformers included in this contract will be assembled at the same time.

## 15.0  FIELD ASSEMBLY

A.  In order to determine the extent of field installation, Contractor shall list ALL items which will be shipped separately. It is understood that items not so listed in the bid will be shipped installed and connected.

## ~~16.0  WARRANTY~~

*[WFN 3/30/04]*

A.  ~~Contractor shall include a warranty for the transformer, and all parts and equipment supplied with the transformers for a five-year period. During the first two years of the warranty period the manufacturer shall also be responsible for all in/out charges, to a limit of 50% of the Contract price, associated with a transformer failure which can be determined to be a result of manufacturer.~~

## ~~17.0  CONTRACT DOCUMENTS~~

A.  ~~Contract Documents consist of:~~

- ~~Contract~~
- ~~Technical Specifications and Special Conditions~~
- ~~Drawings~~

*[signature 4/1/04]*

3/29/2004  
RFB No. 04-04  
SP-9  
W.O. E9320086  Exhibit __C__  
Page _2_ of _2_ Pages  
South Anchorage Substation  
138/34.5 kV Power Transformer  
Addendum No. 1