| | |
|---|---|
| Von | "Justin Gilmet" <GilmetJ@braggcrane.com> |
| An: | <rudlof@hb.jhbachmann.com> |
| Datum: | 14.12.2004 21:20:29 |
| Betreff: | Antw: Re: Wtrlt: Anchorage - 2nd transformer |

Liane, the cars were inspected and released on Thursday November 4 at 2:00 pm. The short line railroad that serves the Port of Tacoma would have picked them up sometime after that. What time was the impact incurred at, what was the impact type and what was the reading. Regards

*lesen!* (handwritten)

>>> "Liane Rudlof" <rudlof@hb.jhbachmann.com> 12/14/04 01:01AM >>>
Justin, the impact recorder was eletronical, computer readable only. We had clarified that with SGB before shipment.

Need your reply urgently. Please reply to Jens today A.M. your time.

best regards
Liane Rudlof


>>> "Justin Gilmet" <GilmetJ@braggcrane.com> 13.12.2004 16:16:46 >>>

Need to know what type of impact recorder they were using. Was it mechanical or electrical ? I am not in my office but I don't think the cars were pulled from the port until 11/5. But will let you know as soon as I return. Regards

>>> "Liane Rudlof" <rudlof@hb.jhbachmann.com> 12/13/04 02:16AM >>>
Justin,

this is concerning the 2nd transformer which made it to the pad.

Martin Stitz and Marco Poisler are both out of office at the moment. Please reply to us directly, with copy to UTC-Bachmann Miami:

As per below message from SGB, the shock recorder shows a heavy impact on 4th November, 22:46 German time - that should have been 1:46 P.M. local time in Tacoma.

According to our records that was when the transformers hade been tied down on railcars but not yet been released.

Please check and advise where exactly the transformer was at the time
and how it can possibly have suffered an impact.


thanks + best regards
Liane Rudlof


>>> "Gericke Spedition Regensburg" <regensburg@gericke-spedition.de> 10.12.2004 15:27:16 >>>

Hallo Frau Rudlof,

habe von Herrn Schubert soeben die Nachricht erhalten, dass der gelieferte
Transformator am Donnerstag 04.11.2004
(22.46 Uhr dt. Zeit) einen sehr hohen Ausschlag am Impact Recorder
(angebrachten Stossmessgerät) hatte.

Bitte um kurze Mitteilung wo dieser Trafo sich zui dieser Zeit befand

Danke
GERICKE REGENSBURG

Exhibit ___
Page 1 of 1 Pages

BMN001020