

**CHUGACH**
POWERING ALASKA'S FUTURE

General Counsel's Office
(907) 762-4790 (DID)
(907) 762-4688 (FAX)

November 13, 2006

Robert M. Libbey, Esq.  *VIA FACSIMILE and*
Libbey Law Offices, LLC  *FIRST CLASS MAIL*
604 W. 2nd Avenue
Anchorage, Alaska 99501

Re: South Anchorage Substation Transformer

Dear Mr. Libbey:

This letter is in response to the questions in your letter of November 2, 2006. Chugach's responses are in italics.

1. Did Chugach take delivery of the transformers, including the aborted delivery, dry; i.e. without oil in the units? *The transformers were shipped without oil in them.*

2. Did Chugach receive any tracing print-outs of the impact detectors that were supposed to have been installed on the transformers during transport? *Chugach received impact recorder data for units that were successfully delivered to Chugach. Chugach did not receive impact recorder data for the damaged unit.*

3. Did Chugach ever receive copies of any shipping documents [bill of lading, shipping receipt] for either of the transformers? *Mr. Nagengast recalls signing a document presented to him my Mr. Kirk Martin (Bragg Crane & Rigging representative) and acknowledging receipt of one transformer only on December 2, 2004. Mr. Nagengast does not recall receiving a copy of the document as he signed it in the field and a copy machine was not available to make copies.*

Very truly yours,

Carol Johnson
General Counsel

cc: Bill Nagengast

Exhibit E
Page 1 of 1 Pages