| | |
|---|---|
| Von | Holger Meiners |
| An: | regensburg@gericke-spedition.de |
| Datum: | 27.07.2004 14:45:26 |
| Betreff: | Seefrachtanfrage Anchorage |

Sehr geehrter Herr Klein,

wir danken Ihnen für Ihre Anfrage vom 06.07.2004. Nachstehend unterbreiten wir Ihnen hierzu gern unser freibleibendes Angebot der Transportkosten ab SGB Werk in Regensburg, basierend auf aktuellen Tarifen und Raten:

### 1.) Ladungsdetails:
============
2 Transformatoren, je 710 x 350 x 4200 cm, je 106,2 to (metric)
plus 2 x 40' shipper's own Boxcontainer (separate Verschiffung per Container-Schiff, siehe 3.3.))

### 2.) Auslieferadresse in Alaska:
=====================
South Anchorage Substation
Anchorage, Alaska

### 3.) Transportkosten:
===============
3.1.) Verschiffung der beiden Trafos in 1 Lot via Zeebrügge und Tacoma, WA / USA:
- ab Werk Regensburg bis FOB Zeebrügge:
    EURO 43.250,00         aber + Umschlag: EUR 6800,-
- ab FOB Zeebrügge bis CFR Tacoma, WA:
    USD  69.750,00
- ab CFR Tacoma, WA bis FOR nearest Railsiding:      + Umbau
    USD 126.300,00                                     Trailer: EUR 16.000,-
- ab FOR nearest Railsiding bis abgesetzt auf Fundament:
    USD  70.500,00                                   + Mehrkosten
                                                       Baustelle: $ 11.400

3.2.) Verschiffung der beiden Trafos in 1 Lot via Antwerpen und Houston, TX / USA:
- ab Werk Regensburg bis FOB Antwerpen:
    EURO 44.390,00
- ab FOB Antwerpen bis CFR Houston, TX:
    USD  45.250,00
- ab CFR Houston, TX bis FOR nearest Railsiding:
    USD 126.800,00
- ab FOR nearest Railsiding bis abgesetzt auf Fundament:
    USD  70.500,00

3.3.) Separate Verschiffung von 2 x 40' shipper's own Boxcontainer:
- ab FOT Werk Regensburg bis FOB Bremerhaven:
    EURO  1.700,00
- ab FOB Bremerhaven bis FOT Jobsite in Anchorage (nicht entladen):
    USD  12.350,00

### 4.) Konditionen:
==========
- obige Offerte basiert auf heute gültigen Raten und Tarifen und freier Reedereiwahl durch uns
- vorbehaltlich technischer Einzelheiten und aussagekräftiger Transportzeichnungen für den
  Trafo, sowie akzept durch die Reederei des jeweiligen Seeschiffs
- alle Ladungsteile ausgestattet mit ausreichend und geeigneten Anschlag- und Lashpunkten
- Voravis min. 3 Wochen

Exhibit G
Page 1 of 2 Pages

BMN001003

- exklusive
  - HWZ / KWZ und Eis
  - Polizeibegleitung in Deutschland
  - verkehrslenkende Massnahmen in Deutschland
  - sonst. behördliche Auflagen
  - deutscher Mautgebühren (ab gesetzlicher Fälligkeit)
  - sonstiger gesetzlicher Gebühren und Steuern
- Variante 3.1.) basiert auf RoRo-Verschiffung ab Zeebrügge - hier gibt es Abfahrten im Abstand von ca. 20 Tagen
- Variante 3.2.) basiert auf konventioneller Verschiffung ab Antwerpen, vorbehaltlich Verfügbarkeit des benötigten Schiffsraums zum geplanten Verschiffungstermin; es gibt hierbei für Septemebr 2004 noch keinen Fahrplan.
- vorbehaltlich des freien, ungehinderten Zugangs zur Baustelle, sowie zum Fundament
- vorbehaltlich ausreichender und befestigter Arbeitsfläche für alle Arbeitsgeräte im Zuge der Entladung und Fundamentsetzung
- kein Gefahrgut
- exklusive Transportversicherung

5.) Erläuterungen:
============
Von unserem Haus in den USA wurden wir darüb er informiert, dass man in den Gesprächen mit der Firma Lynden (die wir Ihrem Wunsch gemäss bezüglich des Nachlauftransports ab US-Eingangshafen angesprochen haben) herausfand, dass Lynden nicht über das für solchen Transport notwendige Equipment verfügt. Wir haben aus diesem Grund den Nachlauftransport mit unserem Partner, der Firma Heavy Transport Inc. kalkuliert.

Wir sind überzeugt, Ihnen mit der vorstehenden Offerte eine wettbewerbsfähige Basis für Ihre weiteren Kalkulationen gegeben zu haben. Zur Beantwortung eventueller Rückfragen stehen wir Ihnen gern zur Verfügung. Bitte sprechen Sie uns an.

Mit freundlichen Gruessen / with kind regards
J.H.Bachmann GmbH, Bremen
i.V. Holger Meiners
-----------------------------------------------------------------
Phone:   ++49 421 1768 350
Fax:     ++49 421 1768 407
E-mail:  Meiners@hb.JHBachmann.com
Internet: www.jhbachmann.com
*********************************************************

Wir arbeiten ausschließlich auf Basis der Allgemeinen Deutschen Spediteurbedingungen ADSp, neueste Fassung. Der Text ist auf Anforderung von uns und über www.jhbachmann.com zu beziehen. Nach Ziffer 23 ADSp ist die Haftung des Spediteurs bei Verlust oder Beschädigung des Gutes im Regelfall auf € 5,00 je kg des Rohgewichts der Sendung beschränkt. Bei einem Verkehrsvertrag über die Beförderung mit verschiedenen Beförderungsmitteln sowie bei Großschäden greift darüber hinaus eine Begrenzung auf 2 SZR je kg ein.

Business is undertaken subject to the German Forwarders Standard Terms and Conditions (ADSp) latest edition. A copy of these Terms is available upon request and as download from www.jhbachmann.com. According to article 23 ADSp the freight forwarders liability for loss of or damage to the goods is limited to € 5,00 per kg of the consignments gross weight. On multi-modal transport contracts or in the event of mayor damages liability is limited to 2,0 SDR per kg.
############################

CC:        Murken, Jens; Rudlof, Liane

Exhibit G
Page 2 of 2 Pages

BMN001004