Freightway 1
Flamingoweg
P.O. Box 75652
1118 ZS Schiphol
The Netherlands
Phone: +31 (0)20 653 19 96
Fax:   +31 (0)20 653 07 84
E-mail: schiphol@bibree.nl
Internet: www.bibree.nl

Amsterdam-Schiphol Office

EXPERTISEBUREAU BINNENDIJK - BREE BV
Cargo and Marine Surveyors & Loss Adjusters

BA 16508178

# REPORT OF SURVEY

regarding a 100 MVA power transformer

carried from Regensburg, Germany to

Anchorage, Alaska for

**Smit Transformatoren BV** at Nijmegen

**Starkstrom Gerätebau GmbH** at Regensburg

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This is to certify that we, the undersigned

**Expertisebureau Binnendijk – Bree B.V.**

Cargo- and Marine Surveyors and Loss-Adjusters

did, at the instructions received on December 6, 2004 from **Willis BV**, (file no. 11492131) insurance brokers at Amsterdam attend in regard to damage sustained by the abovementioned transformer.

As a result of our investigations, survey held at Anchorage, Alaska USA and the documents and information obtained we are now in a position to report as follows:

Exhibit H
Page 1 of 2 Pages

VAT no. NL007153478B01
Trade Register no. 33057075

IFN Finance BV, Rotterdam
ABN AMRO : no. 555 381 749
BIC      : ABNANL2A
IBAN     : NL74ABNA 0555381749

Expertisebureau Binnendijk - Bree BV
is a subsidiary of Touw B&B Holding BV
www.touw-bb.com

BMN000116

## DETAILS OF TRANSPORT

Instructions for transport were provided by SGB to their usual forwarding agent, Spedition Gericke GmbH, located at the same address as SGB at Regensburg.

The instruction for the transport from SGB to Gericke was confirmed in Versandauftrag no. 1430683 / 1430684 dated May 24, 2004.

Per e-mail dated July 6, 2004 Gericke requested an offer for transport of the two transformers to Anchorage, Alaska USA from J.H. Bachmann GmbH of Bremen, who did perform this type of transports on a regular basis for Gericke / SGB before.

Per e-mail dated July 27, 2004 Bachmann provided Gericke with an offer.

On August 19, 2004 Gericke provided Bachmann per e-mail the instruction for transport of the two transformers.
In this instruction Gericke requested Bachmann to inform her about the identity of the partners in Alaska. Under required documents Gericke stated: Time schedule, Routing, Subcontractors (USA).

As far as we have been informed in this respect to date Bachmann invoiced Gericke the following amounts:

Invoice no. 104015396 of October 8, 2004
From FCA Bremerhaven till FOB Bremerhaven          EUR 22,800.00

Invoice no. 104105398 of October 8, 2004
From FOB Bremerhaven till CFR Tacoma              EUR 69,750.00

In turn Gericke charged SGB per invoice no. 110130 dated October 18, 2004 an amount of EUR 79,279.90.

Exhibit __H__
Page _2_ of _2_ Pages

BMN000119