| | |
|---|---|
| Von | Liane Rudlof |
| An: | Jens Murken |
| Datum: | 19.08.2004 10:36:51 |
| Betreff: | Wtrlt: Auftrag 1430683 + 684 |

CC: EvR ✓

Jens, zur Info, müssen wir mal kurz drüber sprechen.

>>> "Gericke Spedition Regensburg" <regensburg@gericke-spedition.de> 19.08.2004 10:29:22 >>>

T R A N S P O R T A U F T R A G  plus  E I N B R I N G U N G
Ihr Angebot v. 27.07.2004

Sehr geehrte Frau Rudlof

hiermit beauftragen wir Sie mit folgendem Transport incl. Setzen auf das Fundament

2 lose SGB - ÖL Transformator
Gewicht brutto je 106.700 kg / 234.000 lbs
Abmessung jeder 7100 x 3500 x 4200 mm

+ Trailer Mati = ?

104,37 cbm

Ladeadresse: SGB Starkstrom Gerätebau GmbH, Ohmstr- 10, 93055 Regensburg

Empfangsadresse: South Anchorage Substation
                 Anchorage - Aalska

Kunde: Chugach Electric Association
       P.O. Box 196300
       5601 Minnesota Drive
       Anchorage-Alaska 995 16300
       USA

zuständig: Bill Nagengast Tel. 907 - 762 4619
           e-maiL bill_nagengast@chugachelectric.com

Transport lt. Ihren Angebot über Antwerpen -Housten - in 1 Lot

Vorlauf der Trafos wird durch uns durchgeführt (bitte rechtzeitig die Anlieferadresse an uns, damit wir die Genehmigung beantragen können)

Transformatoren sind bei SMIT -USA versichert

Anlieferung bzw. Einbringung in Alaska ist KW 47/2004  = 15. - 20. November

ab SGB Regensburg ??(bitte um schnellste Mitteilung)

Rundlauf 2 x 40' Container durch Sped. Bachmann

Bitte noch um schriftliche Mitteilung Ihres Partners in Alaska, damit wir den Kunden informieren können.

Benötigte Dokumente: Zeitplan, Fahrtroute, Subunternehmer (USA)

Bitte um Rückbestätigung

mfg
GERICKE REGENSBURG

*[Handwritten annotations:]* Tel. Klein / 20.8. Sollen den Zeitplan via HOU und Tacoma fahren, er will ggfls. nochmal mit den Herren sprechen. = Lkw = fest!

Jens: warten bis Montag aus politischen Gründen

Exhibit I
Page 1 of 2 Pages

BMN000999

Helmut Klein

CC:     Rosenkranz@FRA.jhbachmann.com

Exhibit I
Page 2 of 2 Pages

BMN001000