Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN, GmbH and UTC BACHMANN, INC., <br><br>          Plaintiff, <br><br>    v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE, and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>          Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Consolidated Case<br>3:06-cv-00145 TMB |

**NOTICE TO COURT REGARDING BRIEFING ON DEFENDANT CROWSON'S
MOTION TO DISMISS**

COMES NOW plaintiff, Delta Lloyd Schadeverzekering N.V., and provides notice to the court that it intends to respond to Crowson's Motion to Dismiss for Failure to Join

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Indispensable Parties. Pursuant to the Scheduling and Planning Conference Report filed by the parties, Delta Lloyd is required to file its response to Crowson's Motion within fifteen days of consolidation. Accordingly, plaintiff Delta Lloyd will file its response to Crowson's motion no later than April 25, 2007.

Dated this 12th day of April, 2007, Anchorage, Alaska.

                                      RICHMOND & QUINN
                                      Attorneys for Plaintiff
                                      DELTA LLOYD SCHADEVERZEKERING N.V.

By:    /s/ Marc G. Wilhelm
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
mwilhelm@richmondquinn.com
Alaska Bar No. 8406054

**NOTICE TO COURT REGARDING BRIEFING ON CROWSON'S MOTION TO DISMISS**
<u>DELTA LLOYD SCHADEVERZEKERING v. UTC BACHMANN, INC., ET AL.</u>
CASE NO. 3:06-cv-00274 TMB
PAGE 2 OF 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2007, a true and correct copy of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Counsel for J.H. Bachmann GmnH & UTC Bachmann, Inc.
fap@hbplaw.net
jms@hbplaw.net

Thomas a. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal Delaware
tgjohnson@bmjlaw.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE TO COURT REGARDING BRIEFING ON CROWSON'S MOTION TO DISMISS**
DELTA LLOYD SCHADEVERZEKERING v. UTC BACHMANN, INC., ET AL.
CASE NO. 3:06-cv-00274 TMB
PAGE 3 OF 4

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G. Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 West 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net

                        and by mail to:

Michael S. McDaniel
COUNTRYMAN & MCDANIEL
5933 W. Century Blvd., Ste. 1111
Los Angeles, California 90045
Counsel for UTC Bachmann, Inc.


      /s/ Marc G. Wilhelm
        RICHMOND & QUINN

2259\003\PLD\NOTICE (MOTION TO DISMISS)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**NOTICE TO COURT REGARDING BRIEFING ON CROWSON'S MOTION TO DISMISS**
DELTA LLOYD SCHADEVERZEKERING v. UTC BACHMANN, INC., ET AL.
CASE NO. 3:06-cv-00274 TMB
PAGE 4 OF 4