Mark C. Manning
Mark C. Manning, P.C.
431 West Seventh Avenue, Suite 204
Anchorage, Alaska  99501
Phone: (907) 278-9794
Fax: (907) 278-1169
Counsel for UTC Bachmann, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC., successor-in-interest by merger to HEAVY TRANSPORT, INC., *et al.,* <br><br>  Defendants. | Case No. 3:06-cv-00145 TMB |

**NOTICE OF APPEARANCE**

COMES NOW   Mark C. Manning and enters his appearance on behalf of UTC Bachmann, Inc., *et al.* in this consolidated action, to defend claims brought against UTC Bachman by Delta Lloyd in the Complaint in Case No. 3:06-cv-00274.  Copies of all pleadings and other papers, excluding service of process,  are to be served  at 431 West Seventh Avenue, Suite 204, Anchorage, Alaska, 99501.

DATED this 23th day of April, 2007, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Defendant UTC Bachman
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 4/24/ 07, a copy of
the foregoing was served electronically on

Colleen A. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson, dba Alaska Heavy haul Transport

Robert M. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson dba Alaska Heavy haul Transport

Frank Pfiffner, Esq.
Hughes, Bauman
fap@hbplaw.net
Attorney for Plaintiffs

Marc G. Wilhelm, Esq.
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Thomas A. Matthews, Esq.
Matthews & Zahara
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
Boyd Chandler
Bfalconer@bcf.s.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal and
Stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

_____
    Mark C. Manning,

2