Bruce E. Falconer (Ak. Bar No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Attorneys for Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| J. H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC., Successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | Case No. 3:06-CV-00145-TMB |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW the law firm of BOYD, CHANDLER & FALCONER, LLP, attorneys of record for Northstar Trucking, Inc., and hereby gives notice that the address of the firm has changed to 911 West Eighth Avenue, Suite 302, Anchorage, Alaska 99501. The phone and fax numbers have not changed.

NOTICE OF CHANGE OF ADDRESS
Page 1 of 2         lr.bf.foster.northstar.cea.bachmann.notice.address.change.041707

Dated this 24th day of April, 2007.

                                      BOYD, CHANDLER & FALCONER, LLP
                                      Counsel for Northstar Trucking, Inc.

By:   s/Bruce E. Falconer
        Bruce E. Falconer ABA 8707062
        911 W. 8th Avenue, Suite 302
        Anchorage, AK 99501
        Phone: (907) 272-8401
        Fax: (907) 274-3698
        bfalconer@bcf.us.com; bcf@bcf.us.com

This is to certify that on April 24, 2007,
the foregoing is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
Tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal and
stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm, Esq.
Marcwilhelm@richmondquinn.com
Attorney for Delta

NOTICE OF CHANGE OF ADDRESS
Page 2 of 2                      lr.bf.foster.northstar.cea.bachmann.notice.address.change.041707

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698