Mark C. Manning
Mark C. Manning, P.C.
431 West Seventh Avenue, Suite 204
Anchorage, Alaska  99501
Phone: (907) 278-9794
Fax: (907) 278-1169
Counsel for UTC Bachmann, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., *et al.*,<br><br>       Defendants. | Case No. 3:06-cv-00274 TMB |

**MOTION FOR EXTENSION OF TIME**

Defendant UTC Bachman moves for an order extending the potential April 30 deadline on the filing of its Answer to Delta Lloyd's Complaint until May 7, 2007. This motion is supported by the accompanying memorandum.

DATED this 30th day of April, 2007, at Anchorage, Alaska.

                                                     s/ Mark C. Manning
                                                   MARK C. MANNING, P.C.
                                                   Counsel for Defendant UTC Bachman
                                                   431 West 7th Avenue, Ste. 204
                                                   Anchorage, AK 99501
                                                   Phone: (907) 278-9794
                                                   Fax: (907) 278-1169
                                                   manning@alaska.net
                                                   ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 4/ 30/ 07, a copy of
the foregoing was served electronically on

Colleen A. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson, dba Alaska Heavy haul Transport

Robert M. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson dba Alaska Heavy haul Transport

Frank Pfiffner, Esq.
Hughes, Bauman
fap@hbplaw.net
Attorney for Plaintiffs

Marc G. Wilhelm, Esq.
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Thomas A. Matthews, Esq.
Matthews & Zahara
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
Boyd Chandler
Bfalconer@bcf.s.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal and
Stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

    s/ Mark C. Manning