UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00274 TMB<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon review of UTC Bachman's MOTION FOR EXTENSION OF TIME, and of the papers pertaining thereto, the motion is GRANTED. UTC Bachman may have until May 7, 2007, in which to file its Answer.

_____   　　　　_____
　　　　DATE　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE