Mark C. Manning
Mark C. Manning, P.C.
431 West Seventh Avenue, Suite 204
Anchorage, Alaska  99501
Phone: (907) 278-9794
Fax: (907) 278-1169
Counsel for UTC Bachmann, Inc.

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., ) ) ) Plaintiffs, ) ) v. ) ) BRAGG INVESTMENT COMPANY, INC. ) successor-in-interest by merger to ) HEAVY TRANSPORT, INC., *et al.*, ) ) Defendants. ) _____) | Case No. 3:06-cv-00274 TMB |

### MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME

Defendant UTC Bachman has moved for an order extending the potential April 30 deadline on the filing of its Answer to Delta Lloyd's Complaint until May 7, 2007, set by this court's order of April 10, 2007.  Counsel has not been able to confirm that UTC Bachman has been served, and therefor is not certain the April 30 deadline applies.  He expects that it does.  But a collection of documents needed to prepare an answer has not arrived.  Accordingly, a brief extension of time is requested, in the expectation that documents will arrive in the near future, enabling counsel to prepare an Answer.

/

/

/

Counsel is informed that Delta Lloyd does not oppose the delay requested.

DATED this 30th day of April, 2007, at Anchorage, Alaska.

                                                      s/ Mark C. Manning
                                        MARK C. MANNING, P.C.
                                        Counsel for Defendant UTC Bachman
                                        431 West 7th Avenue, Ste. 204
                                        Anchorage, AK 99501
                                        Phone: (907) 278-9794
                                        Fax: (907) 278-1169
                                        manning@alaska.net
                                        ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 4/ 30/ 07, a copy of the foregoing was served electronically on

Colleen A. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson, dba Alaska Heavy haul Transport

Robert M. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson dba Alaska Heavy haul Transport

Frank Pfiffner, Esq.
Hughes, Bauman
fap@hbplaw.net
Attorney for Plaintiffs

Marc G. Wilhelm, Esq.
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Thomas A. Matthews, Esq.
Matthews & Zahara
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
Boyd Chandler
Bfalconer@bcf.s.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal and Stevedore, LLC and North Star Terminal and Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

                                        s/ Mark C. Manning