LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, ) ) ) ) ) ) ) ) ) ) | No. 3:06:CV 00145(TMB) No. 3:06:CV-00274(TMB) Consolidated |
| Defendants. ) _____ ) | |

**NOTICE OF RE-FILING**

Shane Crowson, by and through counsel, hereby notifies the Court of its refiling of the following documents (1) Answer to Complaint of Delta and (2) Answer to Crossclaim of North Star Terminal. The documents were inadvertently filed on 4/30/2007 in case 3:06-cv-274. The documents should have been filed in the

Notice of Re-filing
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                                 Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

companion case 3:06-cv-00145. Counsel apologizes for the inconvenience.

Dated at Anchorage, Alaska this 1st day of May, 2007.

>LIBBEY LAW OFFICES, LLC
>Counsel for Shane Crowson dba
>Alaska Heavy Haul Transport
>
>By: s/Colleen A. Libbey
>Colleen A. Libbey ABA 0012104
>604 West 2nd Ave.
>Anchorage, AK 99501
>Phone: (907) 258-1815
>Fax: (907) 258-1822
>clibbey@alaska.net

This is to certify that the foregoing is
being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Notice of Re-filing
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                               Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 1, 2007 By: s/ Colleen A.Libbey

Notice of Refiling
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                    Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com