LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

```
J.H. BACHMANN GmbH and UTC              )
BACHMANN, INC.,                         )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )
BRAGG INVESTMENT COMPANY, INC.          )
successor-in-interest by merger         )
to HEAVY TRANSPORT, INC.,               )No. 3:06:CV 00145(TMB)
NORTHSTAR TRUCKING, INC., NORTH         )No. 3:06:CV-00274(TMB)
STAR TERMINAL AND STEVEDORE             )   Consolidated
COMPANY, LLC, NORTH STAR TERMINAL       )
AND STEVEDORE COMPANY LLC OF            )
DELAWARE AND SHANE D. CROWSON dba       )
ALASKA HEAVY HAUL TRANSPORT,            )
                                        )
            Defendants.                 )
_____)
```

## ANSWER TO CROSS CLAIM OF
## NORTH STAR TERMINAL & STEVEDORE COMPANY, LLC

Defendant Shane D. Crowson answers the Cross Claim of North Star Terminal & Stevedore, LLC as follows:

1. Defendant admits paragraph 1.

2. Defendant admits paragraph 2.

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

3. Defendant admits paragraph 3.

4. Defendant admits paragraph 4.

5. Defendant admits paragraph 5.

6. Defendant admits paragraph 6.

7. Defendant admits paragraph 7.

8. Defendant admits paragraph 8.

9. Defendant denies that Shane D. Crowson was satisfied with the position of the transformers on the trucks, and lacks information sufficient to know whether Curt Nielsen was satisfied. Defendant admits the balance of the allegations.

10. Defendant admits that while traveling 2-3 miles per hour, one of the trucks entered 94th Avenue from Old Seward Highway and the trailer tipped severely to the right, the tie down chains broke, and the transformer fell off the right side of the truck. Defendant denies the balance of the allegations.

11. Paragraph 11 asserts a legal conclusion, and thus requires no answer.

12. Defendant denies paragraph 12, for lack of information sufficient to form a belief.

13. Defendant denies that legally actionable conduct of Shane D. Crowson caused damage to the transformer. Defendant admits the balance of the allegations.

14. Paragraph 14 asserts a legal conclusion, and thus requires no

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                           Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

answer.  To the extent an answer is required, Defendant denies paragraph 14.

15.  Paragraph 15 asserts a legal conclusion, and thus requires no answer.  To the extent an answer is required, Defendant denies that legally actionable conduct of Shane D. Crowson caused damage to the transformer.

### FIRST AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, all parties, including North Star Terminal & Stevedore, LLC, and parties not presently named herein, are liable in contribution to Shane D. Crowson.

WHEREFORE, Defendant Shane D. Crowson requests judgment as follows:

1.  That North Star Terminal & Stevedore, LLC's Cross Claim be dismissed with prejudice;

2.  That Shane D. Crowson be awarded his costs and attorneys' fees with respect thereto;

3.  That all the parties be held liable to Shane D. Crowson in contribution, including North Star Terminal & Stevedore, LLC, and parties not presently named herein.

4.  For such further relief as may be just.

Dated at Anchorage, Alaska this 30th  day of April, 2007.

Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                    Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                         By:  s/Robert M. Libbey
                              Robert M. Libbey ABA 6404014
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              boblibbey@alaska.net
```

This is to certify that the foregoing Answer to Cross-Claim of North Star Terminal is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: April 30, 2007 By: s/Robert M.Libbey



Answer to Cross-Claim of North Star Terminal
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com