LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) )No. 3:06:CV 00145(TMB) )No. 3:06:CV-00274(TMB) )   Consolidated ) ) ) ) ) |
| Defendants. _____ | ) ) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DELTA LLOYD'S RESPONSE TO SHANE CROWSON'S MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES**

Defendant Shane D. Crowson by and through counsel, pursuant to Local Rule 7.1 and Federal Rules of Civil Procedure 6, hereby moves for an extension of time of 20 days from today, until May 28, 2007, to file a reply to Delta Lloyd's response to Crowson's

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                             Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

motion to dismiss for failure to join.  The motion  for additional time to reply is non-opposed and is supported by the accompanying declaration of counsel.

Dated at Anchorage, Alaska this 7th day of May, 2007.

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                      By:     s/Colleen A.Libbey
                              Colleen A. Libbey (0012104)
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              clibbey@alaska.net
```

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 7, 2007 By: s/Colleen A.Libbey

Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                          Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com