LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) No. 3:06:CV 00145(TMB) ) No. 3:06:CV-00274(TMB) )     Consolidated ) ) ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER GRANTING NON-OPPOSED
MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DELTA LLOYD'S
RESPONSE TO SHANE CROWSON'S MOTION TO DISMISS FOR FAILURE TO JOIN
INDISPENSABLE PARTIES**

Defendant Shane D. Crowson dba Alaska Heavy Haul Transport

having requested a motion to extend the time to file a reply to

Delta Lloyd's response to his motion to dismiss for failure to

Proposed Order Granting Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

join, it is hereby ordered that the motion to is granted.  The reply to Delta's Lloyd's response to Crowson's motion to dismiss for failure to join indispensable parties is due on or before May 28, 2007.

   Dated at Anchorage, Alaska this _____ day  of _____, 2007.

```
                       _____
                       U.S. District Court Judge
```

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.


Proposed Order Granting Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                        Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

On: May 7, 2007 By: s/Colleen A. Libbey

Proposed Order Granting Non-opposed Motion for Extension
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com