Mark C. Manning
Mark C. Manning, P.C.
431 West Seventh Avenue, Suite 204
Anchorage, Alaska  99501
Counsel for UTC Bachmann, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., *et al.*,<br><br>      Defendants. | Case No. 3:06-cv-00145 TMB |

**MOTION TO WITHDRAW**

Mark C. Manning previously entered his appearance on behalf of UTC Bachmann, Inc.*,* in this consolidated action, to defend claims brought against UTC Bachman by Delta Lloyd in the Complaint in Case No. 3:06-cv-00274. Pursuant to Local Rule 83.1(f)(3)(A)(ii), Mark C. Manning now moves that he be permitted to withdraw as defense counsel for UTC Bachman because Alaska attorney Frank Pfiffner has entered an appearance today to substitute as counsel for UTC Bachman to defend against the Delta Lloyd Complaint.

DATED this 7th day of May, 2007, at Anchorage, Alaska.

                                                   s/ Mark C. Manning
                                                MARK C.  MANNING, P.C.
                                                Counsel for Defendant UTC Bachman
                                                431 West 7th Avenue, Ste. 204
                                                Anchorage, AK 99501
                                                Phone: (907) 278-9794
                                                Fax: (907) 278-1169
                                                manning@alaska.net
                                                ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 5/ 7/ 07, a copy of
the foregoing was served electronically on

Colleen A. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson, dba Alaska Heavy haul Transport

Robert M. Libbey, Esq.
Libbey Law Office, LLC
clibbey@alaska.net
Counsel for Shane Crowson dba Alaska Heavy haul Transport

Frank Pfiffner, Esq.
Hughes, Bauman
fap@hbplaw.net
Attorney for Plaintiffs

Marc G. Wilhelm, Esq.
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Thomas A. Matthews, Esq.
Matthews & Zahara
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
Boyd Chandler
Bfalconer@bcf.s.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal and
Stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

   s/ Mark C. Manning