UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00145 TMB<br>)<br>) |

**PROPOSED ORDER**

    Upon review of Mark C. Manning's motion to withdraw as UTC Bachman's defense counsel and upon the appearance of Frank A. Pfiffner as substitute defense counsel, Mr. Manning's motion to withdraw is hereby GRANTED.

_____      _____
           DATE                                                  TIMOTHY M. BURGESS
                                                                 U.S. DISTRICT COURT JUDGE