Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>　　　　　　Defendants. | CASE NO. 3:06: CV 00145 (TMB)<br>Consolidated with Case No. 06-CV-274 |

### NORTH STAR TERMINAL AND STEVEDORE COMPANY'S ANSWER TO NORTHSTAR TRUCKING, INC.'S CROSS CLAIMS

Defendant North Star Terminal and Stevedore Company, LLC, (North Star Terminal) answers to defendant Northstar Trucking, Inc.'s ("Northstar Trucking") cross claims as follows:

1.  Answering paragraph 1 of Northstar Trucking's Cross Claim, North Star Terminal is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore, denies the allegations contained therein.

2.  Answering paragraph 2, North Star Terminal admits that Bragg Investment Company, Inc., successor-in-interest by merger to Heavy Transport, Inc., is a California

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Northstar Trucking's Cross Claims - 1 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

- 1 -

corporation with its principal place of business in California. Except as admitted, the allegations contained therein are denied.

3. Answering paragraph 3, North Star Terminal admits the allegations contained therein.

4. Answering paragraph 4, North Star Terminal admits that it is a Delaware limited liability company doing business in Alaska as North Star Terminal and Stevedore Company, LLC with the principal place of business in Anchorage, Alaska, and that it is authorized to transact business in the state of Alaska.

5. Answering paragraph 5, North Star Terminal admits the allegations contained therein.

6. Answering paragraph 6, North Star Terminal is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore denies the same.

7. Answering paragraph 7, North Star Terminal admits the allegations contained therein.

8. Answering paragraph 8, the allegations contained therein are directed at other parties, and, therefore, require no answer by defendant North Star Terminal. If an answer is required, North Star Terminal denies the allegations contained therein.

9. Answering paragraph 9, North Star Terminal admits that the complaint filed by Delta Lloyd makes the allegations against North Star Terminal. However, defendant North Star Terminal specifically denies the allegations contained in the complaint by Delta Lloyd.

10. Answering paragraph 10, North Star Terminal denies the allegations contained therein.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

1. Defendant Northstar Trucking fails to state a cause of action upon which relief can be granted.

North Star Terminal and Stevedore
Answer to Northstar Trucking's Cross Claims - 2 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

**Second Affirmative Defense**

2. The damage to the transformer was caused by the negligence of defendant Northstar Trucking or by other parties over whom defendant North Star Terminal has no responsibility.

**Third Affirmative Defense**

3. North Star reserves the right to plead additional affirmative defenses as they become known through discovery and trial.

Wherefore, having fully answered the defendant Northstar Trucking's cross claims, defendant North Star Terminal and Stevedore Company, LLC requests the following relief:

1. That defendant Northstar Trucking's cross claims against North Star Terminal be dismissed with prejudice, and defendant Northstar Trucking take nothing in this matter;

2. That defendant North Star Terminal be awarded its costs and attorneys' fees as allowed by law against defendant Northstar Trucking.

DATED this 8th day of May, 2007.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson

_____
Thomas G. Johnson, Alaska Bar No. 8011090
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: tgjohnson@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Northstar Trucking's Cross Claims - 3 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

- 3 -

1  I declare under penalty of perjury of the laws of the state of Washington
   that on May 8, 2007, I electronically filed the foregoing document
2  with the Clerk of the Court using the CM/ECF system which will send
   notification of such filing to the following:
3
   Frank A. Pfiffner
4  Hughes Bauman Pfiffner Gorski &
   Seedorf, LLC
5  fap@hbplaw.net

6  Thomas A. Matthews
   Matthews & Zahare, P.C.
   Tom.matthews@matthewszahare.com
7
   Bruce E. Falconer
8  Boyd, Chandler & Falconer, LLP
   bflaconer@bcf.us.com

9  Roy L. Longacre
   Longacre Law Offices, Ltd
10 longacre@alaska.com

11 Robert M. Libbey
   Libbey Law Offices, LLC
   boblibbey@alaska.net
12
   Marc G. Wilhelm
13 Richmond & Quinn
   mwilhelm@richmondquinn.com
14
   Mark C. Manning
15 manning@alaska.net

16 BAUER MOYNIHAN & JOHNSON LLP

17 /s/ Suya Edwards
   _____
18 By:  Suya Edwards

19

20

21

22

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Northstar Trucking's Cross Claims - 4 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

- 4 -