Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | CASE NO. 3:06: CV 00145 (TMB) <br> Consolidated with Case No. 06-CV-274 |

## NORTH STAR TERMINAL AND STEVEDORE COMPANY'S ANSWER TO CROWSON'S CROSS CLAIM AGAINST ALL PARTIES - CONTRIBUTION

Defendant North Star Terminal and Stevedore Company, LLC, (North Star Terminal) answers to defendant Shane D. Crowson, dba Alaska Heavy Haul Transport's ("Crowson") cross claims as follows:

1.    Answering paragraph 77 of Crowson's Cross Claim Against All Parties – Contribution, to the extent an answer is required, North Star Terminal denies the allegations contained therein.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 1 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

- 1 -

2. Answering paragraph 78, North Star Terminal is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore, denies the allegations contained therein. North Star Terminal specifically denies that it had any responsibility for developing a trucking plan or that it was involved in such a plan.

3. Answering paragraph 79, North Star Terminal denies the allegations contained therein.

4. Answering paragraph 80, North Star Terminal is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore, denies the allegations contained therein. North Star Terminal specifically denies that it was responsible for providing any information regarding the vertical and/or lateral center of gravities of the transformer.

5. Answering paragraph 81, North Star Terminal is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, therefore, denies the allegations contained therein. North Star Terminal specifically denies that it had any responsibility for providing information regarding the centers of gravity of the transformer or its propensity to tip over.

6. Answering paragraph 82, North Star Terminal denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

1. Defendant Crowson fails to state a cause of action upon which relief can be granted.

**Second Affirmative Defense**

2. The damage to the transformer was caused by the sole negligence of defendant Crowson.

**Third Affirmative Defense**

3. North Star Terminal reserves the right to plead additional affirmative defenses as they become known through discovery and trial.

ATTORNEYS AT LAW
BAUER
MOYNIHAN &
JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 2 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

Wherefore, having fully answered the defendant Crowson's Cross Claim Against All Parties – Contribution, defendant North Star Terminal and Stevedore Company, LLC requests the following relief:

1. That defendant Crowson's cross claim against all parties for contribution be dismissed with prejudice, and defendant Crowson take nothing in this matter;

2. That defendant North Star Terminal be awarded its costs and attorneys' fees as allowed by law against defendant Crowson.

DATED this 8th day of May, 2007.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson

---

Thomas G. Johnson, Alaska Bar No. 8011090
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: tgjohnson@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 3 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

I declare under penalty of perjury of the laws of the state of Washington that on May 8, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski &
Seedorf, LLC
fap@hbplaw.net

Thomas A. Matthews
Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
bflaconer@bcf.us.com

Roy L. Longacre
Longacre Law Offices, Ltd
longacre@alaska.com

Robert M. Libbey
Libbey Law Offices, LLC
boblibbey@alaska.net

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com

Mark C. Manning
manning@alaska.net

BAUER MOYNIHAN & JOHNSON LLP

/s/ Suya Edwards
_____
By:  Suya Edwards

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

North Star Terminal and Stevedore
Answer to Crowson Cross Claim - 4 of 4
J.H. Bachmann GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)

- 4 -