Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br>       Plaintiffs, <br><br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC., et al. <br><br>       Defendants <br>DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>       Plaintiff, <br><br>vs. <br><br>UTC BACHMANN, INC., et al. <br><br>       Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:06:cv 00145 TMB <br>(Consolidated with Case No. 3:06-cv-274 TMB) |

Entry of Appearance
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259386)

## **ENTRY OF APPEARANCE**

COMES NOW Hughes Bauman Pfiffner Gorski & Seedorf, LLC and enters its appearance as attorneys of record on behalf of defendant UTC Bachmann, Inc. relative to the claims of Delta Lloyd Schadeverzekering N.V.

DATED at Anchorage, Alaska, this 8th day of May, 2007.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendants, UTC
        Bachmann, Inc.

By:   s/Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska  99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

Entry of Appearance
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259386)

Certificate of Service

      I hereby certify that on the 8th day of May, 2007, a copy of the foregoing Entry of Appearance was electronically served on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK 99501

Entry of Appearance
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259386)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501

Mark C. Manning
Mark C. Manning, P.C.
431 West 7th Avenue, Suite 204
Anchorage, AK  99501


s/Frank A. Pfiffner

Entry of Appearance
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259386)