LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

```
J.H. BACHMANN GmbH and UTC                    )
BACHMANN, INC.,                               )
                                              )
            Plaintiffs,                       )
                                              )
     v.                                       )
BRAGG INVESTMENT COMPANY, INC.                )
successor-in-interest by merger               )
to HEAVY TRANSPORT, INC.,                     )No. 3:06:CV 00145(TMB)
NORTHSTAR TRUCKING, INC., NORTH               )No. 3:06:CV-00274(TMB)
STAR TERMINAL AND STEVEDORE                   )    Consolidated
COMPANY, LLC, NORTH STAR TERMINAL             )
AND STEVEDORE COMPANY LLC OF                  )
DELAWARE AND SHANE D. CROWSON dba             )
ALASKA HEAVY HAUL TRANSPORT,                  )
                                              )
            Defendants.                       )
_____        )
```

## ANSWER TO CROSS CLAIM OF
## NORTH STAR TRUCKING, INC.
## AND DEMAND FOR JURY TRIAL

Defendant Shane D. Crowson demands a jury trial pursuant to Local Rule 38.1, and answers the Cross Claim of Northstar Trucking, Inc. as follows:

1.  Defendant admits paragraph 1.

Answer to Cross-Claim of North Star Trucking, Inc.
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                      Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

2.  Defendant admits paragraph 2.

3.  Defendant admits paragraph 3.

4.  Defendant admits paragraph 4.

5.  Defendant admits paragraph 5.

6.  Defendant denies paragraph 6.

7.  Defendant admits paragraph 7.

8.  Paragraph 8 sets forth a legal assertion, and thus does not require answer.  To the extent an answer is required, Defendant denies paragraph 8.

9.  Defendant admits paragraph 9.

10.  Paragraph 8 sets forth a legal assertion, and thus does not require answer.

### FIRST AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, all parties, including Northstar Trucking, Inc., and parties not presently named herein, are liable in contribution to Shane D. Crowson.

### SECOND AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, Northstar Trucking, Inc. is liable in indemnity to Shane D. Crowson.

### THIRD AFFIRMATIVE DEFENSE

In the event Shane D. Crowson is held liable herein, his liability is to be reduced by the percent of fault of all parties

Answer to Cross-Claim of North Star Trucking, Inc.
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                    Page 2 of 4

PDF created with pdfFactory trial version www.pdffactory.com

found liable, including Northstar Trucking, Inc., and parties liable but not presently named herein.

WHEREFORE, Defendant Shane D. Crowson requests judgment as follows:

1. That Northstar Trucking, Inc.'s Cross Claim be dismissed with prejudice;

2. That Shane D. Crowson be awarded his costs and attorneys' fees with respect thereto;

3. That all the liable parties be assessed a percent of liability herein, including Northstar Trucking, Inc., and parties not presently named herein, and that Shane D. Crowson's liability be limited to the percent of liability assessed to him.

4. That all the parties be held liable to Shane D. Crowson in contribution, including Northstar Trucking, Inc. and parties not presently named herein.

5. That Northstar Trucking, Inc. be held liable to Shane D. Crowson in indemnity.

6. For such further relief as may be just.

Dated at Anchorage, Alaska this 11th day of May, 2007.

        LIBBEY LAW OFFICES, LLC
        Counsel for Shane Crowson dba
        Alaska Heavy Haul Transport

     By: s/Robert M. Libbey
        Robert M. Libbey ABA 6404014

Answer to Cross-Claim of North Star Trucking, Inc.
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                  Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

```
                                  604 West 2nd Ave.
                                  Anchorage, AK 99501
                                  Phone: (907) 258-1815
                                  Fax: (907) 258-1822
                                  boblibbey@alaska.net
```

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 11, 2007 By: s/Robert M.Libbey

Answer to Cross-Claim of North Star Trucking, Inc.
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                              Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com