Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br>            Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC., et al.<br><br>            Defendants<br>DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>            Plaintiff,<br><br>vs.<br><br>UTC BACHMANN, INC., et al.<br><br>            Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:06:cv 00145 TMB<br>(Consolidated with Case No. 3:06-cv-274 TMB) |

*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Demand for Jury Trial
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260078)
Page 1 of 4

## DEMAND FOR JURY TRIAL

COMES NOW Defendant UTC BACHMANN, INC. (now known as UTC Overseas, Inc.), by and through its attorneys, HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC, and hereby demands a jury trial of all issues so triable.

DATED at Anchorage, Alaska, this 29th day of May, 2007.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendant, UTC
        Bachmann, Inc.

By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Demand for Jury Trial
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260078)
Page 2 of 4

<u>Certificate of Service</u>

  I hereby certify that on the 29th day of May, 2007, a copy of the foregoing Demand for Jury Trial was electronically served on:


Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501


*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Demand for Jury Trial
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260078)
Page 3 of 4

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


<u>s/Frank A. Pfiffner</u>

*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Demand for Jury Trial
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260078)
Page 4 of 4