Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br>          Plaintiffs, <br><br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC., et al. <br><br>          Defendants <br>DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>          Plaintiff, <br><br>vs. <br><br>UTC BACHMANN, INC., et al. <br><br>          Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:06:cv 00145 TMB <br>(Consolidated with Case No. 3:06-cv-274 TMB) |

UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)

Page 1 of 6

## UTC BACHMANN, INC.'S ANSWER TO CROWSON'S CROSS CLAIM AGAINST ALL PARTIES – CONTRIBUTION

COMES NOW Defendant UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) (hereinafter "UTC"), by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and for its Answer to defendant Shane D. Crowson's Cross-Claim admits, denies, and alleges as follows:

1. In response to paragraph 77 of the Cross-Claim, UTC is uncertain as to what allegations Crowson is making and accordingly denies all and the whole thereof.

2. UTC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Cross-Claim and accordingly denies all and the whole thereof.

3. With regard to the allegations contained in paragraph 79 of the Cross-Claim, UTC denies the allegations so far as applicable to it and J.H. Bachmann (now known as DSV Air & Sea GmbH) and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and accordingly denies all and the whole thereof.

UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)

Page 2 of 6

4.  UTC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 80 and 81 of the Cross-Claim and accordingly denies all and the whole thereof.

5.  UTC denies the allegations contained in paragraph 82 of the Cross-Claim.

### AFFIRMATIVE DEFENSES

1.  Crowson's Cross-Claim fails to state a claim for relief.

2.  A prerequisite of a valid contribution claim is that the party seeking contribution must discharge joint liability by payment or otherwise. Crowson has discharged no joint liability and therefore is not entitled to make a contribution claim.

3.  Any claims that Crowson may make are subject to paragraph 23 of the German Freight Forwarders' Standard Terms and Conditions and specifically to the multi-modal carriage limitation of liability of 2 SDR per kg weight of the transformer.

4   UTC reserves the right to assert such other and affirmative defenses as may become known through discovery.

UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)

DATED at Anchorage, Alaska, this 29th day of May, 2007.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendant, UTC
        Bachmann, Inc.

    By:   s/Frank A. Pfiffner
        Frank A. Pfiffner
        3900 C Street, Suite 1001
        Anchorage, Alaska  99503
        Telephone: 907-274-7522
        Facsimile: 907-263-8320
        FAP@hbplaw.net
        ABA No. 7505032

UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)

Page 4 of 6

Certificate of Service

      I hereby certify that on the 29th day of May, 2007, a copy of the foregoing UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution was electronically served on:


Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501


UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


<u>s/Frank A. Pfiffner</u>

UTC Bachmann, Inc.'s Answer to Crowson's Cross Claim Against All Parties - Contribution
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/259410)