Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>         Plaintiffs, <br><br>    v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) No. 3:06:CV 00145(TMB) ) No. 3:06:CV-00274(TMB) )    Consolidated ) ) ) ) ) ) ) ) |

**DEFENDANT CROWSON'S FIRST DISCOVERY REQUESTS TO
PLAINTIFF DELTA LLOYD SCHADEVERZEKERING N.V.**

Defendant Shane D. Crowson by and through counsel, pursuant to Federal Civil Procedure Rules 33 and 34, hereby requests answer to the following interrogatories, and response to the requests for production, within 30 days from the date of service hereof:

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.                         EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                              Page 1 of  14

PDF created with pdfFactory trial version www.pdffactory.com

**A.　Interrogatories**

1.　Please identify, by date place and persons or firms involved, every incident known to Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V. wherein a transformer, manufactured by Starkstrom Geratebau GmbH, Smit Transformatoren B.V., or by any other manufacturer, has been reported to have tipped over during any phase of transportation from the manufacturer to the delivery site, and state all the circumstances known to you concerning the attendant facts.

2.　Please describe in detail all alterations to the transformers made to prepare the transformers for transport to the Chugach Electric Association substation, once testing was completed at the factory in Regensburg, Germany, including any temporary bracing or supporting structures added.

3.　Please describe the method and reference materials used to

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.　　　　　　　　　　　　EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB　　　　　　　　　　　　　　　　　　　　　Page 2 of 14

PDF created with pdfFactory trial version www.pdffactory.com

determine each center of gravity presented in the drawings identified herein as BMN 853 and NTI 00083, including the identity of the individuals who participated in this activity.

4. Please describe the method and reference materials used in placing the center of gravity marks on the two transformers, including the identity of the individuals who participated in this activity.

5. Please describe why two center of gravity marks were placed on each end of the transformer case, specifically explaining what difference in conditions of the transformer required the two marks, and which of the two was intended for centering the load during the transportation involved in this case.

6. Please state the source, and attendant circumstances, of the acquisition by Expertisebureau Binnendijk-Bree B.V., of all the

PDF created with pdfFactory trial version www.pdffactory.com

information supporting its statement in its report, page BMN000121, to the effect, "We understand that the only trucking company in Alaska that has a trailer that is specifically suitable for transport of this type of transformers is Carlile Transportation Systems."

7. Please identify the most senior persons at Starkstrom Geratebau GmbH, Smit Transformatoren B.V., and Gericke & Co. GmbH who were involved in the planning and execution of the transportation of the transformers from Regensburg, Germany to the Chugach Electric Association substation.

8. Please identify every person in the employ of Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V. who was in Anchorage, Alaska, between November 15, 2004 and December 31, 2004, identifying for each, the time actually in Anchorage, and explaining the activities of the individual while in Anchorage.

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.                    EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                        Page 4 of 14

PDF created with pdfFactory trial version www.pdffactory.com

9. Please identify the fluid which was present in transformer SGB 53026-G807579-EN, as of December 2, 2004, state the approximate weight of that fluid, and state why it was present in the transformer on that date.

10. In your complaint herein, you allege that the equipment employed by Shane Crowson to transport the transformer that tipped off the trailer was not "adequate or appropriate." For each such item of equipment, please describe in detail why such equipment was not "adequate," and why such equipment was not "appropriate," for the transport, and how each such defect or deficiency contributed to the transformer tipping off the trailer.

**B.  REQUESTS FOR PRODUCTION**

1. With respect to communication between individuals at Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V.; and between those

PDF created with pdfFactory trial version www.pdffactory.com

parties and anyone at J.H. Bachmann GmbH, UTC Bachmann, Inc., Northstar Trucking, Inc., North Star Terminal And Stevedore Company, Heavy Transport, Inc. and/or any of the affiliated Bragg Companies, Chugach Electric Association, HEES Enterprises, Inc., Sherman & Associates, Inc., Carlile Transportation Systems, Shaughnessy & Co. and/or Bigge Crane and Rigging Co., Lynden Transport, Inc., Shane Crowson, the State of Alaska,, Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, or any of their affiliate companies, insurers, investigators or underwriters, and any firm that submitted a bid on any portion of the transportation project which is at issue in this lawsuit, please produce:

>   a) All e-mails and other mail or faxes sent and received between 7/01/04 and present, having any relationship to the transportation of, unloading or loading of, transformers destined for a Chugach Electric Association substation, the incident involving damage to such a transformer on 12/02/04, and any salvage, storage, maintenance, repair or service with respect to such damaged transformer, or any component thereof, including any transformer oil, or other fluid; or to bidding on any such activities.

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.                          EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                              Page 6 of 14

PDF created with pdfFactory trial version www.pdffactory.com

   B) All notes and memoranda of any telephone conversation or
   meeting between 7/01/04 and present, having any relationship
   to the transportation of, unloading or loading of,
   transformers destined for a Chugach Electric Association
   substation, the incident involving damage to such a
   transformer on 12/02/04, and any salvage, storage,
   maintenance, repair or service with respect to such damaged
   transformer, or any component thereof, including any
   transformer oil, or other fluid; or to bidding on any such
   activities.

2. Please produce all internal memoranda, reports, statements,
diary entries or notes pertaining to the accident of 12/02/04, or
the bidding, planning or execution of the project to transport
the two transformers from the factory at Regensburg, Germany to
the Chugach Electric Association substation near 94th Avenue and
Old Seward Highway.

3. Please produce copies of all bid requests issued, and all
responding bids received, by Starkstrom Geratebau GmbH, Smit
Transformatoren B.V., or Gericke & Co. GmbH, for the
transloading, transport and delivery of the transformers from the
manufacturer to the Chugach Electric Association installation

PDF created with pdfFactory trial version www.pdffactory.com

site.

4.  Please produce clear copies of all photos taken by or at the request of Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V. relating to the condition or the appearance, from the time they were ready for loading at Regensburg, Germany to present, of the transformers, or components thereof, including any transformer oil or other fluid remaining in the transformer after the accident, and of the transfer of the transformers from mode to mode of transportation, the transportation, unloading, loading, storage, maintenance, salvage, repair or service of said transformers.

5.  Please produce clear copies of all photographs in your possession or control depicting the "road trailers," and the configuration of placement and lashing of the transformers on the "road trailers," which transported them from the factory to Bremerhaven, and the "roll trailers" to which they were transferred for ocean shipment.

6.  Please produce all instructions, cautionary notices, drawings, or information prepared by Starkstrom Geratebau GmbH,

PDF created with pdfFactory trial version www.pdffactory.com

Smit Transformatoren B.V. or Gericke & Co. GmbH, and intended for persons handling transport of the transformers, with respect to the unloading, loading, lashing, transportation, dimensions, weight, balance or center of gravity of the two transformers.

7. Please produce all invoices, issued or received by Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH, and all supporting financial records, reflecting charges to or by any party between 7/01/04 and present, having any relationship to the transportation, unloading or loading of a transformer destined for a Chugach Electric Association substation, or to an incident involving damage to such a transformer on 12/02/04; including, without limitation, any storage, maintenance, salvage, repair or service with respect to such damaged transformer, or component thereof, including removal and or disposal of any transformer oil or other fluid.

8. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>Shane Crowson, Curt Nielsen or Alaska Heavy Haul Transport</u> between January 1, 2000 and November 1, 2004.

PDF created with pdfFactory trial version www.pdffactory.com

9.  Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>North Star Terminal and Stevedoring Company</u> between January 1, 2000 and present.

10. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>Northstar Trucking, Inc.</u> between January 1, 2000 and present.

11. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and  <u>Heavy Transport, Inc. and/or any of the affiliated Bragg Companies</u>, between January 1, 2000 and present.

12. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>J. H. Bachmann GmbH and/or UTC Bachmann, Inc.</u>, between January 1, 2000 and present.

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.                    EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                        Page 10 of  14

13.  Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>Carlile Transportation Systems</u>, between January 1, 2000 and present.

14.  Please produce all documents which you contend create, define and limit the scope of the contractual rights and obligations of and between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. and/or Gericke & Co. GmbH in the overall project to transfer the two transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

15.  Please produce all documents which you contend create, define and limit the scope of the contractual rights and obligations of J. H. Bachmann GmbH and/or UTC Bachmann, Inc., with respect to Starkstrom Geratebau GmbH, Smit Transformatoren B.V. and/or Gericke & Co. GmbH, in the overall project to transfer the two transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

16.  Please produce all documents which you contend create,

PDF created with pdfFactory trial version www.pdffactory.com

define and limit the scope of the contractual rights and obligations of Bragg Investment Company, Inc. or any of its affiliate companies, with respect to Starkstrom Geratebau GmbH, Smit Transformatoren B.V. and/or Gericke & Co. GmbH, in the overall project to transfer the two transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

17.  Please produce all documents which you contend create, define and limit the scope of the contractual rights and obligations of Northstar Trucking, Inc. with respect to Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, Bragg Investment Company, Inc. or any of its affiliate companies, in relation to the overall project to transfer the two transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

18.  Please produce all documents which you contend create, define and limit the scope of the contractual rights and obligations of Shane D. Crowson with respect to Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, Bragg Investment Company, Inc. or any of its affiliate companies, in relation to the overall project to transfer the two

PDF created with pdfFactory trial version www.pdffactory.com

transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

19. Please produce clear, full scale copies of both the "Shipping dimension" drawing represented by UTC Bachmann, Inc.'s document No. 853, and that represented by Northstar Trucking, Inc.'s document no. NTI 00083, both of which appear upon their face to have originated with SGB.

20. Please produce clear copies of computer print-outs of the data recorded by the impact recorders in both transformers involved in this project, including the entire period from loading in Regensburg until the termination of all road transportation in Anchorage, Alaska, for each transformer.

Dated at Anchorage, Alaska this 29th day of May, 2007.

                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

By:  s/Robert M. Libbey
     Robert M. Libbey ABA 6404014
     604 West 2nd Ave.
     Anchorage, AK 99501
     Phone: (907) 258-1815
     Fax: (907) 258-1822
     boblibbey@alaska.net

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.          EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                           Page 13 of 14

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 29, 2007  By: s/Robert M. Libbey

Crowson's First Discovery Requests
to Delta Lloyd Schadeverzekering N.V.                    EXHIBIT A
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                        Page 14 of 14

PDF created with pdfFactory trial version www.pdffactory.com