Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

J.H. BACHMANN GmbH and UTC BACHMANN, INC.,
Plaintiffs,

vs.

BRAGG INVESTMENT COMPANY, INC., et al.

Defendants

DELTA LLOYD SCHADEVERZEKERING N.V.,

Plaintiff,

vs.

UTC BACHMANN, INC., et al.

Defendants

Case No.: 3:06:cv 00145 TMB
(Consolidated with Case No. 3:06-cv-274 TMB)

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)
Page 1 of 9

## UTC BACHMANN, INC.'S ANSWER TO THE COMPLAINT OF DELTA LLOYD SCHADEVERZEKERING N.V.

COMES NOW Defendant UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) (hereinafter "UTC"), by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and answers the Complaint of Delta Lloyd Schadeverzekering (hereinafter "Delta") by admitting, denying, and alleging as follows:

1.  UTC admits the allegations contained in paragraph one of the Complaint except that it denies that Delta has accurately set forth the weight of the transformer.

2.  UTC admits the allegations contained in paragraph two of the Complaint.

3.  In response to paragraph three of the Complaint, UTC alleges that its correct designation is UTC Overseas, Inc., which has its corporate headquarters at 114 Seaview Drive, Secaucus, N.J. 07094. UTC admits that it is a New York corporation. The remainder of paragraph three of the Complaint is denied.

4.  UTC admits the allegations contained in paragraphs four through 16 of the Complaint.

5.  With regard to paragraph 17 of the Complaint, UTC admits the allegations contained therein except that it denies that the date of the contract was

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Page 2 of 9

September 1, 2004, and alleges that the date of the contract was September 22/October 11, 2004.

6. UTC admits the allegations contained in paragraphs 18 through 22 of the Complaint.

7. UTC is without knowledge or information and is without knowledge or information sufficient to form a belief to the truth of the allegations contained in paragraph 23 of the Complaint and accordingly denies all and the whole thereof.

8. UTC admits the allegations contained in paragraph 24 of the Complaint.

9. UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 24 of the Complaint by way of answer to paragraph 25 of the Complaint.

10. By way of answer to paragraph 26 of the Complaint, UTC admits that it arranged for the carriage of the transformer from Tacoma, Washington to the South Anchorage substation but otherwise denies the allegations contained therein.

11. UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 26 of the Complaint by way of answer to paragraph 27 of the Complaint.

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Page 3 of 9

12.    UTC denies the allegations contained in paragraphs 28 and 29 of the Complaint.

13.    UTC realleges and incorporates its answers to the allegations contained in paragraph one through 29 of the Complaint by way of answer to paragraph 30 of the Complaint.

14.    UTC denies the allegations contained in paragraphs 31 and 32 of the Complaint.

15.    UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 32 of the Complaint by way of answer to paragraph 33 of the Complaint.

16.    UTC admits the allegations contained in paragraph 34 of the Complaint.

17.    UTC realleges and incorporates its answers to the allegations contained in paragraph one through 34 of the Complaint by way of answer to paragraph 35 of the Complaint.

18.    UTC admits the allegations contained in paragraphs 36 through 39 of the Complaint.

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Page 4 of 9

19. UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 39 of the Complaint by way of answer to paragraph 40 of the Complaint.

20. UTC admits the allegations contained in paragraphs 41 and 42 of the Complaint.

21. UTC realleges and incorporates its answers to the allegations contained in paragraph one through 42 of the Complaint by way of answer to paragraph 43 of the Complaint.

22. UTC admits the allegations contained in paragraphs 44 through 48 of the Complaint.

23. UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 48 of the Complaint by way of answer to paragraph 49 of the Complaint.

24. UTC admits the allegations contained in paragraphs 50 through 55 of the Complaint.

25. UTC realleges and incorporates its answers to the allegations contained in paragraphs one through 55 of the complaint by way of answer to paragraph 56 of the Complaint.

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)
Page 5 of 9

26. UTC admits the allegations contained in paragraph 57 through 60 of the Complaint.

27. UTC denies all allegations of the Complaint not previously responded to herein.

## AFFIRMATIVE DEFENSES

1. Delta's Complaint fails to state a claim for relief against UTC.

2. The damages claimed by Delta were proximately caused by the other defendants as admitted herein and as alleged in the Complaint filed by J.H. Bachmann GmbH and UTC.

3. Any damages claimed must be reduced in proportion to any negligence of SGB in proximately causing the loss since Delta is responsible for any negligence of SGB.

4. Delta failed to mitigate its damages.

5. Delta's claims are subject to paragraph 23 of the German Freight Forwarders' Standard Terms and Conditions and specifically to the multi-modal carriage limitation of liability of 2 SDR per kg weight of the transformer.

6. UTC reserves the right to assert such other and affirmative defenses as may become known through discovery.

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Page 6 of 9

WHEREFORE, UTC prays that Delta's Complaint be dismissed with prejudice, that UTC be awarded its costs and disbursements including a reasonable attorneys' fee, and that the court award such other and further relief as it may deem just and proper.

DATED at Anchorage, Alaska, this 30th day of May, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant, UTC
Bachmann, Inc.


By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Certificate of Service

      I hereby certify that on the 30th day of May, 2007, a copy of the foregoing UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering was electronically served on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner
---

UTC Bachmann, Inc.'s Answer to the Complaint of Delta Lloyd Schadeverzekering N.V.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260063)