Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br>         Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC., et al.<br>         Defendants<br>DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>         Plaintiff,<br><br>vs.<br><br>UTC BACHMANN, INC.,  et al.<br><br>         Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:06:cv 00145 TMB<br>(Consolidated with Case No. 3:06-cv-274 TMB) |

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260135)

# FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 defendant UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) hereby states that it has no corporate parent and no publicly traded company owns ten or more percent of its stock.

DATED at Anchorage, Alaska, this 30th day of May, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant, UTC
Bachmann, Inc.


By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260135)

Certificate of Service

      I hereby certify that on the 30th day of May, 2007, a copy of the foregoing FRCP 7.1 Disclosure Statement was electronically served on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260135)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


<u>s/Frank A. Pfiffner</u>

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260135)