LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

|  |  |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) )No. 3:06:CV 00145(TMB) )No. 3:06:CV-00274(TMB) )   Consolidated ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF ATTACHMENT**

Shane Crowson, by and through counsel, hereby notifies the

Court of his filing of the attached signature page.

Dated at Anchorage, Alaska this 30th  day of May, 2007.

Notice of Attachment
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                    By:   s/Colleen A. Libbey
                          Colleen A. Libbey ABA 0012104
                          604 West 2nd Ave.
                          Anchorage, AK 99501
                          Phone: (907) 258-1815
                          Fax: (907) 258-1822
                          clibbey@alaska.net

This is to certify that the foregoing is
being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 30, 2007 By: s/ Colleen A.Libbey




Notice of Attachment
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com