Dated at Anchorage, Alaska this 29th day of May, 2007.

                          LIBBEY LAW OFFICES, LLC
                          Counsel for Shane Crowson dba
                          Alaska Heavy Haul Transport

                   By:   s/Colleen A. Libbey
                          Colleen A. Libbey ABA 0012104
                          604 West 2nd Ave.
                          Anchorage, AK 99501
                          Phone: (907) 258-1815
                          Fax: (907) 258-1822
                          clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 29, 2007 By: s/Colleen A. Libbey


Reply to Delta's Response Re Motion to Dismiss
Bachmann v. Bragg
3:06-cv-00145 Consolidated                          Page 1 of 1

PDF created with pdfFactory trial version www.pdffactory.com