Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>Defendants. | **PLAINTIFFS MOTION TO AMEND COMPLAINT TO REFLECT NAME CHANGE**<br><br>Case No. 3:06:cv:00145 TMB |

## I. INTRODUCTION

Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc., by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, hereby move the court, pursuant to Fed. R. Civ. P. 15(c)(3), to amend their complaint to reflect the name change of Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc. to DVS Air & Sea GmbH and UTC Overseas, Inc., respectively.[1]

## II. FACTUAL BACKGROUND

Plaintiff's J.H. Bachmann GmbH and UTC Bachmann, Inc. filed a complaint that contained allegations, including but not limited to: Strict Liability under the Carmach Amendment, 49 U.S.C. §14706, Breach of Contract, Breach of Good Faith and Fair Dealing, and Negligence.  Plaintiffs' lawsuit was removed to federal court on June 13, 2006.  Plaintiffs' names have subsequently changed during the course of this litigation and the amended complaint seeks to reflect those changes.

## II. LEGAL STANDARDS

> Fed. R. Civ. P. 15(a) states:
>
> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise, a party may amend the party's pleading only by leave of court or by written consent of the adverse party; **and leave shall be freely given when justice so requires.**[2]

---

[1] A copy of the First Amended Complaint proposed by J.H. Bachmann GmbH and UTC Bachmann, Inc. is attached hereto as Exhibit A.
[2] (Emphasis added).

*J.H. Bachmann v. Brag Investment Company, Inc.*
Plaintiffs Motion to Amend Complaint to Reflect Name Change
(Case No.: 3:06:cv:00145 TMB)
(9010-1/257978)
Page 2 of 5

Fed. R. Civ. P. 15(a) calls for liberal amendment to the pleadings at least prior to the good cause amendment deadline in a scheduling and planning order.[3] To date, no scheduling or planning order has been issued by the court. Amendment is particularly appropriate where additional information became available only after the filing of the complaint. The court may also consider the degree to which modification would prejudice the other parties to the action.[4]

### III.  ARGUMENT

Plaintiffs J.H. Bachman GmbH and UTC Bachmann, Inc. only seek to amend their complaint to reflect their recent name changes that are necessary for the purposes of accuracy and clarification. There are no new claims proposed by J.H. Bachmann GmbH and UTC Bachmann, Inc., and no revisions which will prejudice any of the defendants in this action. Each defendant is already before the court, is aware that it is being sued, and will suffer no prejudice from the amendment. Therefore, amendment of the existing complaint in this action is appropriate.

### VI.  CONCLUSION

Plaintiff J.H. Bachmann GmbH and UTC Bachmann, Inc. only seek an amendment to their complaint to reflect their name change and do not seek to revise or add any parties to this litigation and there is no prejudice to any of the parties by virtue of the proposed amendment, therefore, the amendment of the complaint is appropriate.

---

[3] *Foman v. Davis*, 371 U.S. 178 (1962); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048 (9th Cir. 2002).
[4] *Id.*

DATED at Anchorage, Alaska, this 30th day of May, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff J.H.
Bachmann GmbH and UTC
Bachmann, Inc.

By: s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Certificate of Service

I hereby certify that on the 30th day of May, 2007, a copy of the foregoing Plaintiffs Motion to Amend Complaint to Reflect Name Change was served as follows on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner