Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>            Plaintiffs,<br>    vs.<br><br>BRAGG INVESTMENT COMPANY, INC. et al.,<br><br>            Defendants.<br>_____<br><br>DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>            Plaintiffs,<br>    vs.<br><br>UTC BACHMANN, INC., et al,<br><br>            Defendants.<br>_____ | Case No. 3:06:cv 00145 TMB<br>(Consolidated)<br><br><br>**DEFENDANT NORTHSTAR TRUCKING, INC.'S ANSWER TO CROSS-CLAIMS OF SHANE D. CROWSON ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT** |

Defendant Northstar Trucking, Inc. ("NTI"), through counsel, answers and alleges as follows in response to Shane D. Crowson's Cross-Claims against Northstar Trucking, Inc.

1. Answering paragraph 72, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

2. Answering paragraph 73, NTI denies the allegations contained therein.

3. Answering paragraph 74, NTI denies the allegations contained therein.

4. Answering paragraph 75, NTI denies the allegations contained therein.

5. Answering paragraph 76, NTI denies the allegations contained therein.

6. Answering paragraph 77, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

7. Answering paragraph 78, NTI denies it had any responsibility or involvement in developing a trucking plan for the transformer Crowson dropped, and denies the remaining allegations in paragraph 78 for lack of information sufficient to form a belief as to the truth of same.

8. Answering paragraph 79, NTI denies it had any responsibility or involvement in preparing for safe shipping the transformer Crowson dropped, and denies the remaining allegations in paragraph 79 for lack of information sufficient to form a belief as to the truth of same.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

NTI'S ANSWER TO CROSS-CLAIMS OF SHANE D. CROWSON
ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT
Page 2 of 6                                    lr.bf.foster.northstar.cea.NTI.answer.crossclaim.053107

9. Answering paragraph 80, NTI denies it had any responsibility or involvement in loading the transformer Crowson dropped, and denies the remaining allegations in paragraph 80 for lack of information sufficient to form a belief as to the truth of same.

10. Answering paragraph 81, NTI denies it had any responsibility or involvement in loading the transformer Crowson dropped, and denies the remaining allegations in paragraph 81 for lack of information sufficient to form a belief as to the truth of same.

11. Answering paragraph 82, NTI denies the allegations contained therein.

12. Answering paragraph 83, no response is required. To the extent an answer is required, NTI denies the allegations contained therein.

13. Answering paragraph 84, NTI denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. Crowson's Cross-Claims fail to state a claim or claims upon which relief may be granted against NTI.

2. Delta Lloyd's and/or Crowson's damages, if any, were caused by the negligence of Crowson alone or of other independent third parties over whom NTI had no control.

3. NTI is not vicariously liable for the actions of Crowson or for any other independent contractors, including the other defendants, on any legal theory.

4. NTI reserves the right to plead such additional affirmative defenses as may be disclosed in discovery.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

WHEREFORE, having fully answered Defendant Shane D. Crowson's Cross-Claims, NTI prays for the following relief:

1. That Defendant Shane D. Crowson take nothing by way of his Cross-claims;

2. That NTI be awarded costs, interest, and attorney's fees for the defense of this action;

3. That this action be dismissed with prejudice; and

4. For such other and further relief as this Court may deem just and appropriate.

Dated this 1st day of June, 2007.

>BOYD, CHANDLER & FALCONER, LLP
>Attorneys for Northstar Trucking, Inc.
>
>By: s/Bruce E. Falconer
>     Bruce E. Falconer  ABA 8707062
>     Boyd, Chandler & Falconer, LLP
>     911 W. 8th Avenue, Suite 302
>     Anchorage, Alaska 99501
>     Phone: (907) 272-8401
>     Fax: (907) 274-3698
>     bfalconer@bcf.us.com
>
>
>MATTHEWS & ZAHARE, PC
>Attorneys for Northstar Trucking, Inc.
>
>By: s/Thomas A. Matthews (consent)
>     Thomas A. Matthews  ABA 8511179
>     Matthews & Zahare, P.C.
>     431 W. 7th Avenue, Suite 207
>     Anchorage, Alaska 99501
>     Phone: (907) 276-1516
>     Fax: (907) 276-8955
>     tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2007, a copy of the foregoing was electronically served on:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503
fap@hbplaw.net
Attorney for Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc.

Thomas A. Matthews, Esq.
Matthews & Zahare, Pc
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
tom.matthews@matthewszahare.com
Co-Counsel for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
tgjohnson@bmjlaw.com
Attorney for Defendants North Star Terminal and Stevedore, LLC and North Star Terminal and Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

NTI'S ANSWER TO CROSS-CLAIMS OF SHANE D. CROWSON
ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT
Page 5 of 6                              lr.bf.foster.northstar.cea.NTI.answer.crossclaim.053107

---

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
mwilhelm@richmondquinn.com
Attorney for Delta Lloyd Schadeverzekering N.V.

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501
boblibbey@alaska.net
Attorney for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport


s/Bruce E. Falconer

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

NTI'S ANSWER TO CROSS-CLAIMS OF SHANE D. CROWSON
ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT
Page 6 of 6                                       lr.bf.foster.northstar.cea.NTI.answer.crossclaim.053107