Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., </br></br>        Plaintiff, </br></br> vs. </br></br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC. NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT </br></br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06:cv:00145TMB ) ) |

**ANSWER of BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. TO CROSS-CLAIM OF DEFENDANT NORTHSTAR TRUCKING, INC. ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT**

COMES NOW, Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), through its counsel, and for its

*Answer to NTI's Cross-claim* Page 1 of 4
Bachmann v. Bragg et. al. Case No. 3:06:cv:00145 TMB
[/Answer (Bragg) (lined) to NTI's XClaim In Delta Complaint]

answer to Northstar Trucking, Inc.'s (hereinafter NTI) cross-claim asserted with its response to the Delta Lloyd Complaint, states and defends as follows:

    1. BRAGG admits the allegations in Paragraphs 1, 2, and 3 of NTI's cross-claim.

    2. BRAGG is without sufficient knowledge to form an opinion and therefore denies the allegations in Paragraph 4 of NTI's cross-claim.

    3. The allegations in Paragraphs 5 and 9 allege what the Complaint alleges to which no response is required. To the extent any response is required, any and all allegations are denied.

    4. BRAGG denies the allegations in Paragraphs 6 and 7 of NTI's cross-claim.

    5. BRAGG denies the allegations in Paragraph 8 of NTI's cross-claim.

    6. The allegations in Paragraph 10 of NTI's cross-claim are not directed at BRAGG and thus no response is required. To the extent a response is required, BRAGG denies all allegations.

\

*Answer to NTI's Cross-claim*     Page 2 of 4
Bachmann v. Bragg et. al.     Case No. 3:06:cv:00145 TMB
[/Answer (Bragg) (lined) to NTI's XClaim In Delta Complaint]

**AFFIRMATIVE DEFENSES**

1. Defendant NTI fails to state a cause of action upon which relief can be granted.

2. Waiver bars the claims herein.

3. Latches bars the claims herein.

4. Estoppel bars the claims herein.

5. In the event that BRAGG is held liable herein, all other parties, including parties not presently named herein, are liable in contribution to BRAGG.

6. Those parties responsible for recovery and salvage of the transformer have failed to take reasonable action to mitigate the loss, and any recovery must therefore be reduced.

7. BRAGG reserves the right to add additional affirmative defenses as they become known through investigation and trial.

*Answer to NTI's Cross-claim*     Page 3 of 4
Bachmann v. Bragg et. al.     Case No. 3:06:cv:00145 TMB
[/Answer (Bragg) (lined) to NTI's XClaim In Delta Complaint]

## **PRAYER**

Defendant BRAGG prays for the following relief:

1. Northstar Trucking, Inc.'s cross-claim against BRAGG be dismissed with prejudice;

2. Defendant BRAGG be awarded its costs and attorney fees; and

3. Defendant BRAGG be awarded such other and further relief as the court deems just under the circumstances.

DATED June 3, 2007.   Longacre Law Offices, Ltd.
Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC.

Roy Longacre_____
Roy Longacre, ABA # 8211124

CERTIFICATE OF SERVICE

I hereby certify that on
June 3, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.            Thomas G. Johnson, Esq.
Hughes Thorsness Powell            Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC            tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.            Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP      Matthews & Zahare, P.C.
bflaconer@bcf.us.com               Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.              Marc G. Wilhelm, Esq.
604 W. Second Avenue               Richmond & Quinn
Anchorage, Alaska 99501            360 K Street, Suite 200
boblibbey@alaska.net               Anchorage, Alaska 99501
                                   mwilhelm@richmondquinn.com

Roy Longacre_____
Roy Longacre

*Answer to NTI's Cross-claim*                                Page 4 of 4
Bachmann v. Bragg et. al.                       Case No. 3:06:cv:00145 TMB
[/Answer (Bragg) (lined) to NTI's XClaim In Delta Complaint]