Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC. NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06:cv:00145TMB |
| Defendants. | ) ) |

**ANSWER of BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. TO CROSS-CLAIM OF DEFENDANT SHANE D. CROWSON ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT**

COMES NOW, Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), through counsel, and for its answer to

*Answer to CROWSON's Cross-claim*   Page 1 of 5
Bachmann v. Bragg et. al.   Case No. 3:06:cv:00145 TMB
[/Answer (BRAGG)(lined) to Crowson's XClaim For Delta Complaint]

Defendant Shane D. Crowson's (hereinafter CROWSON) cross-claim asserted in response to the Delta Lloyd Complaint, states and alleges as follows:

   1. No response is required by BRAGG to the content of Paragraph 77 of CROWSON's Cross Claim Against All Parties – Contribution.  To the extent a response is required BRAGG denies the allegations in Paragraph 77 of CROWSON's Cross Claim Against All Parties – Contribution.

   2.  BRAGG is without knowledge of what was received by CROWSON and therefore denies the allegations of Paragraph 78 of CROWSON's Cross Claim Against All Parties – Contribution.

   3.  BRAGG denies that legally actionable conduct of BRAGG resulted in the transformer not being properly prepared for safe shipping as alleged in Paragraph 79 of CROWSON's Cross Claim Against All Parties – Contribution.

   4.  BRAGG denies that legally actionable conduct of BRAGG resulted in the parties who loaded the transformer not being provided neither center of gravity marks for vertical nor lateral center of gravity, nor anything with which they could reliably estimate the center of gravity of

*Answer to CROWSON's Cross-claim*                                            Page 2 of 5
Bachmann v. Bragg et. al.                              Case No. 3:06:cv:00145 TMB
[/Answer (BRAGG)(lined) to Crowson's XClaim For Delta Complaint]

the transformer as alleged in Paragraph 80 of CROWSON's Cross Claim Against All Parties – Contribution.

5.  BRAGG denies that legally actionable conduct of BRAGG resulted in the parties who loaded the transformer not being given warnings of the high center of gravity of the transformer and its high propensity to tip over as alleged in Paragraph 81 of CROWSON's Cross Claim Against All Parties – Contribution.

6.  BRAGG denies that it is liable in contribution to CROWSON as alleged in Paragraph 82 of CROWSON's Cross Claim Against All Parties – Contribution.

## **AFFIRMATIVE DEFENSES**

1. Defendant NTI fails to state a cause of action upon which relief can be granted.

2.  Waiver bars the claims herein.

3.  Latches bars the claims herein.

4.  Estoppel bars the claims herein.

5.  In the event that BRAGG is held liable herein, all other parties, including parties not presently named herein, are liable in contribution to BRAGG.

6.  Those parties responsible for recovery and salvage of the transformer have failed to take reasonable

*Answer to CROWSON's Cross-claim*                                                    Page 3 of 5
Bachmann v. Bragg et. al.                                         Case No. 3:06:cv:00145 TMB
[/Answer (BRAGG)(lined) to Crowson's XClaim For Delta Complaint]

action to mitigate the loss, and any recovery must therefore be reduced.

7. BRAGG reserves the right to add additional affirmative defenses as they become known through investigation and trial.

**PRAYER**

Defendant BRAGG prays for the following relief:

1. Shane D. Crowson's cross-claim against BRAGG be dismissed with prejudice;

2. Defendant BRAGG be awarded its costs and attorney fees; and

3. Defendant BRAGG be awarded such other and further relief as the court deems just under the circumstances.

DATED: June 3, 2007.          By: __/s/ Roy Longacre___
                                   Roy Longacre
                                   Longacre Law Offices, Ltd.
                                   425 G Street, Suite 910
                                   Anchorage, AK 99501
                                   longacre@alaska.com

CERTIFICATE OF SERVICE

I hereby certify that on
June 3, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.            Thomas G. Johnson, Esq.
Hughes Thorsness Powell            Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC            tgjohnson@bmilaw.com
fap@hbplaw.net

*Answer to CROWSON's Cross-claim*                                    Page 4 of 5
Bachmann v. Bragg et. al.                              Case No. 3:06:cv:00145 TMB
[/Answer (BRAGG)(lined) to Crowson's XClaim For Delta Complaint]

```
Bruce E. Falconer, Esq.              Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP         Matthews & Zahare, P.C.
bflaconer@bcf.us.com                 Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.                Marc G. Wilhelm, Esq.
604 W. Second Avenue                 Richmond & Quinn
Anchorage, Alaska 99501              360 K Street, Suite 200
boblibbey@alaska.net                 Anchorage, Alaska 99501
                                     mwilhelm@richmondquinn.com


Roy Longacre_____
Roy Longacre
```

*Answer to CROWSON's Cross-claim*                                  Page 5 of 5
Bachmann v. Bragg et. al.                               Case No. 3:06:cv:00145 TMB
[/Answer (BRAGG)(lined) to Crowson's XClaim For Delta Complaint]