Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| J.H. BACHMANN, GmbH and UTC BACHMANN, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE, and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Consolidated Case <br> 3:06-cv-00145 TMB |

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## DELTA LLOYD SCHADEVERZEKERING'S CONDITIONAL NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO REFLECT NAME CHANGE

Plaintiff   DELTA   LLOYD   SCHADEVERZEKERING   ("Delta

Lloyd") does not oppose Plaintiffs' Motion to Amend Complaint

to Reflect Name Change.  For the reasons stated in Bachmann's

motion, Delta Lloyd would further request as a condition of granting the motion, that UTC Overseas, Inc. be substituted in for UTC Bachmann, Inc. with respect to Delta Lloyd's complaint against it.

Delta Lloyd further suggest, if the sole change to the complaint is to reflect plaintiffs' name changes, that the court not require answers to plaintiffs' proposed first amended complaint, as unnecessary.

DATED this 4th day of June, 2007, Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Plaintiff
DELTA LLOYD SCHADEVERZEKERING
N.V.

By:    /s/ Marc G. Wilhelm
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
mwilhelm@richmondquinn.com
Alaska Bar No. 8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DELTA LLOYD SCHADEVERZEKERING'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND
COMPLAINT TO REFLECT NAME CHANGE
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 2 OF 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2007, a true and correct copy of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Counsel for J.H. Bachmann GmnH & UTC Bachmann, Inc.
fap@hbplaw.net
jms@hbplaw.net

Thomas A. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal
Delaware
tgjohnson@bmjlaw.com

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276.5727
FAX (907) 276-2953

**DELTA LLOYD SCHADEVERZEKERING'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO REFLECT NAME CHANGE**
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 3 OF 4

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 W. 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net


        /s/ Marc G. Wilhelm
        RICHMOND & QUINN

2259\003\PLD\RESPONSE (AMEND NAME CHANGE)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953