Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

J.H. BACHMANN GmbH and UTC BACHMANN, INC.,

Plaintiffs,

vs.

BRAGG INVESTMENT COMPANY, INC. et al.,

Defendants.

---

DELTA LLOYD SCHADEVERZEKERING N.V.,

Plaintiffs,

vs.

UTC BACHMANN, INC., et al,

Defendants.

Case No. 3:06:cv 00145 TMB
(Consolidated)

**DEFENDANT NORTHSTAR TRUCKING, INC.'S ANSWER TO CROSS-CLAIM OF BRAGG INVESTMENT COMPANY ASSERTED IN RESPONSE TO DELTA LLOYD COMPLAINT**

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Defendant Northstar Trucking, Inc. ("NTI"), through counsel, answers and alleges as follows in response to the Cross-Claim against NTI asserted by Bragg Investment Company, Inc., successor-in-interest by merger to Heavy Transport, Inc. ("Bragg"), in the consolidated case filed by Delta Lloyd Schadeverzekering, N.V.

1. Answering paragraph 75, NTI admits that Bragg is the successor-in-interest by merger to Heavy Transport, Inc. NTI is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 75, and therefore denies same.

2. Answering paragraph 76, NTI denies the allegations contained therein.

3. Answering paragraph 77, NTI denies the allegations contained therein.

4. Answering paragraph 78, NTI denies the allegations contained therein.

5. Answering paragraph 79, NTI denies the allegations contained therein.

6. Answering paragraph 80, NTI denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

1. Bragg's Cross-Claim fails to state a claim or claims upon which relief may be granted against NTI.

2. Delta Lloyd's and/or Bragg's damages, if any, were caused by the negligence of Bragg or of independent third parties over whom NTI had no control.

3. NTI is not vicariously liable for the actions of other independent contractors, including the other defendants, on any legal theory.

4. Bragg has failed to mitigate its damages, if any.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

5. Some or all of Bragg's claims may be barred and/or limited by terms or provisions expressly or impliedly included in the contract(s) of carriage entered into by UTC Bachmann, Inc. and Bragg and/or between Bragg and the owners of the cargo (or their agents), and as an alleged subcontractor to Bragg, NTI is entitled to all of the benefits, protections and/or limitations of same.

6. NTI reserves the right to plead such additional affirmative defenses as may be revealed in discovery.

WHEREFORE, having fully answered Bragg's Cross-Claim, NTI prays for the following relief:

1. That Bragg take nothing by way of its Cross-Claim;

2. That NTI be awarded costs, interest, and attorney's fees for the defense of this action and Bragg's Cross-Claim;

3. That this action and Bragg's Cross-Claim be dismissed with prejudice; and

4. For such other and further relief as this Court may deem just and appropriate.

Dated this ___ day of June, 2007.

BOYD, CHANDLER & FALCONER, LLP
Attorneys for Northstar Trucking, Inc.

By: s/Bruce E. Falconer
Bruce E. Falconer ABA 8707062
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com



BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

MATTHEWS & ZAHARE, PC
Attorneys for Northstar Trucking, Inc.

By: s/Thomas A. Matthews (consent)
Thomas A. Matthews ABA 8511179
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___day of June, 2007, a copy of the foregoing was electronically served on:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503
fap@hbplaw.net
Attorney for Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc.

Thomas A. Matthews, Esq.
Matthews & Zahare, Pc
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
tom.matthews@matthewszahare.com
Co-Counsel for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
tgjohnson@bmjlaw.com
Attorney for Defendants North Star Terminal and Stevedore, LLC and North Star Terminal and Stevedore, LLC of Delaware

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
mwilhelm@richmondquinn.com
Attorney for Delta Lloyd Schadeverzekering N.V.

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501
boblibbey@alaska.net
Attorney for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport

s/Bruce E. Falconer

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698