Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. Et. al. <br><br> Defendants. <br>_____<br><br> DELTA LLOYD SCHADEVERZEKERING N.V. <br><br> Plaintiff, <br><br> vs. <br><br> UTC BACHMANN, INC. et. al. <br><br> Defendants <br>_____ | Case No. 3:06:cv:00145TMB <br> Case No. 3:06:CV-00274TMB <br> (Consolidated) |

**BRAGG INVESTMENT COMPANY, INC.
successor-in-interest by merger to HEAVY TRANSPORT, INC.'s
NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO
REFLECT NAME CHANGE**

*BRAGG's Non-opposition To Bachmann Name Change Motion*   Page 1 of 3
Bachmann v. Bragg et. al.   Case No. 3:06:cv:00145 TMB
[/Non-opp (BRAGG)]

Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), does not oppose Plaintiff's Motion to Amend Complaint to Reflect Name Change.  BRAGG requests, as a condition to its non-opposition, that UTC Overseas, Inc. be substituted for UTC Bachmann, Inc. in BRAGG's affirmative claims.  BRAGG joins in the suggestion of DELTA LLOYD SCHADEVERZEKERING that the court not require answers to UTC Overseas, Inc.'s proposed first amended complaint as its only change from the original complaint is the name change.

      DATED June 6, 2007.    Longacre Law Offices, Ltd.
                                      Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC.

                                By: _____/s/ Roy Longacre_____
                                   Roy Longacre, ABA #8211124
                                   Longacre Law Offices, Ltd.
                                   425 G Street, Suite 910
                                   Anchorage, Alaska 99501
                                   longacre@alaska.com

*BRAGG's Non-opposition To Bachmann Name Change Motion*    Page 2 of 3
Bachmann v. Bragg et. al.    Case No. 3:06:cv:00145 TMB
[/Non-opp (BRAGG)]

CERTIFICATE OF SERVICE

I hereby certify that on
June 6, 2007, I served a true
copy of the foregoing electronically on:

| | |
|---|---|
| Frank A. Pfiffner, Esq. | Thomas G. Johnson, Esq. |
| Hughes Thorsness Powell | Bauer, Moynihan & Johnson LLP |
| Huddleston & Bauman LLC | tgjohnson@bmilaw.com |
| fap@hbplaw.net | |
| | |
| Bruce E. Falconer, Esq. | Thomas A. Matthews, Esq. |
| Boyd Chandler & Falconer, LLP | Matthews & Zahare, P.C. |
| bflaconer@bcf.us.com | Tom.matthews@matthewszahare.com |
| | |
| RobertM. Libbey, Esq. | Marc G. Wilhelm, Esq. |
| 604 W. Second Avenue | Richmond & Quinn |
| Anchorage, Alaska 99501 | 360 K Street, Suite 200 |
| boblibbey@alaska.net | Anchorage, Alaska 99501 |
| | mwilhelm@richmondquinn.com |

_____/s/ Roy Longacre_____
Roy Longacre

*BRAGG's Non-opposition To Bachmann Name Change Motion*   Page 3 of 3
Bachmann v. Bragg et. al.   Case No. 3:06:cv:00145 TMB
[/Non-opp (BRAGG)]