Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br>          Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC., et al.<br>          Defendants<br>DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>          Plaintiff,<br><br>vs.<br><br>UTC BACHMANN, INC.,  et al.<br><br>          Defendants | Case No.: 3:06:cv 00145 TMB<br>(Consolidated with Case No. 3:06-cv-274 TMB) |

UTC Bachmann, Inc.'s Reply to Delta Lloyd Schadeverzekering and Bragg Investment Company, Inc.'s Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./ Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260326)

## UTC BACHMANN, INC.'S REPLY TO DELTA LLOYD SCHADEVERZEKERING AND BRAGG INVESTMENT COMPANY, INC.S'S CONDITIONAL NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT TO REFLECT NAME CHANGE

COMES NOW Defendant UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) (hereinafter "UTC"), by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and responds to Delta Lloyd Schadeverzekering (hereinafter "Delta") and Bragg Investment Company's (hereinafter "Bragg") Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change.

UTC does not oppose the conditions set forth in Delta's response. Specifically, UTC does not oppose Delta's request that UTC Overseas, Inc. be substituted as a defendant with respect to Delta' complaint. Likewise, UTC does not oppose Delta's request that the parties not be required to file an additional answer because plaintiffs' proposed first amended complaint simply changes the names of the plaintiffs.

Bragg's conditions in its responses are similar to Delta's conditions. UTC has a similar response to Bragg. UTC does not oppose Bragg's request that UTC Overseas, Inc. be substituted for UTC Bachmann, Inc. in Bragg's affirmative claims.

UTC Bachmann, Inc.'s Reply to Delta Lloyd Schadeverzekering and Bragg Investment Company, Inc.'s Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./ Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260326)
Page 2 of 4

Since no party has expressed a viable substantive opposition to the motion to amend, it should be granted.

DATED at Anchorage, Alaska, this 6th day of June, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendant UTC
Bachmann, Inc.


By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032


Certificate of Service

I hereby certify that on the 6th day of June, 2007, a copy of the foregoing UTC Bachmann, Inc.'s Reply to Delta Lloyd Schadeverzekering and Bragg Investment Company, Inc.'s Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change was electronically served on:


Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121


UTC Bachmann, Inc.'s Reply to Delta Lloyd Schadeverzekering and Bragg Investment Company, Inc.'s Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./ Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260326)

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner


UTC Bachmann, Inc.'s Reply to Delta Lloyd Schadeverzekering and Bragg Investment Company, Inc.'s Conditional Non-Opposition to Plaintiff's Motion to Amend Complaint to Reflect Name Change
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./ Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260326)