Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. Et. al. <br><br> Defendants. <br>_____ <br><br> DELTA LLOYD SCHADEVERZEKERING N.V. <br><br> Plaintiff, <br><br> vs. <br><br> UTC BACHMANN, INC. et. al. <br><br> Defendants <br>_____ | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) Case No. 3:06:cv:00145TMB <br>) Case No. 3:06:CV-00274TMB <br>)    (Consolidated) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**BRAGG INVESTMENT COMPANY, INC.
successor-in-interest by merger to HEAVY TRANSPORT, INC.'s
RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW, Defendant, BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. (hereinafter BRAGG), by and through its counsel, Longacre Law Offices, Ltd., and states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

DATED June 7, 2007.   Longacre Law Offices, Ltd.
Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC.

By: _____/s/ Roy Longacre_____
Roy Longacre, ABA #8211124
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
longacre@alaska.com

CERTIFICATE OF SERVICE

I hereby certify that on
June 7, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.                Thomas G. Johnson, Esq.
Hughes Thorsness Powell                Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC                 tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.                Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP           Matthews & Zahare, P.C.
bflaconer@bcf.us.com                   Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.                  Marc G. Wilhelm, Esq.
604 W. Second Avenue                   Richmond & Quinn
Anchorage, Alaska 99501                360 K Street, Suite 200
boblibbey@alaska.net                   Anchorage, Alaska 99501
                                       mwilhelm@richmondquinn.com

_____/s/ Roy Longacre_____
Roy Longacre