2. Do you consent to the providing, by your cell phone service providers, of all transaction and billing account data for any cell phones used for business purposes by Mitch Hatfield, Rod Huysman, Michael Foster and Dale Tuttle, between 7/01/04 and 12/31/05, to Libbey Law Offices, as representative of Defendant Crowson herein, for the sole and limited use in this lawsuit?

Response:   No.

3. If your answer to the above interrogatory is "no," please set forth every legal objection you assert to providing Defendant Crowson with such consent.

Response:   See response to Interrogatory No. 1 above.

4. Please provide, for each unit separately, the unladen weight of the tractor, trailer, jeep and booster dolly referred to in your Alaska DOT permits W03875 dated 8/26/04, and W06161 dated 11/30/04. For the tractor, please assume full fuel tanks. If these weights differed between August of 2004 and present, please so indicate and provide the weights for August of 2004.

Response:   NTI objects to this interrogatory as unduly burdensome and because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Permit W03875, issued 8/26/04, was never used. Permit W06161, issued 11/30/04, was for the Manitowac 4000 crawler crane. The unladen weight and overall length (whether in August 2004 or at present) of the items of equipment identified in these permits has no bearing on determining responsibility for damage to the transformer dropped by Shane Crowson.

NTI'S RESPONSES TO SHANE CROWSON'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 3 of 13
lr.bf.foster.northstar.cea.discovery.responses.Crowson.053007

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Exhibit 1
Page 1 of 4 Pages

5.  Please provide, for each combination of units of tractor, trailer, jeep and booster dolly referred to in your Alaska DOT permits W03875 dated 8/26/04, and W06161 dated 11/30/04, the actual overall length, assuming the fifth wheel slide set at the middle point of the slide range. If these lengths differed between August of 2004 and present, please so indicate and describe what changes have been made to cause this difference.

Response:    NTI objects to this interrogatory for the same reasons identified in its response to Interrogatory No. 4 above.

### B. REQUESTS FOR PRODUCTION

1.  With respect to communication between anyone at Northstar Trucking, Inc. or Dale Tuttle, and anyone at North Star Terminal and Stevedore Company, Chugach Electric Association, Bragg Crane Service, Heavy Transport, Inc., Shane Crowson, the State of Alaska, J.H. Bachmann, GmbH, UTC Bachmann, Inc., Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, or any of their affiliate companies, insurers, investigators or underwriters, please produce:

    a)  All e-mails sent and received between 7/01/04 and present, having any relationship to the transportation of, unloading or loading of, transformers destined for a Chugach Electric Association substation, the incident involving damage to such a transformer on 12/02/04, and any salvage, storage, maintenance, repair or service with respect to such damaged transformer, or any component thereof, including any transformer oil, or other fluid; or to bidding on any such activities.

NTI'S RESPONSES TO SHANE CROWSON'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 4 of 13
lr.bf.foster.northstar.cea.discovery.responses.Crowson.053007

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Exhibit 1
Page 2 of 4 Pages

Association substation near 94th Avenue and Old Seward Highway, including the mobilization of the cranes and forklift to and from the substation.

Response: NTI objects to this request to the extent it calls for production of documents protected from disclosure by the attorney/client privilege and/or the attorney work-product doctrine. Subject to and without waiving this objection, NTI believes that all responsive unprivileged documents have already been produced. If additional responsive unprivileged documents are located they will be produced by way of supplementation.

3. Please produce all registration documents, current as of November 30, 2004, for the tractor, trailer, jeep and booster referred to in your Alaska DOT permits W03875 dated 8/26/04, and W06161 dated 11/30/04. If those documents have not been retained, please produce the current registration documents for those vehicles.

Response: NTI objects to this request for the same reasons identified in its response to Interrogatory Nos. 4 and 5 above. The registration documents for the equipment identified in the referenced permits has no bearing on determining responsibility for damage to the transformer dropped by Shane Crowson.

4. Please produce all photos taken by you or at your request relating to the condition or the appearance, at all times from arrival in Anchorage to present, of the transformers, or components thereof, including any transformer oil or other fluid, and of the transportation, loading, loading, storage, maintenance, salvage, repair or service of said transformers.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

NTI'S RESPONSES TO SHANE CROWSON'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 6 of 13
lr.bf.foster.northstar.cea.discovery.responses.Crowson.053007

Exhibit 1
Page 3 of 4 Pages

for business purposes by Mitch Hatfield, Rod Huysman, Michael Foster and/or Dale Tuttle.

Response:   NTI objects to this request for the same reasons identified in its response to Interrogatory No. 1 above.

8.   Please produce all records of all dispatches of drivers and equipment from 11/26/04 through 12/02/04.

Response:   NTI objects to this request as overly broad, unduly burdensome, and because it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Dispatch records relating to NTI's movement of the crane and associated gear for Bragg/Heavy Transport will, if located, be produced by way of supplementation.

9.   Please produce all invoices and other financial records relating to trucking or hauling services provided to Northstar Trucking, Inc. by Shane Crowson, Curt Nielsen or Alaska Heavy Haul between January 1, 2000 and January 1, 2005.

Response:   NTI is unaware of any such documents other than the invoices erroneously submitted to it as discussed in NTI's response to Request for Production No. 6 above, which invoices were not for trucking or hauling services provided to NTI. Please also note that NTI did not commence its legal existence until 4/21/03, such that it would not have any documents responsive to this request (or requests 10 - 13) for the period prior to 4/21/03 in any event. Another corporation, now doing business as Star Trucking, Inc.,

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

NTI'S RESPONSES TO SHANE CROWSON'S
FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Page 8 of 13
lr.bf.foster.northstar.cea.discovery.responses.Crowson.053007

Exhibit 1
4 of 4 Pages