Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 3:06:CV 00145(TMB)
No. 3:06:CV-00274(TMB)
Consolidated

**PROPOSED ORDER COMPELLING RESPONSES TO
DISCOVERY REQUESTS TO DEFENDANT NORTHSTAR TRUCKING, INC.**

Defendant Shane D. Crowson having moved, through counsel, pursuant to Federal Civil Procedure Rules 37, to compel responses to Interrogatories No. 4 and No. 5, and Request For Production

Order Compelling Responses to
First Discovery Requests
to Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                                   Page 1 of  3

PDF created with pdfFactory trial version www.pdffactory.com

No. 3 and No. 8 of his First Interrogatories And Requests For Production To Northstar Trucking, Inc., and the court having considered the support for and opposition to the motion, IT IS NOW HEREBY ORDERED:

Defendant and cross claimant Northstar Trucking, Inc. shall provide full responses to Interrogatories No. 4 and No. 5, and Request For Production No. 3 and No. 8, from defendant Shane D. Crowson, within 10 days of the date of entry of this ORDER.

Entered at Anchorage, Alaska this ____ day of June, 2007.

By: _____
Timothy M. Burgess
United States District Judge
District of Alaska

PDF created with pdfFactory trial version www.pdffactory.com

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

On: June 14, 2007 By: s/Robert M. Libbey

PDF created with pdfFactory trial version www.pdffactory.com