Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145 (TMB) <br> No. 3:06:CV-00274 (TMB) <br> Consolidated |

**AFFIDAVIT OF DEFENDANT SHANE CROWSON IN SUPPORT OF MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS TO DEFENDANT NORTHSTAR TRUCKING, INC.**

State of Alaska        )
                       )ss
Third Judicial District )

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                              Page 1 of 7

Shane Crowson, upon oath, states:

1. I am a defendant herein, and I have been charged with negligence, in the tip over of a transformer I was hauling from the port in Anchorage to the Chugach Electric substation at 94th Avenue. This was one of two transformers being moved the night of December 1-2, 2004.

2. In moving the transformers, I was working for Defendant Northstar Trucking, Inc., as an owner/operator under lease to Northstar Trucking.

3. Northstar Trucking now denies that they had anything whatsoever to do with loading or transporting the transformers, claiming that I was working solely for Heavy Transport of Long Beach, California in the moving of the transformers.

4. The terms of our owner/operator lease agreement with Northstar Trucking provided that Northstar Trucking would accept all the liability arising out of the transaction, provide any necessary cargo insurance and obtain any necessary overweight and oversize hauling permits.

5. Northstar Trucking also agreed to have one of its truck and trailer units present during transformer loading, as a back-up trailer. This was in case the smaller of my two trailers, an 80 ton trailer, could not support the weight of these 117 ton

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                Page 2 of 7

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501

transformers.

5. The transformers were loaded November 29, 2004; and as agreed, Northstar Trucking had one of their truck and trailer units at the loading site. Northstar's dispatch records for that date, or a day or two earlier, will confirm this, and I have requested those records in my requests to Northstar Trucking. Northstar Trucking has refused to produce them.

6. Northstar Trucking has denied that it had anything whatsoever to do with loading or transporting the transformers. It has claimed that I was working solely for Heavy Transport, Inc., of Long Beach, California, respecting the loading and moving of the transformers.

7. Prior to the loading of the transformers, I had never had any contact whatsoever with Heavy Transport, and had no information as to how to contact them. I had dealt only with Northstar Trucking, and with North Star Terminal & Stevedoring, in making arrangements for moving of these transformers.

8. About November 29, 2004, an employee of Northstar Trucking, Rod Huysman, asked my father, Al Crowson, to provide unit weight and length information on my truck and two trailers, to assist Northstar Trucking in making their applications to the State of Alaska for overweight and oversize permits for the transformer

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                              Page 3 of 7

had again significantly understated the combined weight of load and vehicles on its application for this permit, just as on all others mentioned.

11. I believe this evidence establishes a pattern by Northstar Trucking. I contend that Northstar Trucking was deliberately and consistently understating to the State of Alaska the combined weight of vehicles and cargo used in obtaining the require permits for this transformer movement project. I contend that its purpose was to insure the issuance of the required permits, and to avoid certain transport permit limitations that would have interfered with the performance of the project. A showing of this pattern of behavior will help me to prove that Northstar Trucking was in fact exercising control of this project, and that I did not have that control.

12. I have requested from Northstar Trucking the detail of vehicle weight, axle spread and overall vehicle length of the vehicles Northstar Trucking used to secure the August 26, 2004 permit, claimed by Northstar trucking to produce a combined road weight of 303,000#. I have also requested the same details for the vehicles used to obtain a November 30, 2004 permit to haul a Manitowak 4000 crane, also claimed to produce a combined road weight of 303,000#. Northstar Trucking has refused to provide

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                    Page 5 of 7

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501