this.

17. I make this affidavit in support of my motion to require Northstar Trucking to produce the records and information mentioned in this affidavit. I have requested these documents only as a part of my effort to defend against the claims made against me, including the claims made by Northstar Trucking against me.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated at Anchorage, Alaska this 13th day of June, 2007.

_____
Shane Crowson

SUBSCRIBED AND SWORN TO before me this 13th day of June, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 1-20-07

This is to certify that the foregoing is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

On: June 14, 2007  By: s/Robert M. Libbey

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB

Page 7 of 7