;907 677 2505

# STATE OF ALASKA
**DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES**
**DIVISION OF MEASUREMENT STANDARDS AND COMMERCIAL VEHICLE ENFORCEMENT**

(Ref. #: _____)

PERMIT # _____

## OVERSIZE AND OVERWEIGHT PERMIT

FEE: $ _____

**140350**
CHECK #/ACCOUNT #/CR TRANS #

ATTACHMENTS REQUIRED TO BE VALID: __**B-1, HD,**__

COMPANY BILLED: __*Northstar Trucking Inc. (ANC)*__

PERMIT ORDERED BY: __*Rod*__

CARRIER: __*same*__

BILLED COMPANY'S MAILING ADDRESS: __*13135 Old Glenn Hwy Ste 210, Eagle River 99577*__

PHONE: __*222-2456*__   CELL #: __*748-5198*__   FAX #: __*677-2505*__   SEND TO: _____

TRAC/VEH (Legal Width 8'6") LIC # or EQUIP SERIAL #: __*8402 DR*__

TRAILER LIC # or BEAMS & DOLLIES or UNLIC ON OWN AXLES or N/A: __*As Assigned*__

DATES: FROM __*12/01/04*__ TO __*12/03/04*__   LOAD: __*Transformer*__
(DESCRIPTION OF VEHICLE AND/OR LOAD)

ORIGIN: __*790 Ocean Dock Rd.*__   DESTINATION: __*Old Seward & 94th Ave.*__

EXACT ROUTE: __*Ocean Dock - Whitney Rd. - Post Rd. - 3rd Ave. - Gambell - New Seward Hwy. - O'Malley - Old Seward Hwy. - 94th Ave.*__

**EXACT ROUTE MUST BE SPECIFIED FOR WIDTHS OVER 14', LENGTHS OVER 150', HEIGHTS OVER 16'6", AND ALL OVERWEIGHT MOVES**

EMPTY TRAVEL ____ LONG& ____ WIDE/FROM ____ W/ ____ PILOTS& ____ M P H ____ EMPTY RETURN ____ LONG& ____ WIDE/TO ____

EMPTY MOVES TO OR RETURNING FROM AUTHORIZED ONLY FOR A MAXIMUM OF 3 DAYS. NO EXTENSIONS WILL BE GIVEN.

| OVERALL LENGTH | OVERHANGS | OVERALL WIDTH | OVERALL HEIGHT |
|---|---|---|---|
| __ SU TO 45' | FRONT (>3'), SPECIFY: ____ | __ UP TO 8'6"   __ UP TO 10' | __ UP TO 14'   __ UP TO 15' |
| __ COMBO TO 75'   __ COMBO TO 85' | REAR (>4'), SPECIFY: ____ | X UP TO 12'   __ UP TO 14' | __ UP TO 16'   __ UP TO 16'6" |
| __ COMBO TO 100'   X >100' SPECIFY: *120'* | | __ UP TO 16' SPECIFY: ____ | X UP TO 17' SPECIFY: *17'* |
| TRAILER LENGTH: *60'* | | >16' SPECIFY: ____ | >17' SPECIFY: ____ |
| TRAILER TYPE: *Lowboy* | | | |

## CONDITIONS

1. **DRIVER** must be able to produce copy of permit upon request and **MUST STOP AT ALL OPEN WEIGH STATIONS.**
2. No movement permitted if vision is restricted to less than 1000' by inclement weather. **HEADLIGHTS MUST BE ON AT ALL TIMES.**
3. Actual weight shall not exceed the **MOST RESTRICTIVE (including seasonal)** legal weight limits without **Attachment(s) B and/or E**.
4. Maximum highway speed is: ____ the posted speed, subject to seasonal restrictions OR ____ MPH, except as noted on Attachment HS.
5. Time of movement: ____ **DAYLIGHT HOURS** ____ Hours of darkness travel with **Attachment HD** ____ Unrestricted hours

___ Movement is restricted to: _____
___ No movement: 7-8AM & 4:30-6PM/6-8:15AM & 4-7PM M-F in Anchorage urban area.   ___ No movement: 11:30AM-1PM in Anchorage urban area.
___ No movement: 7-8AM & 4:30-6PM M-F in Fairbanks and/or Juneau urban area(s).   ___ No movement: 11:30AM-1PM in Fairbanks urban area.
___ No movement: 7-8AM, 12-1PM & 4:30-6PM weekdays in Ketchikan urban area.
___ No movement: 6-8AM, 11:30AM-1PM & 4:30-6PM weekdays in Mat-Su area: Jct Glenn/Parks to MP 49.5 Glenn Hwy & to MP 52.3 Parks Hwy
___ May move unrestricted days of the week.   ___ **NO movement** after 12 Noon on Saturdays.   ___ **NO movement on Sundays**.
___ No movement holidays (**Attachment HR**). No movement after 12 Noon on _____ until daylight hours on _____
___ Use **ALL** off ramps on Glenn Hwy (Glenn SB - use N Muldoon exit if >15' high)   ___ Zigzag overhead RR Xings and city traffic signals (if >16')
___ Clearly readable **OVERSIZE** signs on front and rear AND a roof-mounted rotating or flashing amber beacon.
___ Red/orange flags, 16" square: ___ on both sides at widest point ___ on corners ___ on overhangs ___ Convoy with permit #: _____
___ Pilot car(s) with **OVERSIZE signs, beacon & constant radio communication & proper flagperson equipment required.**
___ Extended light bar with turn, tail & brake lights may be used in place of rear pilot car.   ___ On multilane highways, pilot car to follow load.
___ Notify of route and time prior to move: ___ Police and/or troopers ___ DOT ___ Utilities (see Attachment U)

Applicant expressly agrees to indemnify, save harmless and defend the State of Alaska, its agencies and employees from any and all claims or actions for injuries or damages sustained by any person or property arising directly or indirectly from this special use permit or the activities which it authorizes. Applicant also acknowledges that, under Alaska Statute 28.40.100, the State is not subject to legal action or recovery of damages for injury arising out of, or in any manner connected with, this special use permit or the activities which it authorizes.

SIGNATURE OF APPLICANT: ___*[signature]*___   DATE: __*11/30/04*__

Permission is hereby granted to make the above movement, subject to restrictions & conditions stated above & all other applicable State laws & regulations by:

_____   DATE: _____

Exhibit 2
Page 3 of 4 Pages

# B-1 Bridge Condition Attachment

**PERMIT #** _____

**COMPANY BILLED:** *Northstar Trucking*    **LOAD:** *Transformer*

2T    k3    k

THE BOXES BELOW DEPICT A SIDE VIEW OF YOUR TRACTOR-TRAILER COMBINATION OR VEHICLE.
MARK AN "X" IN EACH BOX THAT CORRESPONDS TO THE AXLE(S) & AXLE GROUPS IN YOUR CONFIGURATION.
(ABOVE THE BOXES, MARK THE NUMBER OF TIRES WHEN NON-STANDARD & MARK AN "L" FOR ANY LIFT AXLES IN THE DRIVE GROUP)

2T    L2T    8T    16T    16T    16T

STEERING AXLE(S)    DRIVE GROUP    JEEP/TRAILER    TRAILER/BOOSTER    BOOSTER

[ ] [ ] [X]    [X] [X] [X] [ ]    [X] [X] [ ] [ ]    [X] [X] [ ]    [X] [X] [ ]

|__| 16'9" |__| 52" |__| 60" |__| 14'7" |__| 60 |__| 72" |__| 40'8" |__| 52" |__| 14'6" |__| 52" |__|

MARK SPACINGS (distance in FEET or INCHES) BETWEEN EACH & EVERY AXLE SHOWN

13.74K    59.2K    74.24K    80.56K    49.4K

ACTUAL WEIGHT FOR EACH AXLE OR AXLE GROUP (1k = 1,000 pounds(#))

11"    11"    11"    11"    11"

TIRE TREAD WIDTH (NOMINAL) IN INCHES (0.0394 X mm = inches)

TIRE LOADING IN POUNDS/INCH OF TIRE TREAD WIDTH (MUST NOT EXCEED: 750#/IN FOR MOVES > 50 MILES, 800#/IN FOR MOVES > 25 MILES, 900#/IN FOR MOVES > 15 MILES)

**ACTUAL COMBINED VEHICLE WEIGHT:** _____    **LEGAL COMBINED VEHICLE WEIGHT:** _____

(BRIDGE FORMULA/AXLES)

**OVERALL WHEEL BASE (FIRST TO LAST AXLE):** _____    **PERCENT O/W:** _____ % GROSS/AXLES

WEIGHT ON THE 2 FIXED DRIVE AXLES MUST NOT EXCEED 66K ON 12" (305mm), 61K ON 11" (285mm), OR 55K ON 10" (255mm) TIRES.
LIFT AXLE(S) MUST REMAIN DOWN IN LOAD-CARRYING POSITION AT ALL TIMES, UNLESS OTHERWISE NOTED.
DRIVE GROUPS WEIGHING OVER 70K MUST HAVE 12 TIRES ON 3-AXLE GROUPS & 14 TIRES ON 4-AXLE GROUPS.

## GENERAL & SPECIAL BRIDGE CONDITIONS

**General Conditions:** CROSS *ALL* BRIDGES AT A CONSTANT SPEED WITH NO BRAKING, SHIFTING, OR ACCELERATING.

[ ] NO BRIDGE ON ROUTE SPECIFIED    [ ] NO ADDITIONAL SPECIAL BRIDGE CONDITIONS ON ROUTE

1. **LINE UP:** Stop 150 feet short of bridge then cross at a constant speed <u>not to exceed 10 MPH</u>.
2. **IMPACT:** Stop 150 feet short of bridge then cross at a constant speed <u>not to exceed 3 MPH while following a walking flagperson</u>.
3. Straddle bridge centerline while crossing (extra flagperson(s) required for traffic control on 2-lane roads).
4. Place one of vehicle wheel lines on bridge centerline while crossing.
5. No other vehicles allowed on bridge at same time as this overweight vehicle while crossing (extra flagpersons required for traffic control at both ends of bridge).
6. Do NOT cross bridge. MUST USE ON/OFF RAMPS TO AVOID CROSSING THIS BRIDGE.
7. Do NOT travel under bridge. MUST USE ON/OFF RAMPS DUE TO VERTICAL CLEARANCE OF THIS BRIDGE.

**BRIDGE LOCATION**    **SPECIAL BRIDGE CONDITIONS** (from above list)

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

___ see Bridge Continuation Attachment (B-2) for additional bridge conditions.

Reviewed by: _____

Exhibit 2
Page 4 of 4 Pages