**STATE OF ALASKA**
**DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES**
**DIVISION OF MEASUREMENT STANDARDS AND COMMERCIAL VEHICLE ENFORCEMENT**

PERMIT # **W06316**

FEE: $ 75

011045
CHECK #/ACCOUNT #/CR TRANS #

# OVERSIZE AND OVERWEIGHT PERMIT

ATTACHMENTS REQUIRED TO BE VALID: B-1, HD

PERMIT ORDERED BY: Al

COMPANY BILLED: Alaska Heavy Haul Transport

CARRIER: same

BILLED COMPANY'S MAILING ADDRESS: PO Box 178, Delta Junction 99737

PHONE: 895-5388 CELL #: 240-3300 FAX #: 770-1032 SEND TO:

TRAC/VEH (Legal Width 8'6") LIC # or EQUIP SERIAL #: 6388 CD

TRAILER LIC # or BEAMS & DOLLIES or UNLIC ON OWN AXLES or N/A: as assigned

DATES: FROM 12/14/04 12 TO 12/14/04 6

LOAD: transformer (234k) (DESCRIPTION OF VEHICLE AND/OR LOAD)

ORIGIN: 94th & Old Seward, Anch DESTINATION: Port of Anchorage

[redacted] OR EXACT ROUTE: Old Seward - O'Malley - New Seward - Ingra - 4th - Post - Whitney - Ocean Dock

**MUST contact Dan Byrd, 242-3114, prior to move - CVEO will observe move**

EXACT ROUTE MUST BE SPECIFIED FOR WIDTHS OVER 14', LENGTHS OVER 150', HEIGHTS OVER 16'6", AND ALL OVERWEIGHT MOVES

EMPTY TRAVEL ____ LONG& ____ WIDE//FROM ____ W/ ____ PILOTS& ____ MPH EMPTY RETURN ____ LONG& ____ WIDE//TO ____

EMPTY MOVES TO OR RETURNING FROM AUTHORIZED ONLY FOR A MAXIMUM OF3 DAYS. NO EXTENSIONS WILL BE GIVEN.

**OVERALL LENGTH**

___ SU TO 45' ___ SU >45' SPECIFY: ____
___ COMBO TO 75' ___ COMBO TO 85'
___ COMBO TO 100' X >100' SPECIFY: 139'
TRAILER LENGTH: 74'
TRAILER TYPE: lowboy

**OVERHANGS**

FRONT (>3'), SPECIFY: ____
REAR (>4'), SPECIFY: ____

**OVERALL WIDTH**

___ UP TO 8'6" ___ UP TO 10'
___ UP TO 12' X UP TO 14'
___ UP TO 16' SPECIFY: ____
___ >16' SPECIFY: ____

**OVERALL HEIGHT**

X UP TO 14' ___ UP TO 15'
___ UP TO 16' ___ UP TO 16'6"
___ UP TO 17' SPECIFY: ____
___ >17' SPECIFY: ____

**CONDITIONS**

1. DRIVER must be able to produce copy of permit upon request and **MUST STOP AT ALL OPEN WEIGH STATIONS.**
2. No movement permitted if vision is restricted to less than 1000' by inclement weather. **HEADLIGHTS MUST BE ON AT ALL TIMES.**
3. Actual weight shall not exceed the **MOST RESTRICTIVE (including seasonal)** legal weight limits without **Attachment(s) B and/or E.**
4. Maximum highway speed is: ___ the posted speed, subject to seasonal restrictions OR 20 MPH, except as noted on **Attachment HS.**
5. Time of movement: X **DAYLIGHT HOURS** X Hours of darkness travel with **Attachment HD** ___ Unrestricted hours

___ Movement is restricted to: ____

X No movement [redacted] 6-8:15AM & 4-7PM M-F in Anchorage urban area. X No movement: 11:30AM-1PM in Anchorage urban area.
___ No movement: 7-8AM & 4:30-6PM M-F in Fairbanks [redacted] urban area(s). ___ No movement: 11:30AM-1PM in Fairbanks urban area.
___ No movement: 7-8AM, 12-1PM & 4:30-6PM M-F in Ketchikan urban area.
___ No movement: 6-8AM, 11:30AM-1PM & 4:30-6PM M-F in Mat-Su area: Jct Glenn/Parks to MP 49.5 Glenn Hwy & to MP 52.3 Parks Hwy
___ May move unrestricted days of the week. X **NO movement after 12 Noon on Saturdays.** X **NO movement on Sundays.**
___ No movement holidays (**Attachment HR**). No movement after 12 Noon on ____ until daylight hours on ____
___ Use ALL off ramps on Glenn Hwy (Glenn SB – use N Muldoon exit if >15' high) ___ Zigzag overhead RR Xings and city traffic signals (if >16')
X Clearly readable OVERSIZE signs on front and rear AND a roof-mounted rotating or flashing amber beacon.
X Red/orange flags, 16" square: ___ on both sides at widest point X on corners ___ on overhangs ___ Convoy with permit #: ____
2 Pilot car(s) with OVERSIZE signs, beacon & constant radio communication & proper flagperson equipment required.
___ Extended light bar with turn, tail & brake lights may be used in place of rear pilot car. ___ On multilane highways, pilot car to follow load.
X Notify of route and time prior to move: X Police and/or troopers ___ DOT ___ Utilities (see **Attachment U**)

*Two (2) pilot cars*

Applicant expressly agrees to indemnify, save harmless and defend the State of Alaska, its agencies and employees from any and all claims or actions for injuries or damages sustained by any person or property arising directly or indirectly from this special use permit or the activities which it authorizes. Applicant also acknowledges that, under Alaska Statute 28.40.100, the State is not subject to legal action or recovery of damages for injury arising out of, or in any manner connected with, this special use permit or the activities which it authorizes.

SIGNATURE OF APPLICANT: [signature] DATE: 12/10/04

Permission is hereby granted to make the above movement, subject to restrictions & conditions stated above & all other applicable State laws & regulations by:

[signature] Betty Arthur DATE: 12/13/04

Exhibit 3

Page 1 of 2 Pages

# B-1 Bridge Condition Attachment

PERMIT # W06316

COMPANY BILLED: *Alaska Heavy Haul Transport* LOAD: *transformer (234k)*

① 165k ② 185.2k

THE BOXES BELOW DEPICT A SIDE VIEW OF YOUR TRACTOR-TRAILER COMBINATION OR VEHICLE.

**MARK AN "X" IN EACH BOX THAT CORRESPONDS TO THE AXLE(S) & AXLE GROUPS IN YOUR CONFIGURATION.**

*(ABOVE THE BOXES, MARK THE NUMBER OF TIRES WHEN NON-STANDARD & MARK AN "L" FOR ANY LIFT AXLES IN THE DRIVE GROUP)*

13 axles

| | STEERING AXLE(S) | DRIVE GROUP | JEEP/TRAILER | TRAILER/BOOSTER | BOOSTER |
|---|---|---|---|---|---|
| Tires | 2T | L 8T | 12T | 16T | 12T |
| Axles | [ ] [ ] [X] | [X] [X] [X] [ ] | [X] [X] [X] [ ] | [X] [X] [X] [X] | [X] [X] [X] |

Spacings: | | | 17'7" | 60" | 60" | | 18'11" | 54" | 54" | | 36'3" | 54" | 54" | 54" | 12'4" | 54" | 54" |

MARK SPACINGS (distance in FEET or INCHES) BETWEEN EACH & EVERY AXLE SHOWN

| 3.7 | 0 |
|---|---|
| 0 | 17.58 |
| 11 | 22.58 |
| 11 | 27.58 |
| 26.67 | 46.5 |
| 26.67 | 51 |
| 26.67 | 55.5 |
| 23.75 | 91.75 |
| 23.75 | 96.25 |
| 23.75 | 100.75 |
| 23.75 | 105.25 |
| 25.33 | 117.58 |
| 25.33 | 122.08 |
| 25.33 | 126.58 |

| | Steering | Drive group | Jeep/Trailer | Trailer/Booster | Booster |
|---|---|---|---|---|---|
| ACTUAL WEIGHT FOR EACH AXLE OR AXLE GROUP (1k = 1,000 pounds(#)) | 13.7k | 72k | 80k | 95k | 76k |
| TIRE TREAD WIDTH (NOMINAL) IN INCHES (0.0394 X mm = inches) | 11" | 11" | 11" | 11" | 11" |
| TIRE LOADING IN POUNDS/INCH OF TIRE TREAD WIDTH (**MUST NOT EXCEED**: 750#/IN FOR MOVES > 50 MILES, 800#/IN FOR MOVES > 25 MILES, 900#/IN FOR MOVES > 15 MILES) | 623 | ** | 606 | 540 | 576 |

ACTUAL COMBINED VEHICLE WEIGHT: *336.7k* LEGAL COMBINED VEHICLE WEIGHT: *165k* (BRIDGE FORMULA/AXLES)

OVERALL WHEEL BASE (FIRST TO LAST AXLE): *126' 7"* PERCENT O/W: *204* % GROSS/AXLES

WEIGHT ON THE 2 FIXED DRIVE AXLES **MUST NOT EXCEED** 66K ON 12" (305mm), 61K ON 11" (285mm), OR 55K ON 10" (255mm) TIRES.

** LIFT AXLE(S) **MUST REMAIN DOWN IN LOAD-CARRYING POSITION** AT ALL TIMES, UNLESS OTHERWISE NOTED.

DRIVE GROUPS WEIGHING OVER 70K **MUST HAVE** 12 TIRES ON 3-AXLE GROUPS & 14 TIRES ON 4-AXLE GROUPS.

## GENERAL & SPECIAL BRIDGE CONDITIONS

**General Conditions: CROSS *ALL* BRIDGES AT A CONSTANT SPEED WITH NO BRAKING, SHIFTING, OR ACCELERATING.**

[ ] NO BRIDGE ON ROUTE SPECIFIED [ ] NO ADDITIONAL SPECIAL BRIDGE CONDITIONS ON ROUTE

1. **LINE UP: Stop 150 feet short of bridge then cross at a constant speed not to exceed 10 MPH.**
2. **IMPACT: Stop 150 feet short of bridge then cross at a constant speed not to exceed 3 MPH while following a walking flagperson.**
3. **Straddle bridge centerline while crossing** (extra flagperson(s) required for traffic control on 2-lane roads).
4. **Place one of vehicle wheel lines on bridge centerline while crossing.**
5. **No other vehicles allowed on bridge at same time as this overweight vehicle while crossing** (extra flagpersons required for traffic control at both ends of bridge).
6. Do **NOT** cross bridge. **MUST USE ON/OFF RAMPS TO AVOID CROSSING THIS BRIDGE.**
7. Do **NOT** travel under bridge. **MUST USE ON/OFF RAMPS DUE TO VERTICALCLEARANCE OF THIS BRIDGE.**

| BRIDGE LOCATION | SPECIAL BRIDGE CONDITIONS (from above list) |
|---|---|
| *New Seward over Dimond Blvd NB* | #2, #3, #5 |
| and | |
| *New Seward over Dowling Rd NB* | #2, #3, #5 |

Exhibit 3

Page 2 of 2 Pages

*14296*

*msmts. verified by Al, 12/10/04 - empty eqpt weighs 102k*

____ see Bridge Continuation Attachment (B-2) for additional bridge conditions.

13 Dec 04 Reviewed by: BA