# STATE OF ALASKA

DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
DIVISION OF MEASUREMENT STANDARDS AND COMMERCIAL VEHICLE ENFORCEMENT

(Ref. #: )

**PERMIT #** **W03875**

## OVERSIZE AND OVERWEIGHT PERMIT

FEE: $ 58

ATTACHMENTS REQUIRED TO BE VALID: _B-1, HD_

140350

CM. CK PM.DISCOUNT ACH TRANS #

COMPANY BILLED: _Northstar Trucking Inc. (ANC)_

PERMIT ORDERED BY: _Rod_

CARRIER: _same_

BILLED COMPANY'S MAILING ADDRESS: _13135 Old Glenn Hwy Ste 210, Eagle River 99577_

PHONE: _222-2456_    CELL #: _632-0234_    FAX #: _677-2505_    SEND TO:

TRAC.VEH (Legal Width 8'6") LIC # or your own vehicle: _EPL 901_    TRAILER LIC # ~~CAN RIDE ON CUM AXLE LIC~~    _as assigned_

DATES: FROM _08/26/04_ TO _08/28/04_    LOAD: _Transformer_ (DESCRIPTION OF VEHICLE AND/OR LOAD)

ORIGIN: _790 Ocean Dock_    DESTINATION: _94th & Old Seward_

EXACT ROUTE: _Ocean Dock - Whitney - Post - 3rd - Gambell_
_New Seward - O'Malley - Old Seward - 94th_

EXACT ROUTE MUST BE SPECIFIED FOR WIDTHS OVER 10', LENGTHS OVER 150', HEIGHTS OVER 16'6", AND ALL OVERWEIGHT MOVES

EMPTY TRAVEL ☐ FORTH ___ W/DTH/FROM ___ W/ ___ PER/FR ___ ☐ EMPTY ☐ RETURN ___ LONGR ___ WIDER

EMPTY MOVES TO OR RETURNING FROM AUTHORIZED ONLY FOR A MAXIMUM OF 3 DAYS. NO EXTENSIONS WILL BE GIVEN.

| OVERALL LENGTH | OVERHANGS | OVERALL WIDTH | OVERALL HEIGHT |
|---|---|---|---|
| ☐ SU TO 45' | FRONT (>3'), SPECIFY: _/_ | ☒ UP TO 8'6" ___ UP TO 10' | ☐ UP TO 14' ___ UP TO 15' |
| ☐ COMBO TO 75' ☐ SU >45' SPECIFY: | REAR (>4'), SPECIFY: _/_ | ☐ UP TO 12' ___ UP TO 14' | ☐ UP TO 16' ☒ UP TO 16'6" |
| ☐ COMBO TO 85' ☐ COMBO TO 95' | | ☐ >16' SPECIFY: | ☐ UP TO 17' SPECIFY: |
| ☒ >100' SPECIFY: _150'_ | | | ☐ >17' SPECIFY: |
| TRAILER LENGTH: _60'_ | | | |
| TRAILER TYPE: _lowboy_ | | | |

## CONDITIONS

1. **DRIVER** must be able to produce copy of permit upon request and **MUST STOP AT ALL OPEN WEIGH STATIONS.**
2. No movement permitted if vision is restricted to less than 1000' by inclement weather. **HEADLIGHTS MUST BE ON AT ALL TIMES.**
3. Actual weight shall not exceed the **MOST RESTRICTIVE (including seasonal)** legal weight limits.
4. Maximum highway speed is: ___ the posted speed, subject to seasonal restrictions OR _30_ MPH, except as noted on Attachment HS.
5. Time of movement: ☒ **DAYLIGHT HOURS** ___ Hours of darkness travel with Attachment HD

   Movement is restricted to:

   ☒ No movement: ___ ☐ No movement: ___ Unrestricted hours.
   - No movement: ~~ 6-8:15AM & 4-7PM M-F~~ in Anchorage urban area. ☒ No movement: 11:30AM-1PM in Anchorage urban area.
   - No movement 7-8AM & 4:30-6PM M-F in ~~Fairbanks~~ urban area(s).    No movement: 11:30AM-1PM in Fairbanks urban area.
   - No movement 7-8AM, 12-1PM & 4:30-6PM M-F in ~~Ketchikan~~ urban area.
   - No movement: 6-8AM, 11:30AM-1PM & 4:30-6PM M-F in Mat-Su area: Jct Glenn/Parks to MP 49.5 Glenn Hwy & to MP 52.3 Parks Hwy.
   - May move unrestricted days of the week. ☒ NO movement after 12 Noon on Saturdays. ___ No movement on Sundays.
   - No movement holidays (Attachment HR). No movement after 12 Noon on ___ until daylight hours on ___
   - Use ALL on ramps on Glenn Hwy (Glenn SB – use N Muldoon exit if >15' high) ☒ Zigzag overhead RR Xings and city traffic signals (if >16')
   - ☒ Clearly readable **OVERSIZE** signs on front and rear AND a roof-mounted rotating or flashing amber beacon.
   - ☒ Red/orange flags, 16" square; ☒ on both sides at widest point ___ on corners ___ on overhangs ___ Convoy with permit #: ___
   - ☒ 2 Pilot car(s) with **OVERSIZE** signs, beacon & constant radio communication & proper flagperson equipment required.
   - ___ Extended light bar with turn, tail & brake lights may be used in place of rear pilot car.
   - **One (1) Pilot Car**
   - Notify of route and time prior to move: ___ Police and/or troopers ___ DOT ___ Utilities. On multilane highways, pilot car to follow load. (See Attachment U)

Applicant expressly agrees to indemnify, save harmless and defend the State of Alaska, its agencies and employees from any and all claims or actions for injuries or damages sustained by any person, or property arising directly or indirectly from this special use permit or the activities which it authorizes. Applicant also acknowledges that, under Alaska Statute 28.40.100, the State is not subject to legal action or recovery of damages for injury arising out of or in any manner connected with, this special use permit or the activities which it authorizes.

SIGNATURE OF APPLICANT: _FAX_    DATE: _08/26/04_

Permission is hereby granted to make the above movement, subject to restrictions & conditions stated above & all other applicable State laws & regulations by:

_(signature)_    DATE: _08/26/04_

Exhibit 4

Page 1 of 2 Pages

## B-1  Bridge Condition Attachment

PERMIT # **WO3875**

COMPANY BILLED: *Northstar Trucking*

① 167k   ① 178.4 k      LOAD: *Transformer*

THE BOXES BELOW DEPICT A SIDE VIEW OF YOUR TRACTOR-TRAILER COMBINATION OR VEHICLE.
MARK AN "X" IN EACH BOX THAT CORRESPONDS TO THE AXLE(S) & AXLE GROUPS IN YOUR CONFIGURATION.
(ABOVE THE BOXES, MARK THE NUMBER OF TIRES WHEN NON-STANDARD & MARK AN "L" FOR ANY LIFT AXLES IN THE DRIVE GROUP)

| STEERING AXLES | | | | | | DRIVE GROUP | | | | SEMITRAILER | | | | | TRAILER/BOOSTER | | | | | BOOSTER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12 axle    LT    L    8T    L    12T    12T    12T

MARK SPACINGS (distance in FEET or INCHES) BETWEEN EACH & EVERY AXLE SHOWN

18'6"  60"  60" 60"  12'6"  60"  61"  50'7"  60"  61"  24'10"  60"  60"

ACTUAL WEIGHT FOR EACH AXLE OR AXLE GROUP (1k = 1,000 pounds)

*15k*   *72k*   *72k*   *72k*   *72k*

TIRE TREAD WIDTH (NOMINAL) IN INCHES (0.0394 X mm = inches)

*12"*   *11"*   *11"*   *11"*   *11"*

TIRE LOADING IN POUNDS/INCH OF TIRE TREAD WIDTH (MUST NOT EXCEED 700/IN FOR MOVES > 60 MILES, 900/IN FOR MOVES > 25 MILES, 800/IN FOR MOVES > 15 MILES)

*625*   *704*   *470*   *470*   *470*

ACTUAL COMBINED VEHICLE WEIGHT: _____ *303k* _____   LEGAL COMBINED VEHICLE WEIGHT: _____ *167k* _____

OVERALL WHEEL BASE (FIRST TO LAST AXLE): _____ *141' 7"* _____   PERCENT OAW: _____ *182%* _____ % GROSS/AXLES    BRIDGE FORMULA k

WEIGHT ON THE 2 FIXED DRIVE AXLES MUST NOT EXCEED 58K ON 12" (305mm), 51K ON 11" (285mm), OR 55K ON 10" (255mm) TIRES.
LIFT AXLE(S) MUST REMAIN DOWN IN LOAD-CARRYING POSITION AT ALL TIMES, UNLESS OTHERWISE NOTED.
DRIVE GROUPS WEIGHING OVER 70K MUST HAVE 12 TIRES ON 3-AXLE GROUPS & 14 TIRES ON 4-AXLE GROUPS.

## GENERAL & SPECIAL BRIDGE CONDITIONS

(General Conditions) CROSS **ALL** BRIDGES AT A CONSTANT SPEED WITH NO BRAKING, SHIFTING, OR ACCELERATING.

☐ NO BRIDGE ON ROUTE SPECIFIED.

1. LINE UP: Stop 150 feet short of bridge then cross at a constant speed **not to exceed 10 MPH.**

☐ NO ADDITIONAL SPECIAL BRIDGE CONDITIONS ON ROUTE

2. IMPACT: Stop 150 feet short of bridge then cross at a constant speed **not to exceed 10 MPH.**
3. Straddle bridge centerline while crossing (extra flagperson(s) required for traffic control on 2-lane roads).
4. Place one of vehicle wheel lines on bridge centerline while crossing (extra flagperson(s) required for traffic control at both ends of bridge) at a constant speed not to exceed 3 MPH while following a walking flagperson.
5. No other vehicles allowed on bridge at same time as this overweight vehicle while crossing (extra flagpersons required for traffic control at both ends of bridge).
6. Do NOT cross bridge. MUST USE ON/OFF RAMPS TO AVOID CROSSING THIS BRIDGE.
7. Do NOT travel under bridge. MUST USE ON/OFF RAMPS DUE TO VERTICAL CLEARANCE OF THIS BRIDGE.

BRIDGE LOCATION
*Tudor O/C @ Seward Hwy*

SPECIAL BRIDGE CONDITIONS
(from above list)

*AND*
*due to low ½ Use On/OFF Ramps*
*16'4"*

*#12791*

See Bridge Construction Attachment (B-2) for additional bridge conditions.

Reviewed by: _____