**PERMIT # W06161**

**STATE OF ALASKA** (Ref. #: T-61/LB004)
DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
DIVISION OF MEASUREMENT STANDARDS AND COMMERCIAL VEHICLE ENFORCEMENT

FEE: $ 110
140350

## OVERSIZE AND OVERWEIGHT PERMIT

ATTACHMENTS REQUIRED TO BE VALID: **B-1, HD**
COMPANY BILLED: *Northstar Trucking Inc. (ANC)*
PERMIT ORDERED BY: Rod
CARRIER: *same*
BILLED COMPANY'S MAILING ADDRESS: *13135 Old Glenn Hwy Ste 210, Eagle River 99577*
PHONE: 222-2456    CELL #: 748-5198    FAX #: 677-2505    SEND TO:
TRAC/VEH (Legal Width 8'6") LIC # or EQUIP SERIAL #: **EPL 901**
TRAILER LIC # or BEAMS & DOLLIES or UNLIC ON OWN AXLES or N/A: *as assigned*
DATES: FROM 11/30/04 TO 12/2/04
LOAD: *Manitowoc 4000 crawler crane*
ORIGIN: *790 Ocean Dock, Anch*    DESTINATION: *Old Seward & E 94th, Anch*
EXACT ROUTE: *Ocean Dock - Whitney - Post - 3rd - Gambell - New Seward - O'Malley - Old Seward - E 94th*

*ins. verified*

EXACT ROUTE MUST BE SPECIFIED FOR WIDTHS OVER 14', LENGTHS OVER 150', HEIGHTS OVER 16'6", AND ALL OVERWEIGHT MOVES

EMPTY TRAVEL ___ LONG & ___ WIDE/FROM ___ W/ ___ PILOTS & M P EMPTY H RETURN ___ LONG & ___ WIDE/TO ___
EMPTY MOVES TO OR RETURNING FROM AUTHORIZED ONLY FOR A MAXIMUM OF 3 DAYS. NO EXTENSIONS WILL BE GIVEN.

| OVERALL LENGTH | OVERHANGS | OVERALL WIDTH | OVERALL HEIGHT |
|---|---|---|---|
| __ SU TO 45'  __ SU >45' SPECIFY: | FRONT (>3'), SPECIFY: | __ UP TO 8'6"  __ UP TO 10' | __ UP TO 14'  __ UP TO 15' |
| __ COMBO TO 75'  __ COMBO TO 85' | REAR (>4'), SPECIFY: / | __ UP TO 12'  __ UP TO 14' | __ UP TO 16'  __ UP TO 16'6" |
| __ COMBO TO 100'  X >100' SPECIFY: | | __ UP TO 16' SPECIFY:  X >16' SPECIFY: 21' | X UP TO 17' SPECIFY: /  __ >17' SPECIFY: |
| TRAILER LENGTH: 60' | | | |
| TRAILER TYPE: lowboy | CONDITIONS | | |

1. **DRIVER** must be able to produce copy of permit upon request and **MUST STOP AT ALL OPEN WEIGH STATIONS**.
2. No movement permitted if vision is restricted to less than 1000' by inclement weather. **HEADLIGHTS MUST BE ON AT ALL TIMES**.
3. Actual weight shall not exceed the **MOST RESTRICTIVE (including seasonal)** legal weight limits without **Attachment(s) B and/or E**.
4. Maximum highway speed is: ___ the posted speed, subject to seasonal restrictions OR **30** MPH, except as noted on Attachment HS.
5. Time of movement: **X** DAYLIGHT HOURS  **X** Hours of darkness travel with Attachment HD ___ Unrestricted hours
   Movement is restricted to:
   **X** No movement: ~~~~~/6-8:15AM & 4-7PM M-F in Anchorage urban area. **X** No movement: 11:30AM-1PM in Anchorage urban area.
   ___ No movement: 7-8AM & 4:30-6PM M-F in Fairbanks ~~~~~ urban area(s).  ___ No movement: 11:30AM-1PM in Fairbanks urban area.
   ___ No movement: 7-8AM, 12-1PM & 4:30-6PM M-F in Ketchikan urban area.
   ___ No movement: 6-8AM, 11:30AM-1PM & 4:30-6PM M-F in Mat-Su area: Jct Glenn/Parks to MP 49.5 Glenn Hwy & to MP 52.3 Parks Hwy
   ___ May move unrestricted days of the week.  **X** NO movement after 12 Noon on Saturdays.  **X** NO movement on Sundays.
   ___ No movement holidays (**Attachment HR**). No movement after 12 Noon on ___ until daylight hours on ___
   ___ Use **ALL** off ramps on Glenn Hwy (Glenn SB – use N Muldoon exit if >15' high)  **X** Zigzag overhead RR Xings and city traffic signals (f >16
   **X** Clearly readable OVERSIZE signs on front and rear AND a roof-mounted rotating or flashing amber beacon.
   **X** Red/orange flags, 16" square: ___ on both sides at widest point  **X** on corners ___ on overhangs ___ Convoy with permit #:
   **4** Pilot car(s) with OVERSIZE signs, beacon & constant radio communication & proper flagperson equipment required.
   ___ Extended light bar with turn, tail & brake lights may be used in place of rear pilot car. ___ On multilane highways, pilot car to follow load.
   **X** Notify of route and time prior to move: **X** Police and/or troopers ___ DOT ___ Utilities (see **Attachment U**)
   *Four (4) pilot cars    Russel*

Applicant expressly agrees to indemnify, save harmless and defend the State of Alaska, its agencies and employees from any and all claims or actions for injuries or damages sustained by any person or property arising directly or indirectly from this special use permit or the activities which it authorizes. Applicant also acknowledges that, under Alaska Statute 28.40.100, the State is not subject to legal action or recovery of damages for injury arising out of, or in any manner connected with, this special use permit or the activities which it authorizes.

SIGNATURE OF APPLICANT: *fax*    DATE: 11/30/04
Permission is hereby granted to make the above movement, subject to restrictions & conditions stated above & all other applicable State laws & regulations by:
    DATE: 11/30/04

Exhibit 3
Page 1 of 2 Pages

## B-1 Bridge Condition Attachment

PERMIT # **WO0181** 

COMPANY BILLED: **Northstar Trucking**    LOAD: **Manitowac 4000 crawler crane**

① 164.5k  ② 178.4k

THE BOXES BELOW DEPICT A SIDE VIEW OF YOUR TRACTOR-TRAILER COMBINATION OR VEHICLE
**MARK AN "X" IN EACH BOX THAT CORRESPONDS TO THE AXLE(S) & AXLE GROUPS IN YOUR CONFIGURATION.**
(ABOVE THE BOXES, MARK THE NUMBER OF TIRES WHEN NON-STANDARD & MARK AN "L" FOR ANY LIFT AXLES IN THE DRIVE GROUP)

12 axles    2T    L    8T         12T              12T              12T
STEERING AXLE(S)   DRIVE GROUP       JEEP/TRAILER    TRAILER/BOOSTER    BOOSTER
[ ] [ ] [X]   [X] [X] [ ]   [X] [X] [X] [ ]   [X] [X] [X] [ ]   [X] [X] [X]

| 18'6" | 5' | 5' | 12'6" | 5' | 5'1" | 50'7" | 5' | 5' | 14'10" | 5' | 5' |

MARK SPACINGS (distance in FEET or INCHES) BETWEEN EACH & EVERY AXLE SHOWN

15k    72k    72k    72k    72k

ACTUAL WEIGHT FOR EACH AXLE OR AXLE GROUP (1k = 1,000 pounds(#))

12"    11"    11"    11"    11"

TIRE TREAD WIDTH (NOMINAL) IN INCHES (0.0394 X mm = inches)

625    **    545    545    545

TIRE LOADING IN POUNDS (WT OF TIRE TREAD WIDTH (MUST NOT EXCEED: 750#/IN FOR MOVES > 50 MILES, 800#/IN FOR MOVES > 25 MILES, 900#/IN FOR MOVES > 15 MILES)

Left margin values: 0, 18.5, 23.5, 28.5, 41, 46, 51.08, 101.58, 106.58, 111.66, 126.49, 131.49, 136.49

ACTUAL COMBINED VEHICLE WEIGHT: **303k**    LEGAL COMBINED VEHICLE WEIGHT: **164.4k**

OVERALL WHEEL BASE (FIRST TO LAST AXLE): **136'6"**    PERCENT O/W: **184** % GROSS/AXLES

WEIGHT ON THE 2 FIXED DRIVE AXLES MUST NOT EXCEED 66K ON 12" (305mm), 61K ON 11" (285mm), OR 55K ON 10" (255mm) TIRES.

**    LIFT AXLE(S) MUST REMAIN DOWN IN LOAD-CARRYING POSITION AT ALL TIMES, UNLESS OTHERWISE NOTED.
DRIVE GROUPS WEIGHING OVER 70K MUST HAVE 12 TIRES ON 3-AXLE GROUPS & 14 TIRES ON 4-AXLE GROUPS.

### GENERAL & SPECIAL BRIDGE CONDITIONS

General Conditions: CROSS ALL BRIDGES AT A CONSTANT SPEED WITH NO BRAKING, SHIFTING, OR ACCELERATING.

[ ] NO BRIDGE ON ROUTE SPECIFIED    [X] NO ADDITIONAL SPECIAL BRIDGE CONDITIONS ON ROUTE

1. LINE UP: Stop 150 feet short of bridge then cross at a constant speed **not to exceed 10 MPH**.
2. IMPACT: Stop 150 feet short of bridge then cross at a constant speed **not to exceed 3 MPH** while following a walking flagperson.
3. Straddle bridge centerline while crossing (extra flagperson(s) required for traffic control on 2-lane roads).
4. Place one of vehicle wheel lines on bridge centerline while crossing.
5. No other vehicles allowed on bridge at same time as this overweight vehicle while crossing (extra flagpersons required for traffic control at both ends of bridge).
6. Do **NOT** cross bridge. MUST USE ON/OFF RAMPS TO AVOID CROSSING THIS BRIDGE.
7. Do **NOT** travel under bridge. MUST USE ON/OFF RAMPS DUE TO VERTICAL CLEARANCE OF THIS BRIDGE.

BRIDGE LOCATION                                   SPECIAL BRIDGE CONDITIONS
                                                  (from above list)

_14219_

___ see Bridge Continuation Attachment (B-2) for additional bridge conditions    Exhibit **5**    Reviewed by: _____

Page **2** of **2** Pages