move.    My father furnished them with this information.    However, the permit applications Northstar Trucking filed then seriously understated the combined weight of the transformer, truck and trailer, by nearly 60,000#, 277,140# vs. 336,700#.    See Exhibits 1 and 2.    Compare Exhibit 3, which is a permit I obtained, to haul the damaged transformer back to the port with the same truck and trailer unit.

9.    I have since learned that Northstar Trucking had earlier applied for and obtained a permit to haul this transformer on their own truck and trailer unit.    Northstar Trucking got that permit from the State on August 26, 2004.    See Exhibit 4.    At that time, Northstar Trucking had stated the combined weight at 303,000#.    This again significantly understated the actual combined load.    The combined weight would be much higher when the transformer weight is combined with any truck and trailer unit capable of hauling a 234,000# transformer.

10.    On November 30, 2004, Northstar Trucking also applied for and secured another permit on this project, to haul a Manitowak 4000 crawler crane from the port to the Chugach Electric substation. The crane was to be used to offload the transformers at the substation.    This application also stated a combined weight of 303,000#.    See Exhibit 5.    I believe Northstar Trucking

Shane Crowson's Affidavit Motion to Compel
Responses to Discovery Requests to
Defendant Northstar Trucking, Inc.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                              Page 4 of  7

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY

TELEPHONE (907) 258-1815
FAX (907) 258-1822

604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501