Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

```
             UNITED STATES DISTRICT COURT
          FOR THE STATE OF ALASKA AT ANCHORAGE

J.H. BACHMANN GmbH and UTC                )
BACHMANN, INC.,                           )
                                          )
          Plaintiffs,                     )
                                          )
     v.                                   )
BRAGG INVESTMENT COMPANY, INC.            )
successor-in-interest by merger           )
to HEAVY TRANSPORT, INC.,                 )No. 3:06:CV 00145(TMB)
NORTHSTAR TRUCKING, INC., NORTH           )No. 3:06:CV-00274(TMB)
STAR TERMINAL AND STEVEDORE               )    Consolidated
COMPANY, LLC, NORTH STAR TERMINAL         )
AND STEVEDORE COMPANY LLC OF              )
DELAWARE AND SHANE D. CROWSON dba         )
ALASKA HEAVY HAUL TRANSPORT,              )
                                          )
          Defendants.                     )
_____)
```

**ERRATA TO DOCKET 124**

Defendant Shane D. Crowson hereby files this errata to Docket No. 124. Page 4 of the Affidavit at Docket 124 was inadvertently omitted from the initial filing and is therefore attached hereto.

Dated at Anchorage, Alaska this 15th day of June,

Errata
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                          Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

2006.

                            LIBBEY LAW OFFICES, LLC
                            Counsel for Shane Crowson dba
                            Alaska Heavy Haul Transport

                By:   s/Robert M. Libbey
                       Robert M. Libbey ABA 6404014
                       604 West 2nd Ave.
                       Anchorage, AK 99501
                       Phone: (907) 258-1815
                       Fax: (907) 258-1822
                       boblibbey@alaska.net

This is to certify that the foregoing is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


On: June 15, 2007 By: s/Robert M.Libbey



Errata
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB                                                     Page 2 of 2