Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendant,
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br>　　　Plaintiffs, <br><br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC., et al. <br><br>　　　Defendants <br> DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>　　　Plaintiff, <br><br>vs. <br><br>UTC BACHMANN, INC., et al. <br><br>　　　Defendants | Case No.: 3:06:cv 00145 TMB <br>(Consolidated with Case No. 3:06-cv-274 TMB) |

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)

## UTC BACHMANN, INC.'S ANSWER TO CROSS CLAIMS OF BRAGG INVESTMENT COMPANY, INC.

COMES NOW Defendant UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) (hereinafter "UTC"), by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and answers the Cross Claims of Bragg Investment Company, Inc. (hereinafter "Bragg") dated June 3, 2007, as follows:

1. With regard to paragraph 68 of the Cross Claims, UTC admits that Bragg is the successor-in-interest by merger to Heavy Transport, Inc. but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and accordingly denies all and the whole thereof.

2. UTC admits the allegations contained in paragraph 69 of the Cross Claims.

3. With regard to paragraph 70 of the Cross Claims, UTC admits that Bragg has made demands for payment but denies the remaining allegations contained therein.

4. UTC denies the allegations contained in paragraph 71 of the Cross Claims.

5. Paragraph 72 of the Cross Claims is irrelevant to the allegations alleged against UTC and thus no answer is required. To the extent that an answer is required, the allegations contained in paragraph 72 of the Cross Claims are denied.

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)
Page 2 of 6

6.  UTC denies the allegations contained in paragraphs 73 and 74 of the Cross Claims.

7.  All allegations of the Cross Claims not previously responded to herein are denied.

## AFFIRMATIVE DEFENSES

1.  The Cross Claims against UTC fail to state a claim upon which relief may be granted.

2.  The Cross Claims against UTC are barred by language of the contract between the parties.

3.  The Cross Claims against UTC are barred by the negligence or other culpable conduct of Bragg.

4.  The damages contained in the Cross Claims against UTC must be reduced in proportion to any negligence or other culpable conduct of Bragg.

5.  Bragg materially breached its contract with UTC by failing to deliver the transformer and accordingly is not entitled to be paid for work that was not completed.

6.  UTC is entitled to set off any amount due and owing to Bragg, which liability is denied, against the damages for which is Bragg is liable.

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)

Page 3 of 6

7. A prerequisite of a valid contribution claim is that the party seeking contribution must discharge joint liability by payment or otherwise. Bragg has discharged no joint liability and therefore is not entitled to make a contribution claim.

8. UTC reserves the rights to set forth any other affirmative defenses that might become known through discovery.

WHEREFORE, UTC prays that the Cross Claims be dismissed with prejudice, that the court award costs and attorneys' fees to UTC, and that the court award such other and further relief as it may deem just and proper.

DATED at Anchorage, Alaska, this 18th day of June, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendant, UTC
> Bachmann, Inc.
>
> By: s/Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)

Page 4 of 6

## Certificate of Service

I hereby certify that on the 18th day of June, 2007, a copy of the foregoing UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc. was electronically served on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

UTC Bachmann, Inc.'s Answer to Cross Claims of Bragg Investment Company, Inc.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/260549)