**ANSWER**: No.

**INTERROGATORY NO. 3**: If your answer to the above interrogatory is "no," please set forth every legal objection you assert to providing Defendant Crowson with such consent.

**ANSWER**: Bachmann objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and an invasion of legitimate privacy interests in that the interrogatory is not limited to phone numbers and calls that are relevant to matters at issue in this litigation.

**INTERROGATORY NO. 4**: Please identify the individuals who participated in creating, altering, and reviewing, the "Shipping dimension" drawings represented by your document no. BMN 853, and that represented by Northstar Trucking, Inc.'s document no. NTI 00083, both of which appear upon their face to have originated with SGB..

**ANSWER**: Bachmann does not know who at SGB was involved in the creation, alteration, and/or review of the "shipping dimension" drawing.

**INTERROGATORY NO. 5**: Please identify the fluid present in transformer SGB 53026-G807579-EN, as of December 2, 2004, state the approximate weight of that fluid, and state why it was present in the transformer on that date.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Bachmann v. Bragg Inv., et al.*
Responses to Defendant Crowson's Second Interrogatories and Requests for Production
to J.H. Bachmann GmbH and UTC Bachmann, Inc.
Case No.: 3:06:cv:00145 TMB
(9010-1/258796)

Page 3 of 15

Exhibit A
Page 1 of 3 Pages

**ANSWER**: Bachmann does not have knowledge of whether any fluid was contained in the transformer other than the information from a Chugach Electric Association, Inc. e-mail that stated that the transformer was transported without oil.

**REQUEST FOR PRODUCTION NO. 1**: With respect to communication between anyone at J.H. Bachmann GmbH, or UTC Bachmann, Inc. and anyone at Northstar Trucking, Inc., North Star Terminal and Stevedore Company, Heavy Transport, Inc. and/or any of the affiliated Bragg Companies, Chugach Electric Association, HEES Enterprises, Icn., Sherman & Associates, Inc., Carlile Transportation Systems, Shaughnessy & Co. and/or Bigge Crane and Rigging Co., Lynden Transport, Inc., Shane Crowson, the State of Alaska, Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, or any of their affiliate companies, insurers, investigators or underwriters, and any firm that submitted a bid on any portion of the transportation project which is at issue in this lawsuit, please produce:

    a.     All e-mails sent and received between 7/01/04 and present, having any relationship to the transportation of, unloading or loading of, transformers destined for a Chugach Electric Association substation, the incident involving damage to such a transformer on 12/02/04, and any salvage, storage, maintenance, repair or service with respect to such damaged transformers, or any component thereof, including

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Bachmann v. Bragg Inv., et al.*
Responses to Defendant Crowson's Second Interrogatories and Requests for Production to J.H. Bachmann GmbH and UTC Bachmann, Inc.
Case No.: 3:06:cv:00145 TMB
(9010-1/258796)
Page 4 of 15

Exhibit A
Page 2 of 3 Pages

**REQUEST FOR PRODUCTION NO. 13**: Please produce all documents which you contend create, define and limit the scope of Northstar Trucking, Inc.'s contractual obligations to you and/or to either of Bragg Investment Company, Inc. or any of its affiliate companies, in relation to the overall project to transfer the two transformers from North Star Terminal to the Chugach Electric Association substation in south Anchorage.

**RESPONSE**: There are no responsive documents.

**REQUEST FOR PRODUCTION NO. 14**: Please produce clear, full scale copies of both the "Shipping dimension" drawing represented by your document no. 853, and that represented by Northstar Trucking, Inc.'s document no. NTI 00083, both of which appear upon their face to have originated with SGB.

**RESPONSE**: Bachmann does not have any documents other than the drawing produced as BMN000102.

**REQUEST FOR PRODUCTION NO. 15**: Please produce clear copies of computer print-outs of the impact recorders in both transformers involved in this project, including the entire period from loading in Regensburg until the termination of all road transportation in Anchorage, Alaska for each transformer.

**RESPONSE**: Bachmann does not possess the requested information.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Bachmann v. Bragg Inv., et al.*
Responses to Defendant Crowson's Second Interrogatories and Requests for Production to J.H. Bachmann GmbH and UTC Bachmann, Inc.
Case No.: 3:06:cv:00145 TMB
(9010-1/258796)

Exhibit A
Page 3 of 3 Pages