LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) No. 3:06:CV 00145(TMB) ) No. 3:06:CV-00274(TMB) )    Consolidated ) ) ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER GRANTING MOTION TO SUPPLEMENT**

Defendant Shane D. Crowson dba Alaska Heavy Haul Transport having requested a motion to supplement his reply to Delta Lloyd's response to his motion to dismiss for failure to join, it is hereby ordered that the motion to is granted.  The supplement

Proposed Order Granting Motion to Supplement
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                              Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

arguments and evidence filed with the motion to supplement shall be considered in deciding the motion to dismiss for failure to join indispensable parties.

Dated at Anchorage, Alaska this _____ day of _____, 2007.

_____
U.S. District Court Judge

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

On: June 20, 2007 By: s/Colleen A. Libbey

PDF created with pdfFactory trial version www.pdffactory.com