LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 3:06:CV 00145(TMB)
No. 3:06:CV-00274(TMB)
  Consolidated

**DECLARATION OF COUNSEL**

　　I, Colleen A. Libbey, declare as follows:

1.　I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2.　I am making this declaration in support of Motion to Supplement Reply to Delta Lloyd's Response to Shane Crowson's

Declaration of Counsel
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                    Page 1 of 3

PDF created with pdfFactory trial version www.pdffactory.com

      Motion to Dismiss for Failure to Join Indispensable Parties accompanying this declaration.

3. After I filed the reply, on May 30, 2007, our office received responses to Crowson's second interrogatory requests.

4. After review of the responses, I realized there was relevant evidence that should be filed with the Court regarding the pending motion to dismiss. To that end, I believe this motion to supplement is appropriate.

5. The factual assertions in the motion to supplement are true and accurate to the best of my knowledge.

6. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

      Dated at Anchorage, Alaska this 20th day of June, 2007.

                                 LIBBEY LAW OFFICES, LLC
                                 Counsel for Shane Crowson dba
                                 Alaska Heavy Haul Transport

                      By:  s/Colleen A.Libbey_____
                           Colleen A. Libbey (0012104)
                           604 West 2nd Ave.
                           Anchorage, AK 99501
                           Phone: (907) 258-1815
                           Fax: (907) 258-1822
                           clibbey@alaska.net

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs


Declaration of Counsel
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                          Page 2 of 3

PDF created with pdfFactory trial version www.pdffactory.com

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


On: June 20, 2007 By: s/Colleen A.Libbey


Declaration of Counsel
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                          Page 3 of 3

PDF created with pdfFactory trial version www.pdffactory.com