Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiff J.H. Bachmann GmbH and
UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | NOTICE <br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145 TMB |

In accordance with the court's order dated May 7, 2007, at Document No. 97, counsel for J. H. Bachmann GmbH (now known as DSV Air & Sea GmbH) and UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) hereby notifies the court that the consolidated cases are now at issue in that all parties have responded to all present pleadings and the case is now at issue.  However, Shane Crowson has filed a Motion to Dismiss at Document No. 44.  The Motion to Dismiss is also at issue and has not been ruled on by the Court.  As an alternate remedy in the Motion, Crowson requests that the Court order that Starkstrom Geratebau GmbH ("SGB") and Gericke & Co. GmbH ("Gericke") be added as parties.  The plaintiffs have opposed the Motion.  If the alternate remedy of adding parties were granted by the Court, the case would no longer be at issue.

DATED at Anchorage, Alaska, this 21st day of June, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff J.H.
> Bachmann GmbH and UTC
> Bachmann, Inc.
>
> By:  s/Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

<u>Certificate of Service</u>

  I hereby certify that on the 21st day of June, 2007, a copy of the foregoing Notice was served electronically on:


Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA 98121

Thomas A. Matthews
Matthews & Zahare, PC
430 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK 99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK 99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501


<u>s/Frank A. Pfiffner</u>

Notice
(Case No.: 3:06:cv:00145 TMB)
(9010-1/260704)
Page 3 of 3