LIBBEY LAW OFFICES, LLC  
Robert M. Libbey  
Colleen A. Libbey  
604 W. Second Avenue  
Anchorage, AK 99501  
(907) 258-1815  
(907) 258-1822 Fax  
boblibbey@alaska.net  
clibbey@alaska.net  

Attorneys for Defendant  
Shane D. Crowson dba Alaska  
Heavy Haul Transport  

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 3:06:CV 00145(TMB)  
No. 3:06:CV-00274(TMB)  
Consolidated

**PROPOSED ORDER GRANTING MOTION TO SUPPLEMENT**

Defendant Shane D. Crowson dba Alaska Heavy Haul Transport having requested a motion to supplement his reply to Delta Lloyd's response to his motion to dismiss for failure to join, it is hereby ordered that the motion to is granted.  The supplement

Proposed Order Granting Motion to Supplement  
Bachmann v. Bragg et al.  
3:06-CV-00145-TMB & 3:06:CV-00274-TMB  
Consolidated                                                    Page 1 of 2

PDF created with pdfFactory trial version www.pdffactory.com

arguments and evidence filed with the motion to supplement shall be considered in deciding the motion to dismiss for failure to join indispensable parties.

Dated at Anchorage, Alaska this _____ day of _____, 2007.

_____
U.S. District Court Judge

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And Stevedore, LLC and North Star Terminal And Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc. successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

On: June 20, 2007   By: s/Colleen A. Libbey

PDF created with pdfFactory trial version www.pdffactory.com