LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., </br></br>          Plaintiffs,</br></br>     v.</br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,</br></br>          Defendants.</br>_____ | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) No. 3:06:CV 00145(TMB)</br>) No. 3:06:CV-00274(TMB)</br>)    Consolidated</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## **DECLARATION OF COUNSEL**

    I, Colleen A. Libbey, declare as follows:

1.   I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2.   I am making this declaration in support of the Non-opposed Motion or Extension of Time to Reply to Delta Lloyd's Response

Declaration of Counsel
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                                              Page 1 of 4

PDF created with pdfFactory trial version www.pdffactory.com

to Shane Crowson's Motion to Dismiss for Failure Failure to Join Indispensable Parties accompanying this declaration.

3. I am responsible for drafting and filing Crowson's motion to dismiss for failure to join indispensable parties, and I am responsible for finalizing the reply pleadings related.

4. A reply to Delta Lloyd's response is due today, May 7, 2007.

5. I am requesting an extension of 20 days to file the reply to Delta Lloyd's response.

6. A twenty day period of time to file the reply to Delta Lloyd's response is necessary because I was out of state on a deposition trip the entire week of April 23, 2007, and last week, the week of April 30, 2007, I was out of state at a conference from May 2, 2007 through May 6, 2007.

7. Because I was out of town for nearly two weeks, I have not been able to work on the reply pleading and have had to compromise numerous deadlines. Twenty additional days will give me more than adequate time to file the reply pleading, and I will try to file the reply well in advance of the twenty day deadline.

8. Before I left town, on May 1, 2007, I left a voice mail message for Marc Wilhelm, counsel for Delta Lloyd, asking if he would non-oppose this requested extension. He spoke with my co-counsel, Robert Libbey, on May 3, 2007 and indicated that

PDF created with pdfFactory trial version www.pdffactory.com

      he non-opposes this request.

9.    The factual assertions in the accompanying non-opposed motion for extension are true and accurate to the best of my knowledge.

10.   This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

      Dated at Anchorage, Alaska this 7th day of May, 2007.

```
                          LIBBEY LAW OFFICES, LLC
                          Counsel for Shane Crowson dba
                          Alaska Heavy Haul Transport

                     By:  s/Colleen A.Libbey_____
                          Colleen A. Libbey (0012104)
                          604 West 2nd Ave.
                          Anchorage, AK 99501
                          Phone: (907) 258-1815
                          Fax: (907) 258-1822
                          clibbey@alaska.net
```

This is to certify that the foregoing
is being served by electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Deleware


Declaration of Counsel
Bachmann v. Bragg et al.
3:06-CV-00145-TMB & 3:06:CV-00274-TMB
Consolidated                                      Page 3 of 4

PDF created with pdfFactory trial version www.pdffactory.com

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


Mark C. Manning
manning@alaska.net
Attorney for Defendant UTC Bachmann, Inc.

On: May 7, 2007 By: s/Colleen A.Libbey

PDF created with pdfFactory trial version www.pdffactory.com