Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| J. H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC., Successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | <br><br><br><br><br><br><br><br> Case No. 3:06-cv-00145-TMB <br> Case No. 3:06-cv-00274-TMB <br> Consolidated |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR NORTHSTAR TRUCKING, INC. TO RESPOND TO CROWSON'S MOTION TO COMPEL**

Defendant Northstar Trucking, Inc., by and through its attorneys of record, moves for a 4-day extension of time, until July 6, 2007, to respond to Crowson's Motion to Compel. The motion is unopposed by Crowson's counsel and is supported by the accompanying declaration of counsel. A proposed form of order also accompanies this motion.

Dated this 2nd day of July, 2007.

s/Bruce E. Falconer
BRUCE E. FALCONER
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com
Attorneys for Defendant Northstar Trucking, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that on July 2, 2007,
I electronically filed the foregoing document
with the clerk of the Court using the CM/ECF
system which will send notification to the following:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503
fap@hbplaw.net
Attorney for Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc.

Thomas A. Matthews, Esq.
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
Tom.matthews@matthewszahare.com
Co-Counsel for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
tgjohnson@bmjlaw.com
Attorney for Defendants North Star Terminal and
Stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
Marcwilhelm@richmondquinn.com
Attorney for Delta Lloyd Schadeverzekering N.V.

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501
boblibbey@alaska.net
Attorney for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport


s/ Bruce E. Falconer