Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| J. H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BRAGG INVESTMENT COMPANY, INC., Successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:06-cv-00145-TMB
Case No. 3:06-cv-00274-TMB
Consolidated

## DECLARATION OF BRUCE E. FALCONER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Bruce E. Falconer, declare and state as follows:

1.  I am co-counsel of record for defendant Northstar Trucking, Inc. ("NTI").

2.  I am responsible for preparing NTI's response to the Motion of Shane Crowson to Compel Responses to Discovery Requests to Defendant Northstar Trucking, Inc., dated June 14, 2007, the response to which is due today.

3.  Due to conflicts in my schedule, including filing deadlines in other pending cases and meetings in connection with other matters, as well as inability to reach the contact person for NTI due to his travel and work schedule, I have not had adequate time to prepare NTI's response to Crowson's motion to compel.

4.  I have confirmed by e-mail that Crowson's counsel does not oppose the requested extension, until July 6, 2007, to file NTI's response to Crowson's motion to compel.

5.  This request is made in good faith and not for delay or other improper purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of July, 2007.

s/Bruce E. Falconer
BRUCE E. FALCONER
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com
Attorneys for Defendant Northstar
Trucking, Inc.

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2007,
I electronically filed the foregoing document
with the clerk of the Court using the CM/ECF
system which will send notification to the following:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503
fap@hbplaw.net
Attorney for Plaintiffs J.H. Bachmann GmbH and UTC Bachmann, Inc.

Thomas A. Matthews, Esq.
Matthews & Zahare, Pc
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
Tom.matthews@matthewszahare.com
Co-Counsel for Defendant Northstar Trucking, Inc.

Thomas G. Johnson, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121
tgjohnson@bmjlaw.com
Attorney for Defendants North Star Terminal and
Stevedore, LLC and North Star Terminal and
Stevedore, LLC of Delaware

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
Marcwilhelm@richmondquinn.com
Attorney for Delta Lloyd Schadeverzekering N.V.

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501
boblibbey@alaska.net
Attorney for Defendant Shane D. Crowson dba Alaska Heavy Haul Transport


s/ Bruce E. Falconer