## Bruce Falconer

| | |
|---|---|
| **From:** | Bruce Falconer |
| **Sent:** | Monday, June 04, 2007 11:55 AM |
| **To:** | 'Bob Libbey' |
| **Cc:** | 'Thomas A. Matthews' |
| **Subject:** | RE: NTI's Discovery Responses |

Bob:

On phone records, and as our response indicated, we will be producing the records redacted as you suggest. I don't think we have any dispute there.

On the dispatch records, if there are any related to the transformer project beyond those relating to the drivers and equipment to move the crane and associated gear, they will also be produced. Our objection was because your request was not limited to dispatch records related to the transformer project. So I don't think we have any dispute on this either.

On the weights/lengths requests, maybe I'm just dense but I don't see how what you've asked for shows anything about the source of the data on the applications for hauling the transformers. Can you enlighten me?

Bruce

---

**From:** Bob Libbey [mailto:boblibbey@alaska.net]
**Sent:** Friday, June 01, 2007 12:45 PM
**To:** Bruce Falconer
**Subject:** Re: NTI's Discovery Responses

Bruce,
Thanks for your reply. I urge you to reconsider sending over the phone records. We have no problem with redaction of anything unrelated to this transformer project. That the records are legitimate discovery is evidenced by your own request for Shane's phone records. The dispute over whether your client was and remained deeply within the project make the fact and timing of calls to or from the other players relevant, especially with a round of depositions coming up.
As to the dispatch records, the same argument can be made. It is, potentially, evidence that would show your client's full involvement in the loading and moving of the transformers.
Finally, the truck weights and axle spreads will help us to show that the application for permits for hauling the transformers was completely in your client's hands, and that you did not merely forward data from Shane to make those applications.
Bob

> ----- Original Message -----
> **From:** Bruce Falconer
> **To:** Bob Libbey
> **Cc:** Thomas A. Matthews ; Kenneth G. Schoolcraft, Jr.
> **Sent:** Thursday, May 31, 2007 10:39 AM
> **Subject:** NTI's Discovery Responses
>
> Bob:
>
> In response to your voice-mail message this morning, this will confirm that our objections were in fact "thoughtful" as we would not otherwise have made them. We therefore do not agree to any blanket abandonment or withdrawal of same, although we remain open to reconsidering if you have specific grounds for why you think any particular objection(s) is/are not well-founded.

EXHIBIT A
PAGE 1 OF 2

7/6/2007

Regards,

Bruce

**BRUCE E. FALCONER**
**BOYD, CHANDLER & FALCONER, LLP.**
911 W.8th Ave., Suite 302
Anchorage, AK 99501
(907) 272-8401
(907) 274-3698 - Fax
bfalconer@bcf.us.com

***** CONFIDENTIALITY NOTICE *****

This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author and BOYD, CHANDLER & FALCONER, LLP. It is confidential and may be protected by the attorney/client privilege. This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C., Sections 2510-2521, and is confidential. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and/or BOYD, CHANDLER & FALCONER, LLP., and destroy the message (and all attachments and enclosures thereto) immediately. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive the confidentiality of the message and/or any attachments and/or any privilege of the sender or intended recipient(s).

7/6/2007

EXHIBIT A
PAGE 2 OF 2