Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Plaintiffs,
J.H. Bachmann GmbH and UTC Bachmann, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br>          Plaintiffs, <br><br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC., et al. <br><br>          Defendants <br>DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>          Plaintiff, <br><br>vs. <br><br>UTC BACHMANN, INC.,  et al. <br><br>          Defendants | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:06:cv 00145 TMB <br>(Consolidated with Case No. 3:06-cv-274 TMB) |

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/261421)

## FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 plaintiff J.H. Bachmann GmbH (now known as DSV Air & Sea GmbH) states that it was a wholly owned subsidiary of DFDS Transport Air & Sea Holding A/S when this litigation was commenced. DFDS Transport Air & Sea Holding A/S has changed its name and is now known as DSV Air & Sea Holding A/S. In turn, DSV Air & Sea Holding A/S is a wholly owned subsidiary of DSV, De Sammensluttede Vognmænd af 13-7 1976 A/S ("DSV"). DSV is publicly traded on the Copenhagen Stock Exchange, Denmark.

The FRCP 7.1 disclosure for plaintiff UTC Bachmann, Inc. (now known as UTC Overseas, Inc.) is as set forth by defendant UTC Bachmann, Inc. in its FRCP 7.1 disclosure of May 30, 2007 (Document 104).

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/261421)

Page 2 of 5

DATED at Anchorage, Alaska, this 16th day of July, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiffs, J. H.
> Bachmann, Inc. and UTC
> Bachmann, Inc.
>
>
> By:  s/Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/261421)

Certificate of Service

I hereby certify that on the 16th day of July, 2007, a copy of the foregoing FRCP 7.1 Disclosure Statement was electronically served on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/261421)

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

FRCP 7.1 Disclosure Statement.
*J.H. Bachmann GmbH and UTC Bachmann, Inc. v. Bragg Investment Company, Inc., et al./Delta Lloyd v. UTC Bachmann, Inc., et al.*
Case No.: 3:06-cv-00145-TMB/ Consolidated No.: 3:06:cv-00274-TMB
(9010-1/261421)