Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 00145 TMB <br> Case No. 3:06:cv 00274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br> Plaintiffs, <br> vs. <br><br> UTC BACHMANN, INC., et al, <br> Defendants. | **NORTHSTAR TRUCKING, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Northstar Trucking, Inc., through its lawyers, Matthews & Zahare, P.C., and pursuant to Fed. R. Civ. P. 7.1(a), states that there are no parent corporations of Northstar Trucking, Inc., and no publicly held corporation owns 10% or more of Northstar Trucking, Inc.'s stock.

Dated this 18th day of July 2007 at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
 Thomas A. Matthews ABA 8511179
 Matthews & Zahare, P.C.
 431 W. 7th Ave., Suite 207
 Anchorage, AK 99501
 Phone:  (907) 276-1516
 Fax:  (907) 276-8955
 tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer  (consent)
 Bruce E. Falconer, ABA 8707062
 Boyd, Chandler & Falconer, LLP
 911 W. 8th Ave., Suite 302
 Anchorage, Alaska  99501
 Phone: (907) 272-8401
 Fax: (907) 274-3698
 bfalconer@bcf.us.com

Northstar Trucking's FRCP 7.1 Corp. Discl. Statement
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
 *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/DisclStatement 2 of 3

CERTIFICATE OF SERVICE

I certify that on 18th day of July 2007
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

Northstar Trucking's FRCP 7.1 Corp. Discl. Statement
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.
   Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/DisclStatement                                                                             3 of 3