Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>   Plaintiffs, <br>  vs. <br><br>BRAGG INVESTMENT COMPANY, INC. et al., <br>   Defendants. | Case No. 3:06:cv 00145 TMB <br> Case No. 3:06:cv 00274 TMB <br>    (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>   Plaintiffs, <br>  vs. <br><br>UTC BACHMANN, INC., et al, <br>   Defendants. | **NORTHSTAR TRUCKING INC.'S MOTION TO COMPEL PRODUCTION FROM BRAGG INVESTMENT COMPANY** |

Motion to Compel Production to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
 *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnCompelBragg

1 of 4

Northstar Trucking, Inc., through its lawyers and pursuant to Fed. R. Civ. P. 34(b) and 37(a), and D. Alaska LR 37.1, moves the Court for an order compelling Bragg Investment Company to produce the documents requested in Northstar Trucking's First Requests for Production, attached hereto as Exhibit A. Depositions of Bragg Investment employees are scheduled in California during the week of August 20-22, 2007, yet Bragg Investments has not produced the documents requested in Exhibit A, or otherwise responded to the production requests. By signing below, counsel for Northstar Trucking certifies that he has attempted in good faith to confer with Bragg's lawyer, to secure the requested documents without court action, as evidenced by the correspondence attached hereto as Exhibit B. However, Bragg Investment neither produced the requested documents by the date referenced in the letter nor communicated with Northstar Trucking's lawyers to advise when the documents will be produced. Similarly, Bragg Investment's lawyer has not stated Bragg's position on the production request. Accordingly, the Good Faith Certificate referenced in D. Alaska LR 37.1(a) cannot be attached.

The discovery requests attached as Exhibit A were served March 21, 2007. Bragg Investment's response was due April 23, 2007.[1] Bragg Investment failed to

---

[1] Fed. R. Civ. P. 34(b).

Motion to Compel Production to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs. Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnCompelBragg                                      2 of 4

submit any response and failed to request or to obtain an extension of time to respond.[2]

Accordingly, it has waived all objections to the production request.

For the reasons stated above, Northstar Trucking moves the Court for an order compelling Bragg Investment to produce the documents requested in Exhibit A.

Dated this 10th day of August 2007 at Anchorage Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer  (consent)
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

---

[2] During a conference call of all counsel on May 7, 2007, several parties requested extensions to respond to Northstar's outstanding discovery. At the time, all responses were overdue.  Nonetheless, extensions were granted if requested.  However, no party requested an extension beyond May 30, 2007.  Bragg has not requested any additional time, and has not responded to correspondence seeking production of the documents.

Motion to Compel Production to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnCompelBragg                    3 of 4

CERTIFICATE OF SERVICE

I certify that on 10th day of August 2007
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


/s/ Thomas A. Matthews_____


Motion to Compel Production to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnCompelBragg                                                4 of 4