# MATTHEWS & ZAHARE, P.C.
Attorneys At Law

Thomas A. Matthews
A. Michael Zahare

431 West 7th Avenue ♦ Suite 207 ♦ Anchorage, Alaska 99501
TELEPHONE: (907) 276-1516 ♦ FACSIMILE: (907) 276-8955

Tom Matthews
Direct Dial (907) 276-2962
TOM.MATTHEWS@MATTHEWSZAHARE.COM

Of Counsel
Kenneth G. Schoolcraft, Jr.

Paralegal
Marie Weyers

FAXED 7/30/07

## Via FACSIMILE TRANSMISSION

July 30, 2007

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G. Street, Suite 910
Anchorage, AK 99501

Re: *Bachmann v. Northstar Trucking, Inc. et al.*
Our File No. 1440-1

Dear Roy:

We note that Bragg Investment has not responded to Northstar Trucking's March 21, 2007 Requests for Production. As you know, Bragg's failure to timely object to any of the requests serves as a waiver of any objections. Unless other mutually agreed-upon arrangements are made, please produce the requested documents by the close of business on August 1, 2007. This letter serves as Northstar Trucking's good faith effort to obtain the requested documents without the Court's intervention.

Please feel free to contact us if you have any questions.

Very truly yours,

MATTHEWS & ZAHARE, P.C.

Thomas A. Matthews

KGS:jlw\1442-1
Longacre

cc: Bruce Falconer, Esq.

Exhibit B
Page 1 of 2

# HP LaserJet 3200



MATTHEWS#ZAHARE#PC
2768955
JUL-30-2007   2:12PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 728 | 7/30/2007 | 2:11:35PM | Send | 2794685 | 0:55 | 2 | OK |

**MATTHEWS & ZAHARE, P.C.**
Attorneys At Law
431 West 7th Avenue • Suite 207 • Anchorage, Alaska 99501
Telephone (907) 276-1516 • Facsimile (907) 276-8955
tom.matthews@matthewszahare.com

### FACSIMILE COVER PAGE

FROM:   Thomas A. Matthews
DATE:   July 30, 2007
RE:     Bachmann v. Bragg Investment Co., et al.
        Our File No. 1440-1

THE FOLLOWING PAGES ARE BEING SENT TO:

Roy L. Longacre, Esq.
Fax No.: 279-4685

Bruce E. Falconer, Esq.
Boyd Chandler & Falconer
Fax No. 274-3698

MESSAGE:  See attached

2 PAGE(S), which include this cover sheet, are being sent to you. If you do not receive all of the pages or the transmission is not clear, please call (907) 276-1516. Thank you.

CONFIDENTIALITY NOTICE
"WARNING: Unauthorized interception of this telephonic communication could be a violation of federal law." The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us.

Exhibit  B
Page  2  of  2