Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) Case No. 3:06:cv 00145 TMB ) ) ) ) **(PROPOSED) ORDER GRANTING** ) **MOTION TO COMPEL TO BRAGG** ) ) |
| Defendants. | ) ) ) |

Defendant Northstar Trucking, Inc., having moved to compel responses to its discovery requests to Defendant Bragg Investment Company, and no responses having been served,

IT IS HEREBY ORDERED, that Defendant Northstar's Motion to Compel is GRANTED. Bragg Investment must provide responses to Northstar's March 21, 2007 discovery requests within five (5) days of this Order. Defendant Northstar may submit a Request for Costs and Attorney's fees within ten (10) days.

Dated this _____ day of August 2007.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE

I certify that on 10th day of August 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews_____

(Proposed)Order Granting Northstar's Motion to Compel to Bragg
*Bachmann et al vs. Bragg et al.* 3:06:cv-00145 TMB (Consolidated)
TAM:jlw\1442-1\OrdMtnCompelBragg                                    Page 2 of 2