Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. Et. al.<br><br>　　　　Defendants.<br>_____<br><br>DELTA LLOYD SCHADEVERZEKERING N.V.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UTC BACHMANN, INC. et. al.<br><br>　　　　Defendants<br>_____ | Case No. 3:06:cv:00145TMB<br>Case No. 3:06:CV-00274TMB<br>　　(Consolidated) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. to RESPOND TO NORTHSTAR TRUCKING INC.'S MOTION TO COMPEL PRODUCTION FROM BRAGG INVESTMENT COMPANY**

　　　Defendant Bragg Investment Company by and through its attorneys of

record, moves for an extension until September 10, 2007 to respond to Northstar Trucking, Inc..'s *Motion To Compel Production from Bragg Investment Company*. The motion is unopposed by Northstar Trucking, Inc.'s counsel and is supported by the accompanying declaration of counsel.

```
        DATED August 17, 2007.   Longacre Law Offices, Ltd.
                                 Attorney for BRAGG INVESTMENT
                                 COMPANY, INC. successor-in-
                                 interest by merger to HEAVY
                                 TRANSPORT, INC.

                             By:      /s/ Roy Longacre
                                 Roy Longacre, ABA #8211124
                                 Longacre Law Offices, Ltd.
                                 425 G Street, Suite 910
                                 Anchorage, Alaska 99501
                                 longacre@alaska.com

CERTIFICATE OF SERVICE

I hereby certify that on
August 17, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.              Thomas G. Johnson, Esq.
Hughes Thorsness Powell              Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC               tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.              Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP         Matthews & Zahare, P.C.
bflaconer@bcf.us.com                 Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.                Marc G. Wilhelm, Esq.
604 W. Second Avenue                 Richmond & Quinn
Anchorage, Alaska 99501              360 K Street, Suite 200
boblibbey@alaska.net                 Anchorage, Alaska 99501
                                     mwilhelm@richmondquinn.com


      /s/ Roy Longacre
Roy Longacre
```

Bachmann v. Bragg et. al.   Case No. 3:06:cv:00145 TMB
[/Mtn Ext Unopp (BRAGG)]