Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:   (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC. Et. al. <br><br>    Defendants. <br>_____ <br><br>DELTA LLOYD SCHADEVERZEKERING N.V. <br><br>    Plaintiff, <br><br>  vs. <br><br>UTC BACHMANN, INC. et. al. <br><br>    Defendants <br>_____ | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06:cv:00145TMB <br>Case No. 3:06:CV-00274TMB <br>     (Consolidated) |

**DECLARATION OF ROY LONGACRE IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. to RESPOND TO NORTHSTAR TRUCKING INC.'S MOTION TO COMPEL PRODUCTION FROM BRAGG INVESTMENT COMPANY**

I, Roy Longacre, declare and state as follows:

1. I am counsel of record for defendant Bragg Investment Company, Inc. ("BRAGG").

2. I am responsible for preparing.'s BRAGG's response to the *Motion To Compel Production from Bragg Investment Company* dated August 10, 2007, the response to which is due August 25, 2007.

3. Due to the next two solid weeks of depositions in this case, other conflicts in my schedule including filing deadlines in other pending cases and meetings in connection with other matters, as well as inability to reach the contact person for BRAGG due to his work and travel schedule, I will not have adequate time to prepare BRAGG's response to Northstar Trucking, Inc.'s *Motion*.

4. I have spoke with Northstar Trucking, Inc.'s counsel, Bruce Falconer, and he does not oppose the requested extension.

5. This request is made in good faith and not for delay or other improper purpose.

I declare under penalty of perjury that the foregoing is true and correct.

```
DATED August 17, 2007. Longacre Law Offices, Ltd.
                       Attorney for BRAGG INVESTMENT
                       COMPANY, INC. successor-in-
                       interest by merger to HEAVY
                       TRANSPORT, INC.
```

*Unopposed Extension Declaration*     Page 2 of 3
Bachmann v. Bragg et. al.     Case No. 3:06:cv:00145 TMB
[/Mtn Ext Unopp (BRAGG) - Dec]

```
                                By:    _____/s/ Roy Longacre_____
                                       Roy Longacre, ABA #8211124
                                       Longacre Law Offices, Ltd.
                                       425 G Street, Suite 910
                                       Anchorage, Alaska 99501
                                       longacre@alaska.com
```

CERTIFICATE OF SERVICE

I hereby certify that on
August 17, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.             Thomas G. Johnson, Esq.
Hughes Thorsness Powell             Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC              tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.             Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP        Matthews & Zahare, P.C.
bflaconer@bcf.us.com                Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.               Marc G. Wilhelm, Esq.
604 W. Second Avenue                Richmond & Quinn
Anchorage, Alaska 99501             360 K Street, Suite 200
boblibbey@alaska.net                Anchorage, Alaska 99501
                                    mwilhelm@richmondquinn.com


_____/s/ Roy Longacre_____
Roy Longacre