Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:    (907) 279-4685
longacre@alaska.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and<br>UTC BACHMANN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BRAGG INVESTMENT COMPANY, INC | ) |
| Et. al. | ) |
| | )Case No. 3:06:cv:00145TMB |
| Defendants. | )Case No. 3:06:CV-00274TMB |
| _____ | )   (Consolidated) |
| | ) |
| DELTA LLOYD | ) |
| SCHADEVERZEKERING N.V. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UTC BACHMANN, INC. et. al. | ) |
| | ) |
| Defendants | ) |
| _____ | ) |

## RESPONSE TO NORTHSTAR TRUCKING INC.'S MOTION TO COMPEL
## PRODUCTION FROM BRAGG INVESTMENT COMPANY

*Response To Northstar's Motion To Compel*                          Page 1 of 3
Bachmann v. Bragg et. al.                          Case No. 3:06:cv:00145 TMB
[/Mtn Compel Response (BRAGG)]

Defendant Bragg Investment Company by and through its attorneys of record, has provided opposing counsel with what information it has been able to locate as that information is provided to its counsel.    There is no dispute here; a motion to compel was not needed, Bragg had not objected to the discovery requests.    The vast majority of documents responsive to Defendant Northstar Trucking, Inc.'s First Requests For Production To Bragg Investment, Inc. have already been produced.    Additional responsive documents have been located and are in transit from Bragg's California office to its counsel in Anchorage, Alaska. Those documents will then be labeled, copied and provided to opposing counsel as supplemental disclosures.

DATED: September 10, 2007.            Longacre Law Offices, Ltd.
                                      Attorney for BRAGG INVESTMENT
                                      COMPANY, INC. successor-in-interest by
                                      merger to HEAVY
                                      TRANSPORT, INC.


                              By:      /s/ Roy Longacre
                                      Roy Longacre, ABA #8211124
                                      Longacre Law Offices, Ltd.
                                      425 G Street, Suite 910
                                      Anchorage, Alaska 99501
                                      longacre@alaska.com

*Response To Northstar's  Motion To Compel*                          Page 2 of 3
Bachmann v. Bragg et. al.                          Case No. 3:06:cv:00145 TMB
                                                   [/Mtn Compel Response (BRAGG)]

CERTIFICATE OF SERVICE

I hereby certify that on
September 10, 2007, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.                Thomas G. Johnson, Esq.
Hughes Thorsness Powell                Bauer, Moynihan & Johnson LLP
Huddleston & Bauman LLC                 tgjohnson@bmilaw.com
fap@hbplaw.net

Bruce E. Falconer, Esq.                Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP           Matthews & Zahare, P.C.
bflaconer@bcf.us.com                   Tom.matthews@matthewszahare.com

RobertM. Libbey, Esq.                  Marc G. Wilhelm, Esq.
604 W. Second Avenue                   Richmond & Quinn
Anchorage, Alaska 99501                360 K Street, Suite 200
boblibbey@alaska.net                   Anchorage, Alaska 99501
                                       mwilhelm@richmondquinn.com


_____/s/ Roy Longacre_____
Roy Longacre

*Response To Northstar's  Motion To Compel*                                    Page 3 of 3
Bachmann v. Bragg et. al.                                    Case No. 3:06:cv:00145 TMB
                                                        [/Mtn Compel Response (BRAGG)]