Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br><br> Defendants. | Case No. 3:06:cv 00145 TMB <br> Case No. 3:06:cv 00274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC BACHMANN, INC., et al, <br> Defendants. | **REPLY TO BRAGG'S OPPOSITION TO NORTHSTAR TRUCKING, INC.'s MOTION TO COMPEL** |

Bragg responds to Northstar Trucking Inc's ("Northstar") Motion to Compel with the same cavalier attitude that prompted the Motion. As Bragg readily admits, it has not objected to Northstar's discovery requests. Bragg has simply not responded. For Bragg to now claim that the "vast majority of documents" have already been produced is ludicrous.

During a recent deposition trip to California, one Bragg witness (Kirk Martin) showed up for his deposition with a file of documents in hand.[1] The documents should have been produced months ago, and were clearly responsive to Northstar's request. Another Bragg witness (Justin Gilmet) testified that he left his entire file on the transformer move with Bragg when he left the company.[2] That file has never been produced and should have been produced long before Mr. Gilmet was deposed.

Bragg's response that additional documents have been located and are now in transit is simply not good enough. Bragg has shirked its responsibilities under the discovery rules, and should be ordered to produce the documents immediately, and pay Northstar's costs in pursuing this motion. Additional sanctions may be

---

[1] See **Exhibit A** Depo of Kirk Martin at pp. 11-12. According to Mr. Martin, he had never been asked to provide documents before. *Id.* at 12.
[2] See Affidavit of Counsel dated September 14, 2007.

Reply to Opp to Northstar's Motion to Compel to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs. Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/ReplyBraggMtnCompel                                    Page 2 of 4

requested, as at least one key witness (Justin Gilmet) in California may need to be redeposed.

Dated this 14th day of September 2007 at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer  (consent)
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Reply to Opp to Northstar's Motion to Compel to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.
   Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/ReplyBraggMtnCompel                                Page 3 of 4

CERTIFICATE OF SERVICE

I certify that on 14th day of September 2007
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/*
  *Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal &*
  *Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a*
  *Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

Reply to Opp to Northstar's Motion to Compel to Bragg
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/ReplyBraggMtnCompel                                            Page 4 of 4