Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewzahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>             Plaintiffs, <br>     vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>             Defendants. | Case No. 3:06:cv 00145 TMB <br><br> **AFFIDAVIT OF COUNSEL** |

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

STATE OF ALASKA            )
                           ) ss
THIRD JUDICIAL DISTRICT    )

I, Thomas A. Matthews, being first duly sworn, deposes and states:

1. I am a lawyer with Matthews & Zahare, P.C., co-counsel for Defendant Northstar Trucking, Inc. in this matter. I make this affidavit based upon my personal knowledge.

2. I attended the deposition of Justin Gilmet on August 21, 2007 in Long Beach, California. Mr. Gilmet testified that he maintained a file in which all of his documents relating to the transformer would have been kept. He also testified that he utilized a computer, and e-mail. Mr. Gilmet is no longer employed with Heavy Transport, but he advised that his file and computer were left in his office when he left his employment with Heavy Transport.

Dated this 14th day of September, 2007 at Anchorage, Alaska.

_____
Thomas A. Matthews

SUBSCRIBED and sworn to before me this 14th day of September, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-2010

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Affidavit of Counsel (Reply Bragg's Mtn to Compel)
*Bachmann v. Bragg Inv., et al.* / 3:06:cv 00145 TMB
TAM:jlw/1442-1/AffTAMReplyCompel                                    2 of 3

CERTIFICATE OF SERVICE

I certify that on 14th day of September, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/*
 *Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal &*
 *Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a*
 *Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Affidavit of Counsel (Reply Bragg's Mtn to Compel)
*Bachmann v. Bragg Inv., et al. / 3:06:cv 00145 TMB*
TAM:jlw/1442-1/AffTAMReplyCompel