Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>         Plaintiffs, <br>    vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br>         Defendants. | Case No. 3:06:cv 00145 TMB <br> Case No. 3:06:cv 00274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>         Plaintiffs, <br>    vs. <br><br> UTC BACHMANN, INC., et al, <br>         Defendants. | **STIPULATION AND JOINT REQUEST FOR STATUS CONFERENCE** |

The parties, through their respective counsel, stipulate and jointly request this Court schedule a status conference with the Court in this matter. The parties need guidance from the Court with respect to certain pending motions in order to efficiently schedule and conduct discovery in this case. There are presently pending before the Court two motions which currently impact the parties' scheduling efforts. First is Crowson's Motion to Dismiss or Add Parties (Docket No. 43). Second is Northstar Trucking's Motion to Compel Discovery from Bragg (Docket No. 140). At least one of the parties in this matter (Delta) is opposed to scheduling any further depositions until the Court has ruled on Crowson's Motion because the alternative relief requested would add additional parties to the case.

The parties recently held a conference call in this matter to address scheduling. The parties have collectively identified approximately 125 witnesses who may be called upon to testify at trial in this matter. These witnesses are located in Alaska, around the United States, and in Europe. At the parties' recent scheduling meeting, counsel agreed to tentatively reserve eight weeks for possible depositions in this matter between December 2007 and April 2008.

This Court's pretrial order has discovery closing in June 2008. In addition, expert disclosures are currently due to be made in February and March 2008. These dates may need to be adjusted along with the close of discovery and other dates depending upon how soon discovery can actually be completed.

For the foregoing reasons, the parties respectfully request a status conference with the Court. Some counsel (particularly North Star Terminal &

Stipulation and Joint Request for Status Conference
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.
   Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipReqStatusConf                                                                 2 of 5

Stevedore's Washington counsel) may need to participate telephonically, and request permission from the Court to do so.

|  |  |
|---|---|
|  | HUGHES BAUMAN PFIFFNER<br>  GORSKI & SEEDORF<br>Counsel for Plaintiffs Bachmann |
| Date: 11/21/07 | By: s/Frank A. Pfiffner (consent)<br>Frank A. Pfiffner, ABA #7505032<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503<br>Phone: (907) 274-7522<br>Fax: (907) 263-8320<br>fap@hbplaw.net |
|  | MATTHEWS & ZAHARE, P.C.<br>Counsel for Def. Northstar Trucking, Inc. |
| Date: 11/21/07 | By: s/Thomas A. Matthews<br>Thomas A. Matthews ABA 8511179<br>431 W. 7th Ave., Suite 207<br>Anchorage, AK 99501<br>Phone: (907) 276-1516<br>Fax: (907) 276-8955<br>tom.matthews@matthewszahare.com |
|  | BOYD, CHANDLER & FALCONER, LLP<br>Counsel for Def. Northstar Trucking, Inc. |
| Date: 11/21/07 | By: s/Bruce E. Falconer (consent)<br>Bruce E. Falconer, ABA 8707062<br>911 W. 8th Ave., Suite 302<br>Anchorage, Alaska 99501<br>Phone: (907) 272-8401<br>Fax: (907) 274-3698<br>bfalconer@bcf.us.com |
|  | BAUER MOYNIHAN & JOHNSON LLP<br>Counsel for Def. North Star Terminal & Stevedore |
| Date: 11/21/07 | By: s/Thomas G. Johnson (consent) |

Stipulation and Joint Request for Status Conference
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipReqStatusConf                                            3 of 5

                                  Thomas G. Johnson
                                  2101 Fourth Ave., 24th Floor

2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Phone:  (206) 443-3400
Fax:  (206) 448-0976
tgjohnson@bmjlaw.com

LONGACRE LAW OFFICES, LTD.
Counsel for Def. Bragg Investment Co.

Date: 11/21/07              By:  s/Roy L. Longacre (consent)
Roy L. Longacre, ABA #8211124
426 G Street, Suite 910
Anchorage, AK 99501
Phone:  (907) 276-6354
Fax:  (907) 279-4685
longacre@alaska.com

LIBBEY LAW OFFICES, LLC
Counsel for Def. Shane Crowson dba
   Alaska Heavy Haul Transport

Date: 11/21/07              By  s/Robert M. Libbey (consent)
Robert M. Libbey, ABA #6404014
604 West 2nd Ave.
Anchorage, AK 99501
Phone:  (907) 258-1815
Fax:  (907) 258-1822
boblibbey@alaska.net

Stipulation and Joint Request for Status Conference
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.
   Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipReqStatusConf                                                                                      4 of 5

                                      RICHMOND & QUINN
                                      Counsel for Plaintiff Delta Lloyd

Dated:  4/21/07             By  _s/Marc G. Wilhelm (consent)
                                      Marc G. Wilhlem, ABA #8406054
                                      360 K Street, Suite 200
                                      Anchorage, AK 99501
                                      Phone:  (907) 276-5727
                                      Fax:  (907) 276-2953
                                      mwilhelm@richmondquinn.com

CERTIFICATE OF SERVICE
I certify that on 21st day of November, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal &  Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Def. Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Def. Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Plaintiff Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

Stipulation and Joint Request for Status Conference
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipReqStatusConf                      5 of 5