Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:06:cv 00145 TMB <br> ) Case No. 3:06:cv 00274 TMB <br> )          (Consolidated) <br> ) <br> ) <br> ) <br> ) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC BACHMANN, INC., et al, <br> Defendants. | ) **(PROPOSED) ORDER RE:** <br> ) **STIPULATION AND JOINT** <br> ) **REQUEST FOR STATUS** <br> ) **CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Court having considered the parties' Stipulation and Joint Request for Status Conference, and finding pursuant to Civil Rule 16 that a status conference would be helpful,

IT IS HEREBY ORDERED that a status conference will be held before the undersigned on _____, 2007 at __:__ _.m., in Courtroom _____.

_____
TIMOTHY M. BURGESS
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that on 21st day of November, 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews_____

(Proposed) Order Re: Stipulation and Joint Request for Status Conference
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs. Bachmann* /
   3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderStipReqStatusConf                                                   2 of 2