MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*J.H. Bachmann GmbH et al. v. Bragg Investment Co., Inc. et al*

Case No. 3:06-cv-0145 TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On June 14, 2007, Defendant Shane Crowson filed a Motion to Compel Responses to Discovery Requests to Defendant Northstar Trucking, Inc. (Dkt. 123). In its Response, Northstar Trucking indicated that it would complete the requested discovery production on or before July 16, 2007. Crowson did not file a Reply or otherwise indicate that discovery had not been completed. The Court will therefore assume that Northstar Trucking complied with its discovery obligations unless Crowson renews his motion.

On August 10, 2007, Northstar Trucking filed its Motion to Compel Production from Bragg Investment Company (Dkt. 140). In its response, Bragg stated that it did not object to the discovery requests, that the vast majority of documents responsive to Northstar Trucking's requests had already been produced and that additional responsive documents would be produced in short order. At the time of Northstar's Reply, it appears production remained incomplete.

**IT IS HEREBY ORDERED:** The Motion of Shane Crowson to Compel Responses to Discovery Requests to Defendant Northstar Trucking, Inc. (Dkt. 123) is hereby DENIED without prejudice.

In addition, Northstar Trucking may supplement its briefing relating to its motion to compel Bragg Investment (Dkt. 140) if discovery issues addressed in its motion remain outstanding. Any supplemental briefing should be filed within 10 days and should not exceed five pages. Bragg Investment will then have 5 days to file a response, also not to exceed five pages.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  December 3, 2007