Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>        Plaintiffs,<br><br>  v.<br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>        Defendants. | No. 3:06:CV 00145(TMB)<br>No. 3:06:CV-00274(TMB)<br>    Consolidated |

**DEFENDANT CROWSON'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO FIRST DISCOVERY REQUESTS TO PLAINTIFF DELTA LLOYD SCHADEVERZEKERING N.V.**

Defendant Shane D. Crowson by and through counsel, pursuant

to Federal Civil Procedure Rules 33, 34 and 37, has requested an

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                              Page 1 of  11

Order compelling answers to the following interrogatories, and responses to the following requests for production, served on Plaintiff Delta Lloyd Schadeverzekering N.V. on May 29, 2007:

**A.** **Interrogatories**

2. Please describe in detail all alterations to the transformers made to prepare the transformers for transport to the Chugach Electric Association substation, once testing was completed at the factory in Regensburg, Germany, including any temporary bracing or supporting structures added.

3. Please describe the method and reference materials used to determine each center of gravity presented in the drawings identified herein as BMN 853 and NTI 00083, including the identity of the individuals who participated in this activity.

4. Please describe the method and reference materials used in placing the center of gravity marks on the two transformers, including the identity of the individuals who participated in this activity.

5. Please describe why two center of gravity marks were placed on each end of the transformer case, specifically explaining what difference in conditions of the transformer required the two marks, and which of the two was intended for centering the load during the transportation involved in this case.

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                Page 2 of 11

7. Please identify the most senior persons at Starkstrom Geratebau GmbH, Smit Transformatoren B.V., and Gericke & Co. GmbH who were involved in the planning and execution of the transportation of the transformers from Regensburg, Germany to the Chugach Electric Association substation.

8. Please identify every person in the employ of Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V. who was in Anchorage, Alaska, between November 15, 2004 and December 31, 2004, identifying for each, the time actually in Anchorage, and explaining the activities of the individual while in Anchorage.

9. Please identify the fluid which was present in transformer SGB 53026-G807579-EN, as of December 2, 2004, state the approximate weight of that fluid, and state why it was present in the transformer on that date.

**B.   REQUESTS FOR PRODUCTION**

1. With respect to communication between individuals at Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V.; and between those parties  and anyone at J.H. Bachmann GmbH, UTC Bachmann, Inc., Northstar Trucking, Inc., North Star Terminal And Stevedore

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                       Page 3 of  11

Company, Heavy Transport, Inc. and/or any of the affiliated Bragg Companies, Chugach Electric Association, HEES Enterprises, Inc., Sherman & Associates, Inc., Carlile Transportation Systems, Shaughnessy & Co. and/or Bigge Crane and Rigging Co., Lynden Transport, Inc., Shane Crowson, the State of Alaska,, Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH, or any of their affiliate companies, insurers, investigators or underwriters, and any firm that submitted a bid on any portion of the transportation project which is at issue in this lawsuit, please produce:

> a) All e-mails and other mail or faxes sent and received between 7/01/04 and present, having any relationship to the transportation of, unloading or loading of, transformers destined for a Chugach Electric Association substation, the incident involving damage to such a transformer on 12/02/04, and any salvage, storage, maintenance, repair or service with respect to such damaged transformer, or any component thereof, including any transformer oil, or other fluid; or to bidding on any such activities.

> B) All notes and memoranda of any telephone conversation or

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                              Page 4 of 11

  meeting between 7/01/04 and present, having any relationship to the transportation of, unloading or loading of, transformers destined for a Chugach Electric Association substation, the incident involving damage to such a transformer on 12/02/04, and any salvage, storage, maintenance, repair or service with respect to such damaged transformer, or any component thereof, including any transformer oil, or other fluid; or to bidding on any such activities.

2. Please produce all internal memoranda, reports, statements, diary entries or notes pertaining to the accident of 12/02/04, or the bidding, planning or execution of the project to transport the two transformers from the factory at Regensburg, Germany to the Chugach Electric Association substation near 94th Avenue and Old Seward Highway.

3. Please produce copies of all bid requests issued, and all responding bids received, by Starkstrom Geratebau GmbH, Smit Transformatoren B.V., or Gericke & Co. GmbH, for the transloading, transport and delivery of the transformers from the manufacturer to the Chugach Electric Association installation site.

4. Please produce clear copies of all photos taken by or at the

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB  Page 5 of 11

request of Starkstrom Geratebau GmbH, Smit Transformatoren B.V., Gericke & Co. GmbH or Delta Lloyd Schadeverzekering N.V. relating to the condition or the appearance, from the time they were ready for loading at Regensburg, Germany to present, of the transformers, or components thereof, including any transformer oil or other fluid remaining in the transformer after the accident, and of the transfer of the transformers from mode to mode of transportation, the transportation, unloading, loading, storage, maintenance, salvage, repair or service of said transformers.

5. Please produce clear copies of all photographs in your possession or control depicting the "road trailers," and the configuration of placement and lashing of the transformers on the "road trailers," which transported them from the factory to Bremerhaven, and the "roll trailers" to which they were transferred for ocean shipment.

6. Please produce all instructions, cautionary notices, drawings, or information prepared by Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH, and intended for persons handling transport of the transformers, with respect to the unloading, loading, lashing, transportation, dimensions, weight, balance or center of gravity of the two transformers.

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                              Page 6 of 11

7. Please produce all invoices, issued or received by Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH, and all supporting financial records, reflecting charges to or by any party between 7/01/04 and present, having any relationship to the transportation, unloading or loading of a transformer destined for a Chugach Electric Association substation, or to an incident involving damage to such a transformer on 12/02/04; including, without limitation, any storage, maintenance, salvage, repair or service with respect to such damaged transformer, or component thereof, including removal and or disposal of any transformer oil or other fluid.

9. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>North Star Terminal and Stevedoring Company</u> between January 1, 2000 and present.

10. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and <u>Northstar Trucking, Inc.</u> between January 1, 2000 and present.

11. Please produce all invoices and other financial records relating to any business transactions between Starkstrom

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                    Page 7 of 11

Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and Heavy Transport, Inc. and/or any of the affiliated Bragg Companies, between January 1, 2000 and present.

12. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and J. H. Bachmann GmbH and/or UTC Bachmann, Inc., between January 1, 2000 and present.

13. Please produce all invoices and other financial records relating to any business transactions between Starkstrom Geratebau GmbH, Smit Transformatoren B.V. or Gericke & Co. GmbH and Carlile Transportation Systems, between January 1, 2000 and present.

19. Please produce clear, full scale copies of both the "Shipping dimension" drawing represented by UTC Bachmann, Inc.'s document No. 853, and that represented by Northstar Trucking, Inc.'s document no. NTI 00083, both of which appear upon their face to have originated with SGB.

20. Please produce clear copies of computer print-outs of the data recorded by the impact recorders in both transformers involved in this project, including the entire period from loading in Regensburg until the termination of all road

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                    Page 8 of 11

transportation in Anchorage, Alaska, for each transformer.

**ARGUMENT TO COMPEL**

A copy of the responses of Plaintiff Delta Lloyd Schadeverzekering N.V. is attached hereto as Exhibit 1. As will be readily noted, the answer given in each case was that the material requested was not in Delta Lloyd Schadeverzekering N.V.'s possession, but in the possession of the seller of the transformers [Delta Lloyd's insured, Starkstrom Geratebau GmbH, and Smit Transformatoren B.V.]. Informal efforts, made by the undersigned to obtain responses, have not been successful.

Plaintiff Delta Lloyd Schadeverzekering N.V. is the direct insurer of the seller of the transformers, and in this case, a plaintiff subrogated to the recovery rights of the seller. Thus, it "stands in the shoes" of the seller. It must respond to discovery requests as the seller, itself, would be required to respond if a party. Moreover, Delta Lloyd Schadeverzekering N.V. has opposed Defendant Shane Crowson's motion to make the seller of the transformers a party to this civil action. That motion is still pending. [Docket 43]

The information sought by the above discovery requests is central to several defenses that Defendant Shane Crowson seeks to establish herein. Defendant Crowson is liable only in tort, if

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                                               Page 9 of 11

at all.  Therefore, comparative fault will apply to Plaintiff Delta Lloyd Schadeverzekering N.V.'s claim against Crowson, and the fault of the seller of the transformers will be allocated to Delta Lloyd Schadeverzekering N.V., and thus will be highly material.  Defendant Crowson believes the responses will lead to information showing that the actions of the seller contributed directly to the imbalance of the transformer placement, on the trailer that tipped over, resulting in loss of the transformer.  Delta Lloyd Schadeverzekering N.V. cannot be allowed to frustrate Defendant Crowson's efforts to establish the seller's own fault, by claiming that while the seller of the transformers has the needed information, Delta Lloyd does not.

    Defendant Shane Crowson has waited six months since filing the above referenced discovery requests, and still has no substantive responses.  This court should either require prompt, full responses by Plaintiff Delta Lloyd Schadeverzekering N.V., or dismiss its claims, or order the seller of the transformers, Starkstrom Geratebau GmbH, and Smit Transformatoren B.V. be added as involuntary plaintiffs herein; and further requiring those new parties added herein to promptly respond to Defendant Crowson's discovery requests.

    Dated at Anchorage, Alaska this 7th day of December, 2007.

Memorandum Supporting Crowson's  
Motion to Compel Respecting  
First Discovery Requests to  
Delta Lloyd Schadeverzekering N.V.  
Bachmann v. Bragg, et al.  
3:06-CV-00145/00274-TMB     Page 10 of 11

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Shane Crowson dba
                              Alaska Heavy Haul Transport

                         By:  s/Robert M. Libbey
                              Robert M. Libbey ABA 6404014
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              boblibbey@alaska.net
```

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

Attorney for Defendant UTC Bachmann, Inc.

On: Dec. 7, 2007 By: s/Robert M. Libbey

Memorandum Supporting Crowson's
Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00145/00274-TMB                              Page 11 of  11