COPY

ROY LONGACRE
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, Alaska 99501-2140
Telephone: (907) 276-6354
Facsimile: (907) 279-4685

Attorneys for Defendant Bragg Investment
Company, Inc. successor-in-interest by
merger to Heavy Transport, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

J.H. BACHMANN GMBH AND UTC
BACHMANN, INC.                          )
                                        )
                Plaintiff,              )
                                        )
        vs.                             )
                                        )
BRAGG INVESTMENT COMPANY,               )    Case No.  3:06-CV-00084 TMB
INC. successor-in-interest by merger to )
HEAVY TRANSPORT, INC.,                  )
NORTHSTAR TRUCKING, INC.,               )
NORTH STAR TERMINAL AND                 )
STEVEDORE COMPANY, LLC, OF              )
DELEWARE and SHANE D.                   )
CROWSON DBA HEAVY HAUL                  )
TRANSPORT,                              )
                                        )
                Defendants.             )
                                        )

## BRAGG INVESTMENT COMPANY, INC.'S INITIAL DISCLOSURES

Defendant Bragg Investment Company, through its attorney of record, Longacre

Law Offices, Ltd., provides the following initial disclosures pursuant to Fed. R.Civ.P. 26(a)(1):

Exhibit B
Page 1 of 37

(A)     **Name and Address of Individuals With Discoverable Information.**

(1)     Chris Bragg, Attorney-Client Privilege Applies
c/o Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
(907) 276-6354

Chris Bragg is a principal of Bragg Investment Company and has knowledge regarding the contract between Heavy Transport, Inc. and the other parties involved in the transportation of the electrical transformer.

(2)     Michael L. Foster
c/o Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
(907) 276-6354

Michael Foster is an employee of Bragg Investment Company and has knowledge regarding the contract between Heavy Transport, Inc. and the other parties involved in the transportation of the electrical transformer.

(3)     Justin Gilmet
c/o Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
(907) 276-6354

Justin Gilmet is an employee of Bragg Investment Company and has knowledge regarding the contract between Heavy Transport, Inc. and the other parties involved in the transportation of the electrical transformer.

(4)     Kirk Martin
c/o Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
(907) 276-6354

Kirk Martin is an employee of Bragg Investment Company and has knowledge regarding the contract between Heavy Transport, Inc. and the other parties involved in the transportation of

Exhibit _B_
Page _2_ of _39_

DEFENDANT BRAGG'S INITIAL DISCLOSURES

1   the electrical transformer and the loading of the electrical transformer.

2               (5)     Shane Crowson dba Alaska Heavy Haul Transport
                                 c/o Robert M. Libbey

3                                    Libbey Law Offices, LLC
                                 604 W. Second Avenue

4                                    Anchorage, Alaska 99501

5   Mr. Crowson was involved in the loading of the electrical transformer and was driving the truck

6   which tipped over causing damage to the electrical transformer.

7               (6)     Employees of plaintiff J.H. BACHMANN GmbH

8               (7)     Employees of plaintiff UTC BACHMANN, INC.

9               (8)     Employees of defendant Northstar Trucking, Inc.

10               (9)     Employees of defendant North Star Terminal and Stevedore, LLC

11

12        **(B)**     **Discoverable Documents.**

13            (1)     Notes from Heavy Transport, Inc.

14            (2)     Northstar Trucking, Inc. February 25, 2005 letter to

15   Heavy Transport, Inc.

16            (3)     USDOT January 18, 2006 letter to Chris Bragg.

17            (4)     Heavy Transport, Inc. January 19, 2005 letter to USDOT.

18            (5)     North Star Trucking, Inc. November 24, 2004 email to

19

20   Justin Gilmet.

21            (6)     Justin Gilmet December 8, 2004 email to North Star

22   Trucking, Inc.

23            (7)     North Star Terminal and Stevedore August 1, 2004 email

24   to Justin Gilmet.

25

26                                                     Exhibit  B
                                                   Page  3  of  37

DEFENDANT BRAGG'S INITIAL DISCLOSURES

1      (8)    Northstar Trucking, Inc. October 6, 2004 Customer

2  Quotation for Heavy Transport, Inc. – Justin.

3      (9)    Northstar Trucking, Inc. November 29, 2004 Certificate of

4

5  Liability Insurance.

6      (10)   Northstar Trucking, Inc. May 13, 2004 Certificate of

7  Liability Insurance.

8      (11)   Alaska Heavy Haul Transport November 24, 2004

9

10  Certificate of Liability Insurance.

11      (12)   Northstar Trucking, Inc.'s August 26, 2004 Oversize and

12  Overweight Permit.

13      (13)   Bragg Supervisor's Incident Report.

14      (14)   Bragg Companies handwritten notes.

15

16      (15)   Heavy Transport, Inc. January 11, 2006 letter to UTC

17  BACHMANN, INC.

18      (16)   Bragg Companies December 21, 2004 Invoice to UTC

19  BACHMANN, INC.

20      (17)   UTC BACHMANN December 6, 2004 email to Justin

21

22  Gilmet.

23      (18)   Heavy Transport, Inc. September 22, 2004 quote to UTC

24  BACHMANN, INC.

25      (19)   BSNF October 28, 2004 Bill of Lading.

26

DEFENDANT BRAGG'S INITIAL DISCLOSURES

Exhibit ___B___

Page __4__ of __37__

(20)   Northstar Trucking, Inc. September 30, 2005 Statement to Heavy Transport, Inc.

(21)   Stipulation for Dismissal in *Northstar Trucking, Inc. v. Bragg Investment Company, Inc.*, State of Alaska Superior Court Case No. 3AN-05-12106 CI.

(22)   Settlement Agreement in above-referenced case.

**(C)    Computation of Any Category of Damages Claimed.**

Other than its costs and legal fees, if plaintiffs do not prevail, defendant Bragg Investment Company is not seeking any damages from plaintiffs.

**(D)    Insurance Agreements.**

A copy of any applicable insurance agreement has been requested and will be available on receipt.

DATED at Anchorage, Alaska, this 15th day of February 2007.

LONGACRE LAW OFFICES, LTD.
Attorneys for Bragg Investment Company

By: *Roy Longacre*
Roy Longacre

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007,
I mailed a copy of the foregoing document to:

Frank A. Pfiffner, Esq.
Thomas G. Johnson, Esq.
Bruce E. Falconer, Esq.
Thomas A. Matthews, Esq.
Robert M. Libbey, Esq.

LONGACRE LAW OFFICES, LTD.

*Roy Longacre*
BY: Roy Longacre

DEFENDANT BRAGG'S INITIAL DISCLOSURES

Long Beach    Richmond
Fontana       Reno
San Diego     Santa Rosa

# BRAGG COMPANIES

DATE
CONT. NO.
BY _____ CHK'D
SHEET NO. _____ OF _____

CONVERSION FACTORS
TONS PER METRIC TON    1.1023
LBS. PER KILOGRAM      2.2
MILES PER KILOMETER    0.622

CU. IN. PER GALLON     231
CU. FT. PER GALLON     0.1337
LBS. PER GALLON WATER  8338
LBS. PER GALLON        8338
GALLONS PER BARREL OF PETROLEUM  42

WEIGHT OF STEEL:
PLATE X 12" = 40.83 LBS. PER FT.
3/4"   40.83
1/2"   20.42
1/4"   10.21

DENSITY: LBS. PER CU. FT.
STEEL   480
WATER   62.4
MUD     90
SULPHUR 125
GASOLINE 42
PETROLEUM 54

Response based on Last E-mail

Pg 2 of 4

No. 1 - Non payment from customer on
Damaged Transformer $ 46,000K ?
Loss of Revenue From Future Projects

2 + 3 of 4 #2
Heavy Transport Hired Northstar to move
2 Transformers. Northstar the Hired
Alaska Heavy Haul to move Transformers

3 of 4 No 3   North Stars subcontractor
Alaska Heavy Haul dropped Transformer.

3 of 4 No 4 - Yes and has been paid

Exhibit 1   Pg 5 of 12
Admission 1 - see No1 above

Admission 2 -
Not Correct - Retained Northstar to
move Transformers and cranes.

Admission 3 - see above

Pg 6 of 13
Interrogatory #1- see A1 above

Int. #2 - Quote From Northstar
Cert of Insurance From Northstar
& Email to me from Northstar inc.
Vista Oil inc.

Exhibit B
Page 6 of 37

**BRAGG 0001**

Long Beach    Richmond
Fontana       Reno
San Diego     Santa Rosa

# BRAGG COMPANIES

DATE _____
CONT. NO. _____
BY _____ CHK'D _____
SHEET NO. _____ OF _____

Pg 7 of 12

Int #3   Heavy Transport Hired North
Star to Transport the Transformers
and Cranes.

Int 4 - Heavy Transports customer
withheld payment for Delivery of
Damaged Transformer that was
Dropped.

Pg 8 - 12
Int # 5        Justin Gilmer - Heavy Transports
Salesman and project Coordinator.
Chad (?) Crowser   Alaska Heavy Haul - Info
He was Hired by North Star and had
No conversation with Heavy Transport
prior to Transformer Haul.
(Request any Cert of Ins. Issued
by Alaska Heavy Haul to Northstar)

Rich Martin - Bragg Crane & Rigging
Completed Accident Investigation after
Transformer Damage.

Request #1-7 see attached

Exhibit     B
Page 7 of 37
**BRAGG 0002**



## *Northstar Trucking, Inc.*

### *An Alaskan Owned and Operated Company*

*2756 Commercial Drive • Anchorage, Alaska 99501 • Phone: (907) 222-2456 • FAX: (907) 677-2505*

February 25, 2005

Mr. Justin Gilmet
Heavy Transport Inc.
13186 Dahlia Street
Fontana, California 92337

Dear Mr. Gilmet,

In reference to your fax dated February 15, 2005, we disagree that our invoices are incomplete. We did not move the transformers in question. During the start of negotiations for the project, we did in fact quote the move of the transformers in addition to the mob and demob of the crane. After the logistics of the move became more apparent, we told you that we would only be able to handle the mob and demob of the crane due to the need for additional trailers to set the transformers on. Based on this, it's our position that you have been billed by Northstar Trucking, Inc. correctly for the work that we performed. Therefore, if payment is not made, we will have no other choice than to proceed with placing a lien on the Chugach Electric Substation property.

Regards,

Mitch Hatfield
General Manager

Attachment:    Draft Lien

Exhibit B
Page 8 of 37

BRAGG 0003



# U.S. Department of Transportation

## Federal Motor Carrier Safety Administration

California Division
Ontario Field Office

3401 Centrelake Drive Suite 550A
Ontario, California 91761
Telephone number (909) 937-2949
FAX number (909) 390-5642

### FAX TRANSMISSION COVER PAGE

Date:  Wednesday, January 18, 2006

To:  Mr. Chris Bragg

FAX:  (562) 984-2469

Re:  Official request for records

Sender:  Donald Wayne Carr, Special Agent
Field Office Supervisor

You should receive 1 page(s), including this cover page.

Dear Mr. Bragg,

This is in regards to our telephone conversation this afternoon. In my official capacity I am requesting the following:

1. A copy of the signed bill of lading and any other transportation related documents used for the transportation of two large transformers on December 2, 2004.
2. A copy of statements taken by your employee Kirk Martin, from witnesses of the accident of December 2, 2004, involving a fallen transformer.

I make this request in accordance with my authority as a Special Agent for the U.S. Secretary of Transportation under the Department of Transportation Act, related acts and regulations of the Department to include authorities granted in 49 U.S.C. 5121. Please fax the document(s) requested to my attention at fax number (909) 390-5642. Your documents sent via fax to this number are secure.

Thank you for your prompt attention to my request.

Exhibit _B_
Page _9_ of _37_

BRAGG 0004



### FACSIMILE TRANSMITTAL SHEET

TO: Donald Carr

FROM: Chris Bragg

COMPANY: U.S. Dept Transp.

DATE: 1-19-05

FAX NUMBER: 909-390-5642

TOTAL NO. OF PAGES INCLUDING COVER: 16

PHONE NUMBER:

SENDER'S REFERENCE NUMBER:

RE:

YOUR REFERENCE NUMBER:

☐ URGENT    X FOR REVIEW    X PLEASE COMMENT    X PLEASE REPLY    X PLEASE RECYCLE

NOTES/COMMENTS:

> Attention:
>
> Mr. Carr,
>
> After Reciept of Fax
>
> Please call me at
>
> 562-208-9435.
>
> Thank You
>
> Chris Bragg

LONG BEACH
Phone: (800) 944-5623
Fax: (562) 984-2469

6251 PARAMOUNT BOULEVARD., LONG BEACH, CA 90805

Exhibit B
Page 10 of 37

BRAGG 0005

Justin Gilmet - Re: Additional Ins                                          p. 2
                                                                         Page 1

From:       <Mhatpete@aol.com>
To:         <GilmetJ@braggcrane.com>
Date:       11/24/04 3:04PM
Subject:    Re: Additional Insured

Justin, the request has been sent in to our insurance company to generate a
binder listing Heavy Transport, Inc. as additional Insured.  We will have
this in place prior to moving any items related to the Chugiak Electric
transformer move.

I really apologize for the delay in providing your company with this
information.

Regards,

Mitch  Hatfield
General Manager


Northstar Trucking, Inc.
2756  Commercial Drive
Anchorage, Alaska 99501
(907)-222-2456
(907)-677-2505  - Fax
(907)-632-0480 - Mobile

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

Exhibit  B
Page  11  of  37

BRAGG 0006

**From:**      Justin Gilmet
**To:**        Mhatpete@aol.com
**Date:**      12/8/04 8:12AM
**Subject:**   Transformer for Chugach

Mitch, I appreciate all of your help in putting this job together. It is unfortunate that the delivery of the second transformer encountered the problems it did and now we are faced with responding. I have been instructed to make sure you have notified your insurance company as well as your umbrella carrier. As our subcontractor you should also make sure that Alaska Heavy Haul has notified their insurance. Again, thanks for all your assistance. Regards

Justin H Gilmet
Heavy Transport Inc.
Phone 909/ 574-5018


CC:          Bragg, Chris

Exhibit _B_
Page _12_ of _37_

**BRAGG 0007**

From:       "Steve Post" <stevep@northstarak.com>
To:         <gilmetj@braggcrane.com>
Date:       9/1/04 3:37PM
Subject:    transformers


Justin,

Concerning the transformers the following numbers reflect our earlier discussions.

*       Load to truck from railcar at Anderson Dock, both transformers at the flat rate of $25,000 (this includes stripping, welding and cleaning the cars)
        -does not include any specialized rigging
        -pick points are designated
        -does not include an engineered lift plan
        -assumes we will under the direction of a mfg's rep
-we will use North Star Terminal & Stevedore Co., LLC's operated heavy lift agreement to facilitate the work (this includes hold harmless language to protect us against loss or damage not directly caused by us or our equipment)

*       Offload from truck to ground at Chugach site, turnkey cost $43,800 (mob two cranes out of Anderson dock, trucking, re-assembly with NSTS forklift at the jobsite, perform the picks, return to Anderson Dock, demobed)
        -includes same assumptions from above
-assumes cranes can be positioned to perform the pick (within radius of the cranes load charts). Assuming our 140-ton truck crane is available to pick with our 150-ton crawler the maximum radius (center of the crane to center of the load) will need to be 26'. Center of the crane to the edge of the crane is 10', therefore the cranes will need to be positioned within 18' of the center of the load. We need to confirm location of the pick points on the transformers to determine cranes ability to swing the transformers through the booms.
-picks can be performed in a two day period, one mob in and one mob out. If the cranes need to be mobilized twice due to delivery there will be an additional charge of $32,000. This will require three heavy haul trailers, one for each transformer and one for the 4000 crane. (Justin, I estimated $4,500 each way for trucking the 4000 crane and $1,000 each way for trucking 3900T components, therefore of the $42,500 figure $11,000 is trucking). These prices assume you will contract direct with North Star Trucking.

*       Total job price is $68,800. If Bragg Heavy Transport agrees to pre-pay by this September 30th, we will discount the job 10% to $61,920.

All of the above is based on scheduling and availability

Prices good for 60 days

Thank you for the opportunity to support this movement.

Exhibit B
Page 13 of 37
BRAGG 0008



# *Northstar Trucking, Inc.*

*An Alaskan Owned and Operated Company*

*2756 Commercial Drive • Anchorage, Alaska 99501 • (907)-222-2456 • Fax (907)-677-2505*

## CUSTOMER QUOTATION

**PREPARED DATE:** *October 6, 2004*

**PREPARED FOR:** *Henry Transport, Inc. - Justin*

**PREPARED BY:** *Mitch Hatfield, General Manager*

Northstar Trucking is pleased to offer the following quotes for your review:

| QTY | Equipment to Move | L | W | H | Weight | P/U Point | Delivery Point | Rate |
|-----|-------------------|---|---|---|--------|-----------|----------------|------|
| 2 | Transformers | 24' | 11'6" | 13'9" | 234,000 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $8,000 |
| 1 | Manitowoc 4000 Main Body w/ Tracks | 29'1" | 16'7" | 14'0" | 199,000 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $3,500.00 |
| 1 | Inner Counterweight | | | | 40,100 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $225.00 |
| 1 | Middle Counterweight | | | | 35,800 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $225.00 |
| 1 | Outer Counterweight & Boom Tip | | | | 37,810 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $225.00 |
| 1 | 40' Insert & Block | | | | 8765 lb. | Northstar Terminals / POA | Chugiak Electric Substation | $225.00 |
| Misc. | Aux Loads Flat Bed / Drop Deck | | | | | Northstar Terminals / POA | Chugiak Electric Substation | $225.00 ea. |

**STANDBY TIME:** Transformers shall be ready to Pick & Set upon NST Arrival at origin. Crane must be disassembled prior arrival by NST origin. Additional Standby Time shall be billed at $85.00 per hour.

**PERMITS:** Included

**PILOT SERVICES:** Included

**FUEL SURCHARGE:** Not Applicable in above listed rate — (Subject to change at time of shipment)

Customer Acceptance of Rate: _____

Northstar Trucking, Inc.: _____
                          Mitch Hatfield, General Manager

Quote ID: Heavytrans Transformers4000crane chugiak

Exhibit B
Page 14 of 37

BRAGG 0009

Page: ( - 003                                                                P. 6

# ACORD CERTIFICATE OF LIABILITY INSURANCE

| | |
|---|---|
| | DATE (MM/DD/YYYY) 11/29/2004 |

**PRODUCER** (907)276-5617     FAX (907)276-6292
Marsh USA Inc.
P.O. Box 107502
Anchorage, AK 99510-7502

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**                          NAIC #

**INSURED** Northstar Trucking, Inc.
c/o Michael L. Foster & Assoc.
13135 Old Glenn Highway, #210
Eagle River, AK 99577

| | |
|---|---|
| INSURER A: | American International Group |
| INSURER B: | Great American Ins. Co. of NY |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN EA ACC / AUTO ONLY AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 7690452 | | | ☒ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | | **OTHER** Motor Truck Cargo | IMP163549102 | 03/06/2004 | 05/01/2005 | $250,000 Any One Loss $250,000 Any one vehicle in Transit | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
Certificate holder is added as Additional Insured for Cargo Liability only.

## CERTIFICATE HOLDER

Heavy Transport, Inc
Attn: Justin Gilmet
13188 Dahlia Street
Fontana, CA 92337

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL   ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**
LeAnne Boldenow/DEBBI   *LeAnne M. Boldenow*

ACORD 25 (2001/08)  FAX: (909)829-8645                    © ACORD CORPORATION 1988

Exhibit B
Page 15 of 31

BRAGG 0010

ate: 5/19/04  Time: 6:56 AM  To:  @ 6966202
Page: 002-009

# ACORD  CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
05/13/2004

PRODUCER (907)276-5617    FAX (907)276-6292
Marsh USA Inc.
P.O. Box 107502
Anchorage, AK 99510-7502
Debbie Lasiter

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED  Michael L. Foster & Associates, Inc.
Northstar Trucking, Inc
Alaska Construction Equipment, Inc.
13135 Old Glenn Highway, #210
Eagle River, AK 99577

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Landmark American Ins. Co. | |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN  EA ACC | $ |
| | | | | | | AUTO ONLY:  AGG | $ |
| A | | **EXCESS/UMBRELLA LIABILITY** | LHA211760 | 05/03/2004 | 05/03/2005 | EACH OCCURRENCE | $ 4,000,000 |
| | | ☒ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION  $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | **OTHER** | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL ____ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| Evidence of Insurance | AUTHORIZED REPRESENTATIVE
LeAnne Boldenow/DEBBI   *LeAnne M. Boldenow* |

ACORD 25 (2001/08)                                    ©ACORD CORPORATION 1988


Exhibit B
page 16 of 37

BRAGG 0011

ate: 5/14/04  Time: 6:56 A   fo:   @ 6966202                              P.3
              Page: 004-004

Michael L. Foster & Associates, Inc.
Addendum to Liability Certificate
Marsh USA Inc.                                                   05/13/2004

05/13/2004
This is evidence of procured and developed under the Alaska Surplus Lines Law, AS 21.34.  It is not
covered by the Alaska Insurance Guaranty Association Act, AS 21.80.  This Insurance was placed through
the following Surplus Lines Broker: Worldwide Facilities, Inc.  Applies to Company A ONLY.

Exhibit B
Page 17 of 37

BRAGG 0012