ate: 5/19/04 Time: 6:56 AM o: 6966202
Page: 003-004

**IMPORTANT**

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**DISCLAIMER**

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

Exhibit B
Page 18 of 37

Dec 03 04 06:20a
NOV-24-2004 14:54 FROM:RIBELINL( AK USA 19074524858 TO:907 67? ?85 P.3/4

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 11/24/2004

PRODUCER (907)452-6891 FAX (907)452-4458
Ribelin Lowell Alaska USA Insurance Brokers
607 Old Steese Hwy , Suite A
Fairbanks, AK 99701-3131
Rosa James

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

INSURED Alaska Heavy Haul Transport
DBA: Shane Crowson
6930 Old Seward Hwy
Anchorage, AK 99518-2275

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Converium Insurance | |
| INSURER B: Colony Insurance Company | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | GENERAL LIABILITY<br>[ ] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [ ] OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | EACH OCCURRENCE | $ |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | | | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | PRODUCTS - COMP/OP AGG | $ |
| A | | AUTOMOBILE LIABILITY<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[X] SCHEDULED AUTOS<br>[X] HIRED AUTOS<br>[X] NON-OWNED AUTOS | SCI-PK-007175-01 | 09/12/2004 | 09/12/2005 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | EXCESS/UMBRELLA LIABILITY<br>[ ] OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE<br>[ ] RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | | OTHER<br>Motor Truck Cargo | IM114739 | 09/12/2004 | 09/12/2005 | $200,000 Cargo Limit<br>$2,500 Deductible per claim | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

RE: Proof of Insurance

## CERTIFICATE HOLDER

Heavy Transports, Inc
6251 Paramount Rd
Long Beach , CA 90805

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
Rosa James/ROSAJ

ACORD 25 (2001/08) ©ACORD CORPORATION 1988



FAX NO. P. 01

**STATE OF ALASKA** (Ref. #: ) PERMIT # **W03875**

DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
DIVISION OF MEASUREMENT STANDARDS AND COMMERCIAL VEHICLE ENFORCEMENT

FEE: $ 58

140350

**OVERSIZE AND OVERWEIGHT PERMIT**

ATTACHMENTS REQUIRED TO BE VALID: B-1, HD

COMPANY BILLED: Northstar Trucking Inc. (ANC)

PERMIT ORDERED BY: Rod

CARRIER: same

BILLED COMPANY'S MAILING ADDRESS: 13135 Old Glenn Hwy Ste 210, Eagle River 99577

PHONE: 222-2456 CELL #: 632-0234 FAX #: 677-2505 SEND TO:

TRAC/VEH (Legal Width 8'6") LIC #: EPL 901 TRAILER LIC #: as assigned

DATES: FROM 08/26/04 TO 08/28/04 LOAD: Transformer (DESCRIPTION OF VEHICLE AND/OR LOAD)

ORIGIN: 790 Ocean Dock DESTINATION: 94th & Old Seward

EXACT ROUTE: Ocean Dock - Whitney - Post - 3rd - Gambell New Seward - O'Malley - Old Seward - 94th

EXACT ROUTE MUST BE SPECIFIED FOR WIDTHS OVER 14', LENGTHS OVER 150', HEIGHTS OVER 16'6", AND ALL OVERWEIGHT MOVES

EMPTY TRAVEL ___ LONG ___ WIDE/FROM ___ W/ ___ PILOTS ___ EMPTY RETURN ___ LONG ___ WIDE/TO ___

EMPTY MOVES TO OR RETURNING FROM AUTHORIZED ONLY FOR A MAXIMUM OF 3 DAYS. NO EXTENSIONS WILL BE GIVEN.

| OVERALL LENGTH | | OVERHANGS | OVERALL WIDTH | | OVERALL HEIGHT | |
|---|---|---|---|---|---|---|
| ___ SU TO 45' | ___ SU >45' SPECIFY: ___ | FRONT (>3'), SPECIFY: / | ___ UP TO 8'6" | ___ UP TO 10' | ___ UP TO 14' | ___ UP TO 15' |
| ___ COMBO TO 75' | ___ COMBO TO 85' | REAR (>4'), SPECIFY: / | X UP TO 12' | ___ UP TO 14' | ___ UP TO 16' | X UP TO 16'6" |
| ___ COMBO TO 100' | X >100' SPECIFY: 150' | | ___ UP TO 16' SPECIFY: ___ | | ___ UP TO 17' SPECIFY: ___ | |
| TRAILER LENGTH: 60' | | | ___ >16' SPECIFY: ___ | | ___ >17' SPECIFY: ___ | |
| TRAILER TYPE: lowboy | | | | | | |

**CONDITIONS**

1. DRIVER must be able to produce copy of permit upon request and MUST STOP AT ALL OPEN WEIGH STATIONS.
2. No movement permitted if vision is restricted to less than 1000' by inclement weather.
3. Actual weight shall not exceed the MOST RESTRICTIVE (including seasonal) legal weight limits without Attachment(s) B and/or E. HEADLIGHTS MUST BE ON AT ALL TIMES.
4. Maximum highway speed is: ___ the posted speed, subject to seasonal restrictions OR 30 MPH, except as noted on Attachment HS.
5. Time of movement: X DAYLIGHT HOURS X Hours of darkness travel with Attachment HD ___ Unrestricted hours

Movement is restricted to:

X No movement: [redacted] 6-8:15AM & 4-7PM M-F in Anchorage urban area. X No movement: 11:30AM-1PM in Anchorage urban area.
___ No movement: 7-8AM & 4:30-6PM M-F in Fairbanks [redacted] urban area(s). ___ No movement: 11:30AM-1PM in Fairbanks urban area.
___ No movement: 7-8AM, 12-1PM & 4:30-6PM M-F in Ketchikan urban area.
___ No movement: 6-8AM, 11:30AM-1PM & 4:30-6PM M-F in Mat-Su area: Jct Glenn/Parks to MP 49.5 Glenn Hwy & to MP 52.3 Parks Hwy
___ May move unrestricted days of the week. X NO movement after 12 Noon on Saturdays. X NO movement on Sundays.
___ No movement holidays (Attachment HR). No movement after 12 Noon on ___ until daylight hours on ___
___ Use ALL off ramps on Glenn Hwy (Glenn SB – use N Muldoon exit if >15' high) X Zigzag overhead RR Xings and city traffic signals (if >16')
X Clearly readable OVERSIZE signs on front and rear AND a roof-mounted rotating or flashing amber beacon.
X Red/orange flags, 16" square: X on both sides at widest point ___ on corners ___ on overhangs ___ Convoy with permit #: ___
2 Pilot car(s) with OVERSIZE signs, beacon & constant radio communication & proper flagperson equipment required.
___ Extended light bar with turn, tail & brake lights may be used in place of rear pilot car. ___ On multilane highways, pilot car to follow load.
___ Notify of route and time prior to move: ___ Police and/or troopers ___ DOT ___ Utilities (see Attachment U)

One (1) Pilot Car

Applicant expressly agrees to indemnify, save harmless and defend the State of Alaska, its agencies and employees from any and all claims or actions for injuries or damages sustained by any person or property arising directly or indirectly from this special use permit or the activities which it authorizes. Applicant also acknowledges that, under Alaska Statute 28.40.100, the State is not subject to legal action or recovery of damages for injury arising out of, or in any manner connected with, this special use permit or the activities which it authorizes.

SIGNATURE OF APPLICANT: FAX DATE: 08/26/04

Permission is hereby granted to make the above movement, subject to restrictions & conditions stated above & all other applicable State laws & regulations by:

[signature] DATE: 08/26/04

Exhibit B

Page 20 of 37

BRAGG 0015

# B-1 Bridge Condition Attachment

PERMIT # W03875

COMPANY BILLED: *Northstar Trucking* LOAD: *Transformer*

①167k ②178.4 k

THE BOXES BELOW DEPICT A SIDE VIEW OF YOUR TRACTOR-TRAILER COMBINATION OR VEHICLE. MARK AN "X" IN EACH BOX THAT CORRESPONDS TO THE AXLE(S) & AXLE GROUPS IN YOUR CONFIGURATION. (ABOVE THE BOXES, MARK THE NUMBER OF TIRES WHEN NON-STANDARD & MARK AN "L" FOR ANY LIFT AXLES IN THE DRIVE GROUP)

| | Steering axle(s) | Drive group | Jeep/trailer | Trailer/booster | Booster |
|---|---|---|---|---|---|
| Tires | 2T | L 8T L | 12T | 12T | 12T |
| Axles | X | X X X X | X X X | X X X | X X X |
| Mark spacings (distance in FEET or INCHES) between each & every axle shown | 18'6" | 60" 60" 60" / 12'6" | 60" 61" / 50'7" | 60" 61" / 14'10" | 60" 60" |
| Actual weight for each axle or axle group (1k = 1,000 pounds(lb)) | 15k | 72k | 72k | 72k | 72k |
| Tire tread width (nominal) in inches (0.0394 X mm = inches) | 12" | 11" | 11" | 11" | 11" |
| Tire loading in pounds/inch of tire tread width (must not exceed: 750#/in for moves > 60 miles, 800#/in for moves > 25 miles, 800#/in for moves > 15 miles) | 625 | 704 | 470 | 470 | 470 |

ACTUAL COMBINED VEHICLE WEIGHT: *303k* LEGAL COMBINED VEHICLE WEIGHT: *167k* (BRIDGE FORMULA)

OVERALL WHEEL BASE (FIRST TO LAST AXLE): *141'7"* PERCENT O/W: *182%* % GROSS/AXLES

WEIGHT ON THE 2 FIXED DRIVE AXLES MUST NOT EXCEED 68K ON 12" (305mm), 51K ON 11" (285mm), OR 55K ON 10" (255mm) TIRES. LIFT AXLE(S) MUST REMAIN DOWN IN LOAD-CARRYING POSITION AT ALL TIMES, UNLESS OTHERWISE NOTED. DRIVE GROUPS WEIGHING OVER 70K MUST HAVE 12 TIRES ON 3-AXLE GROUPS & 14 TIRES ON 4-AXLE GROUPS.

## GENERAL & SPECIAL BRIDGE CONDITIONS

General Conditions: CROSS ALL BRIDGES AT A CONSTANT SPEED WITH NO BRAKING, SHIFTING, OR ACCELERATING.

☐ NO BRIDGE ON ROUTE SPECIFIED ☐ NO ADDITIONAL SPECIAL BRIDGE CONDITIONS ON ROUTE

1. LINE UP: Stop 150 feet short of bridge then cross at a constant speed not to exceed 10 MPH.
2. IMPACT: Stop 150 feet short of bridge then cross at a constant speed not to exceed 5 MPH while following a walking flagperson.
3. Straddle bridge centerline while crossing (extra flagperson(s) required for traffic control on 2-lane roads).
4. Place one of vehicle wheel lines on bridge centerline while crossing.
5. No other vehicles allowed on bridge at same time as this overweight vehicle while crossing (extra flagpersons required for traffic control at both ends of bridge).
6. Do NOT cross bridge. MUST USE ON/OFF RAMPS TO AVOID CROSSING THIS BRIDGE.
7. Do NOT travel under bridge. MUST USE ON/OFF RAMPS DUE TO VERTICAL CLEARANCE OF THIS BRIDGE.

AND

| BRIDGE LOCATION | SPECIAL BRIDGE CONDITIONS (from above list) |
|---|---|
| *Tudor O/C @ Seward Hwy* due to low V/C 16'4" | Use On/Off Ramps |

*#12791*

____ see Bridge Continuation Attachment (B-2) for additional bridge conditions.

Reviewed by: [signature]

Exhibit B

Page 21 of 37

BRAGG 0016




Box 727, 6242 Paramount Boulevard
Long Beach, California 90801
310-220-1200, 310-422-1237
714-953-2783, FAX: 310-630-8791

# SUPERVISOR'S INCIDENT REPORT

*Please **PRINT** All Information*

☐ NEAR MISS ☑ NON-INJURY INCIDENT ☐ INJURY INCIDENT

| | |
|---|---|
| 1. NAME: SHANE CROWSON | 2. SOCIAL SECURITY #: |
| 3. HOME ADDRESS: ALASKA HEAVY HAUL | 4. PHONE NUMBER: 907-242-3300 |
| 5. AGE: | 6. DATE OF BIRTH: |
| 7. DATE OF INCIDENT: 12-2-04 | 8. TIME: 2:00 (AM) PM — 9. SHIFT: |
| 10. OCCUPATION: | 11. JOB & LOCATION: |
| 12. BRAGG SUPERVISION: ☐ YES ☑ NO | 13. NAME OF SUPERVISOR: |

14. WITNESS(ES): YES – SEE STATEMENTS

15. DESCRIBE HOW INCIDENT OCCURRED: (What was employee doing when incident occurred? Describe machine, equipment, object or substance involved, etc. Be thorough and use additional sheets if necessary)

SEE STATEMENT

16. DESCRIPTION OF INJURY AND PART(S) OF BODY AFFECTED: N/A

17. DESCRIBE ANY EQUIPMENT / PROPERTY DAMAGE: N/A

18. CAUSE OF INCIDENT: (In your opinion, what caused this incident and what could be done to prevent similar incidents in the future?)

TBD

| | |
|---|---|
| 19. INVESTIGATED BY: | 20. DATE OF INVESTIGATION: |

**ACKNOWLEDGMENTS**

| | |
|---|---|
| SAFETY MANAGER: | DATE REVIEWED: |
| DEPARTMENT MANAGER: | DATE REVIEWED: |
| VICE PRESIDENT: | DATE REVIEWED: |

**If this incident involved injury, form DWC1 - Employee's Claim For Workers' Compensation Benefits *MUST* be completed by Supervisor, signed by employee, and submitted to the Safety Department *IMMEDIATELY*.**

SAFETY/INCRPT1A.TAT 8/96

Exhibit B

Page 22 of 37

Long Beach Fontana San Diego Anaheim
Richmond Reno Sacramento

BRAGG COMPANIES

DATE 12-24-07
CONT. NO. 70-100
BY
CHK'D
SHEET NO. 1 OF 2

UTC-B Transformer

SAT

~~Interview~~ with Shone Cronson

w/ Mike ~~Cronson~~ Ruediger

Did everything normally do.
Rechecked every chain, truck, trailer
Air back to front prior to make.
left out suspension lock pins
To allow trailer flex.
Asked for transformer dwgs (did not get)
Kirk directed as to location of CG
as indicated on piece.
Would not have worked for Northstar
but Mitch worked for Peter Bilt
and asked for help.
Off RR car not much slope,
Set 1st one on trailer, measured
5 3/4" centered toward passenger side
from RR car slope down to trailer
alongside 12' Horiz about 6" vertical.
Rubber pads between trailer & transformer.
Repicked 1 1/2"-1 3/4" towards drivers side.
Backed up along slope, more level, still
centered to passenger side.
Checklist - no air pins out, air up
booster, measure bottom flange to pin
each side - determine if loaded equally.
Gap on passenger side did not open,
drivers side 1 1/4".
No way to check vertical CG.

Both loads slightly offset to drivers side
and still leads to passenger side

Has hauled 317000# (175 Ton Lima crane)
on same trailer

2 Things could have prevented
1. having drawings to review.
2. over concerned after hauling 1st.
(over cautious)

Exhibit B

Page 23 of 37

BRAGG 0018

Long Beach, Fontana, San Diego, Anaheim — Richmond, Reno, Sacramento

**BRAGG COMPANIES**

DATE ______ CONT. NO. ______ BY ______ CHK'D ______ SHEET NO. 2 OF 2

U/C-B Transformer

Interview w/ Shane Crawson

Top spin stays upright, too slow tips over.
Should have further offset and had more momentum

On first trailer it hung up (high centered)
S-N left on second downhill and up on 94th St.
Told Willie push truck rode push block w/o power pull truck spun out, got 62 ton forklift, helped push.

2nd one stopped right lane (no rear steer)
138' long checked load changed 2 Tower blocks (cracked)
Air bags up 1½" more to keep from getting high center
push truck on block w/o power.
proceeded in 1st gear.

As tractor leveled out load centering to right and fell over.

If would have been in 3rd gear 18-20 mph would have gone through ok.

lost drivers license wait to clear, no time to wait.
8 high strength long old ½" chains w/ rachet binders. rating ? 30-50,000 lbs.

Cited - Insecure load, no logbook, ?, permit violation ?
wrote up for cracked w/s, blinkers, tags
No chains w/o chalks
Heavy haul & length

Insurance discussion (comments)

Mike → Wait for owner for disposition,

Exhibit B
Page 24 of 37

BRAGG 0019

Long Beach Richmond
Fontana Reno
San Diego Sacramento
Anaheim

# BRAGG COMPANIES

DATE: 12-2-04
CONT. NO.
BY ____ CHK'D.
SHEET NO. 1 OF 2

U/C-B Transformer
Witness Statements

Sam McCallister
I was Riding in the Truck that was pull The Load. The Truck started shaking I Looked in the mirror and saw The Tranformer on the ground.

Curt Nielsen: Driver pulling 1st Transformer
I was not an eye witness To The ~~incident~~ incident with The Transformer. However I did help load and secure both Transformers on Trailers. Both were set with Bragg agent present and at his direction.

Dwain Saulnier (Willie): Push Truck I pushed Both Loads To Old Seward. The second Load we stoped on Old Seward Before Turning on to the Job site and checked the Load and Trailer. Shane made the left Turn and I Followed Him in. As he was leaving the Old Seward the super in the Road (Crown) made the Load Rock once then the Booster left the Old Seward the Load Rocked again and tipped over, The Load Did not slide But tilted until the chains Broke. We were in First Gear At The Time.

David Tanguay Passenger in Push Truck Shane Stopped On Old Seward Before making Turn onto The Job site To Check The Trailer and Load, Then he preceded To make Turn almost through The Turn The Load Rocked Then Come Back Then Rocked and went over

BRAGG 0020

Jesse Donahue Rear Pilot
When we got to the site we stop and shaine Checked out the trailer for about 10min then he started the turn doing about 2-3 miles an hour. Then when the truck was almost straight the load rocked over 1 or 2 then it went all the way over

Exhibit B

Long Beach
Fontana
San Diego
Anaheim
Richmond
Reno
Sacramento

**BRAGG COMPANIES**

DATE 12-[illegible]
CONT. NO.
BY
CHK'D
SHEET NO. 2 OF 2

MC-B Transformer
Witness Statements

DONNA MAXWELL 229-7777, 2404744,
Certified flagger $302 oper engineers union
N. Oldewald, Stopped traffic before 94th
So load could make Left turn into 94th (W).
Truck + load & push truck stopped and
rechecked load, again restopped traffic so
they could make turn. Made turn left trans-
former just made turn started to lean over
then just came over on its side and
trailer went with it, until chains broke, binder
also broke. Donna Maxwell Dec 2 04

"Was looking @ load when it happen"

Exhibit B
Page 26 of 37

BRAGG 0021

DENSITY, LBS. PER CU. FT.: 490 STEEL, 62.4 WATER, 90 MUD, 125 SULPHUR, 42 GASOLINE, 54 PETROLEUM

WEIGHT OF STEEL: 1" PLATE X 12" = 40.83 LBS. PER FT.; 3/4" 30.63; 1/2" 20.42; 1/4" 10.21

CONVERSION FACTORS: 231 CU. IN. PER GALLON; 0.1337 CU. FT. PER GALLON; 62.37 LBS. PER CU. FT. WATER; 8.336 LBS. PER GALLON WATER; 42 GALLONS PER BARREL OF PETROLEUM; 1.1023 TONS PER METRIC TON; 2.2 LBS. PER KILOGRAM; 0.622 MILES PER KILOMETER




24 HRS (800) 944-5623
Fax (562) 984-2469
6251 Paramount Blvd.
Long Beach, CA 90805

January 11, 2006

UTC BACHMANN, INC.
International Logistics
2125 N.W. 86th Avenue
Miami, Florida 33122

Dear Sirs:

There is an open balance of $45,900.00 plus $8,950.50 of interest accrued on your account from December of 2004. We received a partial payment of $137,700.00 in August of 2005. Based on your e-mail (see attached) we were directed to pick up the damaged transformer and store the unit in another location.

I understand you have filed an insurance claim but it is illegal to withhold monies pending the outcome of this claim. Please review our document dated 9/22/04 stating that Heavy Transport, Inc. does not provide any insurance unless specified in our bid or if requested by UTC/Bachmann. This was signed by Martin Stitz on October 11, 2004.

Your account is overdue and must be paid in full or it will be turned over to our collections department for legal action.

If you have any questions please do not hesitate to call.

Best regards,

Sheila Archuleta

Sheila Archuleta
Heavy Transport, Inc.

cc: Chris Bragg
General Manager

Exhibit B
Page 27 of 37







Member of the Specialized Carriers & Rigging Association

BRAGG 0022



HEAVY TRANSPORT, INC.
6251 Paramount Blvd.
Long Beach, CA 90805
562.984.2400

| INVOICE DATE | CUSTOMER ID | INVOICE ID |
|---|---|---|
| 12/21/2004 | 100769 | 38045252 |
| DRAW ID | PURCHASE ORDER | SALES |
| | TRANSFORMER | 330 |

To:

UTC BACHMANN, INC
ATTN: MARTIN SITZ
INTERNATIONAL LOGISTICS
2125 N.W. 86TH AVE
MIAMI, FL 33122

Job Location: 3-15-10216 UTC BACHMANN
UTC BACHMANN
TRANSFORMERS
ANCHORAGE, AK

| DATE | DESCRIPTION | UNITS | UNIT OF MEASURE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | P/U<br>PORT OF TACOMA | | | | |
| | Martin, this is a partial bill. We are still trying to get the Port of Tacoma to lower their bill for the loading and tie down at the port. | | | | |
| 12-21-04 | Rail transportation from Tacoma-Anchorage | 2.00 | LS | 45,900.00 | 91,800.00 |
| | Offload, transport and set 2 transformers at Chugach | 2.00 | LS | 45,900.00 | 91,800.00 |
| | Thank you for the opportunity to be of service. | | | | |

Exhibit B
Page 28 of 37

| AMOUNT BILLED | SURCHARGE | RETAINAGE HELD | AMOUNT DUE |
|---|---|---|---|
| $183,600.00 | | | $183,600.00 |

UNLESS THE CONTRACT COVERING THIS WORK PROVIDES OTHERWISE, THIS INVOICE IS DUE AND PAYABLE 10 DAYS AFTER PRESENTATION. IF NOT PAID, OWNER/CONTRACTOR PROMISES TO PAY THE COSTS OF COLLECTION INCLUDING REASONABLE ATTORNEY FEES AND INTEREST AT 1-1/2% PER MONTH FROM THE DATE OF PRESENTATION TO THE DATE OF COLLECTION.

From: "Martin Stitz (Miami)" <M.Stitz@UTC-Bachmann.com>
To: "Justin Gilmet" <GilmetJ@braggcrane.com>
Date: 12/6/04 1:01PM
Subject: Plan of action / Damaged transformer in Anchorgae

Dear Justin,

We have authorization from insurance expert to proceed with salvage of the unit as such. We understand from Mr. Bill Nagengast with CHUGACH, that we will not be authorized to offload the damaged transformer once removed from the accident site to their substation.

Main reason is, because the job site is under constructions and they do not want the unit in their way, as the process until final removing of the unit may take some time and unit could be an obstacle to them.

However, Chugach would be willing to let us park the transformer on a trailer for a short period of time at their site, in case this would be needed to work up trucking permits to the destination where the unit eventually would be trucked to.

We understand that the transformer is located under a 12Kv power line(s), which would have to be shut down by Chugach. They asked for at least 24 hours notice to arrange the shut down. The timing would need to be confirmed with Chugach, as it would have to be done during non-business working hours so the businesses that are hooked up to this power line are not suffering of the power shortage.

Please advise as soon as possible where you would be able to storage the unit, so we can pass this information on to the client and the insurance representatives.

At this very moment, we are pending technical instructions or recommendations as to how the unit should be salvaged, as the stress on the lifting eyes or the transformer unit as such obviously would be a lot different when lifting the unit from its proper standing position. We hereto are pending official authorization from the factory on how this is to be arranged or what consequently should be considered.

Please let us have your plan of action before lining up cranes or gantry and trailer, so we can put all parties on notice accordingly.

Best regards,

Martin Stitz

Exhibit B
Page 29 of 37

BRAGG 0024



13183 Dahlia Street, Fontana, Ca. 92337
909/ 574-5018 Fax 909/829-8645
Email gilmetj@braggcrane.com



| | | | |
|---|---|---|---|
| To: | Martin Stitz | From: | Justin H Gilmet |
| Fax: | 201/ 938- 2664 | Date: | September 22, 2004 |
| Co: | UTC- Bachmann | Pages: | 2 |
| Re: | Anchorage | CC: | |

• **Comments:** Heavy Transport Inc. is pleased to provide you with this rate to transport two transformers to Anchorage, Alaska. Our price to rail from Tacoma to Anchorage is $48,400.00 each. Our price to relocate the mafi trailer, loading and tie down will be done at cost plus 5%. Our price to cut loose from the rail car, clean the car, transport to the substation and set on the foundation is $45,900.00 each. This change in price is due to changes in the site conditions. If both units are shipped together you can reduce the price for the rail transportation by $2,500.00 each. Our price to transport a container from Maersk Lines in Anchorage to the job site, unload and return the container would be $975.00 per container. Thank you for the opportunity to be of service. Best Regards

**Attachment:**

Insurance is provided in the amount of $25,000.00 per shipment with the CSXT, Union Pacific and the Kansas City Southern. Insurance is provided in the amount of $50,000 per shipment with the BNSF and the Norfolk Southern. Request for additional insurance must be made in advance. If requested UTC/Bachmann will be responsible for the additional cost plus 5%.

Due to the manufactures providing door to door insurance Heavy Transport Inc. does not provided any insurance unless specified in our bid or if requested by UTC/Bachmann. This allows Heavy Transport to offer the most economical price.

Two days are allowed for loading at the port and two days for unloading at destination. Any additional days for loading, unloading or delays in delivery due to site conditions or requirements will be charged back to UTC/Bachmann at cost plus 5% unless otherwise

Exhibit B
Page 30 of 37

October 11, 2004

specified. Estimates for arrival dates will be provided as a courtesy. These dates are not to be used as the date for unloading. Once the car has been spotted at the rail siding, regardless of the estimate, UTC/Bachmahn will have two days for the unloading.

Any changes in the arrival date made less than 30 days prior to arrival and causes additional charges to be incurred for detention or storage will be billed back to UTC/Bachmann at cost plus 5%.

In the event the shipment is delayed which would prevent the use of the rail car UTC/ Bachmann will be given the opportunity to pay for delay charges or cancel the car. Cancellation charges will be your responsibility at cost plus 5%. Heavy Transport will not be responsible for any additional charges incurred due to the rail car not being at the port for loading if a car is cancelled.

Unless otherwise specified in the bid Heavy Transport Inc. will not be responsible for the cars not being at the port for loading for awards made less than 90 days prior to arrival at the port. This includes but not limited to any charges incurred such as storage, reloading, terminal, or late fees.

In the event of any charges for detention, storage at origin or destination Heavy Transport will negotiate with the railroad to reduce or eliminate the charges.

Any additional charges that are incurred due to incorrect weights or dimensions will be the responsibility of UTC/Bachmann. If a drawing is not provided of the piece Heavy Transport Inc. will not be responsible if a clearance is not obtained nor will Heavy be responsible for any incurred charges due to not having the equipment there for loading.

Additionally, Heavy Transport Inc. will not be responsible for any terminal, wharfage, duties, customs, stevedoring, ILA or longshoremen charges or any other charges that are not identified in our scope of work.

If we are not providing the unloading of the rail car UTCBachmann must insure that the car is cleaned of all tie down material. If we are charged for the cleaning of the rail car UTC/ Bachmann will be charged the cleaning charge plus 5%.

This attachment must be signed, dated and returned to Heavy Transport Inc. for any work to proceed. The date signed will be used to determined when a contract has been awarded for the ordering of rail cars.

| | |
|---|---|
| _______________ | [signature] |
| Heavy Transport Inc. | UTC-J H Bachmann |
| Dated | Dated 10/11/2004 |



Exhibit B
Page 31 of 37

BRAGG 0026

STRAIGHT BILL OF LADING
Multi-purpose Not Negotiable
Original Sheet 1

BNSF



BURLINGTON NORTHERN SANTA FE
THE COLORADO AND SOUTHERN RY. CO.
FORT WORTH AND DENVER RY. CO.
BURLINGTON NORTHERN (Oregon - Washington) INC.
CAMAS PRAIRIE R.R. CO.

THIS SHIPMENT RECEIVED UNDER ONE OF THE FOLLOWING (Check Only One)

☐ 1. REGULATED SHIPMENT - RATES AND CHARGES SUBJECT TO I.C.C. REGULATION
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Uniform Straight Bill of Lading as set forth in the Uniform Freight Classification in effect on the date of this Bill of Lading and agrees that the applicable rates and charges are those published in tariffs lawfully on file with the Interstate Commerce Commission or the appropriate state regulatory body.

☐ 2. DEREGULATED SHIPMENT - RATES AND CHARGES EXEMPT FROM I.C.C. REGULATION
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Burlington Northern Santa Fe Rates and Rules Memorandum applicable to this commodity and/or class of traffic and at the rates and charges shown in the space below titled RATE QUOTATION.

☐ 3. CONTRACT RATES AND CHARGES
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Contract Number ______ dated ______ between shipper and Burlington Northern Santa Fe.

| | |
|---|---|
| RECEIVED AT (Origin City, State): Port of Tacoma, Washington | DATE: Oct 28, 2004 |
| FROM (Shipper, including "Account Of" information): Heavy Transport Inc. 13188 Dahlia Street, Ca 92337 | SHIPPER'S NUMBER |
| CONSIGNED TO (full name, street address, beneficial owner, etc.): North Star Terminal & Stevedoring North Star Andersen Dock 790 Ocean Dock Road | |
| DESTINATION (City, State): Anchorage, Alaska | |
| DELIVERY ADDRESS (when tariffs or memorandums so provide, furnish all necessary information to effect delivery) | |

| ROUTE | DELIVERING CARRIER | CAR/TRAILER/CONTAINER/CHASSIS INITIAL & NO. |
|---|---|---|
| BNSF-Seattle-Alaska Railroad | Alaska RR | QTTX 131041 |

WHO WILL PAY CHARGES? (Not applicable when Section 7 executed)
☒ Shipper ☐ Consignee ☐ Other (Specify Full Name, Mailing Address)

| Number of Packages | DESCRIPTION OF ARTICLES SHIPPED (Special Marks and Exceptions) | WEIGHT (Subject to Correction) | RATE |
|---|---|---|---|
| 1 | Transformer | 234,000# | |

RATE QUOTATION (Applicable only in connection with shipments made pursuant with Election Number 2 above)
DATE | RATE
MINIMUM WEIGHT | Protective Service Rate

TOFC / COFC SERVICES
PLAN NUMBER
☐ Shipment in Bond
☐ Origin Pick-Up Service ☐ Lading Loading Service
☐ Destination Delivery Service ☐ Lading Unloading Service
☐ Shipper Furnished Equipment ☐ Carrier Furnished Equipment
ACCESSORIES

SHIPPER'S SPECIAL INSTRUCTIONS
** Note: High Value:
STCC No. 36129, Extreme Dimensions: Shove to Rest: Do not cut off in motion or allow to be struck by any car moving under its own momentum

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:
$ ______ per ______

PROTECTIVE SERVICE: ☐ Pre-cooled Comm. ☐ Not pre-cooled Comm. ☐ Mech. Protect. Ser. not Req'd
Optimum temperature inside car, container or trailer ______ deg. Fahrenheit Rule No. ______

SHIPPER'S SIGNATURE

SHIPPER'S PERMANENT POST OFFICE ADDRESS
* Contact Justin H Gilmet 909/ 347- 2331 *

AGENT'S SIGNATURE

DATE RECEIVED BY CARRIER

Signature of Shipper

FORM 15844 4-99

THANK YOU RECEIVED TIME JAN. 20. 10:30AM Northern Santa PRINT TIME JAN. 20. 10:31AM

Exhibit B
Page 32 of 37

JAN. 29. 1999 11:35AM CONSUMER GOODS p. 6

STRAIGHT BILL OF LADING
Multi-purpose Not Negotiable
Original Sheet 1

BNSF

BURLINGTON NORTHERN SANTA FE
THE COLORADO AND SOUTHERN RY. CO.
FORT WORTH AND DENVER RY. CO.
BURLINGTON NORTHERN (Oregon - Washington) INC.
CAMAS PRAIRIE R.R. CO.

THIS SHIPMENT RECEIVED UNDER ONE OF THE FOLLOWING (Check Only One)

☐ 1. REGULATED SHIPMENT - RATES AND CHARGES SUBJECT TO I.C.C. REGULATION
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Uniform Straight Bill of Lading as set forth in the Uniform Freight Classification in effect on the date of this Bill of Lading and agrees that the applicable rates and charges are those published in tariffs lawfully on file with the Interstate Commerce Commission or the appropriate state regulatory body.

☐ 2. DEREGULATED SHIPMENT - RATES AND CHARGES EXEMPT FROM I.C.C. REGULATION
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Burlington Northern Santa Fe Rates and Rules Memorandum applicable to this commodity and/or class of traffic and at the rates and charges shown in the space below filed RATE QUOTATION.

☐ 3. CONTRACT RATES AND CHARGES
By checking this box shipper elects to tender the shipment described below pursuant to the terms and conditions of the Contract Number ________ dated ________ between shipper and Burlington Northern Santa Fe.

RECEIVED AT (Origin City, State): Port of Tacoma, Washington
DATE: Oct 28, 2004

FROM (Shipper, including Account Of Information): Heavy Transport Inc. 13188 Dahlia Street, Ca 92337
SHIPPER'S NUMBER:

CONSIGNED TO (full name, street address, beneficial owner, etc.): North Star Terminal & Stevedoring North Star Andersen Dock 790 Ocean Dock Road

DESTINATION (City, State): Anchorage, Alaska

DELIVERY ADDRESS (when tariffs or memorandums so provide, furnish all necessary information to effect delivery):

ROUTE: BNSF-Seattle-Alaska Railroad
DELIVERING CARRIER: Alaska RR
CAR/TRAILER/CONTAINER/CHASSIS INITIAL & NO.: QTTX 131049

WHO WILL PAY CHARGES? (Not applicable when section 7 executed)
☒ Shipper ☐ Consignee ☐ Other (Specify Full Name, Mailing Address)

| Number of Packages | DESCRIPTION OF ARTICLES SHIPPED (Special Marks and Exceptions) | WEIGHT (Subject to Correction) | RATE |
|---|---|---|---|
| 1 | Transformer | 234,000# | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RATE QUOTATION
(Applicable only in connection with shipments made pursuant with Election Number 2 above)

| DATE | RATE |
|---|---|
| | |
| MINIMUM WEIGHT | Protective Service Rate |
| | |

TOFC / COFC SERVICES

| PLAN NUMBER | ☐ Shipment in Bond |
|---|---|
| ☐ Origin Pick-Up Service | ☐ Lading Loading Service |
| ☐ Destination Delivery Service | ☐ Lading Unloading Service |
| ☐ Shipper Furnished Equipment | ☐ Carrier Furnished Equipment |

ACCESSORIES:

SHIPPER'S SPECIAL INSTRUCTIONS
** Note: High Value:
STCC No. 36129, Extreme Dimensions: Shove to Rest: Do not cut off in motion or allow to be struck by any car moving under its own momentum

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ________ Shipper ________

PROTECTIVE SERVICE: ☐ Pre-cooled Comm. ☐ Non pre-cooled Comm. ☐ Mech. Protect. Ser. not Req'd
Optimum temperature inside car, container or trailer ______ deg. Fahrenheit. Rule No. ______

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. APPLICABLE ONLY IN CONNECTION WITH ELECTION 1 ABOVE.

Signature of Shipper

SHIPPER'S SIGNATURE

AGENT'S SIGNATURE

SHIPPER'S PERMANENT POST OFFICE ADDRESS
Contact Justin H Gilmet 909/347-2331

DATE RECEIVED BY CARRIER

FORM 15844 4-96

THANK YOU RECEIVED TIME JAN. 20. 10:30AM Northern Santa Fe PRINT TIME JAN. 20. 10:31AM

Exhibit 13
Page 33 of 37

Bruce E. Falconer (AK Bar No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Northstar Trucking, Inc.

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

NORTHSTAR TRUCKING, INC., an Alaskan corporation,

Plaintiff,

vs.

BRAGG INVESTMENT COMPANY, INC., successor-in-interest by merger to HEAVY TRANSPORT, INC., a California corporation,

Defendant.

Case No. 3AN-05-12106 CI

## STIPULATION FOR DISMISSAL

Pursuant to Alaska Civil Rule 41 (a), plaintiff Northstar Trucking, Inc. ("Northstar") and defendant Bragg Investment Company, Inc., successor in interest by merger to Heavy Transport, Inc. ("Heavy Transport"), by and through their respective counsel of record, stipulate and agree as follows:

1. The Complaint filed by Northstar is dismissed, with prejudice;

2. The Counterclaim filed by Heavy Transport is dismissed, without prejudice; and

Exhibit B
Page 34 of 37



BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

3. Each party shall be responsible for its own attorney's fees and costs.

Undersigned counsel certify that they will timely submit the information required under AS 09.68.130 and Alaska Civil Rule 43 (a) (3).

BOYD, CHANDLER &
FALCONER, LLP

Attorneys for Northstar Trucking, Inc.

Dated: 6/22/06

By: [signature]
Bruce E. Falconer
AK Bar No. 8707062

LONGACRE LAW OFFICES, LTD.

Attorneys for Bragg Investment Company

Dated: 6/22/06

By: [signature]
Roy L. Longacre
ABA # 8211124

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Exhibit B
Page 35 of 37

BRAGG 0030



lr.bef.northstar.heavytransport.dismissal.stip.053106

SETTLEMENT AGREEMENT

This Settlement Agreement is made by and between Northstar Trucking, Inc., an Alaska corporation, 13135 Old Glenn Highway, Suite 210, Eagle River, Alaska, 99577 (hereafter "Northstar"), and Bragg Investment Company, Inc., successor in interest by merger to Heavy Transport, Inc., a California corporation, 6251 Paramount Blvd., Long Beach, California, 90805-3713 (hereafter "Heavy Transport").

WHEREAS, Northstar and Heavy Transport are involved in litigation in the case of *Northstar Trucking, Inc. v. Bragg Investment Company, Inc.*, District Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-12106 CI (hereafter "the Lawsuit"). In the Lawsuit, Northstar filed a Complaint seeking to recover charges it contends Heavy Transport owes for Northstar to move a crane and associated gear ("the Complaint"). Heavy Transport filed a Counterclaim in the Lawsuit, alleging Northstar had moved a transformer that got dropped during the move, and claiming that to the extent Heavy Transport became liable for any damage to the transformer, Heavy Transport was entitled to be reimbursed by Northstar ("the Counterclaim"); and

WHEREAS, the undersigned parties have agreed to settle the Lawsuit on the terms set forth below.

NOW THEREFORE, in consideration of the fulfillment of the terms and conditions of this Agreement, it is agreed:

1. Heavy Transport shall pay Northstar $11,000.00 on or before June 19, 2006.

2. Northstar releases Heavy Transport, its, officers, directors, shareholders, employees, agents, insurers, adjusters and other representatives from any further claims, demands, causes of action, or other liability for the charges to move the crane and associated gear that was the subject of the Complaint, including any claim Northstar may have against Heavy Transport for Alaska Civil Rule 82 attorney's fees incurred in connection with its prosecution of the Complaint (hereafter "the Released Claims"), and Northstar's Complaint shall be dismissed, with prejudice.

3. The Counterclaim filed by Heavy Transport shall be dismissed, without prejudice, and Heavy Transport shall withdraw its motion pending in the Lawsuit to add Shane Crowson, dba Alaska Heavy Haul Transport as a third-party defendant.

4. Northstar and Heavy Transport shall cause their respective attorneys to execute the Stipulation for Dismissal attached to this Agreement as Exhibit 1.

5. It is the intention of both Northstar and Heavy Transport that other than the Released Claims, nothing in this Agreement shall effect a release of any claim either party hereto may have against the other party, or against any third-party, and nothing in this Agreement shall be construed to preclude either party from asserting any claim or defense it may have in the separate lawsuit captioned *J.H. Bachman GmbH, et al. v. Bragg Investment Company, Inc., et al.*,

Exhibit B
Page 36 of 37

Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-7840 CI.

6. Nothing herein shall be deemed an admission of liability, negligence, breach, or responsibility of any nature whatsoever on the part of any of the parties hereto, the same being expressly and unequivocally denied.

7. The parties acknowledge that they have had the benefit of counsel of their choosing, that they have been fully advised by their lawyers as to the meaning and consequences of this Agreement, and that they are qualified and legally competent in all respects to make and execute this Agreement.

8. Each party represents that it has the necessary authority to execute this Agreement.

9. This Agreement represents the entire agreement between the parties hereto, and supersedes all prior or contemporaneous agreements, promises, representations, and/or statements between them regarding or related to the matters addressed in this Agreement.

10. This Agreement shall be construed in accordance with the laws of the State of Alaska, and the courts of the State of Alaska, Third Judicial District, shall have exclusive jurisdiction and venue to resolve any dispute or issue regarding or related to this Agreement, or its enforcement.

15. This Agreement may be executed in counterparts, with faxed signatures being binding, and shall be effective as if it were signed at the same time by all parties.

Northstar Trucking, Inc.

DATED: 06/22/06

By [signature]
Michael L. Foster
Its President

Bragg Investment Company, Inc.

DATED: June 16, 2006

By Mary Ann Pool
Mary Ann Pool
Its Secretary/Treasurer

Exhibit B
Page 37 of 37