| | |
|---|---|
| Von | "Justin Gilmet" <GilmetJ@braggcrane.com> |
| An: | <M.Stitz@UTC-Bachmann.com> |
| Datum: | 01.11.2004 16:51:53 |
| Betreff: | Rail Car Tie Down |

There is another problem. It is raining in Tacoma which prevents the welders from securing the rail car. They are hoping for a break in the weather tomorrow but looks more like Wednesday. Will keep you updated. Regards

CC:   <rudlof@hb.jhbachmann.com>

*[Handwritten notes, partially illegible:]*
- tie down Nov. 3[0]
- ets feasible either 10.11.
- Sorry(?)
- 17.11.

Exhibit D
Page 1 of 7

Exhibit 17
Name:
Date:
Grace Chung CSR 6246

| | |
|---|---|
| Von | "Justin Gilmet" <GilmetJ@braggcrane.com> |
| An: | <M.Stitz@UTC-Bachmann.com> |
| Datum: | 01.11.2004 18:15:52 |
| Betreff: | Anchorage |

The clearance has been issued. As soon as the weather breaks and we get the cars tied down we are set to go. Regards


CC:              <rudlof@hb.jhbachmann.com>

| | |
|---|---|
| Von | Liane Rudlof |
| An: | Justin Gilmet |
| Datum: | 03.11.2004 11:11:37 |
| Betreff: | Antw: RE: Anchorage |

Justin, we agree absolutely. Maybe I didn't express clearly what I meant. Anyway, understand, clearance has been issued for the new dimensions.

thanks + best regards
Liane Rudlof


>>> "Justin Gilmet" <GilmetJ@braggcrane.com> 01.11.2004 16:09:36 >>>

Liane, on October 13th you sent an email confirming about the transformer being different on the pictures that we saw. Then you went on to say that in a meeting with SGB the transformers are wider than in the drawing. Later in the day you send another email with a new drawing and asking if it corresponds with the photo. You continue by saying that a conversation with the shipper the piece is not wider but smaller. Finally you state to remeasure in Tacoma. At that point (October 13th) I had no idea which measurements to believe so I too that it would be a good idea to measure in Tacoma since we couldn't do anything at that point anyway. We have had to forward on the new dimensions to the railroad due to the width at the top of the transformer is the critical area. We hope to know today if there will be any problems. This change in dimensions has cost us some time for getting it out of the terminal. We will do our best to stay on schedule and will forward out updates. Regards


CC:        m.poisler@utc-bachmann.com; m.stitz@utc-bachmann.com

| | |
|---|---|
| Von | "Justin Gilmet" <GilmetJ@braggcrane.com> |
| An: | <rudlof@hb.jhbachmann.com> |
| Datum: | 08.11.2004 16:30:45 |
| Betreff: | Antw: RE: Anchorage |

Cc. M. Stitz

If the rail cars arrive in Anchorage around November 19 we would unload on Monday November 22. We would pay for any detention on the rail cars. If we get to the site on November 23/24 and we can not unload due to the site the trailers would still be loaded and the owner would want compensation for his trailers being loaded. Yes, they would not work over Thanksgiving or the week end but on November 29th they would still be loaded and they would not be able to load on that day also. If we leave the rail cars loaded until November 29th (if they arrive in Anchorage on November 19) we would incur detention charges. We will do our best to keep the cost down and make sure the sub contractors in Alaska do the same. Regards

>>> "Liane Rudlof" <rudlof@hb.jhbachmann.com> 11/08/04 02:13AM >>>
Martin,
Justin,

well understood. We agree that you should still try to reach the
earlier vessel and not actively delay the shipment. After all, earliest
possible delivery is what's required.

IF you make it to the jobsite until 23. Nov. that would be by road
trailer, so wouldn't the railcars be released some one or two days
earlier ? In that case
there wouln't be any demurrage anyway. Please correct me if I'm wrong.


And IF the road trailer would arrive at site on the 23rd but could not
be unloaded due Thanksgiving, would the road trailer be standing there
till
29th Nov. free of charge ?   The trailer couldn't be used for any
other job anyway because of the holidays, could it ?

Please advise.

thanks + best regards
Liane Rudlof



>>> "Martin Stitz (Miami)" <M.Stitz@UTC-Bachmann.com> 05.11.2004
22:00:47 >>>

Dear Liane,

Please take a look at enclosed message by Fergus Loughran with HEES
Enterprises we have received back on 10/20/04.

Spoke to Justin again about our delivery schedule. As you know, the
weekly sailings out of Seattle are on TUE's and Justin is pushing
right
now to get the rail cars loaded on the very next sailing on 11/9/04.
Right now, we have a 50/50 change to make it to the job site by the
11/23/04. On Monday we should have better update for you, after
tracking
down the rail cars to see how far they got over the weekend (keep in
mind, they are U.S. Western time, so it might be late afternoon/early
evening your time until you get word from us).

Exhibit D
Page 4 of 7

| | |
|---|---|
| Von | Liane Rudlof |
| An: | gilmetj@braggcrane.com; m.stitz@utc-bachmann.com |
| Datum: | 12.11.2004 13:39:04 |
| Betreff: | SGB 2 trafos - Chugach Electric, Anchorage - 23.+24. Nov. |

Justin,
Martin,

just got off the phone with SGB: apparently there was a message on 8th Nov. from Chugach Electric that they have arranged their staff to work on site on
23rd and 24th November. (will pass you that mail once received).

Have you not heard this from Chugach too ?
Might it be possible to deliver before Thanksgiving under these circumstances?


Liane Rudlof
J.H. Bachmann GmbH
Schlachte 15/18
28195 Bremen
Germany
Tel. ++49 421 1768 363
Fax ++49 421 1768 407
eMail: Rudlof@hb.jhbachmann.com

"Business is undertaken subject to the German Forwarders Standard Terms and Conditions (ADSp) latest edition. A copy of these Terms is available upon request and as download from www.jhbachmann.com. According to article 23 ADSp the freight forwarders liability for loss of or damage to the goods is limited to € 5,00 per kg of the consignments gross weight. On multi-modal transport contracts or in the event of mayor damages liability is limited to 2,0 SDR per kg."


CC:       jeschkowsky@hb.jhbachmann.com; m.poisler@utc-bachmann.com

Exhibit D
Page 5 of 7

Liane Rudlof - Wtrlt: SGB 2 trafos - Chugach Electric, Anchorage - 23.+24. Nov.                                    Page 1

| | |
|---|---|
| Von | Liane Rudlof |
| An: | gilmetj@braggcrane.com; m.stitz@utc-bachmann.com |
| Datum: | 12.11.2004 14:04:36 |
| Betreff: | Wtrlt: SGB 2 trafos - Chugach Electric, Anchorage - 23.+24. Nov. |

Martin,
Justin,

Cc Josef Poidal

as advised, please find message below.
Please keep Bill Nagengast informed directly about your plans, please cc. the usual parties.

best regards
Liane Rudlof


-----Ursprüngliche Nachricht-----
Von: Juergen Schubert [mailto:juergen.schubert@sgb-trafo.de]
Gesendet: Montag, 8. November 2004 14:31
An: johann.schoen@sgb-trafo.de; Helmut Klein (E-Mail)
Betreff: WG: Chugach Electric Association South Anchorage Substation Transformer Delivery



-----Ursprüngliche Nachricht-----
Von: Bill Nagengast [mailto:Bill_Nagengast@chugachelectric.com]
Gesendet: Montag, 8. November 2004 03:29
An: Juergen Schubert
Cc: fergus@heesenterprises.com
Betreff: Chugach Electric Association South Anchorage Substation Transformer Delivery


Juergen -

I have made the necessary arrangements to have people available for transformer delivery on November 23 and 24, 2004. I will advise you later of the Chugach person to contact on those dates as I will not be in Anchorage for the transformer delivery. We will try to have people available to deal with the dry air bottles and monitoring of the transformer pressure; however, I understood from our conversation that this could wait until November 29 without having any problems. If the transformers are not delivered on the above dates, we will not accept delivery until November 29, 2004 earliest due to the Thanksgiving Holiday on November 25 and 26.

Bill Nagengast
Sr. Project Engineer
Chugach Electric Association, Inc.

907-762-4619
Bill_Nagengast@chugachelectric.com

>>> Liane Rudlof 12.11.2004 13:39:04 >>>

Justin,
Martin,

just got off the phone with SGB: apparently there was a message on 8th Nov. from Chugach Electric that they have arranged their staff to work on site on 23rd and 24th November. (will pass you that mail once received).

Exhibit D
Page 6 of 7

| | |
|---|---|
| Von | "Justin Gilmet" <GilmetJ@braggcrane.com> |
| An: | <M.Stitz@UTC-Bachmann.com> |
| Datum: | 12.11.2004 18:37:30 |
| Betreff: | Anchorage |

The barge had high tides and did not sail until November 11. The schedule is for the barge to arrive at Whittier on November 18th. If they arrive on the 18th they should arrive at Anchorage over the weekend. This would put it at the rail siding the 22nd or 23rd. We will have to play this by ear for the unloading, transporting and setting. Regards

CC:     <rudlof@hb.jhbachmann.com>

Exhibit D
Page 1 of 1