Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) No. 3:06:CV 00145(TMB) ) No. 3:06:CV-00274(TMB)    Consolidated ) ) ) ) ) ) |
| Defendants. | ) ) |

---

**DEFENDANT CROWSON'S MOTION TO COMPEL RESPONSES TO FIRST DISCOVERY REQUESTS TO PLAINTIFF DELTA LLOYD SCHADEVERZEKERING N.V.**

Defendant Shane D. Crowson by and through counsel, pursuant to Federal Civil Procedure Rules 33, 34 and 37, hereby requests an Order compelling responses, from Plaintiff Delta Lloyd

Crowson's Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-145/274-TMB                                    Page 1 of  3

Schadeverzekering N.V., to certain interrogatories and requests for production that are specifically set forth in the Memorandum filed at docket 149.

Dated at Anchorage, Alaska this 10th day of December, 2007.

LIBBEY LAW OFFICES, LLC
Counsel for Shane Crowson dba
Alaska Heavy Haul Transport

By:  s/Robert M. Libbey
Robert M. Libbey ABA 6404014
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
boblibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com

Crowson's Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-145/274-TMB                                   Page 2 of  3

Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.


On: 12/10/2007 By: s/Robert M. Libbey

Crowson's Motion to Compel Respecting
First Discovery Requests to
Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-145/274-TMB                          Page 3 of  3