Libbey Law Offices, LLC
Robert M. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson and Alaska
Heavy Haul Transport

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br> Plaintiffs, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06:CV 00145(TMB) <br> No. 3:06:CV-00274(TMB) <br> Consolidated |

**PROPOSED ORDER ON MOTION TO COMPEL RESPONSES TO DEFENDANT CROWSON'S FIRST DISCOVERY REQUESTS TO PLAINTIFF DELTA LLOYD SCHADEVERZEKERING N.V.**

Defendant Shane D. Crowson has moved, pursuant to Federal Civil Procedure Rules 33, 34 and 37, for an Order compelling answers to the following interrogatories, and responses to the

following requests for production, served on Plaintiff Delta Lloyd Schadeverzekering N.V. on May 29, 2007.  Defendant Crowson has also suggested alternative relief.   IT IS NOW HEREBY ORDERED:

[1]  Plaintiff Delta Lloyd Schadeverzekering N.V. shall provide full responses to Interrogatories No. 2, 3, 4, 5, 7, 8, and 9, and Request For Production No. 1-7,9-13, 19 and 20, of Defendant Shane D. Crowson's First Discovery Requests to Plaintiff Delta Lloyd Schadeverzekering N.V., within 10 days of the date of entry of this ORDER; or

[2] The claims of Plaintiff Delta Lloyd Schadeverzekering N.V. are hereby DISMISSED, pursuant to Defendant Shane Crowson's Motion To Dismiss for Failure to Join Indispensable Party and Lack of Dispute in Controversy; Docket No. 43 and Docket N. 103; or

[3] That Starkstrom Geratebau GmbH, and Smit Transformatoren B.V. may be added as involuntary plaintiffs herein, pursuant to Defendant Shane Crowson's Motion To Dismiss for Failure to Join Indispensable Party and Lack of Dispute in Controversy; Docket No. 43 and Docket N. 103; and

[4] That if Starkstrom Geratebau GmbH, and Smit Transformatoren B.V. are joined herein, by Defendant Shane Crowson, they shall have thirty days after their appearance is filed to provide full

responses to Interrogatories No. 2, 3, 4, 5, 7, 8, and 9, and Request For Production No. 1-7, 9-13, 19 and 20 of Defendant Crowson's First Discovery Requests to Plaintiff Delta Lloyd Schadeverzekering N.V., served May 29, 2007.

    Entered at Anchorage, Alaska this ____ day of December, 2007.

By: _____
    Timothy M. Burgess
    United States District Judge
    District of Alaska

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com
Attorney for Plaintiff Delta Lloyd Schadeverzekering N.V.

On: Dec. 10, 2007 By: s/Robert M. Libbey

Order Respecting Crowson's First Discovery
Requests to Delta Lloyd Schadeverzekering N.V.
Bachmann v. Bragg, et al.
3:06-CV-00274-TMB    Page 3 of 3