UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

J.H. BACHMANN GMBH, et al.     v.     BRAGG INVESTMENT CO. INC., et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                           CASE NO.  3:06-cv-00145-TMB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     Date: December 12, 2007

      Defendant Shane D. Crowson has filed a motion to compel responses (docket #152) under one or more of discovery Rules 26 or 30 through 34, Federal Rules of Civil Procedure.  Movant has not certified that counsel have conferred with respect to this motion as required by Rule 37(a)(2)(A) or (B) or (d), Federal Rules of Civil Procedure.  This motion will not be forwarded to the assigned judge for disposition until the certification is made.  If no certificate or report is filed within fourteen (14) days from the date of this minute order, the motion will be stricken.

[306cv145TMB-order re certification-dkt 152.wpd]{I(I).WPD*Rev 12/96}