Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>BRAGG INVESTMENT COMPANY, INC. et al.,<br>　　　　　Defendants. | Case No. 3:06:cv 00145 TMB<br>Case No. 3:06:cv 00274 TMB<br>　　(Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>UTC BACHMANN, INC., et al,<br>　　　　　Defendants. | **DEFENDANT NORTHSTAR TRUCKING, INC.'S JOINDER IN CROWSON'S MOTION TO COMPEL AGAINST PLAINTIFF DELTA LLOYD** |

Defendant Northstar Trucking, Inc., through counsel, Matthews & Zahare, P.C., submits its joinder to Defendant Shane D. Crowson's Motion to Compel Responses to First Discovery Requests to Plaintiff Delta Lloyd Schadeverzekering N.V., dated December 7, 2007.

Northstar Trucking joins in Crowson's motion and adopts all arguments by reference. Northstar Trucking is equally prejudiced by Plaintiff Delta's failure to make and cooperate with discovery in this case. For the reasons stated by Crowson, Northstar Trucking joins in the motion to compel discovery.

Dated this 20th day of December 2007, at Anchorage Alaska.

    MATTHEWS & ZAHARE, P.C.
    Co-Counsel for Northstar Trucking, Inc.

    By: s/Thomas A. Matthews_____
        Thomas A. Matthews ABA 8511179
        Matthews & Zahare, P.C.
        431 W. 7th Ave., Suite 207
        Anchorage, AK 99501
        Phone:  (907) 276-1516
        Fax:  (907) 276-8955
        Tom.matthews@matthewszahare.com

    BOYD, CHANDLER & FALCONER, LLP
    Co-Counsel for Northstar Trucking, Inc.

    By: s/Bruce E. Falconer_____
        Bruce E. Falconer, ABA 8707062
        Boyd, Chandler & Falconer, LLP
        911 W. 8th Ave., Suite 302
        Anchorage, Alaska  99501
        Phone: (907) 272-8401
        Fax: (907) 274-3698
        bfalconer@bcf.us.com

Northstar Trucking's Joinder in Crowson's Motion to Compel Against Delta Lloyd
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs. Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/JoinderCrowsonMtnCompel                                                                 Page 2 of 3

CERTIFICATE OF SERVICE

I certify that on 20th day of December 2007,
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hbplaw.net
*Counsel for Plaintiffs Bachmann/Defendants UTC Bachmann, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacare@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

Northstar Trucking's Joinder in Crowson's Motion to Compel Against Delta Lloyd
*Bachmann v. Bragg Inv., et al.*; *Delta Lloyd vs. Bachmann* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/JoinderCrowsonMtnCompel                                             Page 3 of 3