Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:    (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and <br> UTC BACHMANN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC <br> Et. al. <br><br> Defendants. <br> _____ | <br><br><br><br><br><br><br><br><br> Case No. 3:06:cv:00145TMB <br> Case No. 3:06:CV-00274TMB <br> (Consolidated) |
| DELTA LLOYD <br> SCHADEVERZEKERING N.V. <br><br> Plaintiff, <br><br> vs. <br><br> UTC BACHMANN, INC. et. al. <br><br> Defendants <br> _____ | |

**RESPONSE TO NORTHSTAR TRUCKING INC.'S SUPPLEMENTAL MOTION TO COMPEL AGAINST BRAGG**

*Response To Northstar's Supplemental Motion To Compel*        Page 1 of 3
Bachmann v. Bragg et. al.                                     Case No. 3:06:cv:00145 TMB
[/Response Supp Mtn (BRAGG)]

Defendant Bragg Investment Company has now provided[1] a formal response to Defendant Northstar Trucking, Inc.'s First Requests For Production To Bragg Investment, Inc.  The formal response was not previously provided because of the expectation that additional responsive documents would be located, such as Justin Gilmet's file identified at his deposition and the post-accident file identified in Kirk Martin's deposition, but they have not been located and provided.  Bragg's counsel has provided all documents that Bragg Investment Company has located and forwarded to the parties in this action.

DATED: December 20, 2007.        Longacre Law Offices, Ltd.
                                 Attorney for BRAGG INVESTMENT
                                 COMPANY, INC. successor-in-interest by
                                 merger to HEAVY
                                 TRANSPORT, INC.

                          By:    /s/ Roy Longacre
                                 Roy Longacre, ABA #8211124
                                 Longacre Law Offices, Ltd.
                                 425 G Street, Suite 910
                                 Anchorage, Alaska 99501
                                 longacre@alaska.com

---

[1] With service by a December 20, 2007 mailing.

*Response To Northstar's Supplemental Motion To Compel*                Page 2 of 3
Bachmann v. Bragg et. al.                                   Case No. 3:06:cv:00145 TMB
                                                            [/Response Supp Mtn (BRAGG)]

CERTIFICATE OF SERVICE

I hereby certify that on
December 20, 2007, I served a true
copy of the foregoing electronically on:

| | |
|---|---|
| Frank A. Pfiffner, Esq.<br>Hughes Thorsness Powell<br>Huddleston & Bauman LLC<br>fap@hbplaw.net | Thomas G. Johnson, Esq.<br>Bauer, Moynihan & Johnson LLP<br>tgjohnson@bmilaw.com |
| Bruce E. Falconer, Esq.<br>Boyd Chandler & Falconer, LLP<br>bflaconer@bcf.us.com | Thomas A. Matthews, Esq.<br>Matthews & Zahare, P.C.<br>Tom.matthews@matthewszahare.com |
| RobertM. Libbey, Esq.<br>604 W. Second Avenue<br>Anchorage, Alaska 99501<br>boblibbey@alaska.net | Marc G. Wilhelm, Esq.<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, Alaska 99501<br>mwilhelm@richmondquinn.com |

\_\_\_\_\_/s/ Roy Longacre_____
Roy Longacre

*Response To Northstar's Supplemental Motion To Compel*     Page 3 of 3
Bachmann v. Bragg et. al.     Case No. 3:06:cv:00145 TMB
[/Response Supp Mtn (BRAGG)]