LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN GmbH and UTC BACHMANN, INC., <br><br>            Plaintiffs, <br><br>     v. <br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>            Defendants. | No. 3:06-cv-00145(TMB)<br>No. 3:06-cv-00274<br><br>**Certificate of Counsel** |

I, Robert M. Libbey, declare as follows:

1. I am co-counsel for Defendant Shane Crowson in the above captioned matter.

2. I am making this certification, in the form of a declaration, in support of the Motion to Compel at Docket

Cert. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                   Page 1 of  3

152.

3. The facts below explain that I have tried to resolve this discovery issue with opposing counsel but have not been able to.

4. Crowson first asserted his need for transformer shipping information in Discovery Requests to Plaintiff J.H. Bachmann, GmbH, served April 10, 2007.

5. After consolidation of the claim of J.H. Bachman, GmbH with that of Delta Lloyd Schadeverzekering N.V., Crowson renewed this request by serving his Discovery Requests to Plaintiff Delta Lloyd Schadeverzekering N.V., on May 29, 2007.

6. Delta Lloyd Schadeverzekering N.V. has responded by saying they would produce the material if the transformer manufacturer, Starkstrom Geratebau GmbH, would voluntarily produce it to them.

7. The undersigned, Crowson's attorney, has repeatedly brought up Crowson's need for these documents when the parties have been brought together by depositions and status conferences.

8. On November 28, 2007, the undersigned wrote to the attorney herein for Delta Lloyd Schadeverzekering N.V., and ask for clarification on whether the subject Discovery Requests would ever be responded to. No response to that letter has ever been forthcoming.

Cert. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                          Page 2 of  3

9.  Counsel has made good faith efforts to resolve this discovery dispute with opposing counsel and without assistance of the Court.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 26th day of December, 2007.

> LIBBEY LAW OFFICES, LLC
> Counsel for Shane Crowson dba
> Alaska Heavy Haul Transport
>
> By:  s/Robert M. Libbey
> Robert M. Libbey ABA 6404014
> 604 West 2nd Ave.
> Anchorage, AK 99501
> Phone: (907) 258-1815
> Fax: (907) 258-1822
> boblibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm
mwilhelm@richmondquinn.com
Counsel for Delta Lloyd

On: December 26, 2007 By: s/Robert Libbey

Cert. of Counsel
Bachmann v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of  3