IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DVS AIR & SEA GmbH and UTC           )
OVERSEAS, INC.,                      )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )
                                     )
BRAGG INVESTMENT COMPANY,            )
INC. successor-in-interest by merger to )
HEAVY TRANSPORT, INC.,               )   Case No. 3:06-cv-145 TMB
NORTHSTAR TRUCKING, INC.,            )   Case No. 3:06-cv-274 TMB
NORTH STAR TERMINAL and             )        (Consolidated)
STEVEDORE COMPANY, LLC, NORTH        )
STAR TERMINAL and STEVEDORE          )
COMPANY, LLC OF DELAWARE and         )
SHANE D. CROWSON dba ALASKA          )
HEAVY HAUL TRANSPORT,                )
                                     )
            Defendants.              )
_____)
DELTA LLOYD SCHADEVERZEKERING N.V.,  )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )
                                     )
UTC OVERSEAS, INC., HEAVY TRANSPORT  )
INC., BRAGG INVESTMENT CO., INC.     )
NORTHSTAR TRUCKING, INC., ALASKA     )
HEAVY HAUL TRANSPORT, SHANE D.       )
CROWSON, NORTH STAR TERMINAL AND     )
STEVEDORE CO. LLC, & NORTH STAR      )
TERMINAL AND STEVEDORE CO. LLC OF    )
DELAWARE,                            )
                                     )
            Defendants.              )
_____)

**ORDER**

Currently, there are five ripe motions pending before the Court in this matter:

1) Shane Crowson's Motion to Dismiss for Failure to Join Indispensable Party and Lack of Dispute in Controversy.  Docket 43;

2) J.H. Bachmann GmBH's Motion to Amend/Correct Complaint.  Docket 106;

3) Shane Crowson's Motion to Supplement. Docket 132;

4) Northstar Trucking, Inc.'s Motion to Compel Production from Bragg Investment Company. Docket 140; and

5) Joint Motion for Status Conference. Docket 146.

**It is hereby ordered as follows:**

1) The Clerk is directed to change the names of the parties J.H. Bachmann GmbH and UTC Bachmann, Inc. to DVS Air & Sea GmbH and UTC Overseas, Inc., respectively, in all aspects of this case. The motion to amend/correct complaint at Docket 106 is DENIED AS MOOT.  All future pleadings in this matter should contain a caption reflecting these name changes.

2) The Motion to Supplement at Docket 132 is GRANTED AS UNOPPOSED.  The filing at Docket 132 will be considered in conjunction with Crowson's Replies regarding his motion at Docket 43.

3) The request for a status conference at Docket 146 is GRANTED.  A status conference is scheduled in this matter on January 9, 2008 at 10:00 a.m. in Courtroom 1.  Counsel wishing to be telephonic must make arrangements to do so at least 24 hours in advance of the hearing by calling Pam Richter at 907-677-6125.

Dated this 4th  day of January, 2008

s/ Timothy Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE