Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


J.H. BACHMANN, GmbH and UTC      )
BACHMANN, INC.,                  )
                                 )
            Plaintiff,           )
                                 )
      v.                         )
                                 )
BRAGG INVESTMENT COMPANY, INC.   )
successor-in-interest by merger to )
HEAVY TRANSPORT, INC., NORTHSTAR )
TRUCKING, INC., NORTH STAR TERMINAL )
AND STEVEDORE COMPANY LLC, NORTH )
STAR TERMINAL AND STEVEDORE COMPANY )
LLC OF DELAWARE, and SHANE D.    )
CROWSON dba ALASKA HEAVY HAUL     )
TRANSPORT,                       )
                                 ) Consolidated Case
            Defendants.          ) 3:06-cv-00145 TMB
                                 )

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**STIPULATION FOR EXTENSION OF TIME FOR DELTA LLOYD'S OPPOSITION
TO SHANE CROWSON MOTION TO COMPEL RESPONSES**


        Plaintiff  Delta  Lloyd  Schadeverzekering  N.V.  and

defendant  Shane  D.  Crowson  hereby  stipulate  that  Delta  Lloyd

may have until January 24, 2008, to file its opposition to

Crowson's Motion to Compel Responses (Docket 152).

                              LIBBEY LAW OFFICES, LLC
                              Attorneys for Shane Crowson


Dated: 1/7/08          By:  /s/ Robert M. Libbey
                           LIBBEY LAW OFFICES, LLC
                           Robert M. Libbey
                           604 W. 2nd Avenue
                           Anchorage, Alaska 99501
                           Ph:  258-1815
                           Fax: 258-1822
                           boblibbey@alaska.net
                           Alaska Bar No. 6404014


                           RICHMOND & QUINN
                           Attorneys for Plaintiff
                           DELTA LLOYD SCHADEVERZEKERING
                           N.V.


Dated: 1/7/08          By:  /s/ Marc G. Wilhelm
                           RICHMOND & QUINN, PC
                           360 "K" Street, Suite 200
                           Anchorage, Alaska 99501
                           Ph:  (907) 276-5727
                           Fax: (907) 276-2953
                           mwilhelm@richmondquinn.com
                           Alaska Bar No. 8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2008, a true and correct copy of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Counsel for J.H. Bachmann GmnH & UTC Bachmann, Inc.
fap@hbplaw.net
jms@hbplaw.net

Thomas A. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal Delaware
tgjohnson@bmjlaw.com

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR EXTENSION OF TIME FOR DELTA LLOYD'S OPPOSITION TO SHANE CROWSON MOTION TO COMPEL RESPONSES
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 3 OF 4

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 W. 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net


        /s/ Marc G. Wilhelm
        RICHMOND & QUINN

2259\003\PLD\STIPULATION

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION FOR EXTENSION OF TIME FOR DELTA LLOYD'S OPPOSITION TO SHANE
CROWSON MOTION TO COMPEL RESPONSES
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 4 OF 4