**Marc Wilhelm**

| | |
|---|---|
| **From:** | Thomas A. Matthews [tommatthews@matthewszahare.com] |
| **Sent:** | Tuesday, November 20, 2007 5:02 PM |
| **To:** | Thomas A. Matthews; mwilhelm@richmondquinn.com; Bob Libbey; Frank Pfiffner; Roy Longacre; Thomas Johnson |
| **Cc:** | Bruce Falconer; Colleen Libbey; Joyce Wylie |
| **Subject:** | RE: Delta & Bachmann v Northstar et al / M&Z file 1442-1 |
| **Attachments:** | deposition list.doc; StipReqStatusConf.doc |

Dear Counsel,

Following up on our conference call today, I am forwarding two documents for your consideration. First, attached is the outline of deponents that Bruce and I mentioned on the phone. Second, I have attached a draft stipulation for status conference. I tried to call Judge Burgess' case management clerk after our call today to get a sense of his schedule, but she was out for the week. I would like to get the stipulation filed on Wednesday, 11/21 if possible. If I hear no objections to the stipulation by 2pm Alaska time on Wednesday, I will file the stipulation as drafted.

To recap our discussion, we agreed to reserve the following weeks for depositions in this matter, subject of course to witness availability.

| | |
|---|---|
| December 10, 2007 | Anchorage Depositions |
| January 7, 2008 | t/b/d |
| January 14, 2008 | t/b/d |
| February 18, 2008 | East Coast (UTC Bachmann depos) |
| February 25, 2008 | CA depos (Bragg) |
| March 3, 2008 | East Coast (Alternate week for UTC Bachmann) |
| April 21, 2008 | Europe/Germany |
| April 28, 2008 | Europe/Germany |

Frank has agreed to check on the availability of the German pleadings in both German, and preferably English. (I would note these were requested in prior discovery).

Marc has agreed to check on the location and availability of Rosa James, Crowson's former insurance broker at Ribelin Lowell.

Finally, Roy has agreed to produce by mid-next week whatever Bragg documents he has been able to obtain (both the few that he has received and hopefully the additional records that were to have been sent.) For calendar purposes, I'm going to say Wednesday, November 28. Please note that we reserve the right to seek additional redress from the court since Bragg has simply ignored its discovery obligations in this case.

Thanks for your cooperation in this matter. If you have any questions, please feel free to contact me.

Regards, Tom

1/7/2008

Exhibit B
Page 1 of 4 Pages

Thomas A Matthews
**MATTHEWS & ZAHARE, PC**
431 West 7th Ave, Suite 207
Anchorage, AK 99501
Phone 907-276-1516
Fax 907-276-8955
Direct 907-276-2962
tom.matthews@matthewszahare.com

This electronic message transmission contains information from the law firm of Matthews & Zahare, P.C. which may be confidential or privileged. The information is intended to be for the private use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you received this electronic transmission in error, please notify us by telephone (907) 276-1516 immediately.

---

**From:** Thomas A. Matthews
**Sent:** Monday, November 19, 2007 3:00 PM
**To:** Thomas A. Matthews; mwilhelm@richmondquinn.com; Bob Libbey; Frank Pfiffner; Roy Longacre; Thomas Johnson
**Cc:** Bruce Falconer; Colleen Libbey; Joyce Wylie
**Subject:** RE: Delta & Bachmann v Northstar et al / M&Z file 1442-1

Dear Counsel,

Here's the call in number for our call at 2pm tomorrow:

**Dial-In Number (225) 383-8961**
**Participant Code: 346714**

I haven't received any schedules or depo identifications yet, so I have nothing to pass around. Talk to you al tomorrow.

Tom

Thomas A Matthews
**MATTHEWS & ZAHARE, PC**
431 West 7th Ave, Suite 207
Anchorage, AK 99501
Phone 907-276-1516
Fax 907-276-8955
Direct 907-276-2962
tom.matthews@matthewszahare.com

This electronic message transmission contains information from the law firm of Matthews & Zahare, P.C. which may be confidential or privileged. The information is intended to be for the private use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you received this electronic transmission in error, please notify us by telephone (907) 276-1516 immediately.

---

**From:** Thomas A. Matthews

# Delta / Bachmann v Bragg, et al
## List of Probable witnesses for deposition

Based upon the witness lists which have been filed to date, we expect that depositions will be scheduled by one or more parties of the following groups of witnesses:

| Company | Witness | Location | Significance |
|---|---|---|---|
| Alaska Heavy Haul (Premier Transport) | Curt Neilsen | Anchorage | Drove the truck with successful delivery |
| Alaska Heavy Haul | Sam McAllister | Anchorage | Passenger in Shane Crowson's truck |
| Alaska Heavy Haul | Jesse Donahue | Anchorage | Pilot Car |
| Alaska Heavy Haul | Dwain Saulner | Anchorage | Push Truck Driver |
| Alaska Heavy Haul | David Tanguay | Anchorage | Push Truck passenger |
| Bragg | Chris Bragg | Long Beach, CA | General Manager and owner of Bragg; signed contract; negotiations before and after transformer deal |
| Bragg | Justin Gilmet | Long Beach | Key witness – negotiated deal (deposed once but without file documents) |
| Bragg | Sheila Archuleta | Long Beach | Bragg Financial & billing |
| Bragg | George Bragg | Long Beach | Bragg structure, meeting with Martin, negotiations before and after transformer deal |
| Bragg | 30(b)(6) | Long Beach | Bragg structure, meeting with Martin, negotiations before and after transformer deal |
| North Star Terminal & Stevedoring | Mike Harris | Anchorage | Terminal mgr and supervisor |
| North Star Terminal & Stevedoring | Will Henson | Anchorage | Crane operator |
| North Star Terminal & Stevedoring | Jack Nims | Anchorage | Crane operator |
| North Star Terminal & Stevedoring | Brad Robertson | Anchorage | Operations Manager |

Exhibit B
Page 3 of 4 Pages

| | | | |
|---|---|---|---|
| Ribellin Lowell / Alaska USA Ins. Brokers | Rosa James | Fairbanks | Crowson Insurance |
| Alaska DOT | Dan Breeden | Anchorage | Commercial Vehicle Enforcement |
| Alaska DOT | Mike Rogers | Anchorage | Prepared reports on Crowson violations |
| UTC Bachmann | Martin Stitz | Miami, FL | Negotiated deal with Bragg |
| UTC Bachmann | Willy Hoffman | Miami | Participated in negotiations; in charge of UTC Bachmann |
| UTC Bachmann | Marco Poisler | Miami | Arrangements for transformer transportation |
| UTC Bachmann | 30(b)(6) | Miami | Arrangements for transformer transportation; Damages; Payments; Contracts |
| Smit Tranformer Sales | Larry Johannson | Europe | Arrangements for transformer shipment |
| SGB Starkstrom | Juergen Schubert | Europe | Manufacture and shipment of transformer |
| JH Bachmann | Jens Murken | Europe | Arrangements for transformer shipment |
| JH Bachmann | Liane Rudlof | Europe | Arrangements for transformer shipment |
| JH Bachmann | 30(b)(6) | Europe | Arrangements for transformer shipment; Damages; Payments; Contracts |
| Delta Lloyd | 30(b)(6) | Europe | Damages; payments; contracts of insurance |
| Crawford & Co. | Mike Ballinger | Anchorage | Adjuster for SGB – did preliminary damage assessment for manufacturer |
| Sherman & Assoc. | Phil Sherman | Las Vegas, NV | Surveyor for SGB |
| Reudiger | Mike Reudiger | Europe (Bremen) | Surveyor for Bachmann |
| Ewig International | David Kautz | New York | Surveyor for JH Bachmann |
| Expertsebureau Binnendijk - Bree B.V. | 30(b)(6) | Europe (Amsterdam) | Surveyor / Adjuster for SGB |

Exhibit B
Page 4 of 4 Pages