## David R. Millen

**From:** Marc Wilhelm [mwilhelm@richmondquinn.com]
**Sent:** Thursday, November 29, 2007 3:51 PM
**To:** 'David R. Millen'
**Subject:** FW: letter- Bachmann v. Crowson

---

**From:** Frank Pfiffner [mailto:fap@hpglaw.net]
**Sent:** Tuesday, November 27, 2007 7:35 AM
**To:** Bruce Falconer
**Cc:** Bob Libbey; longacre@alaska.com; Tom.Matthews@Matthewszahare.com; Marc G. Wilhelm; tgjohnson@bmjlaw.com
**Subject:** RE: letter- Bachmann v. Crowson

Bruce,

My German colleagues have informed me that Bachmann (DSV Air & Sea GmbH) has issued third-party proceedings ("Streitverkündung") in the German court proceedings inviting the defendants in the US proceedings to assist DSV in defending the case against Delta. Under German procedural law such "Streitverkündung" has the effect that the third party having been summoned may not claim in later recourse proceedings against it that the original matter (here: Delta vs. Gericke and DSV) had been wrongly decided by the court on the facts found. The aim of the "Streitverkündung" is to have the third party bound by the decision of the first court for later proceedings against the third party. It is up to each party to decide whether or not to assist DSV.

Regarding the status of the German proceedings at the Court of Appeal, please note that the court has decided to appoint an expert to investigate whether the securing of the transformer on the trailer had been done properly for the intended transport and whether the trailer used had been appropriate and fit for such transport.

**Frank A. Pfiffner, Member**
**Hughes Pfiffner Gorski Seedorf & Odsen, LLC**
3900 C Street, Suite 1001 | Anchorage, AK 99503
Tel: (907) 263-8216 | Fax: (907) 263-8320
Email: fap@hpglaw.net | Website: www.hpglaw.net
Bio: www.hpglaw.net/attorneys/f_pfiffner.html

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information transmitted is intended only for the use of the individual(s) named above. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and then delete the information.

IRS CIRCULAR 230 NOTICE: Any federal tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing, or recommending a partnership or other entity, investment plan, or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Exhibit __B__

Page __1__ of __1__ Pages

12/6/2007