Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| J.H. BACHMANN, GmbH and UTC BACHMANN, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE, and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br>            Defendants. | **ORDER GRANTING MOTION OF PLAINTIFF DELTA LLOYD TO STAY PROCEEDINGS AND DISCOVERY** <br><br><br> Consolidated Case 3:06-cv-00145 TMB |

The motion of Plaintiff Delta Lloyd to stay proceedings and discovery shall be and hereby is GRANTED. Discovery in this matter shall be stayed pending the latter of

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

the motion practice related to the joinder of parties to this litigation and the outcome of the appeal in the parallel German litigation. In addition no side may take more than ten depositions, unless there is agreement of the parties, or there is prior approval by this court.

        Entered this \_\_\_\_ day of _____, 2008 at Anchorage, Alaska.

                                                Timothy M. Burgess
                                                U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2008, a true and correct copy of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Counsel for J.H. Bachmann GmnH & UTC Bachmann, Inc.
fap@hbplaw.net
jms@hbplaw.net

Thomas A. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

ORDER GRANTING MOTION OF PLAINTIFF DELTA LLOYD TO STAY PROCEEDINGS AND DISCOVERY
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 2 OF 3

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal Delaware
tgjohnson@bmjlaw.com

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 W. 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net


    /s/ Marc G. Wilhelm
    RICHMOND & QUINN

2259\003\pld\MTN FOR STAY (ORDER)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**ORDER GRANTING MOTION OF PLAINTIFF DELTA LLOYD TO STAY PROCEEDINGS AND DISCOVERY**
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 3 OF 3