IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:06-cv-145 TMB Case No. 3:06-cv-274 TMB (Consolidated) |
| Defendants. | ) ) | |
| DELTA LLOYD SCHADEVERZEKERING N.V., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC. NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRANSPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO. LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER CORRECTING CAPTION**

Due to a typographical error in the Order at Docket 158, the Clerk is directed to change the name of the party "DVS Air & Sea GmbH" to "DSV Air & Sea GmbH."

It is so ordered.

Dated this 9th day of January, 2008

                                s/ Timothy Burgess
                                TIMOTHY M. BURGESS
                                UNITED STATES DISTRICT COURT JUDGE