MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DVS AIR & SEA GMBH, et al
vs.
BRAGG INVESTMENT COMPANY INC., et al

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO. 3:06-CV-00145-TMB

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:    PLAINTIFF:    FRANK PFIFFNER
                              MARC G. WILHELM

                DEFENDANT:    THOMAS A. MATTHEWS
                              ROBERT M. LIBBEY
                              BRUCE E. FALCONER
                              THOMAS G. JOHNSON – TELEPHONIC
                              ROY L. LONGACRE

PROCEEDINGS: STATUS CONFERENCE HELD 01/09/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:12 a.m. court convened.

Court and counsel heard re Cross Defendant's Motion to Compel
(DKT 140), Defendant's Motion to Compel (DKT 150), Plaintiff's
Motion to Stay Proceedings and Discovery (DKT 160), pending
deadlines, depositions and the appointment of a Discovery Master.

Court ordered parties to meet and confer re Discovery Master.

Court ordered parties to file recommendation of four Discovery
Masters on or before **January 22, 2008.**

At 10:43 a.m. court adjourned.

DATE: January 9, 2008    DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07