Frank A. Pfiffner
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Plaintiffs DSV Air & Sea GmbH
And UTC Overseas, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. |  <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:06-cv-145 TMB <br> Case No. 3:06:cv:274 TMB (consolidated) |

## NOTICE OF CHANGE OF FIRM NAME

*DSV Air & Sea GmbH and UTC Overseas, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.:  3:06-cv-145 TMB
Notice of Change of Firm Name
(9010-1/266731)
Page 1 of 3

PLEASE TAKE NOTICE of the change of the firm name in this matter for local counsel of record for plaintiffs DSV Air & Sea GmbH and UTC Overseas, Inc. The new information is:

HUGHES PFIFFNER GORSKI SEEDORF & ODSEN, LLC
E-mail Address: fap@hpglaw.net

DATED at Anchorage, Alaska, this 11th day of January, 2008.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Plaintiffs DSV Air & Sea
GmbH and UTC Overseas, Inc.

By:  s/ Frank A. Pfiffner
Frank A. Pfiffner
ABA No. 7505032

Certificate of Service

I hereby certify that on the 11th day of January, 2008, a copy of the foregoing Notice of Change of Firm Name was served electronically on:

Thomas G. Johnson
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

*DSV Air & Sea GmbH and UTC Overseas, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Notice of Change of Firm Name
(9010-1/266731)
Page 2 of 3

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/ Frank A. Pfiffner

*DSV Air & Sea GmbH and UTC Overseas, Inc. v. Bragg Investment Company, Inc., et al.*
Case No.:  3:06-cv-145 TMB
Notice of Change of Firm Name
(9010-1/266731)
Page 3 of 3