LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE  UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV Air & Sea, GmbH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| BRAGG INVESTMENT COMPANY, INC. ) | |
| successor-in-interest by merger ) | |
| to HEAVY TRANSPORT, INC., ) | No. 3:06-cv-00145(TMB) |
| NORTHSTAR TRUCKING, INC., NORTH ) | No. 3:06-cv-00274 |
| STAR TERMINAL AND STEVEDORE ) | |
| COMPANY, LLC, NORTH STAR TERMINAL AND ) | |
| STEVEDORE COMPANY LLC OF DELAWARE AND ) | |
| SHANE D. CROWSON dba ALASKA HEAVY HAUL ) | |
| TRANSPORT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### Non-opposed Motion For Leave To Add Third Party

    Defendant Shane D. Crowson hereby moves for leave to add Starkstrom Geratebau, GMBH as a third party herein, pursuant to Rules 14 and 19, Federal Rules of Civil Procedure.  This motion is based upon the records and files herein, and the accompanying

Motion to Add as third party
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                              Page 1 of  3

Affidavit Of Counsel.

Starkstrom Geratebau, GMBH, hereinafter Starkstrom, manufactured the transformer that is central to this civil action.  As noted, Starkstrom's interests are advanced herein by parties who have a right of subrogation deriving from contractual liability for the loss of the transformer.

Unfortunately, the presence of parties contractually subrogated to the rights of Starkstrom has not served the interests of the defendants very well.  Claims against them in tort require Starkstrom, itself, to be a party, and thus within the jurisdiction of this court.  Otherwise, information held by Starkstrom, needed by the defendants to establish comparative fault, is inaccessible.  Moreover, to properly resolve the comparative fault at trial, this case must include Starkstrom.  The Affidavit of Counsel, filed herewith, supports these arguments, and further details them.

As that affidavit notes, none of the current parties opposes this motion, and several intend to join in it.  All recognize the need to expedite this process, and keep this case moving along.  A number if discovery issues that might otherwise be presented to the court will be resolved by the addition of Starkstrom.

It is respectfully submitted that for the reasons stated, and pursuant to Federal Rules of Civil Procedure 14(a) and 19(a),

Motion to Add as third party
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                          Page 2 of  3

this motion should be granted. Because of the position Starkstrom bears in relation to the other parties herein, leave should be granted to designate Starkstrom an involuntary plaintiff, in accordance with the intent of Rule 19(a).

Dated at Anchorage, Alaska this 18th day of January, 2008.

By: s/Robert M. Libbey
Robert M. Libbey ABA 6404014
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
boblibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm
mwilhelm@richmondquinn.com
Counsel for Delta Lloyd

On: January 18, 2008 By: s/Robert Libbey

Motion to Add as third party
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                    Page 3 of  3