```
LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
```
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE  UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV Air & Sea, GmbH, | ) |
| Plaintiff, | ) |
| v. | ) |
| BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, | ) ) ) No. 3:06-cv-00145(TMB) ) No. 3:06-cv-00274 ) ) ) ) |
| Defendants. | ) |

**<u>Proposed Order Granting Leave To Add Third Party</u>**

Defendant Shane D. Crowson having moved for leave to add Starkstrom Geratebau, GMBH as a third party herein, pursuant to Rules 14 and 19, Federal Rules of Civil Procedure; and good cause appearing; it is ORDERED:

Order Granting Addition of
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                                Page 1 of  3

Starkstrom Geratebau, GMBH, who manufactured the transformer that is central to this civil action, may be added by third party complaint by Defendant Shane D. Crowson.  Starkstrom Geratebau, GMBH may be designated an involuntary plaintiff, pursuant to Federal Rules of Civil Procedure 19(a).

Dated at Anchorage, Alaska this ____ day of _____, 2008.

By: s/Robert M. Libbey
Robert M. Libbey ABA 6404014
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
boblibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Order Granting Addition of
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                            Page 2 of  3

```
Marc Wilhelm
mwilhelm@richmondquinn.com
Counsel for Delta Lloyd

On: January 18, 2008  By: s/Robert Libbey
```

Order Granting Addition of
Starkstrom Geratebau, GMBH
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                                   Page 3 of  3