Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501
Phone: (907) 276-6354
Fax:    (907) 279-4685
longacre@alaska.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV AIR & SEA GmbH and ) <br> UTC OVERSEAS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRAGG INVESTMENT COMPANY, INC ) <br> et. al. ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> DELTA LLOYD ) <br> SCHADEVERZEKERING N.V. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UTC BACHMANN, INC. et. al. ) <br> ) <br> Defendants ) <br> _____ ) | Case No. 3:06:cv:00145(TMB) <br> Case No. 3:06:CV-00274(TMB) <br>    (Consolidated) |

**BRAGG INVESTMENT COMPANY'S JOINDER IN CROWSON'S NON-OPPOSED<br>MOTION FOR LEAVE TO ADD THIRD PARTY**

Defendant Bragg Investment Company hereby joins in Shane D. Crowson's Non-opposed Motion For Leave To Add Third Party (Docket #166).

| | |
|---|---|
| DATED: January 21, 2008. | Longacre Law Offices, Ltd.<br>Attorney for BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC. |
| | By:  /s/ Roy Longacre<br>Roy Longacre, ABA #8211124<br>Longacre Law Offices, Ltd.<br>425 G Street, Suite 910<br>Anchorage, Alaska 99501<br>longacre@alaska.com |

```
CERTIFICATE OF SERVICE

I hereby certify that on
January 21, 2008, I served a true
copy of the foregoing electronically on:

Frank A. Pfiffner, Esq.            Thomas G. Johnson, Esq.
Hughes Pfiffner Gorski             Bauer, Moynihan & Johnson LLP
& Odsen LLC                        tgjohnson@bmilaw.com
fap@hpglaw.net

Bruce E. Falconer, Esq.            Thomas A. Matthews, Esq.
Boyd Chandler & Falconer, LLP      Matthews & Zahare, P.C.
bflaconer@bcf.us.com               Tom.matthews@matthewszahare.com

Robert M. Libbey, Esq.             Marc G. Wilhelm, Esq.
604 W. Second Avenue               Richmond & Quinn
Anchorage, Alaska 99501            360 K Street, Suite 200
boblibbey@alaska.net               Anchorage, Alaska 99501
                                   mwilhelm@richmondquinn.com


     /s/ Roy Longacre
Roy Longacre
```