Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>      Plaintiffs, <br>    vs. <br><br>BRAGG INVESTMENT COMPANY, INC. et al., <br>      Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br>      Plaintiffs, <br>    vs. <br><br>UTC OVERSEAS, INC., et al, <br>      Defendants. | **STATUS REPORT** |

The parties, through undersigned counsel, pursuant to this Court's Order at Docket 164, met and conferred on January 15, 2008. While the Court requested a report on selection of discovery masters, the parties have worked out additional agreements regarding some pending motions, proposed Third-Party Complaint, and modifications to the pretrial order. This Status Report addresses all of these matters.

**A. Discovery Master**

Pursuant to the Court's request, the parties submit the following names of potential discovery masters in this case:

1. Dan A. Hensley
2. Roger F. Holmes
3. Arden E. Page
4. Nelson G. Page

**B. Third-Party Complaint**

At the recent status conference, the parties and the Court discussed Crowson's Motion to Dismiss for Failure to Join Indispensible Parties, and a probable Third-Party Complaint against SGB, the manufacturer of the transformer at issue in this case. The parties have determined that in light of developments in the case, it would be more expeditious to simply allow Crowson to bring his Third-Party Complaint against SGB, and join the manufacturer immediately. No party opposes this approach. This action will moot Crowson's Motion to Dismiss at Docket No. 43,

Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StatusReport                                                              2 of 5

and alleviate some of the concerns raised by Delta Lloyd in its Motion to Stay at Docket No. 160.

The parties jointly agree that Defendant Shane Crowson will file his Third-Party Complaint against SGB. Crowson shall file the Third-Party Complaint with the Court no later than February 1, 2008 and perfect service as expeditiously as possible. Because the manufacturer is an overseas Defendant based in Germany, the parties anticipate it will take 60 to 120 days to perfect service and secure the Third-Party Defendant's participation in this lawsuit.

**C. Pending Motions**

The Court has before it the following pending motions:

1. Shane Crowson's Motion to Dismiss for Failure to Join Indispensable Party, at Docket No. 43;

2. Northstar Trucking Inc.'s Motion to Compel Production from Bragg Investment Company, at Docket No. 140;

3. Delta Lloyd's Motion to Stay Proceeding, at Docket No. 160; and

4. Shane Crowson's Motion to Compel Responses to Discovery by Delta Lloyd at Docket No. 149.

Based upon the agreements reached by the parties at their recent planning conference, the parties agree to the following resolutions of these motions:

1. Crowson's Motion to Dismiss for Failure to Join Indispensible Party at Docket No. 43 may be denied as moot if the Third-Party Complaint against the manufacturer is allowed;

Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StatusReport                                                                 3 of 5

2. Northstar Trucking, Inc.'s Motion to Compel at Docket No. 140 remains for decision;

3. Shane Crowson's Motion to Compel Discovery from Delta Lloyd at Docket No. 149 will be withdrawn without prejudice to renewal; and

4. Delta Lloyd's Motion to Stay Proceedings at Docket No. 160 may be withdrawn without prejudice to renewal.

**D. Modification to Pretrial Order**

In light of the addition of new parties, the parties agree that modifications to the pretrial order will be necessary. For planning purposes, the parties agree to extend the current deadlines by 120 days to allow time for service of the Third-Party Complaint, and appearance of new parties. The parties anticipating working with counsel for the new third-party to develop further modifications to the pretrial order. The parties will file a further status report within 120 days of this report advising the Court on their progress.

The parties jointly request the Court enter an Order approving this plan.

Dated this 22nd day of January 2008 at Anchorage Alaska.

                         MATTHEWS & ZAHARE, P.C.
                         Counsel for Northstar Trucking, Inc.

                         By: s/Thomas A. Matthews
                               Thomas A. Matthews ABA 8511179
                               Matthews & Zahare, P.C.
                               431 W. 7th Ave., Suite 207
                               Anchorage, AK 99501
                               Phone: (907) 276-1516
                               Fax: (907) 276-8955
                               tom.matthews@matthewszahare.com

Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StatusReport                                                                  4 of 5

                BOYD, CHANDLER & FALCONER, LLP
                Counsel for Northstar Trucking, Inc.


              By: s/Bruce E. Falconer  (consent)
                Bruce E. Falconer, ABA 8707062
                Boyd, Chandler & Falconer, LLP
                911 W. 8th Ave., Suite 302
                Anchorage, Alaska  99501
                Phone: (907) 272-8401
                Fax: (907) 274-3698
                bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 22nd day of January 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*



  s/Thomas A. Matthews_____



Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
 *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StatusReport                      5 of 5