Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>　　　　　Plaintiffs, <br>　　　vs. <br><br>BRAGG INVESTMENT COMPANY, INC. et al., <br>　　　　　Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br>　　(Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br>　　　　　Plaintiffs, <br>　　　vs. <br><br>UTC OVERSEAS, INC., et al, <br>　　　　　Defendants. | **(PROPOSED) ORDER APPROVING STATUS REPORT** |

Following this Court's status conference with the parties on January 9, 2008, the Court has received a further status and planning report from the parties at Docket No. _____.  Based upon the report of the parties, and the discussion among counsel at the status conference, the Court enters the following Order:

**A. Pending Motions**

The Court has before it the following pending motions:

1. Shane Crowson's Motion to Dismiss for Failure to Join Indispensable Party, at Docket No. 43;

2. Northstar Trucking Inc.'s Motion to Compel Production from Bragg Investment Company, at Docket No. 140;

3. Delta Lloyd's Motion to Stay Proceeding, at Docket No. 160; and

4. Shane Crowson's Motion to Compel Responses to Discovery by Delta Lloyd at Docket No. 149.

Based upon the agreements reached by the parties at their recent planning conference, the Court orders as follows:

1. Crowson's Motion to Dismiss for Failure to Join Indispensible Party at Docket No. 43 may be denied as moot;

2. Northstar Trucking, Inc.'s Motion to Compel at Docket No. 140 remains for decision and will be referred to the Discovery Master.

3. Shane Crowson's Motion to Compel Discovery from Delta Lloyd at Docket No. 149 will be withdrawn without prejudice to renewal; and

(Proposed) Order Approving Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderApproveStatusRpt                                                               2 of 4

4.  Delta Lloyd's Motion to Stay Proceedings at Docket No. 160 may be withdrawn without prejudice to renewal.

**B. Third-Party Complaint**

Crowson may submit a Third-Party Complaint against the manufacturer of the transformer by February 1, 2008, and the Clerk shall issue the appropriate Summons forthwith.

**C.  Appointment of a Discovery Master**

The Court appoints _____ to serve as discovery master in this matter pursuant to Local Rule 53.1.

**D. Extension of Pretrial Deadlines**

Based upon the parties report, the Court enters the following modifications to the Scheduling and Planning Order at Docket No. 75:

1. Expert Witness Disclosures in accordance with Rule 26(a)(2) must be made on or before June 2, 2008 for Plaintiff; and on or before July 3, 2008 for Defendant and Third-Party Defendants.

2.  All discovery must be scheduled so as to be completed by September 2, 2008.

/ / /

/ / /

(Proposed) Order Approving Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderApproveStatusRpt                                                      3 of 4

3.  The parties shall submit a further status report to the Court by May 16, 2008, addressing the status of discovery, service upon the third-parties and any further modifications to the pretrial order.

Dated this ___ day of January 2008 at Anchorage Alaska.


_____
Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE

I certify that on 22nd day of January 2008
I caused to be served the (Proposed) Order
by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

(Proposed) Order Approving Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderApproveStatusRpt                                                 4 of 4