Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV Air & Sea, GmbH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAGG INVESTMENT COMPANY, INC. ) <br> successor-in-interest by merger to ) <br> HEAVY TRANSPORT, INC., NORTHSTAR ) <br> TRUCKING, INC., NORTH STAR TERMINAL ) <br> AND STEVEDORE COMPANY LLC, NORTH ) <br> STAR TERMINAL AND STEVEDORE COMPANY ) <br> LLC OF DELAWARE, and SHANE D. ) <br> CROWSON dba ALASKA HEAVY HAUL ) <br> TRANSPORT, ) <br> ) <br> Defendants. ) <br> ) | Consolidated Case <br> 3:06-cv-00145 TMB |

**OPPOSITION TO CROWSON'S MOTION**
**FOR LEAVE TO ADD THIRD PARTY**

Delta Lloyd opposes defendant Shane Crowson's Motion to add Starkstrom Geratebau, GmbH as an involuntary plaintiff. It does not oppose Starkstrom being added as a third-party

defendant. Indeed, given that the court has now allowed Crowson to file a third-party complaint, the current motion is moot and should be denied.

At the meeting of the parties, Crowson declared that he was planning on filing a third-party complaint against Starkstrom. Because a motion to file third-party complaint was going to be filed in any event, the parties agreed it was unnecessary for this court to decide whether DSV Air & Sea should bring the manufacturer into the lawsuit as an involuntary plaintiff. Indeed, this court has now ruled that Crowson has the right to bring in the manufacturer as a third-party defendant under Rule 14, but that Rule 19 does not apply.

Crowson, however, has used the agreement of the parties that there would be no opposition to a motion to file a third-party complaint against Starkstom, to seek an order adding Starkstrom as an involuntary plaintiff. This is the very relief that DSV and Delta opposed, and the parties agreed would be mooted by the third-party complaint. It is also the very relief the court denied in its 1/22/08 order.

Delta does not oppose Crowson filing a third-party complaint for allocation of fault against Starkstrom, as

agreed by the parties, and now allowed by the court. If Crowson is going to bring in a third party, he should file a third-party complaint that he can then serve on Starkstrom. That way it is clear who is responsible for Starkstrom's costs and fees, should Crowson not prevail.

Accordingly, Crowson's current motion is moot and should be denied.

DATED this 23rd day of January, 2008 Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Plaintiff
> DELTA LLOYD SCHADEVERZEKERING
> N.V.
>
> By:   /s/ Marc G. Wilhelm
> RICHMOND & QUINN, PC
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Ph:  (907) 276-5727
> Fax: (907) 276-2953
> mwilhelm@richmondquinn.com
> Alaska Bar No. 8406054

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2008, a true and correct copy of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES PFIFFNER GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

**CONDITIONAL NON-OPPOSITION TO CROWSON'S MOTION FOR LEAVE TO ADD THIRD PARTY**
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 3 OF 4

Counsel for DSV Air & Sea GmnH & UTC Overseas, Inc.
fap@hpglaw.net
jms@hpglaw.net

Thomas A. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal Delaware
tgjohnson@bmjlaw.com

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 W. 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net


    /s/ Marc G. Wilhelm
    RICHMOND & QUINN

2259\003\PLD\OPP (CROWSON'S THIRD PARTY MOTION)

**CONDITIONAL NON-OPPOSITION TO CROWSON'S MOTION FOR LEAVE TO ADD THIRD PARTY**
J.H. BACHMANN ET AL. v. BRAGG INVESTMENT COMPANY, ET AL.
CASE NO. 3:06-cv-00145 TMB
PAGE 4 OF 4

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953