Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., ) <br><br> Plaintiffs, ) <br> vs. ) <br><br> BRAGG INVESTMENT COMPANY, INC. et al., ) <br> Defendants. ) | Case No. 3:06-cv-145 TMB <br> Case No. 3:06-cv-274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., ) <br> Plaintiffs, ) <br> vs. ) <br><br> UTC OVERSEAS, INC., et al, ) <br> Defendants. ) | **SUPPLEMENTAL STATUS REPORT RE:  DISCOVERY MASTERS** |

Pursuant to the Court's Order (Docket No. 172), the parties submit this supplemental report.

Counsel for Crowson (Robert Libbey) has contacted all four of the individuals indentified in the parties' Status Report, and determined that three of the four are available and willing to serve as Discovery Master in this case.  Dan Hensley, Roger Holmes, and Arden Page are all willing to serve.  Nelson page has a potential conflict, although he would be willing to serve if all parties agree that he should serve.

Dated this 24th day of January 2008 at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews_____
        Thomas A. Matthews ABA 8511179
        Matthews & Zahare, P.C.
        431 W. 7th Ave., Suite 207
        Anchorage, AK 99501
        Phone:  (907) 276-1516
        Fax:  (907) 276-8955
        tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer  (consent)_____
        Bruce E. Falconer, ABA 8707062
        Boyd, Chandler & Falconer, LLP
        911 W. 8th Ave., Suite 302
        Anchorage, Alaska  99501
        Phone: (907) 272-8401
        Fax: (907) 274-3698
        bfalconer@bcf.us.com

Supplemental Status Report Re: Discovery Masters
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06-cv-00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptDiscMaster                                    2 of 3

CERTIFICATE OF SERVICE

I certify that on 24th day of January 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews

Supplemental Status Report Re: Discovery Masters
*DVS Air & Sea v. Bragg Inv., et al.; Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06-cv-00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptDiscMaster                                        3 of 3