IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., </br></br> Plaintiffs, </br></br> vs. </br></br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL and STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, </br></br> Defendants. | **Case No. 3:06-cv-145 TMB** </br> Case No. 3:06-cv-274 TMB </br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., </br></br> Plaintiffs, </br></br> vs. </br></br> UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC. NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRANSPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO. LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE, </br></br> Defendants. | **ORDER** |

The Court has before it the following pending motions:

1. Northstar Trucking Inc.'s Motion to Compel Production from Bragg Investment Company, at Docket No. 140;

2. Northstar Trucking Inc.'s Renewed Motion to Compel Production from Bragg Investment Company, at Docket No. 150;

3. Delta Lloyd's Motion to Stay Proceeding, at Docket No. 160;

4. Shane Crowson's Motion to Compel Responses to Discovery by Delta Lloyd at Docket No. 152; and

5. Shane Crowson's Motion for Leave to Add Third-Party at Docket 166.

Following this Court's status conference with the parties on January 9, 2008, the Court has received a further status and planning report from the parties at Docket No. 169. Based upon the agreements reached by the parties at their recent planning conference, as well as the briefing regarding Docket 166, **the Court hereby orders as follows**:

1. The Court appoints **Dan Hensley** to serve as discovery master in this matter pursuant to Local Rule 53.1.

2. In order to facilitate the discovery master's review of the discovery issues, counsel for Northstar Trucking, Inc., may file a renewed motion to compel, on or before Thursday, January 31, 2008, clearly stating the current status of the discovery dispute with Bragg Investment Company. Bragg may file a renewed opposition on or before Tuesday, February 5, 2008. Any reply by Northstar shall be filed within three days of any opposition. The parties shall provide the discovery master with courtesy copies of all relevant pleadings. The clerk is directed to

terminate the motions at **Docket nos. 140 and 150.**

3.  Shane Crowson's Motion to Compel Discovery from Delta Lloyd at **Docket No. 152** will be withdrawn without prejudice to renewal.

4.  Delta Lloyd's Motion to Stay Proceedings at **Docket No. 160** may be withdrawn without prejudice to renewal.

5.  Crowson's motion at **Docket 166** is DENIED AS MOOT.  Crowson may submit a Third-Party Complaint against the manufacturer of the transformer by February 1, 2008, and the Clerk shall issue the appropriate Summons forthwith.

**Extension of Pretrial Deadlines**

Based upon the parties report, the Court enters the following modifications to the Scheduling and Planning Order at Docket No. 75:

1.  Expert Witness Disclosures in accordance with Rule 26(a)(2) must be made on or before June 2, 2008 for Plaintiff; and on or before July 3, 2008 for Defendant and Third-Party Defendants.

2.  All discovery must be scheduled so as to be completed by September 2, 2008.

3.  The parties shall submit a further status report to the Court by May 16, 2008, addressing the status of discovery, service upon the third-parties and any further modifications to the pretrial order.

Dated this 25th day of January, 2008.

                                            s/ Timothy Burgess
                                            TIMOTHY M. BURGESS
                                            UNITED STATES DISTRICT COURT JUDGE