Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., | ) ) ) |
| Plaintiffs, | ) Case No. 3:06:cv 145 TMB |
| vs. | ) Case No. 3:06:cv 274 TMB |
| | )     (Consolidated) |
| BRAGG INVESTMENT COMPANY, INC. et al., | ) ) ) |
| Defendants. | ) ) |
| | ) |
| DELTA LLOYD SCHADEVERZEKERING N.V., | ) ) |
| Plaintiffs, | ) **STIPULATION TO HOLD** |
| vs. | ) **NORTHSTAR TRUCKING'S** ) **MOTION TO COMPEL IN** ) **ABEYANCE** |
| UTC OVERSEAS, INC., et al, | ) |
| Defendants. | ) ) |

Stipulation for Hold Northstar's Mtn to Compel in Abenyance
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
  DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipMtnCompelAbeyance

1 of 4

Northstar Trucking, Inc., through undersigned counsel, and Bragg Investment Company, through undersigned counsel, stipulate and agree to hold Northstar Trucking's Motion to Compel against Bragg (Docket 140) in abeyance pending the conclusion of a Rule 30(b)(6) deposition of Bragg.  The parties agree that a deposition which the parties anticipate will be scheduled during the week of February 25, will allow the parties to present a more fully developed record, and may alleviate the need for the motion altogether.  Northstar will file a further report or renewed motion on or before March 3, 2008.

Dated this 1st day of February 2008 at Anchorage Alaska.

      MATTHEWS & ZAHARE, P.C.
      Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone:  (907) 276-1516
    Fax:  (907) 276-8955
    tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer  (consent)
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska  99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698

Stipulation for Hold Northstar's Mtn to Compel in Abenyance
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
  DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipMtnCompelAbeyance

2 of 4

[bfalconer@bcf.us.com](mailto:bfalconer@bcf.us.com)

Stipulation for Hold Northstar's Mtn to Compel in Abeyance
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipMtnCompelAbeyance                                3 of 4

                                      LONGACRE LAW OFFICES, LTD.
                                      Counsel for Def. Bragg Investment Co.

Date: 02/01/08                By: _s/Roy L. Longacre (consent)
                                      Roy L. Longacre, ABA #8211124
                                      426 G Street, Suite 910
                                      Anchorage, AK 99501
                                      Phone: (907) 276-6354
                                      Fax: (907) 279-4685
                                      longacre@alaska.com

CERTIFICATE OF SERVICE

I certify that on 1st day of February 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

**DISCOVERY MASTER:**
    Dan A. Hensley, Esq.
    Email: dhensely@gci.net


s/Thomas A. Matthews


Stipulation for Hold Northstar's Mtn to Compel in Abenyance
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/StipMtnCompelAbeyance                                    4 of 4