Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC VERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **(PROPOSED) ORDER RE: STIPULATION TO HOLD NORTHSTAR TRUCKING'S MOTION TO COMPEL IN ABEYANCE** |

Northstar Trucking, Inc., and Bragg, having stipulated and agreed to hold Northstar Trucking's Motion to Compel against Bragg in abeyance pending the conclusion of a Rule 30(b)(6) deposition of Bragg,

**IT IS HEREBY ORDERED** that the parties' Stipulation To Hold Northstar's Motion to Compel in abeyance is **GRANTED,** and

**IT IS FURTHER ORDERED** that Northstar will file a further report or renewed motion on or before March 3, 2008.

Dated this _____ day of February 2008.

_____
Timothy M. Burgess
United States District Court

CERTIFICATE OF SERVICE

I certify that on 1st day of February 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/*
  *Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal &*
  *Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

**DISCOVERY MASTER:**
   Dan A. Hensley, Esq.
   Email: dhensely@gci.net

s/Thomas A. Matthews

(Proposed) Order Re: Stipulation for Hold Northstar's Mtn to Compel in Abeyance
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderStipMtnCompelAbeyance                                                 2 of 2