Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **NORTHSTAR TRUCKING'S SUPPLEMENTAL STATUS REPORT REGARDING MOTION TO COMPEL AGAINST BRAGG INVESTMENT COMPANY** |

Northstar Trucking, through undersigned counsel, provides the following status report to the Court regarding its Motion to Compel from Bragg Investment Company. In its Order at Docket 177, this Court directed Northstar Trucking to re-file its Motion to Compel with the Discovery Master. By Stipulation (Docket No. 175), Northstar and Bragg agreed to defer that motion pending the outcome of a Rule 30(b)(6) deposition of Bragg. The Bragg deposition was concluded on February 25, 2008, but counsel does not yet have a transcript. In addition, the deposition revealed that there may be additional responsive documents, and counsel for Bragg has agreed to search for documents, and provide them by March 10, 2008. Under the circumstances, Northstar would again like to defer its Motion to Compel for an additional three weeks until March 24, 2008. If the matter is not resolved by then, Northstar will file a renewed Motion to Compel with the Discovery Master.

Dated this 3rd day of March 2008 at Anchorage Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews_____
Thomas A. Matthews ABA 8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Northstar's Supplemental Status Report Re: Mtn to Compel
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel                              2 of 3

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer  (consent)
Bruce E. Falconer, ABA 8707062
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99501
Phone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 3rd day of March 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews

Northstar's Supplemental Status Report Re: Mtn to Compel
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
    DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel                                                                    3 of 3