Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **NORTHSTAR'S SUPPLEMENTAL STATUS REPORT REGARDING MOTION TO COMPEL DISCOVERY FROM BRAGG INVESTMENT CO.** |

Pursuant to this Court's Order dated February 12, 2008, and Northstar's previous Status Report at (Docket No. 178), Northstar Trucking provides the following report to the Court regarding the status of its discovery dispute with Bragg, and potential Motion to Compel.

Since the last Status Report, Bragg has apparently undertaken some steps to search its computer data bases for responsive documents, and its counsel is in the process of reviewing the materials which have been collected. (*See* Exhibit A) Additional documents have also been collected which are to be made available for inspection. *Id.* Under the circumstances, while Northstar Trucking is not satisfied with pace of Bragg's efforts (the requests were served approximate a year ago), Bragg does appear to be making an effort at this stage to comply with the outstanding discovery. However, since no additional documents have yet been produced, Northstar reserves the right to seek additional relief from this Court, including an order compelling production, an order compelling further depositions and/or other discovery, and an order for sanctions under Rule 37.

Northstar respectfully requests the Court allow it to renew its Motion to Compel, or file a further status report in another three weeks time (April 14, 2008).

Northstar's Supplemental Status Report Re: Mtn to Compel Bragg
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
 *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel2                2 of 3

Dated this 24th day of March 2008 at Anchorage Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews
  Thomas A. Matthews ABA 8511179
  Matthews & Zahare, P.C.
  431 W. 7th Ave., Suite 207
  Anchorage, AK 99501
  Phone: (907) 276-1516
  Fax: (907) 276-8955
  tom.matthews@matthewszahare.com

        BOYD, CHANDLER & FALCONER, LLP
        Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer (consent)
  Bruce E. Falconer, ABA 8707062
  Boyd, Chandler & Falconer, LLP
  911 W. 8th Ave., Suite 302
  Anchorage, Alaska 99501
  Phone: (907) 272-8401
  Fax: (907) 274-3698
  bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 24th day of March 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/
 Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal
 & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson
 d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews

Northstar's Supplemental Status Report Re: Mtn to Compel Bragg
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
 DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel2            3 of 3