Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>       Plaintiffs,<br>    vs.<br><br>BRAGG INVESTMENT COMPANY, INC. et al.,<br>       Defendants. | Case No. 3:06:cv 145 TMB<br>Case No. 3:06:cv 274 TMB<br>    (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V.,<br>       Plaintiffs,<br>    vs.<br><br>UTC OVERSEAS, INC., et al,<br>       Defendants. | **NORTHSTAR'S SUPPLEMENTAL STATUS REPORT REGARDING MOTION TO COMPEL DISCOVERY FROM BRAGG INVESTMENT CO.** |

Pursuant to this Court's Order dated February 12, 2008, and Northstar's previous Status Report at (Docket No. 179), Northstar Trucking provides the following report to the Court regarding the status of its discovery dispute with Bragg, and potential Motion to Compel.

Bragg is apparently continuing its efforts to locate responsive documents, but no documents have actually been produced since the Bragg deposition was completed on February 25, 2008.  Bragg's counsel continues to promise that further documents will be forthcoming, but has apparently encountered a new glitch with his client's production.  See Exhibit A.  Northstar is not satisfied with Bragg's efforts to date, but will make one further effort to work things out before involving the Court.  Northstar will file an additional status report or motion to compel by May 15, 2008.

Dated this 14th day of April 2008 at Anchorage Alaska.

>MATTHEWS & ZAHARE, P.C.
>Counsel for Northstar Trucking, Inc.
>
>By: s/Thomas A. Matthews_____
>     Thomas A. Matthews ABA 8511179
>     Matthews & Zahare, P.C.
>     431 W. 7th Ave., Suite 207
>     Anchorage, AK 99501
>     Phone:  (907) 276-1516
>     Fax:  (907) 276-8955
>     tom.matthews@matthewszahare.com

Northstar's Supplemental Status Report Re: Mtn to Compel Bragg
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
  DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel3                                    2 of 3


        BOYD, CHANDLER & FALCONER, LLP
        Counsel for Northstar Trucking, Inc.

        By: s/Bruce E. Falconer_(consent)_____
            Bruce E. Falconer, ABA 8707062
            Boyd, Chandler & Falconer, LLP
            911 W. 8th Ave., Suite 302
            Anchorage, Alaska  99501
            Phone: (907) 272-8401
            Fax: (907) 274-3698
            bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 14th day of April 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/*
 *Defendants UTC Overseas, Inc.*

Thomas G. Johnson, Esq.
tgjohnson@bmjlaw.com
*Counsel for Def. North Star Terminal*
 *& Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*


Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson*
 *d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*



    s/Thomas A. Matthews_____



Northstar's Supplemental Status Report Re: Mtn to Compel Bragg
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
 *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusRptMtnCompel3      3 of 3