**Joyce Wylie**

**From:** Thomas A. Matthews
**Sent:** Monday, April 14, 2008 2:55 PM
**To:** Joyce Wylie
**Subject:** FW: Bragg's computer search, etc.

Thomas A Matthews
Matthews & Zahare, PC
431 West 7th Ave., Suite 207
Anchorage, AK  99501
tom.matthews@matthewszahare.com
Phone 907-276-2962 Fax 907-276-8955

This electronic message transmission contains information from the law firm of Matthews & Zahare, P.C. which may be confidential or privileged.  The information is intended to be for the use of the intended recipient.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited.
If you received this electronic transmission in error, please notify us by telephone (907) 276-1516 immediately.

---

**From:** Roy Longacre [mailto:longacre@alaska.com]
**Sent:** Mon 4/14/2008 8:44 AM
**To:** Thomas A. Matthews
**Subject:** Bragg's computer search, etc.

Good morning Tom:

Here is the status of Bragg's work on supplemental production:

I have reviewed the 2 gigs of results from the computer search.  This was quite a bit more difficult than it would seem in the abstract because the search is not only of Heavy Haul records but the other Bragg entities as well.

There is a problem with the computer search for emails because to the extent I understand it, Bragg is in the process of converting email systems, and cannot conduct the search until the conversion is done.  I am told the seach will be done by the first week of May.

I am in possession of Bragg's original file on this matter.

The phone records for the last six months of 2007 and Jan 2008 have been pulled from storage, are being copied and will be sent to me by the end of the week.

I suggest that I do a supplement after the phone records arrive (so there should be a distribution next week) and then another supplement after the email search is completed.

Roy Longacre

1

Exhibit A
Page 1 of 1