RECEIVED
APR 2 ~ 2008

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

District of _____ ALASKA

PLAINTIFF
     DSV AIR & SEA, GmbH

V. DEFENDANT AND THIRD PARTY PLAINTIFF

     SHANE D. CROWSON

### THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:  3:06-cv-00145 (TMB)

V. THIRD PARTY DEFENDANT
     STARKSTROM GERATEBAU, GmbH, and
     GERICKE & COMPANY dba GERICKE GmbH
     SPEDITIONS INTERNATIONALE

To: Name and address of Third Party Defendant
     STARKSTROM GERATEBAU, GmbH
     Ohmstr. 10
     93055 Regensburg
     Germany

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Frank A. Pfiffner<br>3900 C Street<br>Suite 1001<br>Anchorage, Alaska 99503-5931 | Libbey Law Offices<br>Robert M. Libbey<br>604 West Second Avenue<br>Anchorage, Alaska 99501 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK        Redacted Signature

(by) DEPUTY CLERK

DATE    4/22/08