Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | CASE NO. 3:06: CV 00145 (TMB) <br> Consolidated with Case No. 06-CV-274 |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br><br> v. <br><br> UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC., NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRASPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO., LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE, <br><br> Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL**

MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 1 of 3 -

- 1 -

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

Pursuant to LR 11.1(c)(1)[A](ii), the undersigned counsel Thomas G. Johnson of Bauer Moynihan & Johnson LLP, hereby requests that the Court allow withdrawal of the undersigned as attorney of record for North Star Terminal and Stevedore Co., LLC, & North Star Terminal And Stevedore Co. LLC of Delaware, the above-named defendants.  It is further requested that Donald K. McLean of Bauer Moynihan & Johnson LLP be substituted as attorney of record for the withdrawing counsel.

Filed concurrently for the court's consideration is the notice of appearance of the substituting counsel.

DATED this 24th day of April, 2008.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson

_____

Thomas G. Johnson, Alaska Bar No.  8011090
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean

_____

Donald K. McLean, Alaska Bar No.  0403006
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington  98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: dkmclean@bmjlaw.com

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

1  I declare under penalty of perjury of the laws of the state of Washington
that on April 24, 2008, I electronically filed the foregoing document
2  with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to the following:
3

Frank A. Pfiffner
4  Hughes Pfiffner Gorski & Seedorf &
Odsen, LLC
5  fap@hpglaw.net

Thomas A. Matthews
6  Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com
7

Bruce E. Falconer
8  Boyd, Chandler & Falconer, LLP
bflaconer@bcf.us.com

9  Roy L. Longacre
Longacre Law Offices, Ltd
10  longacre@alaska.com

11  Robert M. Libbey
Libbey Law Offices, LLC
boblibbey@alaska.net
12

Marc G. Wilhelm
13  Richmond & Quinn
mwilhelm@richmondquinn.com

14

15  BAUER MOYNIHAN & JOHNSON LLP

16  s/ Suya Edwards
   _____
17  By:  Suya Edwards

18

19

20

21

22

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 3 of 3 -