Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal and Stevedore Company, LLL, North Star Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | CASE NO. 3:06: CV 00145 (TMB) <br> Consolidated with Case No. 06-CV-274 |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br><br> v. <br><br> UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC., NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRASPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO., LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE, <br><br> Defendants. | |

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

[Proposed] ORDER GRANTING WITHDRAWAL AND SUSTITUTION OF COUNSEL
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 1 of 3 -

- 1 -

# [PROPOSED] ORDER
# GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER having come before the above-entitled Court on the motion for leave to withdraw and substitute counsel of the defendants North Star Terminal and Stevedore Co., LLC and North Star Terminal and Stevedore Co., LLC of Delaware, and the Court having considered the motion, supporting documents, and the records herein,

IT IS HEREBY ORDERED THAT the defendants' motion for leave to withdraw and substitute counsel is GRANTED; and it is further ordered that the clerk of court amend the CM/ECF service list in accordance with this change.

DATED this _____ of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Johnson
/s/ Donald K. McLean
_____
Thomas G. Johnson, Alaska Bar No. 8011090
Donald K. McLean, Alaska Bar No. 0403006
Attorneys for Defendants North Star Terminal and
Stevedore Company, LLC, and North Star Terminal

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

[Proposed] ORDER GRANTING WITHDRAWAL AND SUSTITUTION OF COUNSEL
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 2 of 3 -

I declare under penalty of perjury of the laws of the state of Washington that on April 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Frank A. Pfiffner
Hughes Pfiffner Gorski & Seedorf & Odsen, LLC
fap@hpglaw.net

Thomas A. Matthews
Matthews & Zahare, P.C.
Tom.matthews@matthewszahare.com

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
bflaconer@bcf.us.com

Roy L. Longacre
Longacre Law Offices, Ltd
longacre@alaska.com

Robert M. Libbey
Libbey Law Offices, LLC
boblibbey@alaska.net

Marc G. Wilhelm
Richmond & Quinn
mwilhelm@richmondquinn.com

BAUER MOYNIHAN & JOHNSON LLP

s/ Suya Edwards
_____
By:  Suya Edwards

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

[Proposed] ORDER GRANTING WITHDRAWAL AND SUSTITUTION OF COUNSEL
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 3 of 3 -

- 3 -