LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant
Shane D. Crowson dba Alaska
Heavy Haul Transport

                IN THE  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA

DSV Air & Sea, GmbH,                    )
                                        )
                Plaintiff,              )
                                        )
        v.                              )
BRAGG INVESTMENT COMPANY, INC.          )
successor-in-interest by merger         )
to HEAVY TRANSPORT, INC.,               )No. 3:06-cv-00145(TMB)
NORTHSTAR TRUCKING, INC., NORTH         )No. 3:06-cv-00274
STAR TERMINAL AND STEVEDORE             )
COMPANY, LLC, NORTH STAR TERMINAL AND   )
STEVEDORE COMPANY LLC OF DELAWARE AND   )
SHANE D. CROWSON dba ALASKA HEAVY HAUL  )
TRANSPORT,                              )
                                        )
                Defendants.             )
_____ )


**NOTICE TO COURT RE STATUS OF SERVICE OF THIRD PARTY COMPLAINT**

    Defendant Shane Crowson, by and through counsel, hereby

notifies the Court of the status of service of the 3d party

complaint.  Summonses and Third Party Complaints have been placed

with an international process server.  Service fees, $1,250, have

been prepaid.  All documents are required to be translated to

German, of the particular republic in which the defendants
reside.  The process server has been instructed to provide
periodic status advice.  Two co-defendants have agreed to
contribute to the costs of service.

Dated at Anchorage, Alaska this 24th day of April, 2008.


By:  s/Robert M. Libbey
Robert M. Libbey ABA 6404014
604 West 2nd Ave.
Anchorage, AK 99501
Phone: (907) 258-1815
Fax: (907) 258-1822
boblibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm
mwilhelm@richmondquinn.com
Counsel for Delta Lloyd

On: April 24, 2008 By: s/Robert Libbey