Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076

Attorneys for Defendant North Star Terminal
and Stevedore Company, LLL, North Star
Terminal and Stevedore Company, LLC of Delaware

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | CASE NO. 3:06: CV 00145 (TMB) <br> Consolidated with Case No. 06-CV-274 |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br><br> v. <br><br> UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC., NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRASPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO., LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE, <br><br> Defendants. | |

**NOTICE OF FILING RE: DOCKET 186**

NOTICE OF FILING RE: DOCKET 186
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 1 of 3 -

- 1 -

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

Pursuant to Rule 83.1(d), Donald K. McLean, the substituting counsel for defendant North Star Terminal and Stevedore Co. LLC and North Star Terminal and Stevedore LLC of Delaware ("North Star"), hereby files the required certificate of good standing and a copy of filing fee check of $150 as attachment to the motion for leave to appear non-resident attorney. (Docket 186.) Filing fee check of $150 is mailed to the Clerk of Court under separate cover.

DATED this 6th day of May, 2008.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Donald K. McLean

Donald K. McLean, Alaska Bar No. 0403006
Attorneys for Defendants North Star Terminal and Stevedore Company, LLC, and North Star Terminal and Stevedore Company, LLC of Delaware
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
Email: dkmclean@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

1  I declare under penalty of perjury of the laws of the state of Alaska
   that on May 6, 2008, I electronically filed the foregoing document
2  with the Clerk of the Court using the CM/ECF system which will send
   notification of such filing to the following:
3
   Frank A. Pfiffner
4  Hughes Pfiffner Gorski & Seedorf &
   Odsen, LLC
5  fap@hpglaw.net

6  Thomas A. Matthews
   Matthews & Zahare, P.C.
   Tom.matthews@matthewszahare.com
7
   Bruce E. Falconer
8  Boyd, Chandler & Falconer, LLP
   bflaconer@bcf.us.com

9  Roy L. Longacre
   Longacre Law Offices, Ltd
10 longacre@alaska.com

11 Robert M. Libbey
   Libbey Law Offices, LLC
12 boblibbey@alaska.net

13 Marc G. Wilhelm
   Richmond & Quinn
   mwilhelm@richmondquinn.com
14

15 BAUER MOYNIHAN & JOHNSON LLP

16 /s/ Suya Edwards
   _____
17 By:  Suya Edwards

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

NOTICE OF FILING RE: DOCKET 186
DVS Air & Sea GmbH, et al v. Bragg Investment Company, et al., No. 3:06: CV00145(TMB)
- 3 of 3 -

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION<br><br>OF<br>DONALD K. MC LEAN<br><br>TO PRACTICE IN THE COURTS OF THIS STATE | BAR NO. 24158<br><br>**CERTIFICATE OF GOOD**<br><br>**STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

DONALD K. MC LEAN

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 10, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of May, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court



**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW                                                                                                      41947

| Vendor: | 000137 | Clerk of Court - USDC - Anchorage | | | | |
|---|---|---|---|---|---|---|
| Check Date: | 05/01/08 | | | | Check # | 41947 |

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/01/2008 | 7555.0106 Attorney admission fee | 050108 | 150.00 | | 150.00 |

---

41947

**BAUER MOYNIHAN & JOHNSON LLP**
ATTORNEYS AT LAW
2101 FOURTH AVENUE, SUITE 2400
SEATTLE, WASHINGTON 98121
(206) 443-3400

THE COMMERCE BANK OF WASHINGTON
SEATTLE, WA 98101
19-801-1250

05/01/2008                    $150.00
DATE                          AMOUNT

One hundred fifty and NO/100*****************************************

PAY TO THE ORDER OF   Clerk of Court - USDC - Anchorage

⑈041947⑈ ⑆125008013⑆ 0011640 58⑈