```
UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00132768 - LC
May 8, 2008

Code    Case #      Qty         Amount

6855XX-N 06-0145 CV             150.00 CK

                                150.00
   TOTAL→


FROM: BAUER MOYNIHAN & JOHNSON
NON-RESIDENT ATTY FEE
FOR: DONALD K. MCLEAN
3:06-CV-00145-TMB
```