Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>   Plaintiffs,<br>  vs.<br><br>BRAGG INVESTMENT COMPANY, INC. et al.,<br>   Defendants. | Case No. 3:06:cv 145 TMB<br>Case No. 3:06:cv 274 TMB<br>  (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V.,<br>   Plaintiffs,<br>  vs.<br><br>UTC OVERSEAS, INC., et al,<br>   Defendants. | **MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** |

Northstar Trucking, through undersigned counsel, moves this Court for an Order extending the deadline for the parties to file a further status report regarding discovery and service of the Third-Party Complaint until Friday, May 23, 2008. The Report was due to be filed May 16, 2008 and the deadline was inadvertently overlooked by counsel. This Motion is supported by the attached Memorandum.

Dated this 20th day of May 2008 at Anchorage Alaska.

                MATTHEWS & ZAHARE, P.C.
                Counsel for Northstar Trucking, Inc.

By: s/Thomas A. Matthews_____
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

By: s/Bruce E. Falconer_(consent)_____
    Bruce E. Falconer, ABA 8707062
    Boyd, Chandler & Falconer, LLP
    911 W. 8th Ave., Suite 302
    Anchorage, Alaska 99501
    Phone: (907) 272-8401
    Fax: (907) 274-3698
    bfalconer@bcf.us.com

Motion for Extension of Time (Status Report)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnExtTimeStatusRpt

2 of 3

CERTIFICATE OF SERVICE

I certify that on 20th day of May 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*



s/Thomas A. Matthews

Motion for Extension of Time (Status Report)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnExtTimeStatusRpt                                              3 of 3