Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., | ) ) ) |
| Plaintiffs, | ) Case No. 3:06:cv 145 TMB |
| vs. | ) Case No. 3:06:cv 274 TMB ) (Consolidated) |
| BRAGG INVESTMENT COMPANY, INC. et al., | ) ) |
| Defendants. | ) ) |
| | ) |
| DELTA LLOYD SCHADEVERZEKERINN.V., | ) **(PROPOSED) ORDER RE:** |
| | ) **MOTION FOR EXTENSION OF** |
| Plaintiffs, | ) **TIME TO FILE STATUS REPORT** |
| vs. | ) ) |
| UTC OVERSEAS, INC., et al, | ) |
| Defendants. | ) |

The Court having received a status report from the parties concerning foreign service of the Third-Party Complaint, and a request for an extension of time to file a further status report,

IT IS HEREBY ORDERED that Northstar Motion For Extension of Time to File Status Report is GRANTED.  The parties shall file a further status report with the Court on or before May 23, 2008.

Dated this _____ day of May 2008 at Anchorage Alaska.

Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that on 20th day of May 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews

(Proposed) Order Re: Motion for Extension of Time (Status Report)
*DVS Air & Sea v. Bragg Inv., et al.; Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrderExtTimeStatusRpt                                2 of 2