Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERINN.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** |

On January 22, 2008, the parties provided this Court with a Status Report outlining an anticipated hiatus in discovery and other matters while arrangements were made for service of a Third-Party Complaint upon two foreign companies.[1] Arrangements have been made for service, and documents are currently being translated.[2] Counsel have recently been advised that it will likely take an additional three months time in which to perfect service on the Third-Party Defendants. Accordingly, counsel expect to meet in the near future to discuss status of the case, what discovery may be accomplished before service, on-going issues relating to a prior discovery dispute between Northstar Trucking and Bragg, and related matters.

Counsel requests the Court's indulgence in allowing a further status report to be filed a week late, or no later than May 23, 2008.

Dated this 20th day of May 2008 at Anchorage Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Northstar Trucking, Inc.

        By: s/Thomas A. Matthews
            Thomas A. Matthews ABA 8511179
            Matthews & Zahare, P.C.
            431 W. 7th Ave., Suite 207
            Anchorage, AK 99501
            Phone: (907) 276-1516
            Fax: (907) 276-8955
            tom.matthews@matthewszahare.com

---

[1] *See* Docket No. 169.
[2] *See* Crowson Status Report at Docket 185.

Memo in Support of Motion for Extension of Time (Status Report)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MemoExtTimeStatusRpt        2 of 3

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer  (consent)
Bruce E. Falconer, ABA 8707062
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99501
Phone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 20th day of May 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*



s/Thomas A. Matthews


Memo in Support of Motion for Extension of Time (Status Report)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MemoExtTimeStatusRpt                                                                           3 of 3