Ex. A, p. 1 of 1

**Exhibit A to Motion for Substitution for Delta Lloyd Schadeverzekering N.V.
Has been Filed Under Seal**

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Exhibit A to Motion for Substitution
(9010-1/270873)
Page 1 of 1

Ex. A, p. 1 of 1