Frank A. Pfiffner
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Plaintiffs DSV Air & Sea GmbH
And UTC Overseas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br><br><br><br>Case No. 3:06-cv-145 TMB<br>Case No. 3:06:cv:274 TMB (consolidated) |

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Motion for Leave to File Documents Under Seal
(9010-1/270896)
Page 1 of 4

Plaintiff, DSV Air & Sea GmbH ("DSV")(f/k/a J. H. Bachmann GmbH), by and through their attorneys, Hughes Pfiffner Gorski Seedorf & Odsen, LLC, moves for leave of the court to file documents under seal. This motion should be granted for the reasons which follow. It is accompanied by a proposed order.

DSV has filed a motion to be substituted for plaintiff, Delta Lloyd Schadeverzekering N.V. ("Delta") in these consolidated actions (Document 193). As Exhibit A to that motion, DSV filed under seal a copy of the settlement agreement/assignment of rights between Delta, Gericke & Co. GmbH Internationale Spedition and/or Gericke GmbH Internationale Spedition, and DSV (Document 194) that resolved related litigation in Germany between those entities. There is a confidentiality clause in that agreement. On the other hand, the agreement provides the rationale for DSV to be substituted for Delta in these consolidated actions. Under the circumstances, it was necessary for DSV to file the agreement under seal with the court while withholding service of it on the other parties. In all likelihood, the agreement will eventually be produced to the other parties subject to a confidentiality agreement of the sort DSV proposed in its stipulation that is Exhibit B to the motion for substitution.

DSV respectfully requests leave of this court to file the settlement agreement/assignment of rights under seal.

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Motion for Leave to File Documents Under Seal
(9010-1/270896)
Page 2 of 4

DATED at Anchorage, Alaska, this 22nd day of May, 2008.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Plaintiffs DSV Air &
Sea GmbH and UTC Overseas Inc.


By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hpglaw.net
      ABA No. 7505032


### Certificate of Service

I hereby certify that on the 22nd day of May, 2008, a copy of the foregoing Motion for Leave to File Documents Under Seal, was electronically served on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Motion for Leave to File Documents Under Seal
(9010-1/270896)
Page 3 of 4

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Motion for Leave to File Documents Under Seal
(9010-1/270896)
Page 4 of 4