Frank A. Pfiffner
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Plaintiffs DSV Air & Sea GmbH
And UTC Overseas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC.<br><br>              Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>              Defendants. | **PROPOSED ORDER ON MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br><br><br><br><br>Case No. 3:06-cv-145 TMB<br>Case No. 3:06:cv:274 TMB (consolidated) |

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Proposed Order
(9010-1/270899)
Page 1 of 4

Plaintiff, DSV Air & Sea GmbH (f/k/a J. H. Bachmann GmbH), having moved for leave to file documents under seal, in these consolidated actions, and the court having considered any opposition thereto and being otherwise fully informed

IT IS ORDERED THAT

1.  The motion is GRANTED.

2.  The filing of the sealed document 194 is hereby accepted.

DATED at Anchorage, Alaska, this _____ day of _____, 2008.

_____
Timothy M. Burgess
Judge of the U.S. District Court

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Proposed Order
(9010-1/270899)
Page 2 of 4

Certificate of Service

I hereby certify that on the 22nd day of May, 2008, a copy of the foregoing Proposed Order on Motion for Lease to File Documents Under Seal was electronically served on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Proposed Order
(9010-1/270899)
Page 3 of 4

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Proposed Order
(9010-1/270899)
Page 4 of 4