Marc G. Wilhelm (ABA 8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953

Attorneys For Plaintiff
Delta Lloyd Schadeverzekering N.V.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| DSV Air & Sea, GmbH, | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| BRAGG INVESTMENT COMPANY, INC. | ) |
| successor-in-interest by merger to | ) |
| HEAVY TRANSPORT, INC., NORTHSTAR | ) |
| TRUCKING, INC., NORTH STAR TERMINAL | ) |
| AND STEVEDORE COMPANY LLC, NORTH | ) |
| STAR TERMINAL AND STEVEDORE COMPANY | ) |
| LLC OF DELAWARE, and SHANE D. | ) |
| CROWSON dba ALASKA HEAVY HAUL | ) |
| TRANSPORT, | ) |
| | ) |
|                 Defendants. | ) Consolidated Case |
| | ) 3:06-cv-00145 TMB |
| | ) |

**JOINDER TO MOTION FOR SUBSTITUTION FOR DELTA LLOYD SCHADEVERZEKERING N.V.**

Plaintiff Delta Lloyd Schadeverzekering ("Delta

Lloyd"), by and through counsel, Richmond & Quinn, hereby

joins DSV Air & Sea GmbH (f/k/a Bachmann GmbH)'s Motion for

Substitution For Delta Lloyd Schadeverzekering N.V.

        DATED this 23rd day of May, 2008 Anchorage, Alaska.

                           RICHMOND & QUINN
                           Attorneys for Plaintiff
                           DELTA LLOYD SCHADEVERZEKERING
                           N.V.


By:      /s/ Marc G. Wilhelm
                           RICHMOND & QUINN, PC
                           360 "K" Street, Suite 200
                           Anchorage, Alaska 99501
                           Ph:  (907) 276-5727
                           Fax: (907) 276-2953
                           mwilhelm@richmondquinn.com
                           Alaska Bar No. 8406054


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2008, a true and correct copy
of the foregoing was served electronically served on:

Frank A. Pfiffner
James M. Seedorf
HUGHES PFIFFNER GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Counsel for DSV Air & Sea GmnH & UTC Overseas, Inc.
fap@hpglaw.net
jms@hpglaw.net

Thomas A. Matthews
MATTHEWS & ZAHARE, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
tom.matthews@matthewszahare.com

Bruce E. Falconer
BOYD CHANDLER & FALCONER, LLP
911 W. 8th Ave., Suite 302
Anchorage, AK 99501
Counsel for Northstar Trucking, Inc.
bfalconer@bcf.us.com

Thomas G. Johnson
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Counsel for North Star Terminal & Stevedore LLC/North Star Terminal
Delaware
tgjohnson@bmjlaw.com

Roy L. Longacre
LONGACRE LAW OFFICES, LTD.
425 G Street, Suite 910
Anchorage, AK 99501
Counsel for Bragg Investment Co.
longacre@alaska.com

Robert M. Libbey
Colleen Ann Libbey
LIBBEY LAW OFFICES, LLC
604 W. 2nd Ave.
Anchorage, AK 99501
Counsel for Shane Crowson dba Alaska Heavy Haul Transport
clibbey@alaska.net
boblibbey@alaska.net


        /s/ Marc G. Wilhelm
        RICHMOND & QUINN

2259\003\PLD\JOINDER (SUBSTITUTION)