Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>   Plaintiffs, <br> vs. <br><br>BRAGG INVESTMENT COMPANY, INC. et al., <br>   Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br>  (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br>   Plaintiffs, <br> vs. <br><br>UTC OVERSEAS, INC., et al, <br>   Defendants. | **JOINT SUPPLEMENTAL STATUS REPORT** |

The parties, through undersigned counsel, provide the following Status Report to the Court regarding Crowson's Third-Party Complaint, the discovery needs of the case, and recent developments affecting the status of the Plaintiffs in this matter.

As the Court is aware, a Third-Party Complaint has been filed by Crowson and is in the process of being served upon two foreign Third-Party Defendants, SGB and Gerike, who are located in Germany. The process of serving Defendants overseas has been more time-consuming and complicated than originally anticipated. Documents are currently being translated for service under German Law and Hague Convention. The process server retained by Crowson has estimated it may take three months additional time to effectuate service in Germany. However, Crowson has sent English copies of the documents to Third-Party Defendants in the hopes they voluntarily enter the case in advance of formal service.

The parties to the case had previously agreed to put most discovery matters on hold pending arrival of the Third-Party Defendants. Thus, little discovery has been completed in the last three months. With the current anticipated time table for service of the Third-Party Complaints, the parties now expect an additional six month delay in pre-trial deadlines will be necessary to complete discovery and provide appropriate expert disclosures. The parties are not planning to stay discovery pending the arrival of the foreign Third-Party Defendants, but will exercise restraint and prudence in an effort to focus on the discovery necessary to prepare the case for mediation.

Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusReport4 (tam)
         2 of 5

Also, a settlement has been reached between Delta Lloyd Schadeverzering and DSV Air & Sea GBBH and UTC Overseas. Terms of the settlement have not yet been disclosed to the Defendants. According to Plaintiffs, this settlement disposes of the German litigation, and resolves the claims by Delta Lloyd against DSV and UTC Overseas. DSV has recently filed a motion under Civil Rule 25 to substitute in for Delta Lloyd with respect to those claims.

Based on the foregoing report, the parties jointly request the Court extend the following deadlines by six months:

1. Plaintiff's Disclosure of Experts (currently June 2, 2008);

2. Defendant's/Third-Party Defendants' Disclosure of Experts (currently July 3, 2008); and

3. Close of Discovery (currently September 2, 2008).

HUGHES PFIFFNER GORSKI SEEDORF
& ODSEN, LLC
Counsel for Plaintiffs

Date: 5/23/08     By: s/Frank A. Pfiffner (consent)
Frank A. Pfiffner, ABA #7505032
3900 C Street, Suite 1001
Anchorage, AK 99503
Phone: (907) 274-7522
Fax: (907) 263-8320
fap@hbplaw.net

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.

Date: 5/23/08     By: s/Thomas A. Matthews
Thomas A. Matthews ABA 8511179

Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusReport4 (tam)
     3 of 5

431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

Date: 5/23/08                By: s/Bruce E. Falconer (consent)
Bruce E. Falconer, ABA 8707062
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99501
Phone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

BAUER MOYNIHAN & JOHNSON LLP
Counsel for North Star Terminal & Stevedore LLC

Date: 5/23/08                By: _s/Donald K. McLean (consent)
Donald K. McLean
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Phone: (206) 443-3400
Fax: (206) 448-0976
dkmclean@bmjlaw.com

LONGACRE LAW OFFICES, LTD.
Counsel for Bragg Investment Co.

Date: 5/23/08                By: _s/Roy L. Longacre (consent)
Roy L. Longacre, ABA #8211124
426 G Street, Suite 910
Anchorage, AK 99501
Phone: (907) 276-6354
Fax: (907) 279-4685
longacre@alaska.com

Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusReport4 (tam)
        4 of 5

                        LIBBEY LAW OFFICES, LLC
                        Counsel for Shane Crowson dba Alaska Heavy
                         Haul Transport

Date: 5/23/08                  By  s/Robert M. Libbey (consent)
                        Robert M. Libbey, ABA #6404014
                        604 West 2nd Ave.
                        Anchorage, AK 99501
                        Phone: (907) 258-1815
                        Fax: (907) 258-1822
                        boblibbey@alaska.net


                        RICHMOND & QUINN
                        Counsel for Delta Lloyd Schadeverzekering N.V.

Dated 5/23/08               By   Marc G. Wilhelm (consent)
                        Marc G. Wilhelm
                        Richmond & Quinn
                        360 K Street, Suite 200
                        Anchorage, AK 99501
                        Phone: (907) 276-5727
                        Fax: (907) 276-2953
                        mwilhelm@richmondquinn.com

CERTIFICATE OF SERVICE
I certify that on 22nd day of May 2008
I caused to be served by electronic mail to:

| | |
|---|---|
| Frank A. Pfiffner, Esq.<br>fap@hpglaw.net<br>*Counsel for Plaintiffs DSV Air & Sea/*<br>  *Defendants UTC Overseas, Inc.* | Roy L. Longacre, Esq.<br>longacre@alaska.com<br>*Counsel for Def. Bragg Investment Co.* |
| Donald K. McLean, Esq.<br>dkmclean@bmjlaw.com<br>*Counsel for Def. North Star Terminal*<br>  *& Stevedore LLC of Delaware* | Robert M. Libbey, Esq.<br>Colleen A. Libbey, Esq.<br>boblibbey@alaska.net & clibbey@alaska.net<br>*Counsel for Shane Crowson*<br>  *d/b/a Alaska Heavy Haul Transport* |
| Bruce E. Falconer, Esq.<br>bfalconer@bcf.us.com<br>*Counsel for Northstar Trucking, Inc.* | Marc G. Wilhelm, Esq.<br>mwilhelm@richmondquinn.com<br>*Counsel for Delta Lloyd Schadeverzekering N.V.* |

   s/Thomas A. Matthews

Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/SuppStatusReport4 (tam)
     5 of 5