Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>   Plaintiffs, <br> vs. <br><br>BRAGG INVESTMENT COMPANY, INC. et al., <br>   Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br>  (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br>   Plaintiffs, <br> vs. <br>UTC OVERSEAS, INC., et al, <br>   Defendants. | **(PROPOSED) ORDER APPROVING JOINT SUPPLEMENTAL STATUS REPORT** |

The Court has received a further joint status report from the parties on May 23, 2008. Based upon the report of the parties, the Court enters the following extension of deadlines:

1. Crowson shall report to the Court by August 1, 2008 status of service of process on the overseas Third-Party Defendants;

2. Plaintiff's Disclosure of Experts, currently due June 2, 2008, will be extended until December 2, 2008;

3. Defendant's/Third-Party Defendants' Disclosure of Experts, currently due July 3, 2008, will be extended until January 5, 2009; and

4. Close of Discovery, currently due September 2, 2008, will be extended until April 2, 2009.

Dated this ___ day of _____ 2008 at Anchorage Alaska.

_____
Timothy M. Burgess
United States District Court Judge

(Proposed) Order Approving Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrdApprvJntSuppStatusRpt (2)                            2 of 3

CERTIFICATE OF SERVICE

I certify that on 22nd day of May 2008
I caused to be served the (Proposed) Order
by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*


s/Thomas A. Matthews_____

(Proposed) Order Approving Joint Supplemental Status Report
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
   DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrdApprvJntSuppStatusRpt (2)                                    3 of 3