Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SUBSTITUTE AND MOTION TO FILE UNDER SEAL** |

Stipulation for Extension of Time (Mtn to Substitute/Mtn to File Under Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.
  DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/\StipExtMtnSealSubstitute                              1 of 4

The parties stipulate for a 15 day extension, until June 24, 2008 in which to oppose or otherwise respond to Plaintiff's Motion for Substitution for Delta Lloyd Schadeverzekering N.V., dated May 21, 2008, and Plaintiff's Motion for Leave to File Documents Under Seal, dated May 22, 2008.

HUGHES PFIFFNER GORSKI SEEDORF
& ODSEN, LLC
Counsel for Plaintiffs

Date: 6/09/08

By: s/Frank A. Pfiffner (consent)
Frank A. Pfiffner, ABA #7505032
3900 C Street, Suite 1001
Anchorage, AK 99503
Phone: (907) 274-7522
Fax:  (907) 263-8320
fap@hbplaw.net

MATTHEWS & ZAHARE, P.C.
Counsel for Northstar Trucking, Inc.

Date: 6/09/08

By: s/Thomas A. Matthews
Thomas A. Matthews ABA 8511179
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone:  (907) 276-1516
Fax:  (907) 276-8955
tom.matthews@matthewszahare.com

Stipulation for Extension of Time (Mtn to Substitute/Mtn to File Under Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/\StipExtMtnSealSubstitute                                                            2 of 4

                                                                BOYD, CHANDLER & FALCONER, LLP
Counsel for Northstar Trucking, Inc.

Date: 6/09/08                  By: s/Bruce E. Falconer (consent)
                                                    Bruce E. Falconer, ABA 8707062
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99501
Phone: (907) 272-8401
Fax: (907) 274-3698
bfalconer@bcf.us.com

                                                    BAUER MOYNIHAN & JOHNSON LLP
Counsel for North Star Terminal & Stevedore LLC

Date: 6/09/08                  By:  s/Donald K. McLean (consent)
                                                    Donald K. McLean
2101 Fourth Ave., 24th Floor
Seattle, WA 98121
Phone:  (206) 443-3400
Fax:  (206) 448-0976
dkmclean@bmjlaw.com

                                                    LONGACRE LAW OFFICES, LTD.
Counsel for Bragg Investment Co.

Date: 6/09/08                  By:  s/Roy Longacre (consent)
                                                    Roy L. Longacre, ABA #8211124
426 G Street, Suite 910
Anchorage, AK 99501
Phone:  (907) 276-6354
Fax:  (907) 279-4685
longacre@alaska.com

Stipulation for Extension of Time (Mtn to Substitute/Mtn to File Under Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/\StipExtMtnSealSubstitute                                             3 of 4

                          LIBBEY LAW OFFICES, LLC
                          Counsel for Shane Crowson dba Alaska Heavy
                           Haul Transport

Date: 6/09/08                By _s/Robert M. Libbey (consent)
                                  Robert M. Libbey, ABA #6404014
                                  604 West 2nd Ave.
                                  Anchorage, AK 99501
                                  Phone: (907) 258-1815
                                  Fax: (907) 258-1822
                                  boblibbey@alaska.net

                                  RICHMOND & QUINN
                                  Counsel for Delta Lloyd Schadeverzekering N.V.

Dated 6/09/08              By  Marc G. Wilhelm (consent)
                                  Marc G. Wilhelm
                                  Richmond & Quinn
                                  360 K Street, Suite 200
                                  Anchorage, AK 99501
                                  Phone: (907) 276-5727
                                  Fax: (907) 276-2953
                                  mwilhelm@richmondquinn.com

CERTIFICATE OF SERVICE
I certify that on 9th day of June 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.  
fap@hpglaw.net  
*Counsel for Plaintiffs DSV Air & Sea/*  
 *Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.  
dkmclean@bmjlaw.com  
*Counsel for Def. North Star Terminal*  
 *& Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.  
bfalconer@bcf.us.com  
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.  
longacre@alaska.com  
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.  
Colleen A. Libbey, Esq.  
boblibbey@alaska.net & clibbey@alaska.net  
*Counsel for Shane Crowson*  
 *d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.  
mwilhelm@richmondquinn.com  
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews

Stipulation for Extension of Time (Mtn to Substitute/Mtn to File Under Seal)  
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*  
 *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)  
TAM:jlw/1442-1/\StipExtMtnSealSubstitute                                                  4 of 4