IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br> Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERINN.V., <br><br> Plaintiffs, <br> vs. <br><br> UTC OVERSEAS, INC., et al, <br> Defendants. | **ORDER RE:** <br> **STIPULATION FOR EXTENSION** <br> **OF TIME TO FILE RESPONSE** |

The Court, having received a Stipulation for Extension of Time for Defendants to respond to Plaintiff's Motion for Substitution for Delta Lloyd Schadeversekering N.V., at Docket 193 and Plaintiff's Motion for Leave to File Documents Under Seal at Docket 195,

IT IS ORDERED, that Defendants' opposition is now due June 24, 2008.

Dated this 10th day of June 2008 at Anchorage Alaska.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Court Judge