Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska 99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC.,<br><br>        Plaintiffs,<br>  vs.<br><br>BRAGG INVESTMENT COMPANY, INC. et al.,<br>        Defendants. | Case No. 3:06:cv 145 TMB<br>Case No. 3:06:cv 274 TMB<br>    (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V.,<br>        Plaintiffs,<br>  vs.<br>UTC OVERSEAS, INC., et al,<br>        Defendants. | **MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO SUBSTITUTE AND MOTION TO FILE UNDER SEAL** |

Northstar Trucking, through undersigned counsel, moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an additional 15 day extension,[1] until July 9, 2008 in which to oppose or otherwise respond to Plaintiff's Motion for Substitution for Delta Lloyd Schadeverzekering N.V., dated May 21, 2008, and Plaintiff's Motion for Leave to File Documents Under Seal, dated May 22, 2008.

The parties continue to discuss issues involved in the motions. These discussions may moot one of the motions and affect any opposition to the other motion. Counsel for Northstar Trucking is in the middle of a two-week vacation out-of-state. His office attempted to contact all counsel for their agreement to an additional 15 days, but was unsuccessful in receiving responses from all of them prior to the previously stipulated due date. Accordingly, good cause exists for the requested extension.

Dated this 24th day of June 2008 at Anchorage Alaska.

           MATTHEWS & ZAHARE, P.C.
           Counsel for Northstar Trucking, Inc.


By: s/Thomas A. Matthews
    Thomas A. Matthews ABA 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    tom.matthews@matthewszahare.com

---

[1] The date to respond to these motions was previously extended to June 24, 2008 by Stipulation filed June 6, 2009 (see Docket No. 198).

Motion for Extension of Time (Substitute/Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs. DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnExtTimeSealSubst    2 of 3

                BOYD, CHANDLER & FALCONER, LLP
                Counsel for Northstar Trucking, Inc.


By: s/Bruce E. Falconer  (consent)
     Bruce E. Falconer, ABA 8707062
     Boyd, Chandler & Falconer, LLP
     911 W. 8th Ave., Suite 302
     Anchorage, Alaska  99501
     Phone: (907) 272-8401
     Fax: (907) 274-3698
     bfalconer@bcf.us.com

CERTIFICATE OF SERVICE

I certify that on 24th day of June 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*



s/Thomas A. Matthews


Motion for Extension of Time (Substitute/Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
  *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/MtnExtTimeSealSubst                                            3 of 3