Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
911 W. 8th Ave., Suite 302
Anchorage, Alaska  99507
(907) 272-8401
bfalconer@bcf.us.com

Counsel for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>   Plaintiffs, <br>  vs. <br><br> BRAGG INVESTMENT COMPANY, INC. et al., <br>   Defendants. | Case No. 3:06:cv 145 TMB <br> Case No. 3:06:cv 274 TMB <br>   (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERINN.V., <br><br>   Plaintiffs, <br>  vs. <br><br> UTC OVERSEAS, INC., et al, <br>   Defendants. | **(PROPOSED) ORDER RE: MOTION FOR EXTENSION OF TIME** |

The Court, having received a Motion for Extension of Time for Defendants to respond to Plaintiff's Motion for Substitution for Delta Lloyd Schadeversekering N.V., and Plaintiff's Motion for Leave to File Documents Under Seal, and the Court having reviewed any opposition and reply,

IT IS ORDERED, that Defendants' oppositions are now due July 9, 2008.

Dated this _____ day of June 2008 at Anchorage Alaska.

_____
Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE
I certify that on 24th day of June 2008
I caused to be served by electronic mail to:

Frank A. Pfiffner, Esq.
fap@hpglaw.net
*Counsel for Plaintiffs DSV Air & Sea/Defendants UTC Overseas, Inc.*

Donald K. McLean, Esq.
dkmclean@bmjlaw.com
*Counsel for Def. North Star Terminal & Stevedore LLC of Delaware*

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
*Counsel for Northstar Trucking, Inc.*

Roy L. Longacre, Esq.
longacre@alaska.com
*Counsel for Def. Bragg Investment Co.*

Robert M. Libbey, Esq.
Colleen A. Libbey, Esq.
boblibbey@alaska.net & clibbey@alaska.net
*Counsel for Shane Crowson d/b/a Alaska Heavy Haul Transport*

Marc G. Wilhelm, Esq.
mwilhelm@richmondquinn.com
*Counsel for Delta Lloyd Schadeverzekering N.V.*

s/Thomas A. Matthews_____

(Proposed) Order Re: Motion for Extension of Time (Mtn to Sub/Mtn Under Seal)
*DVS Air & Sea v. Bragg Inv., et al.*; *Delta Lloyd vs.*
   *DVS Air & Sea* / 3:06:cv 00145 TMB (Consolidated)
TAM:jlw/1442-1/OrdExtTimeMtnSubMtnSeal2                                           2 of 2