IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC., </br></br> Plaintiffs, </br> vs. </br></br> BRAGG INVESTMENT COMPANY, INC. et al., </br> Defendants. | ) </br> ) </br> ) </br> ) Case No. 3:06:cv 145 TMB </br> ) Case No. 3:06:cv 274 TMB </br> )     (Consolidated) </br> ) </br> ) </br> ) |
| DELTA LLOYD SCHADEVERZEKERINN.V., </br></br> Plaintiffs, </br> vs. </br></br> UTC OVERSEAS, INC., et al, </br> Defendants. | ) </br> ) **ORDER RE:** </br> ) **MOTION FOR EXTENSION** </br> ) **OF TIME** </br> ) </br> ) </br> ) |

Defendant Northstar Trucking, Inc. seeks a 15 day extension to file its oppositions to Plaintiffs' *Motion to Substitute* and *Motion to File Under Seal.* Defendant explains that the parties "continue to discuss issues involved in these motions," and contends that these discussions may moot one of the motions and affect any opposition to the other motion.

Although Defendant styles this request as a motion, it was submitted before the prescribed period to respond had expired. See Fed. R. Civ. P. 6(b)(1). Accordingly, the Court construes this submission as an *ex parte* request rather than the motion that

would be required under Fed. R. Civ. P. 6(b)(2), and, for cause shown, GRANTS this request.

IT IS ORDERED, that Defendants' oppositions are now due July 9, 2008.

Dated this 1st day of July 2008 at Anchorage Alaska.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Court Judge