UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>Defendants. | CASE NO. 3:06: CV 00145 (TMB)<br>Consolidated with Case No. 06-CV-274 |
| DELTA LLOYD SCHADEVERZEKERING N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>UTC OVERSEAS, INC., HEAVY TRANSPORT INC., BRAGG INVESTMENT CO., INC., NORTHSTAR TRUCKING, INC., ALASKA HEAVY HAUL TRASPORT, SHANE D. CROWSON, NORTH STAR TERMINAL AND STEVEDORE CO., LLC, & NORTH STAR TERMINAL AND STEVEDORE CO. LLC OF DELAWARE,<br><br>Defendants. | |

**ORDER**
**GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THIS MATTER having come before the above-entitled Court on the motion for leave to withdraw and substitute counsel of the defendants North Star Terminal and Stevedore Co., LLC and North Star Terminal and Stevedore Co., LLC of Delaware, and the Court having considered the motion, supporting documents, and the records herein,

ATTORNEYS AT LAW

BAUER
MOYNIHAN &
JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

IT IS HEREBY ORDERED THAT the defendants' motion for leave to withdraw and substitute counsel is GRANTED. Thomas G. Johnson is allowed to withdraw and Donald L. McLean shall be permitted to appear and participate as attorney of record on behalf of North Star Terminal and Stevedore Co., LLC & North Star Terminal Stevedore Co. LLC of Delaware.

DATED this 1st of July, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076