Frank A. Pfiffner
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Plaintiffs DSV Air & Sea GmbH
And UTC Overseas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC.<br><br>            Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>            Defendants. | **WITHDRAWAL OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br><br><br><br><br><br>Case No. 3:06-cv-145 TMB<br>Case No. 3:06:cv:274 TMB (consolidated) |

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No. 3:06-cv-274 TMB (consolidated)
Withdrawal of Motion for Leave to File Documents Under Seal
(9010-1/272298)
Page 1 of 4

Plaintiff, DSV Air & Sea GmbH ("DSV")(f/k/a J. H. Bachmann GmbH) withdraws its motion for leave of the court to file documents under seal. With the consent of Delta Lloyd Schadeverzekering N.V. ("Delta"), DSV has produced copies of the settlement agreement/assignment of rights to the defendants. DSV and Delta have waived any claims of confidentiality relative to the settlement agreement/assignment of rights.

DSV requests that the court simply attach the settlement agreement/assignment of rights as Exhibit A to the pending motion for substitution for Delta. The substitution motion is still pending. After several stipulations for additional time, defendant's response deadline to the substitution motion is today.

Finally, the proposed stipulation regarding confidentiality agreement, which is attached as Exhibit B to the substitution motion, is moot in light of the production of settlement agreement/assignment without any claim of confidentiality.

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Withdrawal of Motion for Leave to File Documents Under Seal
(9010-1/272298)
Page 2 of 4

DATED at Anchorage, Alaska, this 9th day of July, 2008.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Plaintiffs DSV Air &
Sea GmbH and UTC Overseas Inc.

By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hpglaw.net
      ABA No. 7505032

Certificate of Service

I hereby certify that on the 9th day of July, 2008, a copy of the foregoing Withdrawal of Motion for Leave to File Documents Under Seal, was electronically served on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Withdrawal of Motion for Leave to File Documents Under Seal
(9010-1/272298)
Page 3 of 4

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Withdrawal of Motion for Leave to File Documents Under Seal
(9010-1/272298)
Page 4 of 4