LIBBEY LAW OFFICES, LLC
Robert M. Libbey
Colleen A. Libbey
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
boblibbey@alaska.net
clibbey@alaska.net

Attorneys for Defendant and
Third Party Plaintiff
Shane D. Crowson dba Alaska
Heavy Haul Transport

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV Air & Sea, GmBH, <br><br> Plaintiff, <br><br> v. <br> BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY LLC OF DELAWARE AND SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT, <br><br> Defendants. | No. 3:06-cv-00145(TMB) <br> No. 3:06-cv-00274 <br><br> **JOINDER IN CONDITIONAL NON-OPPOSITION TO DSV'S MOTION FOR SUBSTITUTION** |
| Shane D. Crowson, <br><br> Third Party Plaintiff <br><br> V. <br><br> Starkstrom Geratebau, GmBH, <br><br> Third Party Defendant | |

Joinder
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                    Page 1 of  3

   Defendant and Third Party Plaintiff Shane D. Crowson, by and through counsel, hereby join in Docket 204, North Star Trucking's conditional non-opposition to DSV's motion for substitution.

   At docket 193, DSV and UTC moved to be substituted for plaintiff Delta Lloyd.  At docket 204 Northstar Trucking, Inc. filed a conditional non-opposition to the substitution, noting that substitution should be granted only if the substituted parties DSV and UTC assume liability and responsibility for any fees and costs exposure that Delta Lloyd currently has and that Delta Lloyd remain secondarily responsible for any fees and costs. [Dkt. 204 at 3]  Shane Crowson joins in this position regarding fees and costs.

   Defendant Shane Crowson made a significant offer of judgment to Delta Lloyd more than one year ago.  Delta Lloyd should not be able to escape its fee and cost exposure if DSV and UTC are substituted.  Therefore, Defendant Crowson respectfully joins in the conditional non-opposition at Docket 204.

   Dated at Anchorage, Alaska this 11th  day of July, 2008.

                         By:   s/Colleen A. Libbey
                               Colleen A. Libbey (0012104)
                               604 West 2nd Ave.
                               Anchorage, AK 99501
                               Phone: (907) 258-1815
                               Fax: (907) 258-1822
                               Clibbey@alaska.net

Joinder
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                           Page 2 of  3

This is to certify that the foregoing
is being served electronically to:

Frank Pfiffner, Esq.
fap@hbplaw.net
Attorney for Plaintiffs

Thomas A. Matthews, Esq.
tom.matthews@matthewszahare.com
Attorney for Defendant Northstar Trucking, Inc.

Bruce E. Falconer, Esq.
bfalconer@bcf.us.com
Attorney for Defendant Northstar Trucking, Inc.

Thomas G. Johnson
tgjohnson@bmjlaw.com
Attorney for Defendant North Star Terminal And
Stevedore, LLC and North Star Terminal And
Stevedore, LLC Of Delaware

Roy L. Longacre, Esq.
longacre@alaska.com
Attorney for Defendant Bragg Investment Company, Inc.
successor-in-interest by merger to Heavy Transport, Inc.

Marc Wilhelm
mwilhelm@richmondquinn.com
Counsel for Delta Lloyd

On: July 11, 2008 By: s/Colleen Libbey

Joinder
DSV Air & Sea v. Bragg et al.
3:06-cv-00145-TMB                                                Page 3 of  3