Frank A. Pfiffner
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Plaintiffs DSV Air & Sea GmbH
And UTC Overseas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DSV AIR & SEA GmbH and UTC OVERSEAS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>BRAGG INVESTMENT COMPANY, INC. successor-in-interest by merger to HEAVY TRANSPORT, INC., NORTHSTAR TRUCKING, INC., NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC, NORTH STAR TERMINAL AND STEVEDORE COMPANY, LLC OF DELAWARE and SHANE D. CROWSON dba ALASKA HEAVY HAUL TRANSPORT,<br><br>Defendants. | **JOINDER IN MOTION TO DELTA LLOYD'S REPLY BRIEF REGARDING MOTION FOR SUBSTITUTION**<br><br><br>Case No. 3:06-cv-145 TMB<br>Case No. 3:06:cv:274 TMB (consolidated) |

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Joinder in Motion to Delta Lloyd's Reply Brief Regarding Motion for Substitution
(9010-1/272599)
Page 1 of 3

COMES NOW, Plaintiff, DSV Air & Sea GmbH ("DSV")(f/k/a J. H. Bachmann GmbH), by and through its counsel, Hughes Pfiffner Gorski Seedorf & Odsen, LLC, and hereby joins in Delta Lloyd's Reply Brief Regarding Motion for Substitution.

DATED at Anchorage, Alaska, this 18th day of July, 2008.

> HUGHES PFIFFNER GORSKI
> SEEDORF & ODSEN, LLC
> Attorneys for Plaintiffs DSV Air &
> Sea GmbH and UTC Overseas Inc.
>
> By:   s/Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone: 907-274-7522
>       Facsimile: 907-263-8320
>       FAP@hpglaw.net
>       ABA No. 7505032

Certificate of Service

I hereby certify that on the 18th day of July, 2008, a copy of the foregoing Joinder in Motion to Delta Lloyd's Reply Brief Regarding Motion for Substitution, was electronically served on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
2101 4th Avenue, 24th Floor
Seattle, WA  98121

Thomas A. Matthews
Matthews & Zahare, PC
431 W. 7th Avenue, Suite 207
Anchorage, AK  99501

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Joinder in Motion to Delta Lloyd's Reply Brief Regarding Motion for Substitution
(9010-1/272599)
Page 2 of 3

Bruce E. Falconer
Boyd, Chandler & Falconer, LLP
911 W. 8th Avenue, Suite 302
Anchorage, AK  99501

Roy L. Longacre
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, AK  99501

Robert M. Libbey
Libbey Law Offices
604 West 2nd Avenue
Anchorage, AK  99501

Marc G. Wilhelm
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK  99501


s/Frank A. Pfiffner

*DSV Air & Sea GmbH, et al. v. Bragg Investment Company, Inc., et al.*
Case No.: 3:06-cv-145 TMB
Case No.: 3:06-cv-274 TMB (consolidated)
Joinder in Motion to Delta Lloyd's Reply Brief Regarding Motion for Substitution
(9010-1/272599)
Page 3 of 3