Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRAGG INVESTMENT COMPANY, INC., et al., <br><br> Defendants. | Case No. 3:06-cv-00145-TMB <br> Case No. 3:06-cv-00274-TMB <br> (Consolidated) |
| DELTA LLOYD SCHADEVERZEKERING N.V., <br><br> Plaintiffs, <br><br> vs. <br><br> UTC OVERSEAS, INC., et al., <br><br> Defendants. | **MOTION TO WITHDRAW AS COUNSEL** |

Pursuant D.Ak. LR 11.1(c)(1)[A][iii], Bruce E. Falconer of the law firm BOYD, CHANDLER & FALCONER, LLP, moves to withdraw as counsel for defendant Northstar Trucking, Inc. in these consolidated cases.

The foregoing rule permits withdrawal based upon "a showing of good cause." In this instance, the requisite "good cause" is established by the documents attached hereto as Exhibits A, B and C, respectively. Collectively, they demonstrate that Mr. Falconer has been serving as Northstar Trucking's "independent counsel" pursuant to AS 21.89.100 and the *CHI* case, but that the reservation of rights that was the basis for the "independent counsel" requirement has been withdrawn pursuant to an agreement reached between two of Northstar Trucking's insurers, AXA Re and Steadfast, and therefore there is no longer any need for Mr. Falconer's services as "independent counsel." Further, Northstar Trucking is now represented by Mr. Matthews as "traditional" insurer-appointed counsel, such that Mr. Falconer should be allowed to withdraw.

For the foregoing reasons, Mr. Falconer should be permitted to withdraw as counsel for Northstar Trucking. An appropriate form of order accompanies this motion.

Dated this 25th day of July, 2008.

        BOYD, CHANDLER &FALCONER, LLP
        Co-Counsel for Defendant
        Northstar Trucking, Inc.

        By:   s/Bruce E. Falconer
            911 W. 8th Ave., Suite 302
            Anchorage, Alaska 99501
            Telephone: 907-272-8401
            Facsimile:  907-274-3698
            bfalconer@bcf.us.com
            ABA No. 8707062

**CERTIFICATE OF SERVICE**

This is to certify that on July 25, 2008, the foregoing Motion to Withdraw as Counsel was electronically served on:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503

Thomas A. Matthews, Esq.
Matthews & Zahare, Pc
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501

Donald K. McLean, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501


s/Bruce E. Falconer