

# LANE POWELL
### ATTORNEYS & COUNSELORS

*Brewster H. Jamieson, Esq.*
*Direct Dial (907) 264-3325*
*JamiesonB@LanePowell.com*

June 25, 2008

**VIA FACSIMILE ONLY**

Bruce E. Falconer, Esq.
Boyd, Chandler & Falconer, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501-3452

Re: *In re Northstar Trucking/Chugach Electric Transformer*
 Date of Incident: December 2, 2004
 Our File No. 119432.22

Dear Bruce:

    Following up on my voicemail to you of June 23, 2008, I am pleased to report that Steadfast and AXA Re have come to an accommodation with respect to the defense and indemnity of Northstar Trucking in the underlying matters. We have agreed that between us, Steadfast will indemnify Northstar without reservation of rights, and Axa Re will defend Northstar without a reservation of rights (and indemnify as excess insurer, in the extremely unlikely event that is required).

    As a consequence, the insured will no longer need to invoke the Independent Counsel statute, and two defense lawyers will no longer be required. Accordingly, please send your final bill to Judith Provencher at your earliest convenience. Tom Matthews will continue on as "traditional" insurer-appointed defense counsel.

    With this issue now resolved, it would appear that Steadfast and Axa Re can turn their attention to other aspects of this case, including seeking contribution from Great American (Northstar's cargo insurer). We would appreciate it you and/or your client could please provide us with a copy of Great American's cargo policy, as we believe it may be implicated in light of the allegations and developments in this case.

www.lanepowell.com
T 907.277.9511
F 907.276.2631

A PROFESSIONAL CORPORATION
SUITE 301
301 W. NORTHERN LIGHTS BLVD
ANCHORAGE, ALASKA 99503-2648

LAW OFFICES
ANCHORAGE, AK  OLYMPIA, WA
PORTLAND, OR . SEATTLE, WA
LONDON, ENGLAND


EXHIBIT A
PAGE 1 OF 2

Bruce E. Falconer, Esq.
Re: *In re Northstar Trucking*
June 25, 2008
Page 2

    Thank you for your assistance in this matter to date, and please do not hesitate to contact me if you have any questions.

                           Very truly yours,

                           LANE POWELL LLC

                           Brewster H. Jamieson

nlb
cc: Judith Provencher, CPCU
    David W. Pease, Esq.
    Thomas A. Matthews, Esq.
119432.0022/164949.1