**BOYD, CHANDLER & FALCONER, LLP**
ATTORNEYS AT LAW
SUITE 302
911 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698
bcf@bcf.us.com

June 26, 2008

**VIA FACSIMILE ONLY**

Brewster H. Jamieson, Esq.
Lane Powell
Suite 301
301 W. Northern Lights Blvd
Anchorage, Alaska 99503

Re: Northstar Trucking/Chugach Electric Transformer
    AXA Re Claim No. MIS9231

Dear Brewster:

Thank you for your June 25 letter, advising that as a result of an accommodation reached between AXA Re and Steadfast, my client will now be defended and, if need be, indemnified in the underlying consolidated cases brought by the Bachmann companies and Delta Lloyd, without any reservation of rights, such that my services as Northstar Trucking's independent counsel pursuant to the *CHI* case and AS 21.89.100 will no longer be required.

As I assume you only represent AXA Re, and not Steadfast, and since Steadfast's agreement to this arrangement is apparently the basis, at least in part, for it, I will need something in writing from Steadfast, or its legal representative, confirming that what you have stated is accurate. I have no reason to doubt what you say, but before I can take action (i.e., withdraw from the case) based on what Steadfast has agreed to, I need to have it confirmed by Steadfast. I also ask that you provide me with a copy of the agreement or other document that memorializes this accommodation between AXA Re and Steadfast.

Once I have the above, I will then proceed to do the necessary to withdraw from the case and work with Mr. Matthews to formally substitute him in as Northstar Trucking's counsel (you will recall from your reservation of rights letter written some two years ago that Mr. Matthews is presently in the case as AXA Re's counsel, not Northstar Trucking's counsel). Once that is accomplished, I will then send our final invoice to Ms. Provencher for payment. I will also expect timely payment of that invoice, and of the sums previously invoiced that are due (and in some instances overdue). You now have copies of my correspondence with Ms. Provencher in that regard, and I ask that you confirm with Ms. Provencher that our pending invoices will, in fact, be paid, and paid in a timely manner.

In the meantime, and per your request, I will try to locate a copy of the cargo policy.

EXHIBIT _B_
PAGE _1_ OF _2_

Brewster H. Jamieson, Esq.
June 26, 2008
Page 2
_____

     Please contact me if you have any questions regarding the above.

                    Very truly yours,

                    BOYD, CHANDLER &
                    FALCONER, LLP

By                    Bruce E. Falconer

BEF/lkr
cc: Michael L. Foster
    David W. Pease, Esq.
    Thomas A. Matthews, Esq.
lrbf.foster.northstar.cea.corr.20080626.bef.ltr.jamieson

EXHIBIT B
PAGE 2 OF 2