## BURR, PEASE & KURTZ

810 N Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 276-6100
www.bpk.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT), AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

### FACSIMILE COVER PAGE

**DATE AND TIME:** June 27, 2008  10:50 AM

**TO:** Bruce E. Falconer
**COMPANY NAME:** Boyd, Chandler & Falconer, LLP
**CITY & STATE:** Anchorage, AK
**FACSIMILE NO:** 274-3698

**cc:** Brewster H. Jamieson
**COMPANY NAME:** Lane Powell
**CITY & STATE:** Anchorage, AK
**FACSIMILE NO:** 276-2631

**FROM:** David Pease     **File No:** 1018-92

**COMMENTS:**

Bruce:

Brewster has accurately set out the defense and indemnification agreement between AXA and Steadfast in his 6/25/08 letter to you.

Regards, David

**WE ARE TRANSMITTING** 1 **PAGE(S)** (including this cover page) from: (907) 258-2530

**HARD COPY WILL FOLLOW:** NO

If you do not receive all the pages, please contact the undersigned as soon as possible:

Name: Wilma L. French; telephone number: 276-6100.

EXHIBIT C
PAGE 1 OF 1

07/24/2008 THU 14:51  [TX/RX NO 8280]  ☑001