Bruce E. Falconer (ABA No. 8707062)
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401
(907) 274-3698 Fax
bfalconer@bcf.us.com

Thomas A. Matthews, Esq. (ABA No. 8511179)
MATTHEWS & ZAHARE, PC
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
(907) 276-8955 Fax
tom.matthews@matthewszahare.com

Attorneys for Defendant Northstar Trucking, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DVS AIR & SEA GmbH and UTC OVERSEAS, INC., <br><br>            Plaintiffs, <br>vs. <br><br>BRAGG INVESTMENT COMPANY, INC., et al., <br>            Defendants. <br>_____ <br>DELTA LLOYD SCHADEVERZEKERING N.V., <br><br>            Plaintiffs, <br>vs. <br><br>UTC OVERSEAS, INC., et al., <br><br>            Defendants. <br>_____ | Case No. 3:06-cv-00145-TMB <br>Case No. 3:06-cv-00274-TMB <br>        (Consolidated) <br><br><br>**(PROPOSED)** <br>**ORDER GRANTING MOTION** <br>**TO WITHDRAW AS** <br>**COUNSEL** |

The Court, having considered the motion filed by Bruce Falconer to withdraw as defendant Northstar Trucking, Inc.'s counsel, and finding good cause therefore, IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

Dated this _____ day of _____, 2008.

_____
Timothy M. Burgess
United States District Judge
District of Alaska

**CERTIFICATE OF SERVICE**

This is to certify that on July 25, 2008,
the foregoing Motion to Withdraw as
Counsel was electronically served on:

Frank Pfiffner, Esq.
Hughes Bauman Pfiffner Gorski & Seedorf
3900 C Street, Suite 1001
Anchorage, Alaska 99503

Thomas A. Matthews, Esq.
Matthews & Zahare, Pc
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501

Donald K. McLean, Esq.
Bauer Moynihan & Johnson LLP
2101 4th Avenue - 24th Floor
Seattle, WA 98121

Roy L. Longacre, Esq.
Longacre Law Offices, Ltd.
425 G Street, Suite 910
Anchorage, Alaska 99501

Marc Wilhelm, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

Robert M. Libbey, Esq.
Libbey Law Offices, LLC
604 W. 2nd Avenue
Anchorage, Alaska 99501


s/Bruce E. Falconer